# SOGE XPRESS
*Sepa ti vitesss...*

## Reçu de Transfert d'Argent

**WESTERN UNION WU**

| | |
|---|---|
| EXPEDITEUR: | GUIDER MOISE |
| Adresse | FAUBERT ET MOISE #22 |
| | P-AU-P 111 |
| | HAITI USD |
| Téléphone | 509-34525593 |
| Type de pièce d'identité | Autre     No: 01019919780700201 |

BENEFICIAIRE:   VICTOR MANUEL MOSCOSO
Le bénéficiaire aura-t-il une pièce d'identité valide?   Oui
Service: Tax&infini:

| | |
|---|---|
| Date & heure: | 05/15/2014  10:__ |
| Nom d'agence: | SOGEBA  K PV 3 PETION VILLE V SUELO   No. d'opérateur: 667 |
| Destination: | GUATEMALA |
| **MTCN:** | **525-143-4593** |
| Devise d'envoi: | US Dollar |
| Montant: | 1,123.26 |
| Frais d'envoi: | 35.31 |
| Frais de message: | 0.00 |
| Frais Traitement Banque Rep d'Haiti | 1.50 |
| Frais de livraison: | 0.00 |
| Code promotion: | |
| Taxe: | 3.93 |
| **TOTAL:** | **1,160.00** |
| Montant à payer: | 8,625.44 |
| Taux de change: | 7.67893230   Guatemala Quetzal |

Message:
LE MONTANT TOTAL INCLUS UN FRAIS DE TRAITEMENT DE $1.50 USD A PROPOS
DE LA CIRCULAIRE 98 DE LA BRH.

Le taux de change applicable à cette transaction tient à des ... La plupart des taux de change des transactions ... les droits de publication ... le taxant. Cependant dans ces ... pays, les règlements ... exigent que les taux de change ... le taux de change ... applicable à cette transaction.
CERTAINES DES CONDITIONS AYANT TRAIT AU SERVICE DE TRANSFERT D'ARGENT SE TROUVENT AU DOS DE CE REÇU. EN SIGNANT CE REÇU, VOUS ADHEREZ A CES CONDITIONS. OUTRE LES FRAIS DE TRANSFERT, WESTERN UNION ET SES AGENTS GENERENT EGALEMENT DES REVENUS A PARTIR DES CHANGES DE DEVISES. VEUILLEZ LIRE LES INFORMATIONS IMPORTANTES EN CE QUI CONCERNE LE TAUX DE CHANGE DES DEVISES AU DOS DE CE REÇU. PROTEGEZ-VOUS DE LA FRAUDE. SOYEZ PRUDENT LORSQU'UN INCONNU VOUS DEMANDE D'ENVOYER DE L'ARGENT.

Signature du client:

... VOUS TROUVEREZ CI-DESSOUS OU AU VERSO DE CE REÇU, UNE PARTIE DES CONDITIONS GENERALES REGISSANT LE SERVICE DE TRANSFERT D'ARGENT DE MARQUE WESTERN UNION OU VIGO. OUTRE LES FRAIS DU SERVICE DE TRANSFERT, WESTERN UNION OU LEURS AGENTS OU PAYEURS AGREES PERCOIVENT EGALEMENT. UNE REMUNERATION SUR LES OPERATIONS DE CHANGE. NE SOYEZ PAS VICTIME DE LA FRAUDE ! SOYEZ PRUDENT LORSQU'UN INCONNU VOUS DEMANDE DE LUI ENVOYER DE L'ARGENT. EN SIGNANT CE DOCUMENT, VOUS : 1. CONSENTEZ EXPRESSEMENT A LA COMMUNICATION DE VOS DONNEES PERSONNELLES A WESTERN UNION ET SES FILIALES SITUEES DANS DES PAYS TELS QUE LES ETATS-UNIS, DANS LE BUT D'EFFECTUER LE SERVICE DE TRANSFERT D'ARGENT ... MENER TOUTES LES ACTIVITES DE TRAITEMENT DE DONNEES COMPLEMENTAIRES, TEL QU'ENONCE DANS L'ARTICLE RELATIF A LA PROTECTION DES DONNEES PERSONNELLES DES PRESENTES CONDITIONS GENERALES, 2. CONSENTEZ EXPRESSEMENT A CE ... S DONNEES SOIENT UTILISEES POUR LA CONDUITE D'ANALYSE DE LA CLIENTELE ET DE COMMUNICATIONS MARKETING ET COMPRENEZ AVOIR LE DROIT DE RETIRER VOTRE CONSENTEMENT A L'UTILISATION DE VOS DONNEES PERSONNELLES A TOUT MOMENT. ... FIRMEZ QUE LES INFORMATIONS QUE VOUS AVEZ FOURNIES SONT JUSTES ET CORRECTES, ET QUE VOUS AVEZ LU ET ACCEPTE LES PRESENTES CONDITIONS GENERALES.

Signature de l'agent.
Date:

Client _____     Agent _____



EXEMPLAIRE DU CLIENT

UNIBANK

RUES CLERVAUX & LAMBERT
PETIONVILLE,  6140
5092992414

ENVOI MONEYGRAM(R)

CETTE TRANSACTION EST SOUMISE AUX
CONDITIONS STIPULÉES SUR L'ÉTUI À REÇUS
MONEYGRAM.

104057427901
Date:   5/20/14 Heure: 1:01 PM
Destination voulue:GTM
Service de 10 minutes - GTQ
Date de livraison la plus proche:5/20/14

Renseignements sur l'expéditeur
Outger maceus
Téléphone: 34525993

Renseignements sur le destinataire
Victor Manuel Moscoso



Référence#                        57888403
Commande#

Montant transféré          1083.72 USD
Commission                    34.01 USD
Total                       1117.73 USD

Taux de change                  7.662208

Montant à recevoir          8303.69 GTQ

ECHANGE: En plus des frais du
consommateur, MoneyGram fait l'argent
quand il échange des devises. En plus
des frais du consommateur applicables à
cette transaction, un taux de change
sera appliqué. Des devises sont
converties en devise locale à un taux de
change réglé par MoneyGram ou ses
agents. La différence entre le taux
donné aux clients et le taux reçu par
MoneyGram ou ses agents sera gardée par
MoneyGram ou ses agents en plus des
frais du consommateur. Demandez au
commis l'information au sujet du taux de
change applicable à votre transaction.
Vous pouvez découvrir le taux de devises
courant fourni par MoneyGram à ses
clients en appelant de MoneyGram.



## SEND / EXPÉDITION HAITI

TO: US / EEUU • Africa / Africa • Asia / Asia • Canada / Canadá
Caribbean / Caribe Europe / Europa • Latin America / América Latina
Middle East / Medio Oriente

**MoneyGram®**
International Money Transfer

PLEASE COMPLETE IN CAPITAL LETTERS/S'IL VOUS PLAIT COMPLETER DANS LES MAJUSCULES

### DESTINATION / DESTINATION

**Receive Country**
Pays De Destination — Guatemala

**Address**
Address

**City**
Ville

**Province**
Province
NOTE: A Transfer can be picked up in any Location in the Receive Country. If acting on behalf of another person or company and sending a Transfer in excess of $1000, additional information must be supplied to the Agent. / Un Transfert peut être pris dans n'importe quel Emplacement dans le Reçoit le Pays. Si agissant de la part d'une autre personne ou de la part d'une autre entreprise et l'envoi d'un transfert dépassant $1000, information supplémentaire doit être fournie à l'Agent.

### RECEIVER / DESTINATAIRE

**First Name**
Prénom — VICTOR MANUEL

**Middle Name**
Deuxième prénom

**Last Name**
Nom — MOSCOSO

**Second Last Name**
La seconde dure le Nom

### TRANSACTION / TRANSACTION

**Amount to be Sent**
Revenir à Est Envoyé

**Message**
Message

**Test Question**
Question de contrôle

**Test Answer**
Réponse à la question de contrôle

Agent must provide additional information on this form for all transactions./L'agent doit fournir l'information supplémentaire sur cette forme pour toutes transactions.

### RECEIVE OPTIONS / RECEVOIR DES OPTIONS

If no option is selected, transaction will be available at a MoneyGram location/Si aucune option est choisie, la transaction sera disponible à un MoneyGram location.

- [ ] **MoneyGram Location** Agence MoneyGram
- [ ] **Account Deposit** Expliquer le Dépôt
- [ ] **Card Deposit** Dépôt de carte
- [ ] **Home Delivery** Livraison a domicile

Options above only available in selected countries/Les options au-dessus de seulement disponible dans les pays choisis.

**Registration Number (RRN)**
Nombre d'enregistrement

### SENDER / L'EXPÉDITEUR

**First Name**
Prénom — OLITGER

**Middle Name**
Deuxième prénom

**Last Name**
Nom — MAGLIS

**Address**
Address — ANGLE FAUBERT a MOISE #22 Petion Ville

**City**
Ville

**Postal Code/Postal Code**

**Province**
Province — Port-au-Prince HAITI

**Country**
Destination

**Telephone Number**
Numéro de téléphone
Include area code/Inclure l'indicatif de zone — 34158993

### Signature / Signature

THIS TRANSACTION IS SUBJECT TO THE TERMS & CONDITIONS CONTAINED IN THIS FORM. THOSE TERMS & CONDITIONS LIMIT THE SENDER'S LEGAL RIGHTS AND SHOULD BE REVIEWED PRIOR TO SIGNING. /CETTE TRANSACTION EST RÉGIE PAR LES CONDITIONS GÉNÉRALES CONTENUES DANS CE FORMULAIRE. CES CONDITIONS GÉNÉRALES RESTREIGNENT LES DROITS JURIDIQUES DE L'EXPÉDITEUR ET DOIVENT ÊTRE LUES AVANT DE SIGNER.

**Sender's Signature**
Signature de l'expéditeur

**Date**
Date — 20/03/14

CUSTOMER COPY/COPIE DU CLIENT

MG5001SHAITI (Rev 01/09)

### AGENT USE ONLY/ RÉSERVÉ A L'AGENT

**Office Name/Nom de bureau**
01-01 SP HA8-A-00201

**Amount Sent**
La quantité A Envoyé — 1083 | 72

**Consumer Fee**
Frais exigibles du consommateur — 34 | 01

**Total to be Collected**
Le total Etre Recueilli — 1117 | 73

**CURRENCY EXCHANGE:** In addition to the Consumer Fee, MoneyGram also makes money when it changes your dollars or other foreign currency. Please see the attached terms and conditions for more information regarding currency exchange. / CHANGE SUR LES DEVISES: En plus des frais du consommateur, MoneyGram fait également un profit lorsqu'elle change vos dollars ou autres devises étrangères. Veuillez consulter les conditions générales suivantes pour plus d'information concernant le change sur les devises.

### Receive Information/Receive Information

Complete this once the transaction has been sent:
Compléter ceci une fois la transaction a été envoyée

**Receive Currency**
Monnaie de réception

Note to Sender: Even though the Amount to be Received is stated in US Dollars, the Transfer may be paid out in another currency. The Location selected by the Receiver does not pay out in US Dollars. In that event, the currency exchange rate will be set at the time the Receiver receives the Transfer in the foreign country. See the Terms & Conditions. / Note à l'envoyeur: Même si le montant à recevoir est en dollars, il peut arriver que l'argent soit payé dans une autre monnaie si l'agent receveur ne paie pas en dollars. Dans ce cas le taux de change sera fixé au moment où l'argent est donné au receveur dans le pays en question. Se référer termes et conditions.

**Exchange Rate**
Taux de change

Exchange Rate (If the Amount to be Received stated below is in US Dollars, any Exchange Rate stated above is inapplicable.) / Taux de change (Si le montant à recevoir cité ci-dessous n'est pas applicable).

**Amount to be Received**
Montant à recevoir

**Reference Number/Numéro de référence**
57848403

**Agent Employee Name/Nom de l'employé de l'agence**

**MoneyGram Operator #/N° de l'opérateur MoneyGram**

www.moneygram.com

change applicable à votre transaction.
Vous pouvez découvrir le taux de devises
courant fourni par MoneyGram à ses
clients en appelant de MoneyGram.

**Exhibit A**
**Page 3 of 7**

# SOGEXPRESS

Se pa nvitesss **To Send Money**

Pou Voye de l'argent / **Reçu de Transfert d'Argent**

**WESTERN UNION WU**

EXPEDITEUR: DUTHER MACEUS
Adresse: ANGLE FAUBERT ET MOISE #22, PV
P-AU-P 111
HAITI, Haïti
Téléphone: 509-34526893
Type de pièce d'identité: Autre                    No: 010199197807222201

BENEFICIAIRE: MANUEL VICTOR MOSCOSO
Le bénéficiaire aura-t-il une pièce d'identité valide?   Oui
Services facultatifs:

| | |
|---|---|
| Date & heure: | 05/29/2014 10:06:00 AM |
| Nom d'agence: | SOGEBANK PV S PETION VILLE II RUE LO   No. d'opérateur: 587 |
| Destination: | GUATEMALA |

**MTCN:** 413-085-9302

| | |
|---|---|
| Devise d'envoi: | US Dollar |
| Montant: | 1,128.08 |
| Frais d'envoi: | 39.48 |
| Frais de message: | 0.00 |
| Frais Traitement Banque Rep d'Haiti | 1.50 |
| Frais de livraison: | 0.00 |
| Code promotion: | |
| Taxe: | 3.94 |

**TOTAL:** 1,173.00

| | |
|---|---|
| Montant à payer: | 8,728.36 |
| Taux de change: | 7.73755770   Guatemala Quetzal |

413-085-9302

Message:
LE MONTANT TOTAL INCLUE UN FRAIS DE TRAITEMENT DE $1.50 USD A PROPOS
DE LA CIRCULAIRE 98 DE LA BRH.

Signature du client:

Signature de l'agent:

Client

Agent

Case 3:15-cv-00185-SI    Document 1-1    Filed 02/02/15    Page 5 of 7

# SOGE XPRESS
*Se pa ti vitesss...* Pour envoyer de l'argent
To Send Money

## Reçu de Transfert d'Argent

# WESTERN UNION WU

EXPEDITEUR: GINGER MACCUE
Adresse: ANGLE RUE MOISE ET FAUBERT 22
P-ALFE 111
HAITI USD
Téléphone: 525-34525992
Type de pièce d'identité: Autre        No: 0101531978070020h

BENEFICIAIRE: VICTOR MANUEL MOSCOSO
Le bénéficiaire aura-t-il une pièce d'identité valide?  Oui
Bénéfice fraudulité?

| | |
|---|---|
| Date & heure: | 05/17/2014 9:22:01 AM |
| Nom d'agence: | SOGEBANK FV 3 PETIONVILLE II RUE LO   No. d'opérateur 567 |
| Destination: | GUATEMALA |

| MTCN: | 869-078-4814 |
|---|---|
| Devise d'envoi: | US Dollar |
| Montant: | 1,933.06 |
| Frais d'envoi: | 67.66 |
| Frais de messa... | 0.00 |
| Frais Traitement Banque Rec. d'Haiti | 1.50 |
| Frais de transfert | 0.00 |
| Code promotion: | |
| Taxe: | 6.76 |
| **TOTAL:** | **2,008.00** |
| Montant à payer: | 15,027.85 |
| Taux de change: | 7.77404440   Guatemala Quetzal |

Message:
LE MONTANT TOTAL INCLUS UN FRAIS DE TRAITEMENT DE $1.50 USD A PROPOS
DE LA CIRCULAIRE 98 DE LA BRH

VOUS TROUVEREZ CI-DESSOUS OU AU VERSO DE CE REÇU, UNE PARTIE DES CONDITIONS GÉNÉRALES RÉGISSANT LE SERVICE DE TRANSFERT D'ARGENT DE MARQUE WESTERN UNION OU VIGO. OUTRE LES FRAIS DU SERVICE DE TRANSFERT, WESTERN UNION OU VIGO, LEURS AGENTS OU PAYEURS AGRÉÉS PERÇOIVENT ÉGALEMENT UNE RÉMUNÉRATION SUR LES OPÉRATIONS DE CHANGE. NE SOYEZ PAS VICTIME DE LA FRAUDE! SOYEZ PRUDENT LORSQU'UN INCONNU VOUS DEMANDE DE LUI ENVOYER DE L'ARGENT. EN SIGNANT CE DOCUMENT, VOUS: 1. CONSENTEZ EXPRESSÉMENT À LA COMMUNICATION DE VOS DONNÉES PERSONNELLES À WESTERN UNION ET SES FILIALES SITUÉES DANS DES PAYS TEL QUE LES ÉTATS-UNIS, DANS LE BUT D'EFFECTUER LE SERVICE DE TRANSFERT D'ARGENT ET DE MENER TOUTES LES ACTIVITÉS DE TRAITEMENT DE DONNÉES COMPLÉMENTAIRES, TEL QU'ÉNONCÉ DANS L'ARTICLE RELATIF À LA PROTECTION DES DONNÉES PERSONNELLES DES PRÉSENTES CONDITIONS GÉNÉRALES. 2. CONSENTEZ EXPRESSÉMENT À CE QUE VOS DONNÉES SOIENT UTILISÉES POUR LA CONDUITE D'ANALYSE DE LA CLIENTÈLE ET DE COMMUNICATIONS MARKETING ET COMPRENEZ AVOIR LE DROIT DE RETIRER VOTRE CONSENTEMENT À L'UTILISATION DE VOS DONNÉES PERSONNELLES À TOUT MOMENT. CONFIRMEZ QUE LES INFORMATIONS QUE VOUS AVEZ FOURNIES SONT JUSTES ET CORRECTES, ET QUE VOUS AVEZ LU ET ACCEPTÉ LES PRÉSENTES CONDITIONS GÉNÉRALES.

Client _____        Agent ___17/6/_____

Case 3:15-cv-00185-SI     Document 1-1     Filed 02/02/15     Page 6 of 7

# SOGEXPRESS
**Se pa ti vitesss...To Send Money**
**Pour envoyer de l'argent**
## Reçu de Transfert d'Argent

# WESTERN UNION WU

| | |
|---|---|
| Date & heure: | 06/20/2014 10:58:00 AM |
| Nom d'agence: | SOGEBANK PV 3 PETIONVILLE II RUE LO   No. d'opérateur: 598 |
| Destination: | GUATEMALA |

**EXPEDITEUR:** OUTGER MACEUS
Adresse: ANGLES RUE FALBERT ET MOISE #22
OUEST PETIONVILLE 111
HAITI USG
Téléphone: 509-34525953
Type de pièce d'identité: Autre            No. DHD199197007002IH

| | |
|---|---|
| MTCN: | 644-203-9328 |
| Devise d'envoi: | US (USD) |
| Montant: | 311.91 |
| Frais d'envoi: | 10.50 |
| Frais de message: | 0.00 |
| Frais Traitement Banque Rep d'Haiti | 1.50 |
| Frais de livraison: | 0.00 |
| Code promotion: | |
| Taxe: | 1.09 |
| **TOTAL:** | **325.00** |
| Montant à payer: | 2,411.00 |
| Taux de change: | 7.73371690    Guatemala Quetzal |

**BENEFICIAIRE:** VICTOR MANUEL MOSCOSO
Le bénéficiaire doit-il une pièce d'identité valide?   Oui
Services facultatifs:

Message:
LE MONTANT TOTAL INCLUS UN FRAIS DE TRAITEMENT DE $1.50 USD A PROPOS
DE LA CIRCULAIRE 98 DE LA BRH.

Signature du client:                                        Signature de l'agent

VOUS TROUVEREZ CI-DESSOUS OU AU VERSO DE CE REÇU, UNE PARTIE DES CONDITIONS GÉNÉRALES RÉGISSANT LE SERVICE DE TRANSFERT D'ARGENT, DE MARQUE WESTERN UNION OU VIGO. OUTRE LES FRAIS DU SERVICE DE TRANSFERT, WESTERN UNION OU VIGO, LEURS AGENTS OU PAYEURS AGRÉÉS PERÇOIVENT ÉGALEMENT UNE RÉMUNERATION SUR LES OPÉRATIONS DE CHANGE. NE SOYEZ PAS VICTIME DE LA FRAUDE ! SOYEZ PRUDENT LORSQU'UN INCONNU VOUS DEMANDE DE LUI ENVOYER DE L'ARGENT. EN SIGNANT CE DOCUMENT, VOUS : 1. CONSENTEZ EXPRESSÉMENT À LA COMMUNICATION DE VOS DONNÉES PERSONNELLES À WESTERN UNION ET SES FILIALES SITUÉES DANS DES PAYS TEL QUE LES ÉTATS-UNIS, DANS LE BUT D'EFFECTUER LE SERVICE DE TRANSFERT D'ARGENT ET DE MENER TOUTES LES ACTIVITÉS DE TRAITEMENT DE DONNÉES COMPLÉMENTAIRES, TEL QU'ÉNONCÉ DANS L'ARTICLE RELATIF À LA PROTECTION DES DONNÉES PERSONNELLES DES PRÉSENTES CONDITIONS GÉNÉRALES.2. CONSENTEZ EXPRESSÉMENT À CE QUE VOS DONNÉES SOIENT UTILISÉES POUR LA CONDUITE D'ANALYSE DE LA CLIENTÈLE ET DE COMMUNICATIONS MARKETING ET COMPRENEZ AVOIR LE DROIT DE RETIRER VOTRE CONSENTEMENT À L'UTILISATION DE VOS DONNÉES PERSONNELLES À TOUT MOMENT. 3. CONFIRMEZ QUE LES INFORMATIONS QUE VOUS AVEZ FOURNIES SONT JUSTES ET CORRECTES, ET QUE VOUS AVEZ LU ET ACCEPTÉ LES PRÉSENTES CONDITIONS GÉNÉRALES.

Client _____                          Agent _____