Rastree su guia en http://www.dhl.com

## DHL EXPRESS
### TERMS AND CONDITIONS OF CARRIAGE

**Favor de doblar aquí / Fold here**



---

## EXPRESS WORLDWIDE

CRA v3.0 / 99-1203

**WPX**  EXPRESS

**Origen/Origin:**
PAP

**De / From:**
MACEUS OUTGER
MACEUS OUTGER
22 RUE MOISE ANGLE FAUBERT, PETION-VILLE

PETION-VILLE HAITI
HAITI

Tel/Ph:509 3452-5993

**Para / To:** **Contacto/Contact:**
BEN SANCHEZ        BEN SANCHEZ
2373 NW 185TH AVE  Tel/Ph:503 334 8522

HILLSBORO OR 97124
UNITED STATES OF AMERICA

**US-PDX**

| | Dia/Day: | Hora/Time: |
| --- | --- | --- |
| **C** | | |

**Account Number:** 01019319780001  **Pickup Date:** 2014/05/13
**Shipment Ref:** volive  **Service Point:** EXC

**Package / Shipment Weight:** 1 LB   **Route:** HTSJ   **Pieces:** 1

**Content:** 1 SET OFSIM CARD FOR TO SALE
**User:** volive

**Weight:**
1 LB

**Total Awb:**
HTG 2,102.62
**Declared Value:**
USD$ 109.17
**Insured Value:**
USD$ 0
**Type of Export:**
HTSJ

WAYBILL 36 3360 2103

From: (JJ)D 0042 3000 0000 0007 8074

To: (JJ)D 0042 3000 0000 0007 8074

# Cliente/Client

Do not attach to shipment

**Exhibit B**

**DHL International Haiti S.A. Blvd.
T. Louverture, Angle Jean-Gilles
Tél: 28 12 94 00**



**Receipt
N°. EXC-38626**

www.dhl.com.ht

Date: 13/05/2014

Name: MACEUS OUTGER

Address: 22 RUE MOISE ANGLE FAUBERT, PETION-VILLE

| WAYBILL | ORIGEN | DESTINATION | PRODUCT | WEIGHT | PIECES | DISCOUNT | TOTAL |
|---------|--------|-------------|---------|--------|--------|----------|-------|
| 3633602103 | PAP | PDX | EXPRESS WORLDWIDE NONDOC | 1.00 | 1 | 0.00 | 45.91 |

TOTAL: FORTY FIVE WITH 91/100 DOLLARS                    USD 45.91

**METHOD OF PAYMENT:    CASH    X        CREDIT        CHECK        DEBIT
                                        CARD          BANK         CARD**

---

**CAPITAL BANK**    A  222229

SOCIÉTÉ DE BANQUE AU CAPITAL SOCIAL DE $10,600,000.00 GDES

**REÇU DE TRANSACTION DE CHANGE**

Nom du Client: OUTGER MACEUS

Type de Transaction:  ☑ Achat    ☐ Vente    Taux: 45

☑ Cash 556        ☐ Dépôt    25 Capital Carte

☐ Chèque de Direction    ☐ Local

1 2 MAI 2014

SUCC. PETION-VILLE 4

☐ Transfert    ☐ Spih

☐ Etranger

☐ Etranger

**Exhibit B
Page 2 of 2**

Cinq cent cinq mille six

Signature: