

## EXPRESS WORLDWIDE

CRA v3.0 / 99-1203

**WPX** | **DHL EXPRESS**

| | | Origen/Origin: |
| De | OUTGER MACEUS | PAP |
| From: | OUTGER MACEUS | |
| | ANGLE RUE FAUBERT ET MOISE #22 | |

PORT AU PRINCE HT HAITI
HAITI

Tel/Ph:3452-5993

| Para | BEN SANCHEZ | Contacto/Contact: |
| To: | 2373 NW 185 TH AVE | BEN SANCHEZ |
| | | Tel/Ph:503 334 8522 |

HILLSBORO US OR 97124
UNITED STATES OF AMERICA

## US-PDX

**C**

| | Dia/Day: | Hora/Time: |

| Account Number: | Pickup Date: | Package / Shipment Weight: | Pieces: |
| Shipment Ref: 01019919780700201 | 2014/05/27 | **1 LB** | **1** |

| Content: | SET OF SIM CARD FOR TO BUY |
| User: | sjean | Service Point: EXC | Route: HTS3 |

Weigth:
1 LB

**Total Awb:**
HTG 2,102.62
**Declared Value:**
USD$ 109.17
**Insured Value:**
USD$ 0
**Type of Export:**

WAYBILL 36 3367 8086

From: (J)JD 0042 3000 0000 0007 9941
To: (J)JD 0042 3000 0000 0007 9941

*No insurance*

## Cliente/Client

*Outger Maceus*

Do not attach to shipment

---

## DHL EXPRESS
### TERMS AND CONDITIONS OF CARRIAGE

**Avis important**

Lorsque vous faites appel aux prestations de DHL, vous acceptez, en qualité d'"Expéditeur", pour votre compte et pour le compte de toute autre personne ayant un intérêt dans l'Envoi, que les présentes Conditions Générales s'appliquent à partir du moment où DHL aura accepté l'Envoi sauf disposition contraire à laquelle un responsable dûment habilité de DHL aura donné son assentiment par écrit. Les droits qui vous sont accordés au titre de prestations spécifiques (en contrepartie de laquelle un paiement supplémentaire aura été effectué) ne s'en trouveront pas affectés.
Le terme "Envoi" désigne tous documents ou colis transportés sous une lettre de transport, et qui pourront être transportés par tous moyens choisis par DHL, y compris par avion, par route ou par tout autre mode de transport. Par "lettre de transport" il conviendra d'entendre toute étiquette produite par les systèmes automatisés de DHL, toute lettre de transport aérien, ou bordereau d'expédition et ladite lettre de transport incorporera les présentes clauses et conditions.
Chaque Envoi sera transporté sur la base d'une responsabilité limitée conformément aux dispositions des présentes. Si l'Expéditeur souhaite une protection accrue, une assurance pourra être mise en place moyennant un coût supplémentaire. (Voir ci-après pour des informations supplémentaires). "DHL" désigne tout membre du Réseau mondial DHL Worldwide Express Network.

**1. Douane, Exportations et Importations**

DHL pourra fournir l'une quelconque des prestations suivantes pour le compte de l'Expéditeur dans le cadre de l'exécution des services qu'il rend à ce dernier:
(1) remplir tous documents, modifier les codes du produit ou du service, et payer tous droits et taxes exigés par les lois et règlements en vigueur,
(2) intervenir en tant que transitaire de l'Expéditeur pour les besoins de la Douane et du contrôle des exportations et en tant que Destinataire aux seules fins de désigner un agent en douane en vue d'assurer le dédouanement et l'entrée sur le territoire et (3) dérouter l'Envoi à l'agent en douane du Destinataire ou à toute autre adresse sur demande faite par toute personne dont DHL, peut raisonnablement penser qu'elle est investie de l'autorité nécessaire à cet effet.

**2. Envois non acceptés**

L'Expéditeur convient que l'Envoi est acceptable à des fins de transport et sera considéré comme inacceptable si :
Ledit objet est classé matériel à risque, marchandise dangereuse, article prohibé ou soumis à des restrictions par l'IATA (Association Internationale du Transport Aérien), l'ICAO (Organisation Internationale de l'Aviation Civile), par tout département gouvernemental concerné ou tout autre organisme pertinent ;
À défaut de la déclaration en douane exigée par les règlements douaniers en vigueur ; ou DHL décide qu'il lui est impossible de transporter un objet en toute sécurité ou conformément à la loi (de tels objets comprenant, sans que cette liste soit limitative : des animaux, des lingots d'or, des devises, des effets de commerce au porteur, des métaux et pierres précieuses, des armes à feu, des pièces détachées d'armes à feu, des munitions, des restes humains, du matériel pornographique et des stupéfiants).

**3. Livraisons et impossibilités de livraisons**

Les Envois ne pourront pas être livrés à des boîtes postales ou à des codes postaux. Les Envois sont livrés à l'adresse du Destinataire fournie par l'Expéditeur (qui dans le cas de services courrier sera réputée être le premier service postal destinataire) mais ne seront pas forcément remis en main propre.
au Destinataire désigné. Des expéditions à destination d'adresses comportant une zone centrale de réception seront livrées à cette zone. Si le Destinataire refuse la livraison ou refuse de payer la livraison, ou si l'Envoi est considéré comme inacceptable, ou s'il a été sous-évalué au regard de la douane, ou si le Destinataire ne peut être identifié ni retrouvé de manière raisonnable, DHL déploiera tous efforts raisonnables pour retourner l'Envoi à l'Expéditeur aux frais de ce dernier, et à défaut l'objet pourra être transféré, aliéné ou vendu par DHL sans que la responsabilité de DHL soit engagée à l'égard de l'Expéditeur ou de toute autre personne, et le produit de la vente sera affecté au paiement des frais engagés et des coûts administratifs qui y sont liés, et le solde sera restitué à l'Expéditeur.

**4. Inspection**

DHL a le droit d'ouvrir et d'inspecter tout Envoi sans en donner notification préalable à l'Expéditeur.

**5. Frais et facturation des Envois**

Les frais de transport de DHL sont calculés en fonction du poids réel ou volumétrique, la donnée la plus élevée devant être retenue, et tout Envoi pourra faire l'objet d'un nouveau pesage ou d'une nouvelle mesure par DHL afin de confirmer ledit calcul. L'Expéditeur paiera ou remboursera à DHL tous frais d'envoi, de stockage, tous droits et taxes dus à raison des prestations fournies par DHL ou exposés par DHL pour le compte de l'Expéditeur ou du Destinataire ou de tout tiers ainsi que tous dommages et intérêts, amendes et frais encourus si l'Envoi est jugé inacceptable à des fins de transport au sens des dispositions de l'article 2.

**6. Responsabilité de DHL**

Le contrat entre DHL et l'Expéditeur est conclu sur la base d'une stricte limitation de la responsabilité de DHL aux seules pertes directes et à l'intérieur des limites par kilo/livre énoncées dans le présent article 6. Tous autres types de perte ou de préjudice sont exclus (y compris mais sans que cela soit limitatif, la perte de recettes, d'un intérêt ou d'affaires futures) que ladite perte ou ledit préjudice soit spécial ou indirect, et même si l'attention de DHL a été attirée sur le risque d'une telle perte ou d'un tel préjudice avant ou après acceptation de l'Envoi puisque l'Expéditeur peut souscrire une assurance contre les risques spéciaux. Si le transport de l'objet considéré conjugue le transport par avion, par route ou tout autre mode de transport, il sera présumé, sauf preuve contraire, que toute perte ou préjudice survenu se sera produit pendant le transport aérien dudit objet. La responsabilité de DHL, par Envoi transporté, sans préjudice des articles 7-11 des présentes, sera limitée à la valeur réelle et numéraire de l'Envoi et ne dépassera pas la plus importante des sommes suivantes: 100 USD ou 20,00 USD /kilogramme ou 10,43 USD /livre pour des Envois par avion ou d'autres moyens de transport à l'exception du transport routier ; ou 10,00 USD /kilogramme ou 4,54 USD /livre pour des Envois transportés par la route (cette disposition ne s'applique pas aux États-Unis).

Les réclamations sont limitées à une réclamation par Envoi, et le règlement de ladite réclamation constituera le règlement définitif de toute perte ou de tout préjudice en relation avec ladite réclamation. Si l'Expéditeur estime que ces limites sont insuffisantes, il lui appartient de souscrire l'assurance indiquée à l'article 8 (Assurance de l'Envoi) ou sa propre assurance, faute de quoi l'Expéditeur assumera tous les risques de perte ou de préjudice.

**7. Détail de réclamation**

Toutes réclamations devront être formulées par écrit et soumises à DHL dans les trente (30) jours de la date de l'acceptation par DHL de l'Envoi, faute de quoi la responsabilité de DHL ne sera nullement engagée.

**8. Assurance de l'Envoi**

DHL pourra mettre en place une assurance au profit de l'Expéditeur couvrant la valeur monétaire réelle de toute perte ou de tout préjudice matériel affectant l'Envoi, à condition que l'Expéditeur complète la partie consacrée à l'assurance au recto de la lettre de transport ou demande une telle assurance par le biais des systèmes automatisés de DHL et verse la prime applicable. L'assurance de l'Envoi ne couvre pas les pertes ou préjudices indirects ni les pertes ou préjudices causés par des retards.

*Assurance non disponible pour le Courrier International (Worldmail)

**9. Retard dans la livraison de l'Envoi**

DHL déploiera tous efforts raisonnables pour livrer l'Envoi conformément aux calendriers de livraison habituels de DHL, mais ceux-ci ne sont pas garantis et ne font pas partie intégrante du contrat. La responsabilité de DHL ne sera pas engagée pour tous pertes et préjudices causés du fait d'un retard dans la livraison de l'Envoi.

**10. Circonstances indépendantes de la volonté de DHL**

La responsabilité de DHL ne sera pas engagée pour toute perte ou tout préjudice résultant de circonstances indépendantes de la volonté de DHL. Ces circonstances comprennent, sans que cela soit limitatif, les catastrophes naturelles, par exemple tremblement de terre, cyclone, tempête, inondation, brouillard ; les cas de force majeure, par exemple guerre, accident d'avion, ou embargo ; tout défaut ou caractéristique liée à la nature de l'Envoi, même connus de DHL ; émeute ou trouble affectant la paix civile ; tous actes ou omissions de la part d'une personne non employée ou sous contrat avec DHL par exemple l'Expéditeur, le Destinataire, un tiers, un employé des douanes ou autre agent public ; conflits sociaux ; et dommages électriques ou magnétiques causés à des images, données ou enregistrements électroniques ou photographiques, ou effacement de ceux-ci.

**11. Convention de Varsovie**

Si l'Envoi est transporté par avion et a pour destination finale ou fait escale dans un pays autre que le pays de départ, la Convention de Varsovie ("Varsovie"), si elle est applicable, régit et dans la plupart des cas limite la responsabilité de DHL en cas de perte ou de préjudice.

**12. Garanties et dédommagement à la charge de l'Expéditeur**

L'expéditeur dédommagera et dégagera DHL de toute responsabilité pour toute perte ou tout préjudice résultant de tout manquement de la part de l'Expéditeur à se conformer aux lois et règlements applicables et de tout manquement de l'Expéditeur à respecter les affirmations et garanties suivantes :
- Toutes les informations fournies par l'Expéditeur ou son représentant sont complètes et exactes ;
- L'objet à expédier a été préparé par les employés de l'Expéditeur dans des locaux sûrs ;
- L'Expéditeur a employé un personnel digne de confiance pour préparer l'objet à expédier ;
- L'Expéditeur a protégé l'objet à expédier contre toute ingérence non autorisée au cours de la préparation, l'entreposage et l'envoi dudit objet à DHL;
- L'objet à expédier est libellé, conditionné et marqué de l'adresse dans des conditions propres à assurer son transport en toute sécurité dans le cadre d'une manutention conforme aux normes habituelles ;
- Tous lois et règlements en matière de douane, d'importation et d'exportation et tous autres lois et règlements ont été respectés ;
- La feuille de transport a été signée par le représentant habilité de l'Expéditeur et les clauses et conditions ont pour l'Expéditeur force obligatoire.

**13. Trajet**

L'Expéditeur accepte toutes modifications du trajet suivi par l'Envoi, y compris toutes éventuelles escales intermédiaires.

**14. Loi applicable**

Tout litige né de l'application des présentes Clauses et conditions ou se rapportant de quelque façon que ce soit à celles-ci, sera soumis, au bénéfice de DHL, à la compétence non-exclusive des juridictions du pays d'origine de l'Envoi et régi par les lois dudit pays et l'Expéditeur reconnaît irrévocablement la compétence desdites juridictions, à moins qu'elle ne soit contraire aux lois applicables.

**15. Caractère dissociable**

L'invalidité ou l'insusceptibilité d'exécution de l'une quelconque des dispositions des présentes n'aura aucune incidence sur les autres dispositions des présentes Clauses et conditions.

*Outger Maceus*

Autorisation et signature de l'expéditeur. (Obligatoire)
J'accepte que les termes et conditions de DHL s'appliquant à cette expédition limite la responsabilité de DHL.

Je déclare que cette expédition ne contient pas d'argent en espèces ou objets dangereux. L'expéditeur exempte DHL en cas de non-respect de la loi contre échange illicite.

**Exhibit D**
**Page 1 of 2**

**DHL International Haiti S.A. Blvd.
T. Louverture, Angle Jean-Gilles
Tél: 28 12 94 00**

**Receipt
Nº. EXC-38878**

www.dhl.com.ht

Date: 27/05/2014

Name: OUTGER MACEUS

Address: ANGLE RUE FAUBERT ET MOISE #22

| WAYBILL | ORIGEN | DESTINATION | PRODUCT | WEIGHT | PIECES | DISCOUNT | TOTAL |
|---------|--------|-------------|---------|--------|--------|----------|-------|
| 3633678086 | PAP | PDX | EXPRESS WORLDWIDE NONDOC | 1.00 | 1 | 0.00 | 45.91 |

TOTAL: FORTY FIVE WITH 91/100 DOLLARS

USD 45.91

METHOD OF PAYMENT:   CASH   X      CREDIT CARD      CHECK BANK      DEBIT CARD

Exhibit D
Page 2 of 2

http://7.108.100.52/ofac3/facturacion/HT/R.php?guia_session=&pagos=1&tipo_envio=CA    5/27/2014