

# Facture de Dédouanement

EXPRESS

17 Avenue Toussaint Louverture
Port-au-Prince, Haiti
Tel: 2812-9400

| Date | Facture # |
|------|-----------|
| 6/4/2014 | 6207925146 |

| Destinataire | Expediteur |
|--------------|------------|
| OUTGER MACEUS<br>TEL 3452-5993 | BALTAZAR RUIZ |

| Poids (Kg) | No. AWB | # Colis | Date d'arrivée | Description | Valeur déclarée USD |
|------------|---------|---------|----------------|-------------|---------------------|
| 24.09 | 6207925146 | 1 | 6/4/2014 | HP CPU | 577.95 USD |

| Description | Montant |
|-------------|---------|
| Douane & Frais de Service | 8,715.00 |

| | Total | G.8,715.00 |

Merci d'avoir choisi DHL.
Délai pour toute réclamation concernant cette facture : 15 jours

Cette facture est définitive. Elle est basée sur la documentation fournie par l'expéditeur et comprend les droits de douane, taxes et les frais de dédouanement associés.