# Certificate of Origin

The undersigned:

for:     Baltazar Ruiz
         PO Box 605
         HILLSBORO,OR 97124 UNITED STATES

declares the following mentioned goods shipped via: DHL CORPORATION

on the date:     7/3/2014   (mm/dd/yyyy)

Consigned to:     Outger Maceus
                  Angle Rue Faubert n
                  Rue Moise #22
                  PORT AU PRINCE,  HAITI

are the product of the countries described below.

| Line | Description of Merchandise | HTS# | Country of Origin | Quantity | Unit |
|---|---|---|---|---|---|
| 1 | HP CPU (used) | | UNITED STATES | 2 | EA |
| 2 | battery chargers | | UNITED STATES | 2 | EA |
| 3 | power cables kit | | UNITED STATES | 2 | EA |
| 4 | ethernet cable | | UNITED STATES | 1 | EA |

Sworn before me this day:

_____          3-7-14
(Day, Month, Year)               _____
                                 (Day, Month, Year)


_____          _____
(Notary Signature)               (Signature of Owner or Agent)

EXPRESS WORLDWIDE **WPX**

DHL Online

Origin:
PDX

Contact:
34525993

From: Baltazar Ritz
Baltazar Ritz  Phone: 503-729-8580
PO Box 765
HILLSBORO OR 97124
United States

To: Outger Maceus
Angle Rue Faubert n
Rue Moise #22

PORT AU PRINCE
Haiti

## HT-PAP-GTW

C   Day   Time

Date: 2014-07-03   Shpt Weight: 64.0 lb   Piece: 1/1

Content:
HP CPU (used)

EEI NOEEI Sec 30.37(a)
These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

WAYBILL 77 2185 0662

(2L)HT+4800001

(JJD01 4600 0008 0168 9662

Exhibit H
Page 2 of 4

# Commercial Invoice

| Shipper/Exporter: | Airway Bill Number: |
|---|---|
| **Baltazar Rulz**<br>PO Box 605<br>HILLSBORO,OR 97124 UNITED STATES | 7721850662 |

<table>
<tr>
<td rowspan="4">Shipper/Exporter:<br><br><b>Baltazar Rulz</b><br>PO Box 605<br>HILLSBORO,OR 97124 UNITED STATES</td>
<td colspan="2">Airway Bill Number:<br>7721850662</td>
</tr>
<tr>
<td colspan="2">Export Date (dd/mmm/yyyy):<br>03/Jul/2014</td>
</tr>
<tr>
<td colspan="2">Weight:<br>29.03 (Kg)    64 (lb)</td>
</tr>
<tr>
<td>Receiver Reference:</td>
<td>Shipper Reference:</td>
</tr>
<tr>
<td rowspan="3">Receiver/Consignee:<br><b>Outger Maceus</b><br>Angle Rue Faubert n<br>Rue Moise #22<br>PORT AU PRINCE,  HAITI<br>34525993</td>
<td colspan="2">Country of Ultimate Destination:<br>HAITI</td>
</tr>
<tr>
<td colspan="2">Exporting Carrier:<br>DHL Corporation</td>
</tr>
<tr>
<td colspan="2"></td>
</tr>
<tr>
<td>Receiver Tax ID/VAT#</td>
<td colspan="2">Terms of Trade:</td>
</tr>
</table>

| Line | Description of Merchandise | HTS# | Country of Origin | Quantity | Unit | Unit Value | Line Total |
|---|---|---|---|---|---|---|---|
| 1 | HP CPU (used) | | UNITED STATES | 2 | EA | $250.000 | US$ 500.00 |
| 2 | battery chargers | | UNITED STATES | 2 | EA | $30.000 | US$ 60.00 |
| 3 | power cables kit | | UNITED STATES | 2 | EA | $5.000 | US$ 10.00 |
| 4 | ethernet cable | | UNITED STATES | 1 | EA | $1.490 | US$ 1.49 |

| Package Marks: | Misc. Charges: | |
|---|---|---|
| **Shipment Comments:** | Invoice Total: | US$ 571.49 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Signature of Authorized Person

Signer Name

Signer Title

7/3/2014

Date



# Facture de Dédouanement

| Date | Facture # |
|------|-----------|
| 7/5/2014 | 7721850662 |

17 Avenue Toussaint Louverture
Port-au-Prince, Haiti
Tel: 2812-9400

**Destinataire**

OUTGER MACEUS
TÉL 3452-5993

**Expediteur**

BALTAZAR RUIZ

| Poids (Kg) | No. AWB | # Colis | Date d'arrivée | Description | Valeur déclarée USD |
|------------|---------|---------|----------------|-------------|---------------------|
| 29.09 | 7721850662 | 1 | 7/5/2014 | HP CPU ( USED) | 571.49 USD |

| Description | Montant |
|-------------|---------|
| Douane & Frais de Service | 8,630.00 |

9 juillet 14
$ 194
POINT DE VENTE

Merci d'avoir choisi DHL.
Délai pour toute réclamation concernant cette facture : 15 jours

**Total**     G.8,630.00

Cette facture est définitive. Elle est basée sur la documentation fournie par l'expéditeur et
comprend les droits de douane, taxes et les frais de dédouanement associés.

**Exhibit H**
**Page 4 of 4**