## EXPRESS WORLDWIDE

CRA v3.0 / 99-1203

**WPX**

**EXPRESS**

Origen/Origin: **PAP**

Tel/Ph:3452-5993

From: OUTGER MACEUS
OUTGER MACEUS
ANGLE RUE FAUBERT ET MOISE #22

PETION-VILLE HT HAITI
HAITI

Contacto/Contact:
TYLER ALLEN
Tel/Ph:503-334-8522

Para / To: TYLER ALLEN
16055 S.W. WALKER ROAD

BEAVERSTON US OR 97006
UNITED STATES OF AMERICA

**US-PDX**

| | Dia/Day: | Hora/Time: |
|---|---|---|

Account Number: 010193197807002201
Shipment Ref:

Pickup Date: 2014/07/15

Package / Shipment Weight: 1 LB     Pieces: 1

**C**

Content: 1 SET OF SIM CARD
User: rfreden

Service Point    EXC     Route: HTS3

Weight: 1 LB

Total Awb: HTG 2,111.50
Declared Value: USD$ 108.7
Insured Value: USD$ 0
Type of Export

WAYBILL 89 7458 3306

From: (JJJD 0042 3000 0000 0008 6334
To: (JJJD 0042 3000 0000 0008 6334

## Cliente/Client

Do not attach to shipment

---

Rastree su guia en http://www.dhl.com

## DHL EXPRESS
## TERMS AND CONDITIONS OF CARRIAGE

**Avis important**

**1. Douane, Exportations et Importations**

**2. Envois non acceptés**

**3. Livraisons et Impossibilités de livraisons**

Favor de doblar aquí / Fold here

**4. Inspection**

**5. Frais et facturation des Envois**

**6. Responsabilité de DHL**

**7. Délai de réclamation**

**8. Assurance de l'Envoi**

**9. Retard dans la livraison de l'Envoi**

**10. Circonstances indépendantes de la volonté de DHL**

**11. Convention de Varsovie**

**12. Garanties et dédommagement à la charge de l'Expéditeur**

**13. Trajet**

**14. Loi applicable**

**15. Caractère dissociable**



Print

DHL International Haiti S.A. Blvd.
T. Louverture, Angle Jean-Gilles
Tél: 28 12 94 00

Receipt
Nº. EXC-39810

www.dhl.com.ht

Date: 15/07/2014

Name: OUTGER MACEUS

Address: ANGLE RUE FAUBERT ET MOISE #22

| WAYBILL | ORIGEN | DESTINATION | PRODUCT | WEIGHT | PIECES | DISCOUNT | TOTAL |
|---------|--------|-------------|---------|--------|--------|----------|-------|
| 8974583306 | PAP | PDX | EXPRESS WORLDWIDE NONDOC | 1.00 | 1 | 0.00 | 45.91 |

TOTAL: FORTY FIVE WITH 91/100 DOLLARS

USD 45.91

METHOD OF PAYMENT:   CASH   X      CREDIT CARD      CHECK BANK      DEBIT CARD

46.-
1112.-
890.-
_____
2,048

Fee DHL          46.-
Sims          1,112.-
Commi          850.-
          _____
          2,048.-

Receive en Acc   4,862-

this cust.umon   2,814