## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Unigestion Holding, S.A., a foreign corporation, d/b/a
Digicel Haiti,

_____
     **Plaintiff(s),**

v.

UPM Telecom, Inc., et al.

_____
     **Defendant(s).**

**Civil Case No.** 3:15-cv-00185-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Robert C.L. Vaughan_____ requests special admission *pro hac vice* in

the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Vaughan, Robert C.L.
_____
    *(Last Name)*         *(First Name)*        *(MI)*    *(Suffix)*

Firm or Business Affiliation: Kim Vaughan Lerner LLP

Mailing Address:    One Financial Plaza, Ste. 2001

City: Fort Lauderdale    State: FL    Zip: 33394

Phone Number: (954) 527-1115    Fax Number: (954) 527-1116

Business E-mail Address: rvaughan@kvllaw.com

(2)     **BAR ADMISSIONS INFORMATION:**

   (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Florida Bar, 11/25/1997 Bar ID number 130095

   (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Southern District of Florida, 04/17/1998 (no bar ID number)

USDC Northern District of Florida, 04/18/1998 (no bar ID number)

USDC Middle District of Florida, 04/18/2000 (no bar ID number)

(3)     **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4)     **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5)     **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Unigestion Holding, S.A. d/b/a Digicel Haiti

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___2___ day of February , 2015

_____
*(Signature of Pro Hac Counsel)*

**Robert C.L. Vaughan**
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___3___ day of February , 2015

_____
*(Signature of Local Counsel)*

Name: **Hansen, Richard K.**
    *(Last Name)*                    *(First Name)*                    *(MI)*        *(Suffix)*

Oregon State Bar Number: **832231**

Firm or Business Affiliation: **Schwabe Williamson & Wyatt, P.C.**

Mailing Address: **1211 SW 5th Ave., Ste. 1900**

City: **Portland**                    State: **OR**        Zip: **97204**

Phone Number: **(503) 796-2958**        Business E-mail Address: **rhansen@schwabe.com**

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge