## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Unigestion Holding, S.A., a foreign corporation, d/b/a Digicel Haiti,

     **Plaintiff(s),**

v.

UPM Telecom, Inc., et al.

     **Defendant(s).**

**Civil Case No.** 3:15-cv-00185-SI

**APPLICATION FOR SPECIAL ADMISSION –** *PRO HAC VICE*

Attorney ___Robert C.L. Vaughan___ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Vaughan, Robert C.L.

| *(Last Name)* | *(First Name)* | *(MI)* | *(Suffix)* |
|---|---|---|---|

Firm or Business Affiliation: Kim Vaughan Lerner LLP

Mailing Address: One Financial Plaza, Ste. 2001

City: Fort Lauderdale    State: FL    Zip: 33394

Phone Number: (954) 527-1115    Fax Number: (954) 527-1116

Business E-mail Address: rvaughan@kvllaw.com

(2)    **BAR ADMISSIONS INFORMATION:**

(a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Florida Bar, 11/25/1997 Bar ID number 130095

(b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Southern District of Florida, 04/17/1998 (no bar ID number)

USDC Northern District of Florida, 04/18/1998 (no bar ID number)

USDC Middle District of Florida, 04/18/2000 (no bar ID number)

(3)    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4)    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5)    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Unigestion Holding, S.A. d/b/a Digicel Haiti

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of February ____, 2015 _____

_____
*(Signature of Pro Hac Counsel)*

Robert C.L. Vaughan
_____
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of February ____, 2015

_____
*(Signature of Local Counsel)*

Name: Hansen, Richard K.
_____
  *(Last Name)*                         *(First Name)*                *(MI)*      *(Suffix)*

Oregon State Bar Number: 832231
_____

Firm or Business Affiliation: Schwabe Williamson & Wyatt, P.C.
_____

Mailing Address: 1211 SW 5th Ave., Ste. 1900
_____

City: Portland _____ State: OR _____ Zip: 97204 _____

Phone Number: (503) 796-2958 _____ Business E-mail Address: rhansen@schwabe.com

---

### COURT ACTION

---

☒ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this __3rd__ day of __February__ , __2015__

/s/ Michael H. Simon
_____
Judge