**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC, and UPM MARKETING, INC., an Oregon corporation;**<br>**UPM TELECOM, INC., an Oregon a/b/n;**<br>**UPM MARKETING, INC., an Oregon a/b/n; BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO, an Oregon resident; BALTAZAR RUIZ, an** | No. 3:15-cv-00185-SI<br><br>PLAINTIFF UNIGESTION HOLDING, S.A. D/B/A DIGICEL HAITI'S CORPORATE DISCLOSURE STATEMENT |

Page 1 -    PLAINTIFF UNIGESTION HOLDING, S.A. D/B/A
             DIGICEL HAITI'S CORPORATE DISCLOSURE
             STATEMENT
PDX\128154\201374\RKH\15322695.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**Oregon resident, and TYLER ALLEN, an**
**Oregon resident,**

Defendants.

### PLAINTIFF UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI'S

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and L.R. 7.1-1, Plaintiff Unigestion Holdings, S.A., d/b/a/

Digicel Haiti ("Digicel Haiti"), submits the following corporate disclosure statement:

DGL (Bermuda)              Digicel Group Limited

DL (Bermuda)               Digicel Limited

DHL (Bermuda)              Digicel Holding Limited

DIFL (Ste-Lucia)           Digicel Finance Limited

DHHL (Ste-Lucia)           Digicel Haiti Holdings Limited

DHIFHL (Ste-Lucia)         Digicel Haiti International Finance Holdings Limited

DHIFL (Ste-Lucia)          Digicel Haiti International Finance Limited

Dated this 4th day of February, 2015.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    /s/ Richard K. Hansen
       Richard K. Hansen
       Telephone: 503.796-2958
       Facsimile: 503.796.2900

       Trial Attorney:  Richard K. Hansen
       Of Attorneys for Plaintiff, Unigestion
       Holdings, S.A., a Foreign Corporation, d/b/a
       Digicel Haiti

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900