**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>    Defendants. | Case No. 3:15-CV-00185-SI<br><br>DEFENDANT UPM TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7-1.1, Defendants UPM Technology, Inc., UPM Marketing, Inc. and UPM Telecom, Inc. submit the following corporate disclosure statement:

**Page 1 of 2 -**     DEFENDANT UPM TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT
UPM-L1\00157020.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

UPM Marketing, Inc. and UPM Telecom, Inc. are assumed business names of UPM Technology, Inc., a privately held corporation.

Dated: February 25, 2015.

TOMASI SALYER BAROWAY

By:/s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    ksalyer@tsbnlaw.com
    Telephone: (503) 894-9900

    Of Attorneys for Defendants

Page 2 of 2 -    DEFENDANT UPM TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT
UPM-L1\00157020.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236