**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>           Plaintiff,<br><br>      v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>           Defendants. | Case No. 3:15-CV-00185-SI<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO FILE AN APPEARANCE |

**LR 7.1 CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1, Defendants UPM Technology, Inc. UPM Marketing, Inc.,

UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen, (collectively "UPM" or "Defendants") have made a good faith effort to confer with Plaintiff's counsel regarding this Motion.  Plaintiff does not object to this Motion.

**MOTION**

Defendants move this court for an order extending the time to respond to the Complaint by approximately fourteen (14) days to March 16, 2015.  This motion is necessary to allow Defendants' counsel an opportunity to review this matter, confer with the clients, confer with opposing counsel and prepare a motion or responsive pleading.

This motion is supported by the Declaration of Kathryn P. Salyer, filed herewith.

Dated: February 25, 2015.


TOMASI SALYER BAROWAY


By:/s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    ksalyer@tsbnlaw.com
    Telephone: (503) 894-9900

    Of Attorneys for Defendants

***TOMASI SALYER BAROWAY***
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236