**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff, <br><br> v. <br><br> **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident, <br><br> Defendants. | Case No. 3:15-CV-00185-SI <br><br> DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO FILE AN APPEARANCE |

I, Kathryn P. Salyer, declare and state:

1.      I am the attorney for Defendants in the above referenced action.

**Page 1 of 2 -**   DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO
EXTEND DEADLINE IN WHICH TO FILE AN APPEARANCE
UPM-L1\00157465.000

2. The Plaintiff's complaint alleges numerous statutory and civil claims for relief including claims for violation of the Racketeer Influence Corrupt Organizations Act. I request an additional fourteen (14) days in which to file an appearance on behalf of Defendants due to the complex nature of the claims and my need to confer with my clients, confer with opposing counsel, and research and draft an appropriate response.

3. I spoke with both Richard Hanson, the attorney for Plaintiff and he has authorized me to represent that Plaintiff does not oppose the motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: February 25, 2015.

By: /s/ Kathryn P. Salyer
Kathryn P. Salyer, OSB #883017
Portland, Oregon

**Page 2 of 2 -**    DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO FILE AN APPEARANCE
UPM-L1\00157465.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236