# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNIGESTION HOLDING SA dba DIGICEL
HAITI,

        Plaintiff,

vs.

UPM TECHNOLOGY INC dba UPM
TELECOM INC; et al.,

        Defendant.

_____/

Case No. **3:15-cv-00185-SI**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Timothy Mason, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Civil Cover Sheet; Exhibits A-K; Application for Special Admission - Pro Hac Vice; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route; Plaintiff Unigestion Holding SA dba Digicel Haitis Corporate Disclosure Statement*

Upon **UPM TECHNOLOGY INC dba UPM TELECOM INC and UPM MARKETING INC**, by leaving such true copy, personally and in person, with Abby Lelinski, who is the person apparently in charge at the office of Richard Baroway who is the Registered Agent thereof, at 121 SW Morrison St #1850, Portland, OR 97204 on February 11, 2015 at 3:25 PM .

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Timothy Mason
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 13 day of February 2015
by Timothy Mason.

_____
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314753*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNIGESTION HOLDING SA dba DIGICEL
HAITI,

        Plaintiff,

vs.

UPM TECHNOLOGY INC dba UPM
TELECOM INC; et al.,

        Defendant.

_____/

Case No. **3:15-cv-00185-SI**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah      ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On February 12, 2015, I mailed a true copy of the Summons and Complaint; Civil Cover Sheet; Exhibits A-K; Application for Special Admission - Pro Hac Vice; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route; Plaintiff Unigestion Holding SA dba Digicel Haitis Corporate Disclosure Statement via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to UPM TECHNOLOGY INC dba UPM TELECOM INC and UPM MARKETING INC.

The envelope was addressed as follows:

      Richard Baroway, Registered Agent for
      UPM TECHNOLOGY INC dba UPM TELECOM INC and UPM MARKETING

INC

      121 SW Morrison St #1850
      Portland, OR 97204

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 13 day of February 2015
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314753*