IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNIGESTION HOLDING SA dba DIGICEL
HAITI,

          Plaintiff,

vs.

UPM TECHNOLOGY INC dba UPM
TELECOM INC; et al.,

          Defendant.

_____/

Case No. **3:15-cv-00185-SI**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Kristin Siegrist, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Civil Cover Sheet; Exhibits A-K; Application for Special Admission - Pro Hac Vice; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route; Plaintiff Unigestion Holding SA dba Digicel Haitis Corporate Disclosure Statement*

## CORPORATE SERVICE:

Upon **UPM TELECOM INC** , by delivering such true copy, personally and in person, to BENJAMIN SANCHEZ MURILLO, who is the President thereof, at 3000 NW Stucki Place #100, Hillsboro, OR 97124 on February 11, 2015 at 2:40 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this __12__ day of __February__, 20__15__
by Kristin Siegrist.

_____
Notary Public for Oregon

X_____
Kristin Siegrist
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314752*