## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

UNIGESTION HOLDING SA dba DIGICEL
HAITI,

        Plaintiff,

vs.

UPM TECHNOLOGY INC dba UPM
TELECOM INC; et al.,

        Defendant.

_____/

Case No. **3:15-cv-00185-SI**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Michael McLaughlin, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Civil Cover Sheet; Exhibits A-K; Application for Special Admission - Pro Hac Vice; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route; Plaintiff Unigestion Holding SA dba Digicel Haitis Corporate Disclosure Statement*

Upon **BENJAMIN SANCHEZ aka BENJAMIN SANCHEZ MURILLO**, by leaving such true copy, personally and in person, with REUMIKO ABE, who is the person apparently in charge at the office of BENJAMIN SANCHEZ aka BENJAMIN SANCHEZ MURILLO who is the thereof, at 7644 SW 189th Ave, Beaverton, OR 97007 on February 06, 2015 at 5:36 PM .

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this _10_ day of _February_ , 20_15_
by Michael McLaughlin.

_Cheri J Crowe_
Notary Public for Oregon

X _____
Michael McLaughlin
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314750*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNIGESTION HOLDING SA dba DIGICEL
HAITI,

    Plaintiff,

vs.

UPM TECHNOLOGY INC dba UPM
TELECOM INC; et al.,

    Defendant.

_____/

Case No. **3:15-cv-00185-SI**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah    ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On February 10, 2015, I mailed a true copy of the Summons and Complaint; Civil Cover Sheet; Exhibits A-K; Application for Special Admission - Pro Hac Vice; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route; Plaintiff Unigestion Holding SA dba Digicel Haitis Corporate Disclosure Statement via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to BENJAMIN SANCHEZ aka BENJAMIN SANCHEZ MURILLO

The envelope was addressed as follows:

BENJAMIN SANCHEZ aka BENJAMIN SANCHEZ MURILLO
7644 SW 189th Ave
Beaverton, OR 97007

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 10 day of February 20 15
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314750*