IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNIGESTION HOLDING SA dba DIGICEL
HAITI,

        Plaintiff,

vs.

UPM TECHNOLOGY INC dba UPM
TELECOM INC; et al.,

        Defendant.

_____/

Case No. **3:15-cv-00185-SI**

**CERTIFICATE OF SERVICE**

STATE OF OREGON
County of Multnomah      ss.

I, Michael McLaughlin, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint; Civil Cover Sheet; Exhibits A-K; Application for Special Admission - Pro Hac Vice; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route; Plaintiff Unigestion Holding SA dba Digicel Haitis Corporate Disclosure Statement*

By delivering the aforementioned documents to **TYLER ALLEN**, personally and in person, at 3000 NW Stucki Place #100, Hillsboro, OR 97124 on February 10, 2015 at 1:45 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _16th_ day of _February_ ,20_15_.

X_____
Michael McLaughlin
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314749*