**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANT UPM TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7-1.1, Defendants UPM Technology, Inc., UPM Marketing, Inc. and UPM Telecom, Inc. submit the following corporate disclosure statement:

DEFENDANT UPM TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT
UPM-L1\00157020.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

UPM Marketing, Inc. and UPM Telecom, Inc. are assumed business names of UPM Technology, Inc., a privately held corporation.

Dated: March 16, 2015.

TOMASI SALYER BAROWAY

By:/s/ Kathryn P. Salyer
      Kathryn P. Salyer, OSB #883017
      ksalyer@tsbnlaw.com
      Telephone: (503) 894-9900

      Of Attorneys for Defendants

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236