**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff, <br><br> v. <br><br> **UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident, <br><br> Defendants. | Case No. 3:15-CV-00185-SI <br><br> **DEFENDANTS' MOTION TO DISMISS** <br><br><br> **Request For Oral Argument** |

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that

defendants UPM Technology, Inc., UPM Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen (collectively "Defendants") conferred with Plaintiff's counsel by telephone in an attempt to resolve the dispute presented by the Motions set forth below.

## MOTION

Defendants hereby move this court for an order dismissing Plaintiff's Fraud Claim (styled as Count IV) and all three of Plaintiff's Claims under the Racketeer Influenced and Corrupt Organizations Act (styled as Counts I, II and III).

This Motion is supported by the Memorandum of Law filed herewith.

Dated: March 16, 2015.

TOMASI SALYER BAROWAY


By:/s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    ksalyer@tsbnlaw.com
    Telephone: (503) 894-9900

    Of Attorneys for Defendants