## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> *vs*. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC, and UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, **and TYLER ALLEN**, an Oregon resident <br> *Defendants.* | **Case No.: 3:15-cv-00185-SI** |

## PLAINTIFF UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI'S MOTION FOR BRIEF ENLARGEMENT OF TIME TO COMPLETE RULE 26 REPORT

Pursuant to Fed. R. Civ. P. 26, and L.R. 26-1, Plaintiff Unigestion Holdings, S.A., d/b/a/ Digicel Haiti ("Digicel Haiti"), respectfully requests that the Court grant the parties a brief one week enlargement of time to complete their Rule 26 discovery conference.

By order of the Court [D.E. 3], the parties were scheduled to have completed their Rule 26 discovery conference on or before March 27, 2015. Due to pre-planned travel, counsel for the Defendants is out of office during the week leading up to the current reporting deadline.

While counsel for Unigestion and counsel for the Defendants, Ms. Salyer, did discuss the instant motion and Unigestion's counsel does believe that it is unopposed, the undersigned

counsel, Robert Vaughan, was unable to obtain final approval prior to filing.  Accordingly,

Unigestion respectfully requests a brief enlargement of time, through Friday, April 3, 2015 to

allow the parties to complete the required Rule 26 Conference.


Dated:  March 26, 2015                                   Respectfully submitted,

                                                        SCHWABE, WILLIAMSON & WYATT, P.C.
                                                             Richard K. Hansen, OSB #832231
                                                             Telephone: 503.796-2958
                                                             Facsimile: 503.796.2900
                                                             Of Attorneys for Plaintiff


                                                        And,

                                                        **KIM VAUGHAN LERNER LLP**

                                                        By:      /s/ Robert C.L. Vaughan

                                                             Robert C. L. Vaughan (*Pro Hac Vice*)
                                                             FBN# 130095
                                                             *Attorneys for Plaintiff*
                                                             One Financial Plaza, Suite 2001
                                                             Fort Lauderdale, FL  33394
                                                             Telephone:   (954) 527-1115
                                                             Facsimile:    (954) 527-1116
                                                             E-mail: rvaughan@kvllaw.com


## <u>CERTIFICATE OF SERVICE</u>

        I HEREBY CERTIFY that a true and correct copy of the foregoing was filed

and served to all counsel of record by CM/ECF this 26th day of March, 2015.



                                                        By:      /s/ Robert C.L. Vaughan