**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign
Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an | No. 3:15-cv-00185-SI<br><br>UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

Page 1 -    UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\15620360.1

Oregon resident, and **TYLER ALLEN,** an
Oregon resident,

Defendants.

### LR 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1-1, Plaintiff Unigestion Holding, S.A., d/b/a Digicel Haiti

("Digicel"), discussed this motion with counsel for Defendants.  Defendants do not object to this

motion.

### MOTION

Plaintiff Digicel moves this Court for an order extending the time to file its response brief

to Defendants' Motion to Dismiss by one week to April 9, 2015.  This motion is supported by the

Declaration of Richard K. Hansen, one of the counsels for Plaintiff Unigestion Holding, S.A.,

d/b/a Digicel Haiti.

Dated this 31st day of March, 2015.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:    /s/ Richard K. Hansen
       Richard K. Hansen, OSB #832231
       rhansen@schwabe.com
       Telephone: 503.796-2958
       Facsimile: 503.796.2900

       Trial Attorney:  Richard K. Hansen
       Of Attorneys for Plaintiff, Unigestion
       Holdings, S.A., a Foreign Corporation, d/b/a
       Digicel Haiti


Page 2 -    UNOPPOSED MOTION TO EXTEND TIME TO
            RESPOND TO DEFENDANTS' MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\15620360.1