**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

> Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an | No. 3:15-cv-00185-SI<br><br>DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

Page 1 -  DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

PDX\128154\201374\RKH\15621319.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, and **TYLER ALLEN,** an Oregon resident,

Defendants.

I, Richard K. Hansen, hereby declare as follows:

1.      I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti (hereinafter "Digicel"), in the above-entitled action.

2.      In order to fully brief and respond to the motion filed by Defendants in this matter, it is necessary to seek and obtain additional time to accomplish this task.

3.      Defendants have moved to dismiss all of the Racketeering Influenced and Corrupt Organizations Act (RICO) claims made by Plaintiff in its Complaint.  Further, Defendants seek to dismiss the fraud claim brought against Defendants as well.  The complicated legal issues raised in Defendants' motion require the additional time in which to make our reasoned response.

4.      I have spoken with Kathryn Salyer, counsel for all of the Defendants, and she indicates that she does not oppose this motion.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 31st day of March, 2015.

/s/Richard K. Hansen
Richard K. Hansen

Page 2 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

PDX\128154\201374\RKH\15621319.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900