**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>     Plaintiff, <br><br>     v. <br><br> **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident, <br><br>     Defendants. | Case No. 3:15-CV-00185-SI <br><br> **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

## CERTIFICATION

    Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that

*TOMASI SALYER BAROWAY* <br> 121 SW Morrison Street, Suite 1850 <br> Portland, Oregon 97204 <br> Telephone: (503) 894-9900 <br> Facsimile: (971) 544-7236

defendants UPM Technology, Inc., UPM Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen (collectively "Defendants") conferred with Plaintiff's counsel.  Plaintiff does not object to this motion.

## **MOTION**

Defendants hereby move this court for an order extending the time to file its reply brief to Defendants' Motion to Dismiss by one week to May 4, 2015.  This motion is supported by the Declaration of Kathryn P. Salyer, attorney for Defendants.

Dated: April 20, 2015.

TOMASI SALYER BAROWAY


By:/s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    ksalyer@tsbnlaw.com
    Telephone: (503) 894-9900

    Of Attorneys for Defendants

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236