**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>    Defendants. | Case No. 3:15-CV-00185-SI<br><br>**DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

I, Kathryn P. Salyer, hereby declare as follows:

1.    I am the attorney of record for defendants UPM Technology, Inc., UPM

**Page 1 of 2 -**  DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS
UPM-L1\00165040.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen (collectively "Defendants"), in the above-entitled action.

2.    In order to fully brief and Reply to Plaintiff's Response to Defendants' Motion to Dismiss filed in this matter, it is necessary to seek and obtain additional time to accomplish this task.

3.    Defendants have moved to dismiss all of the Racketeering Influenced and Corrupt Organizations Act (RICO) claims made by Plaintiff in its Complaint. Further, Defendants seek to dismiss the fraud claim brought against Defendants as well. The complicated legal issues raised in Defendants' motion and Plaintiff's Response require the additional time in which to make a reasoned reply.

4.    I have spoken with Richard K. Hansen, counsel for Plaintiff, and he indicates that he does not oppose this motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: April 20, 2015.


By:/s/ Kathryn P. Salyer
Kathryn P. Salyer, OSB #883017

DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS
UPM-L1\00165040.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236