**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO RESPOND TO AMENDED COMPLAINT |

## LR 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1, Defendants UPM Technology, Inc. UPM Marketing, Inc.,

UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO RESPOND TO AMENDED COMPLAINT
UPM-L1\00184804.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen, (collectively "UPM" or "Defendants") have made a good faith effort to confer with Plaintiff's counsel regarding this Motion. Plaintiff does not object to this Motion.

## MOTION

Defendants move this court for an order extending the time to respond to the Amended Complaint by approximately twenty (20) days to September 28, 2015. This motion is necessary to allow Defendants' counsel an opportunity to research and prepare a responsive pleading and confer with opposing counsel.

This motion is supported by the Declaration of Kathryn P. Salyer, filed herewith.

Dated: September 9, 2015.

TOMASI SALYER BAROWAY

By:/s/ Kathryn P. Salyer
  Kathryn P. Salyer, OSB #883017
  ksalyer@tsbnlaw.com
  Telephone: (503) 894-9900

Of Attorneys for Defendants

Page 2 of 2 - UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO RESPOND TO AMENDED COMPLAINT
UPM-L1\00184804.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236