Kathryn P. Salyer, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,<br><br>Plaintiff,<br><br>v.<br><br>UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC., and UPM MARKETING, INC., an Oregon corporation; UPM TELECOM, INC., an Oregon a/b/n; UPM MARKETING, INC., an Oregon a/b/n; BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO, an Oregon resident; BALTAZAR RUIZ, an Oregon resident; and TYLER ALLEN, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO RESPOND TO AMENDED COMPLAINT |

I, Kathryn P. Salyer, declare and state:

1.      I am the attorney for Defendants in the above referenced action.

Page 1 of 2 -    DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO
            EXTEND DEADLINE IN WHICH TO RESPOND TO AMENDED COMPLAINT
            UPM-L1\00184805.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

2.    The Plaintiff's complaint alleges numerous statutory and civil claims for relief including claims for violation of the Racketeer Influence Corrupt Organizations Act. I request an additional twenty (20) days in which to file a response to plaintiff's amended complaint. The facts alleged are complex and I need additional time to investigate and research before preparing a response. My schedule is complicated by some family health issues.

3.    I spoke with both Richard Hansen, the attorney for Plaintiff and he has authorized me to represent that Plaintiff does not oppose the motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated:  September 9, 2015.

By: /s/ Kathryn P. Salyer
Kathryn P. Salyer, OSB #883017
Portland, Oregon

DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO RESPOND TO AMENDED COMPLAINT
UPM-L1\00184805.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236