**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Unigestion Holdings, S.A., a foreign
corporation, d/b/a Digicel Haiti

        **Plaintiff(s),**

**v.**

UPM Telecom, Inc., et al.

        **Defendant(s).**

Civil Case No. 3:15-cv-00185-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Leah Storie  requests special admission *pro hac vice* in
the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

    **(1)**    **PERSONAL DATA:**

Name:  Storie, Leah

    *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Firm or Business Affiliation:  Kim Vaughan Lerner LLP

Mailing Address:  One Financial Plaza, Suite 2001

City: Fort Lauderdale    State:  FL    Zip:  33394

Phone Number:  (954) 527-1115    Fax Number:  (954) 527-1116

Business E-mail Address:  lstorie@kvllaw.com

---

**(2)**    **BAR ADMISSIONS INFORMATION:**

   **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
   Florida Bar, 09/24/2007, Bar Number 42522

   **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):
   United States District Court of the Southern District of Florida, 7/11/2008

   United States Court of Appeals Eleventh Circuit, 2011

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

   I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**    **REPRESENTATION STATEMENT:**

   I am representing the following party(s) in this case:
   Unigeston Holdings, S.A. d/b/a Digicel Haiti

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 18 day of September , 2015

*Leah Storie*

*(Signature of Pro Hac Counsel)*

Leah Storie

*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 18 day of September , 2015

*(Signature of Local Counsel)*

Name: Hansen, Richard K.
_____
   *(Last Name)*                              *(First Name)*                    *(MI)*        *(Suffix)*

Oregon State Bar Number: 832231

Firm or Business Affiliation: Schwabe, Williamson & Wyatt, P.C.

Mailing Address: 1211 SW Fifth Avenue, Suite 1900

City: Portland                          State: OR          Zip: 97204

Phone Number: (503) 796-2958          Business E-mail Address: rhansen@schwabe.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge