**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Unigestion Holdings, S.A., a foreign
corporation, d/b/a Digicel Haiti

        **Plaintiff(s),**

**v.**

UPM Telecom, Inc., et al.

        **Defendant(s).**

Civil Case No. 3:15-cv-00185-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Cherine Smith Valbrun  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

  **(1)**    **PERSONAL DATA:**

Name: Valbrun, Cherine S.
          *(Last Name)*        *(First Name)*      *(MI)*      *(Suffix)*

Firm or Business Affiliation: Kim Vaughan Lerner LLP

Mailing Address: One Financial Plaza, Suite 2001

City: Fort Lauderdale      State: FL      Zip: 33394

Phone Number: (954) 527-1115      Fax Number: (954) 527-1116

Business E-mail Address: cvalbrun@kvllaw.com

---

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

        Florida Bar, 09/22/2006, Bar ID Number 27046

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        USDC Southern District of Florida, 05/02/2007, (no bar number)

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**  ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Unigeston Holdings, S.A. d/b/a Digicel Haiti

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this ___18___ day of __September__, __2015__

*Cherine Smith Valbrun*
_____
*(Signature of Pro Hac Counsel)*

Cherine Smith Valbrun
_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this ___18___ day of __September__, __2015__

_____
*(Signature of Local Counsel)*

Name: Hansen, Richard K.
    *(Last Name)*        *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: 832231

Firm or Business Affiliation: Schwabe, Williamson & Wyatt, P.C.

Mailing Address: 1211 SW Fifth Avenue, Suite 1900

City: Portland    State: OR    Zip: 97204

Phone Number: (503) 796-2958    Business E-mail Address: rhansen@schwabe.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge