**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Unigestion Holdings, S.A., a foreign
corporation, d/b/a Digicel Haiti
         **Plaintiff(s),**

**v.**

UPM Telecom, Inc., et al.

         **Defendant(s).**

**Civil Case No.** 3:15-cv-00185-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney   Leah Storie   requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Storie, Leah
      *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Firm or Business Affiliation: Kim Vaughan Lerner LLP

Mailing Address: One Financial Plaza, Suite 2001

City: Fort Lauderdale     State: FL     Zip: 33394

Phone Number: (954) 527-1115     Fax Number: (954) 527-1116

Business E-mail Address: lstorie@kvllaw.com

---

**(2)     BAR ADMISSIONS INFORMATION:**

**(a)**     State bar admission(s), date(s) of admission, and bar ID number(s):

Florida Bar, 09/24/2007, Bar Number 42522

**(b)**     Other federal court admission(s), date(s) of admission, and bar ID number(s):

United States District Court of the Southern District of Florida, 7/11/2008

United States Court of Appeals Eleventh Circuit, 2011

**(3)     CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**     ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**     ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)     CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)     REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Unigeston Holdings, S.A. d/b/a Digicel Haiti

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___18___ day of ___September___, ___2015___

*Leah Storie*
_____
*(Signature of Pro Hac Counsel)*

Leah Storie
_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___18___ day of ___September___, ___2015___

_____
*(Signature of Local Counsel)*

Name: ___Hansen, Richard K._____
      *(Last Name)*                     *(First Name)*          *(MI)*     *(Suffix)*

Oregon State Bar Number: ___832231_____

Firm or Business Affiliation: ___Schwabe, Williamson & Wyatt, P.C._____

Mailing Address: ___1211 SW Fifth Avenue, Suite 1900_____

City: ___Portland_____  State: ___OR___  Zip: ___97204___

Phone Number: ___(503) 796-2958___  Business E-mail Address: ___rhansen@schwabe.com___

---

## COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this ___18th___ day of ___September___, ___2015___

___/s/ Michael H. Simon_____
Judge

---