**Richard K. Hansen, OSB #832231**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S NOTICE OF FILING CERTIFIED TRANSLATIONS** |

//

//

Page 1 -     **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S NOTICE OF FILING CERTIFIED TRANSLATIONS**
PDX\128154\201374\RKH\17174490.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 5O3.796.2900

## <u>PLAINTIFF UNIGESTION HOLDING S.A.'S NOTICE OF FILING CERTIFIED TRANSLATIONS</u>

Plaintiff Unigestion Holdings, S.A., d/b/a/ Digicel Haiti ("Digicel Haiti"), hereby provides notice of filing the following documents:

1. A certified translation of Exhibit A of the Amended Complaint;

2. A certified translation of Composite Exhibit B of the Amended Complaint; and

3. The translator's notarized certification attesting to the accuracy of the translations.

Dated:  November 23, 2015.

Respectfully submitted,

By:    /s/ Robert C.L. Vaughan

SCHWABE, WILLIAMSON & WYATT, P.C.
Richard K. Hansen, OSB #832231
Telephone: 503.796-2958
Facsimile: 503.796.2900

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

KIM VAUGHAN LERNER LLP
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:        (954) 527-1115
Facsimile:        (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

Page 2 -    **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S NOTICE OF FILING CERTIFIED TRANSLATIONS**
PDX\128154\201374\RKH\17174490.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 5O3.796.2900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of November, 2015, I caused to be served the

foregoing PLAINTIFF UNIGESTION HOLDINGS, S.A.'S NOTICE OF FILING CERTIFIED

TRANSLATIONS to the parties to this action as follows:

Kathryn P. Salyer, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service: CM/ECF
☐ other (specify) _____

/s/Richard K. Hansen
Richard K. Hansen

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\17174490.1