**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holding, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **UNOPPOSED MOTION TO EXTEND DISCOVERY SCHEDULE** |

//

Page 1 -    UNOPPOSED MOTION TO EXTEND DISCOVERY
SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\17322131.1

**L.R. 7-1 CERTIFICATION**

Counsels for the parties have conferred and Defendants do not oppose this motion.

**MOTION TO EXTEND DISCOVERY SCHEDULE**

The current discovery schedule calls for fact discovery to be completed by December 18, 2015.  Since that deadline was set and pursuant to Order of the Court, Plaintiff filed an Amended Complaint.  Defendants have moved to dismiss the Amended Complaint, and that motion has been fully briefed by the parties.  The Court has set the motion for hearing on January 29, 2016. In the meantime, the parties have propounded the various written discovery requests upon the other party and engaged in third party discovery.  No depositions have been scheduled or taken, pending the outcome of the pending Motion to Dismiss.  There is much discovery left to be completed.

Plaintiff hereby moves the Court for an Order extending the discovery period 120 days, to April 22, 2106.  Defendants do not oppose this motion.

Dated this 17th day of December, 2015.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:    /s/ Richard K. Hansen
       Richard K. Hansen, OSB #832231
       Email: rhansen@schwabe.com
       Telephone: 503.796-2958
       Facsimile: 503.796.2900

       Trial Attorney:  Richard K. Hansen
       Of Attorneys for Plaintiff, Unigestion
       Holdings, S.A., a Foreign Corporation, d/b/a
       Digicel Haiti

Page 2 -    UNOPPOSED MOTION TO EXTEND DISCOVERY
SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\17322131.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2015, I caused to be served the foregoing UNOPPOSED MOTION TO EXTEND DISCOVERY SCHEDULE to the parties to this action as follows:

Kathryn P. Salyer, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail,
☐ return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service: CM/ECF
☐ other (specify) _____

/s/Richard K. Hansen
Richard K. Hansen, OSB #832231

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\17322131.1