**Richard K. Hansen**
Email:  rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>              *Plaintiff,*<br><br>        *vs*.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC, and UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, **and TYLER ALLEN**, an Oregon resident<br>              *Defendants.* | **Case No.: 3:15-cv-00185-SI**<br><br><br><br>**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY** |

1

## **PLAINTIFF, UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI'S, NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Plaintiff Unigestion Holdings, S.A., d/b/a/ Digicel Haiti ("Digicel Haiti"), hereby provides notice of filing supplemental authority:

1. *Mediacom Southeast LLC v. BellSouth Telcoms., Inc.,* 672 F.3d 396 (6th Cir. 2012); and

2. *Eclectic Props. East, LLC v. Marcus & Millichap Co.,* 751 F.3d 990 (9th Cir. 2014)

Dated:  January 19, 2016

Respectfully submitted,

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C. <br> Richard K. Hansen, OSB #832231 <br> Telephone: 503.796-2958 <br> Facsimile: 503.796.2900 <br><br> *Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* | By:   /s/ Robert C.L. Vaughan <br><br> KIM VAUGHAN LERNER LLP <br> Robert C. L. Vaughan (*Pro Hac Vice*) <br> Cherine Smith Valbrun (*Pro Hac Vice*) <br> Leah B. Storie (*Pro Hac Vice*) <br> One Financial Plaza, Suite 2001 <br> Fort Lauderdale, FL  33394 <br> Telephone:      (954) 527-1115 <br> Facsimile:      (954) 527-1116 <br> E-mail: rvaughan@kvllaw.com <br><br> *Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2016, I caused to be served a copy of the foregoing PLAINTIFF UNIGESTION HOLDING S.A.'S, NOTICE OF FILING SUPPLEMENTAL AUTHORITY on the following person via the Court's CM/ECF electronic service system:

> Kathryn P. Salyer, OSB #883017
> ksalyer@tsbnwlaw.com
> Tomasi Salyer Baroway
> 121 SW Morrison Street, Suite 1850
> Portland, Oregon 97204-3136
> Telephone: (503) 994-9900
>
> Attorneys for Defendants

___/s/ Robert C.L. Vaughan_____
Robert C.L. Vaughan,
