# D.1



MINISTÈRE
DES TRAVAUX PUBLICS,
TRANSPORTS ET COMMUNICATIONS

RÉPUBLIQUE D'HAITI

# CONSEIL NATIONAL DES TÉLÉCOMMUNICATIONS

www.conatel.gouv.ht

Port-au-Prince, le .....8........mai..........20.13..

Réf.: No. ...................CNT/DG-490-13........

## CIRCULAIRE No. 009

Vu le décret du 12 octobre 1977 régissant le secteur des Télécommunications ;

Vu le décret du 20 août 1987 redéfinissant la mission du Conseil national des Télécommunications CONATEL ;

Vu le protocole d'accord conclu entre le CONATEL et les operateurs de télécommunications sur la lutte contre le bypassing;

Vu le protocole d'accord signé en février 2013 entre le CONATEL et les operateurs de télécommunications sur l'évaluation du trafic VOIP;

Considérant que le CONATEL en tant qu'autorité de régulation, est investi par la loi de la mission de conduire la politique des télécommunications ;

Considérant que le CONATEL et les Opérateurs de réseaux de Télécommunications ont exprimé leur intérêt à renforcer la lutte contre la fraude téléphonique en renforçant leur collaboration et en mettant à profit les outils technologiques les plus performants;

Considérant que le secteur des télécommunications et des communications électroniques constitue un marché strictement réglementé sur lequel des opérateurs ne peuvent fonctionner qu'après l'obtention d'une concession ou d'un permis d'exploitation ;

Considérant l'urgence pour l'Etat, en coopération avec tous les opérateurs de réseaux de télécommunications et acteurs concernés, de se doter des moyens techniques et légaux lui permettant d'évaluer le trafic généré par les divers protocoles de transmission sur les réseaux établis sur le territoire haïtien;

1

Considérant que des équipements de collection des données de trafic ont été déjà d'installés dans les locaux des opérateurs, sous supervision du Régulateur avec l'accord préalable de ces derniers.

Considérant que le CONATEL ne saurait tolérer la poursuite de telles violations de la loi perturbant le bon fonctionnement du secteur des télécommunications, et se doit de prendre les mesures appropriées pour y mettre un terme ;

Considérant que l'article 142 du décret du 12 octobre 1977 autorise à traiter par la voie règlementaire les cas et les sanctions non prévus par ledit décret ;

Il a été décidé et arrêté ce qui suit :

1.  Dans le cadre de cette circulaire, les expressions qui suivent auront la signification indiquée ci-dessous :

    1.2 **Régulateur ou Autorité de régulation** : le Conseil National des Télécommunications **(CONATEL)**.

    1.3 **Opérateurs** : fournisseurs de services de télécommunications disposant d'une concession ou d'une autorisation valide attribuée par les organes compétents de l'Etat Haïtien.

    1.4 **Bypassing** : activité consistant à envoyer du trafic de contournement, c'est-à-dire émis vers un terminal central, soit illégalement soit en cachant l'origine réelle de l'appel. Autrement dit, l'appel international apparaît comme un appel local. Le transport en transit du trafic reçu d'un transporteur vers un autre opérateur sans que ce dernier n'en connaisse l'origine, est également considéré comme du bypassing.

    1.5 **VOIP** ou *Voice over IP* : est une technologie qui permet de communiquer par la voix (ou via des flux multimédia: audio et/ou vidéo) sur des réseaux compatibles IP. Cette technologie est notamment utilisée pour prendre en charge le service de téléphonie sur IP.

    1.6 **IP** ou Internet Protocol : est le protocole spécifique à Internet, qui se charge de transmettre les données sous forme de paquets.

À compter de la publication de la présente circulaire :

2.  Le CONATEL prend toutes les dispositions nécessaires pour renforcer la lutte contre le bypassing utilisant les infrastructures de l'Internet, par la détection des adresses IP en cause ux moyens d'équipements spécialisés.

2

3. Les adresses IP relevées dans tout trafic identifié comme du trafic de contournement feront l'objet d'une investigation conduite par le CONATEL en étroite collaboration avec les opérateurs de réseaux ainsi que les autorités de police judiciaire et les forces de l'ordre.

4. Les adresses IP dont l'utilisation dans le trafic de contournement est confirmée par les résultats de l'investigation obtenus à partir des équipements de collection de données, seront bloquées sans délai par le CONATEL, en accord avec les operateurs et après notification à ces derniers. Cette cessation de service ne pourra pas être imputée aux operateurs qui sont d'ors et déjà déchargés de toute responsabilité en ce qui a trait à l'exécution de ces mesures. Toute contestation relative à l'application de la présente Note Circulaire et aux mesures prises en conséquence, par les utilisateurs devra être soumise au CONATEL.

5. Conformément aux dispositions légales, notamment aux articles 15, 19, 137, 139 alinéa f, j, p, du décret du 12 octobre 1977 accordant le monopole des télécommunications à l'Etat Haïtien, le CONATEL procédera à la saisie de tout matériel utilisé dans le trafic de contournement et prendra de fait toute action légale que de droit contre le ou les contrevenants.

Fait à Port-au-Prince, le 8 mai 2013

Jean Marie GUILLAUME, Eco.
Directeur Général

3

# D.2



MINISTRY
OF PUBLIC WORKS,
TRANSPORT AND COMMUNICATIONS    **RÉPUBLIC OF HAITI**

# NATIONAL TELECOMMUNICATIONS COUNCIL

**www.conatel.gouv.ht**

Port-au-Prince,    May 8, 2013
Ref. No.:              CNT/DG 490-13

**CIRCULAR No. 009**

With regard to the <mark>Ordinance of October 12, 1977</mark>, regulating the Telecommunications sector;

With regard to the Ordinance of August 20, 1987, redefining the authority of the National Telecommunications Council CONATEL;

With regard to the memorandum of understanding executed between CONATEL and the telecommunications operators on the fight against bypassing;

With regard to the memorandum of understanding signed in February 2013 between CONATEL and the telecommunications operators on the evaluation of VOIP traffic;

<mark>Whereas CONATEL, as the regulating authority, is mandated by law with the authority to conduct telecommunications policy;</mark>

<mark>Whereas CONATEL and the operators of the telecommunications networks have expressed their interest in stepping up the fight against telephone fraud by strengthening their collaboration and by utilizing to best advantage the most effective technological tools;</mark>

<mark>Whereas the telecommunications and electronic communications sector constitutes a strictly regulated market in which operators can only function after obtaining a license or an operating permit;</mark>

Whereas the urgency of the State, in cooperation with all the operators of telecommunications networks and actors concerned, to provide the technical and legal capacity to enable it to evaluate the traffic generated by the various transmission protocols over the networks established in the State of Haiti;

1

----------------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**

10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

Whereas traffic data collection equipment has already been installed in the premises of the operators, under supervision of the Regulator and with the prior consent of the latter;

Whereas CONATEL cannot tolerate the pursuit of such violations of the law that disrupt the proper functioning of the telecommunications sector, and must take the appropriate action to stop them;

Whereas Article 142 of the Ordinance of October 12, 1977, authorizes the regulatory treatment of the cases and sanctions not prescribed by said Ordinance;

It has been decided and decreed as follows:

1. Within the context of this circular, the following terms shall be defined as indicated below:

   1.2 **Regulator or Regulating Authority**: the National Telecommunications Council (**CONATEL**).

   1.3 **Operators**: providers of telecommunications services holding a license or a valid authorization awarded by the competent bodies of the State of Haiti.

   1.4 **Bypassing**: activity involving the sending of diverted traffic, i.e. sent towards a central terminal, either illegally or by concealing the true origin of the call. In other words, the international call appears as a local call. The transit transport of traffic received from one carrier to another operator without the latter knowing the origin is also deemed to constitute bypassing.

   1.5 **VOIP** or *Voice over IP*: is a technology that allows communication by voice (or via multimedia flows: audio and/or video) over IP compatible networks. This technology is used, in particular, to support the telephone service using IP.

   1.6 **IP** or Internet Protocol: is the protocol specific to the Internet that is responsible for transmitting data in the form of packets.

Following the publication of this circular:

2. CONATEL shall take all measures necessary to step up the fight against bypassing by using the infrastructures of the Internet, by detecting IP addresses using specialized equipment.

2

----------------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**
10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

3. IP addresses flagged up in all traffic identified as diverted traffic shall be subject to an investigation conducted by CONATEL in close collaboration with the network operators and the judicial police authorities and the police force.

4. IP addresses confirmed by the results of the investigation obtained by data collection equipment as being used in the diverted traffic shall be blocked immediately by CONATEL, with the consent of the operators and after the latter have been notified. This termination of service cannot be attributed to the operators, who are already discharged of any responsibility with respect to the implementation of these measures. Any dispute by the users relating to the application of this Circular Note and to the measures taken as a result should be submitted to CONATEL.

5. In accordance with the legal provisions, in particular to Articles 15, 19, 137 and 139, paragraphs f, j and p of the Ordinance of October 12, 1977, awarding the telecommunications monopoly to the State of Haiti, CONATEL shall proceed with the confiscation of all equipment used to divert traffic and shall in fact take any legal or statutory action against the violator or violators.

Port-au-Prince, May 8, 2013

[Dry Seal]
**[Signature]**
Jean Marie GUILLAUME, Eco.
Managing Director

3

**STATE OF FLORIDA** )

 :

**COUNTY OF MIAMI-DADE)**

BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF FLORIDA AT LARGE, PERSONALLY APPEARS CHRISTINA GREEN, ON BEHALF OF MASTER TRANSLATING SERVICES, INC., WHO, AFTER BEING DULY SWORN, DEPOSES AND SAYS THAT SHE IS FULLY VERSED IN THE FRENCH AND  ENGLISH  LANGUAGES, THAT SHE IS A TRANSLATOR CERTIFIED BY THE AMERICAN TRANSLATORS ASSOCIATION  AND THAT THIS IS A TRUE AND CORRECT TRANSLATION OF THE ATTACHED DOCUMENT CONSISTING OF  3  PAGES, AND THAT THIS IS THE LAST OF THE ATTACHED.

_____

CHRISTINA GREEN

SWORN TO AND SUBSCRIBED THIS  5th         DAY OF
FEBRUARY         A.D., 2016.

_____

NOTARY  PUBLIC,  STATE  OF
FLORIDA AT LARGE.

MY COMMISSION EXPIRES:



MARTHA CORDERO-ESQUIVEL
MY COMMISSION # FF 002838
EXPIRES: May 19, 2017
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations.  Master Translating Services, Inc. and its employees shall not be liable for any damages due to negligence or error in typing or translation.

-------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**
10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com