**A.1**



**CONATEL**
Conseil National des Télécommunications

# CADRE JURIDICO-REGLEMENTAIRE DES TELECOMMUNICATIONS
## VOL.1

République d'Haïti

Textes cadres du secteur des télécommunications

# Le Moniteur

### Journal Officiel de la République d'Haïti

132e. Année No 80-A      Port-au-Prince      Lundi 21 Novembre 1977

132e. Année No 80-A      Port-au-Prince      Lundi 21 Novembre 1977

> **Sommaire**
>
> — *Décret accordant à l'Etat haïtien le monopole
> des services de Télécommunications*

## DECRET

### Jean-Claude DUVALIER
### Président à vie de République

Vu les Articles 90, 92, 93 de la constitution :

Vu les conventions en date des 16 juillet 1890 et 25 août 1890, relatives à l'établissement et à et l'exploitation des signes télégraphiques, sanctionnées par les Lois des 25 et 26 septembre 1890 :

Vu la Loi du 29 septembre 1895. Organisant le réseau télégraphique terrestre :

Vu la loi du 8 juillet 1907 sur le Tarif et les règlements du 10 avril 1893 et celle des 23 août 1918 et 5 août 1947 fixant un nouveau tarif :

Vu le Décret du 20 juillet 1927, sanctionnant la convention télégraphique Saint-Pétersbourg

Vu l'arrêté d'autorisation de la Télé-Radio S.A. en date du 9 avril 1951

Vu les décrets du 15 janvier 1951 et 13 septembre 1956, sanctionnant les Conventions des Télécommunications :

Vu la Loi du 11 octobre 1954, relative au service des Télégraphes, Téléphones et Radiocommunications;

Vu le décret du 29 janvier 1959 règlementant les stations de radio amateurs sur de meilleures bases;

Textes cadres du secteur des télécommunications

Vu l'arrêté du 5 décembre 1960 approuvant des modifications apportées aux statuts de la Société haïtienne de Télécommunications S.A.;

Vu le Décret du 27 septembre 1969 créant un organisme dénommé CONSEIL NATIONAL DE TELECOMMUNICATIONS»;

Vu l'Arrêté du 10 Novembre1969 organisant la structure technique et administrative du CONSEIL NATIONAL DE TÉLÉCOMMUNICATIONS;

Vu le Décret du 30 septembre 1971, rectifiant la Convention Internationale des Télécommunications signée à « Montreux » en 1965 par l'État haïtien;

Vu le Décret du 2 octobre 1973, modifiant la structure organique du Conseil National de Télécommunications;

Vu la Loi organique du département des travaux publics, Transports et Communications en date du 17 juin 1971;

Vu la Loi organique du département des Finances et des Affaires économiques en date du 13 septembre 1971;

Vu la loi organique du Département de l'Intérieur et de la Défense nationale en date du 30 septembre 1971;

Vu la Loi organique du Département de la Coordination et de l'Information en date du 16 décembre 1957;

Vu l'Arrêté du 7 septembre 1976, formant le nouveau CONSEIL NATIONAL DE TÉLÉCOMMUNICATIONS;

Vu le Décret du 14 octobre 1976 créant sous la Haute Direction du Président à Vie de la République un organisme technique permanent et indépendant sous le nom de CONSEIL NATIONAL DE DEVELOPPEMENT ET DE PLANIFICATION (CONADEP)

Vu le Décret du 29 novembre 1976 modifiant la structure organique du CONSEIL NATIONAL DE TELECOMMUNICATIONS;

Vu le Décret de la Chambre législative en date du 21 août 1977 suspendant les garanties prévues aux Articles 17, 18,19,20,25,31,34,48,71,72,93 (dernier alinéa), 95, 112,113,123 (deuxième alinéa), 150, 151, 155, 193 et 198 de la Constitution et accordant pleins pouvoirs au chef du pourvoir Exécutif, pour lui permettre de prendre jusqu'au deuxième lundi d'avril 1978 par Décrets ayant force de loi, toutes les mesures qu'il jugera nécessaires à la sauvegarde de l'entièreté du territoire national et de la souveraineté de l'État, à la consolidation de l'ordre et de la Paix, au

maintien de la stabilité politique, économique et financière de la nation, à l'approfondissement du bien-être des populations rurales et urbaines, à la défense des intérêts généraux de la République.

Considérant que les Télécommunications facilitent les rapports et échanges de communications entre les différents États, qu'elles constituent, non seulement une source précieuse d'accélération desdits échanges, mais encore un moyen d'information et de civilisation d'intérêt universel propre à élever le niveau culturel des peuples, exalter les valeurs nationales, à renforcer les principes moraux, la dignité de la personne humaine ainsi que l'amitié et la coopération internationale;

Considérant qu'il convient d'organiser, de façon rationnelle, les divers services de Télécommunications d'Haïti, de leur donner une structure adéquate qui leur permette de répondre aux aspirations et réalités du milieu et aux fins susdites;

Sur le rapport des Secrétaires d'État des Travaux Publics, Transports et Communications, de l'Intérieur et de la Défense Nationale, de la Justice, de la Coordination et de l'Information,

Et après délibération en Conseil des Secrétaires d'État.

**Décrète**

## TITRE I - SERVICE DE TELECOMMUNICATIONS

### CHAPITRE I
### Dispositions générales

Article 1.– L'État haïtien a le monopole des services de télécommunications. Dans l'exercice de ce privilège, il peut s'adjoindre ou se substituer des personnes civiles ou morales par l'octroi de concessions ou permis *d'exploitation.*

Article 2.– *L'État a le droit de restreindre le nombre de concessions ou permis qu'il peut accorder à une seule et même personne.*

Article 3.– *Les conventions et accords internationaux des télécommunications peuvent être appliqués en attendant la promulgation de la loi y afférente.*

73

Textes cadres du secteur des télécommunications

Article 4.–     On adopte comme définitions des services celles qui sont établies ou qui peuvent être établies par les conventions internationales et celles qui figurent dans les différents règlements.

Article 5.–     Toute personne peut utiliser les moyens de correspondance du service des télécommunications, par l'entremise des bureaux qui le fournissent, conformément aux classes et catégories que fixe la règlementation en vigueur, laquelle définit également les priorités d'acheminement.

Article 6.–     Les Télécommunications susceptibles de troubler l'ordre public la sécurité nationale, les relations internationales, la morale et les bonnes mœurs ou la vie normales de la société et ses institutions ne sont pas acheminées.

Article 7.–     La correspondance des Télécommunications est inviolable et ne peut être interceptée que sur ordre de l'autorité compétente. L'inviolabilité s'entend de l'interdiction faite à toute personne non qualifiée d'ouvrir, de soustraire, d'intercepter, d'interférer, de modifier, de détourner, de publier, d'utiliser le contenu de toute communication confiée à ceux qui assurent la prestation du service, de s'efforcer d'en prendre connaissance ou encore d'offrir des moyens et occasions de commettre ces actes.

Article 8.–     Le personnel des télécommunications est tenu de garder secrets l'existence et le contenu de la correspondance.

Article 9.–     Toute personne qui a connaissance de l'existence ou du contenu de la correspondance des télécommunications est obligée de garder le secret, sauf dans les cas prévu à l'article 6.

Article 10.–    Les services publics de télécommunications utilisent les moyens appropriés pour assurer une prestation de service efficace.

Article 11.–    L'échange de trafic avec l'étranger se fait par l'intermédiaire du centre international de commutation avec intervention du système national de télé communications. Le trafic frontalier peut s'échanger par l'intermédiaire de liaisons établies.

Textes cadres du secteur des télécommunications

Article 12.– En vue d'obtenir l'efficacité et le rendement maximum pour la prestation de services, des accords peuvent être conclus pour la répartition des réseaux, équipements et bâtiments entre services publics de même nature ou de nature différente, sous réserve de l'approbation de Secrétairerie d'État des Travaux Publics, et Transports et Communications.

Article 13.– Seuls ont le droit d'exploiter des installations des télécommunications, ceux qui détiennent l'autorisation octroyée à cet effet.

Article 14.– Les installations utilisées pour les services de télécommunications sont vérifiées par l'autorité compétente avant leur mise en service. Elles ne peuvent être modifiées qu'avec l'autorisation du CONATEL ou des fournisseurs de service selon le cas.

Article 15.– Toute installation de télécommunications doit être reliée aux réseaux de service intérieur ou international dans les conditions déterminées par le CONATEL.

Article 16.– Tout appareil risquant de gêner ou de compromettre les télécommunications doit être doté du dispositif adéquat pour supprimer lesdites perturbations.

Article 17.– L'utilisateur en titre d'un service de télécommunications est responsable de l'usage qui en est fait, ainsi que du paiement des frais correspondants.

Article 18.– Nul ne peut transférer, ni céder en partie ou en totalité, ni louer le droit d'utiliser des concessions ou permis afférent à un service de télécommunications. Cette prohibition ne cesse que sur décision de l'autorité compétente.

Article 19.– Toute installation de moyens ou systèmes de télécommunications est soumise à l'autorisation préalable, à l'exception des installations ou systèmes en fils qui ne font pas usage des biens du domaine public et des récepteurs de radiodiffusion à usage privé.

Sont considérés comme clandestins les équipements ou installations qui fonctionnent sans autorisation.

Textes cadres du secteur des télécommunications

Article 20.– La suspension, le retrait, l'extinction du droit à un service ainsi que son rétablissement s'effectue dans les conditions et modalités fixées par le présent Décret et les règlements.

Article 21.– Tous les services de télécommunications sont tenus de collaborer avec l'État sous la forme que définit le présent Décret et les règlements et de faciliter la surveillance qui incombe à l'État.

Article 22.– Les fournisseurs des services publics de télécommunications ont la faculté exclusive et l'obligation de publier, de distribuer les annuaires et les listes de leurs usagers.

Article 23.– La documentation des télécommunications est mise aux archives dans les délais que fixent les règlements. A l'expiration des délais fixés, la documentation est détruite.

Article 24.– Le sol, le sous-sol et l'espace aérien du domaine public peuvent être utilisés aux fins de prestation du service public des télécommunications, sous réserve du consentement de l'autorité compétente. S'agissant de services publics, ceux sont exempts de toute redevance.

Article 25.– La mise en place ou le renforcement des installations des services publics des télécommunications, n'entraîne aucune compensation lorsqu'il s'agit de simples restrictions au domaine public et qu'il n'est pas porté aucun préjudice à l'usage et à la destination des biens affectés.

Article 26.– Les services publics de télécommunications ont le droit d'établir leurs installations dans des immeubles privés ou de faire passer leurs installations à travers ces immeubles, sous réserve d'une juste et préalable indemnité fixée entre les deux parties. Les installations ne doivent pas porter nuisance à l'utilisation à laquelle sont destinés les immeubles. Dans le cas contraire, les fournisseurs de service sont tenus d'enlever les installations en prenant à leur charge les frais ainsi causés. Si un accord n'intervient pas et s'il n'est pas possible de résoudre le problème par des moyens techniques, les fournisseurs du service ont le droit de solliciter l'expropriation de la partie de l'immeuble qui leur est indispensable.

Textes cadres du secteur des télécommunications

Article 27.– Si les installations sont mises en place sans que les propriétaires en aient connaissance et qu'un accord n'intervienne entre les parties intéressées, les propriétaires s'adresseront à l'autorité compétente dans la période de six mois qui suit l'achèvement de l'installation.

Article 28.– Les services publics de télécommunications ont le droit d'utiliser la propriété publique ou privée pour la conservation et l'inspection de leurs installations, en prenant les précautions et garanties nécessaires pour causer le moins d'inconvénients possible.

Article 29.– Lorsque, pour effectuer des travaux, il est nécessaire de déplacer ou de modifier une installation des services publics de télécommunications utilisant le domaine public, la dépense causée est à la charge exclusive de celui qui exécute les travaux.

Article 30.– Lorsque le retrait de supports ou d'installations situés soit en terrain découvert, soit dans des constructions ou bâtiments privés se révèle indispensable pour des raisons propres au propriétaire (démolition, agrandissement ou modification) celui-ci est exonéré de toutes les dépenses causées. Dans ce cas comme dans celui qui est prévu à l'article précédent, les intéressés doivent, trois mois à l'avance, demander le retrait des installations qui gênent l'exécution des travaux

## CHAPITRE II
### Télégraphie

Article 31.– Les bureaux ouverts à la correspondance télégraphique publique sont tenus d'accepter les messages qu'on leur présente pour expédition, à l'exception de ceux qui ne sont pas conformes aux dispositions du présent Décret et des règlements y relatifs. Les bureaux sont obligés de fournir un accusé de réception pour la correspondance acceptée. Conformément aux règlementations en vigueur, sauf dans les cas où la modalité du service justifie l'exception. Les bureaux peuvent toujours exiger la justification de l'identité de l'expéditeur.

Textes cadres du secteur des télécommunications

Article 32.– L'expéditeur peut demander l'annulation du message avant sa remise au destinataire.

Article 33.– La correspondance télégraphique est remise au destinataire ou à son représentant sous la forme et dans les conditions que fixent les règlements, à moins que des dispositions contraires ne soient prises par l'autorité compétente.

Si pour des raisons indépendantes de la volonté des fournisseurs du service, le message ne peut être remis, il est détruit dans les conditions fixées par les Règlements.

Article 34.– Lorsque pour des raisons imputables aux fournisseurs de service, la correspondance ne répond pas à son objet, par suite d'altération ou de retard, l'expéditeur a le droit de demander le remboursement des frais qu'il a acquittés. On considère qu'il y a retard si, dans les conditions normales, la correspondance n'est pas remise dans un délai compatible avec la caractéristique du service.

Article 35.– Compte tenu des délais de mise aux archives de la correspondance télégraphique, l'expéditeur et le destinataire ont le droit de demander qu'on leur montre les originaux et qu'on leur fournisse des copies certifiées conformes.

Articles 36.– L'abonnement au service télex et à d'autres services télégraphiques ayant les mêmes caractéristiques est octroyé conformément aux normes qui sont fixées pour l'octroi du service téléphonique.

## CHAPITRE III
### Téléphonie

Article 37.– Le service téléphonique est dit urbain lorsqu'il est établi entre les usagers d'une même zone de service; il est dit interurbain lorsque des zones distinctes sont en cause.

Article 38.– Le service à domicile est fourni pour une durée indéfinie; l'abonné est obligé d'acquitter les redevances avec ponctualité.

Textes cadres du secteur des télécommunications

Article 39.– Le service destiné au public est fourni depuis les bureaux, cabines, appareils à prépaiement ou autres installations. Il peut aussi être exploité par un système d'agence conformément aux dispositions des règlements.

Article 40.– Les communications téléphoniques s'établissent de poste à poste ou de personne à personne. Les employés chargés du service ne peuvent intervenir dans la communication, ni réaliser de retransmission.

Article 41.– L'installation du service dans les limites de chaque zone est assurée sans frais supplémentaires par rapport au tarif fixé s'il s'agit d'installations et de travaux spéciaux pour relier des services situés en dehors de la zone considérée, on applique un régime différentiel.

Article 42.– Quand deux ou plusieurs zones de service urbain se sont étendues jusqu'à leur fusion, on applique automatiquement un seul tarif.

Article 43.– En cas d'interruption de service, pour une cause indépendante de l'usager, celui-ci peut réclamer le remboursement de la somme correspondante, conformément aux règlements.

Article 44,– L'entreprise qui fournit le service à domicile ne peut le suspendre ou le supprimer que sur ordre de l'autorité compétente ou en raison du défaut de paiement des redevances dues par l'abonné.

Article 45.– Un reçu est délivré pour toute communication payée sur demande de l'intéressé.

Article 46.– L'abonné dont le nom n'est pas indiqué correctement dans l'annuaire à la suite d'une erreur commise par l'entreprise fournit le service, a le droit de demander à celle-ci une réduction de 50 % sur le montant de son abonnement en attendant que l'erreur soit corrigée.

Article 47.– Les centraux qui fournissent les services urbains ou interurbains doivent prévoir pour les usagers l'installation d'au moins une cabine dans des conditions permettant d'assurer le secret des télécommunications.

Textes cadres du secteur des télécommunications

Article 48.–    L'ordre de priorité fixé pour l'installation du service à domicile est établi conformément à la date de présentation de la demande et des moyens techniques disponibles. A cet effet, chaque zone de service tient un registre où figurent jour par jour, les demandes dans l'ordre chronologique.

## CHAPITRE IV
## Radiodiffusion

### DEFINITION ET OBJET

La radiodiffusion qui comprend, la transmission sonore, télévisuelle et la transmission d'autres types d'émissions constitue un service d'information d'intérêt public ayant pour objet de permettre à toutes les personnes habitant une certaine zone et possédant un appareil dit « récepteur » de recevoir, d'écouter ou de voir une production émise conformément à un programme dressé à l'avance, le support utilisé pour assurer la diffusion étant une radiation électromagnétique.

Elle permet la diffusion des valeurs culturelles à travers le monde en même temps que se situe comme facteur politique et social d'une importance considérable.

Au point de vue politique elle constitué un puissant instrument de gouvernement assurant le contact direct des dirigeants avec les populations de l'arrière-pays; un puissant instrument de propagande à l'intérieur et hors des frontières.

Au point de vue social elle se comporte comme un moyen efficace d'information, de distraction et d'éducation générale.

Ces deux aspects politique et social sont inséparables.

### ORGANISATION DE LA RADIODIFFUSION NATIONALE

L'organisation de la radiodiffusion nationale étant liée comme partout ailleurs à la structure économique et politique du milieu, son fonctionnement dans les limites du territoire national sera régi dans les termes indiqués par la procédure suivante :

Article 49.–    La Radiodiffusion Nationale comprend :

a) La radiodiffusion d'Etat

Textes cadres du secteur des télécommunications

b) Les radiodiffusions privées dont

- celles à caractère publicitaire et commercial

- celles à caractère culturel ou religieux

c) La Télévision « radiodiffusion visuelle » par câble coaxial ou par faisceau hertzien.

LES INFORMATIONS

Article 50.– Les transmissions s'effectuent dans la langue officielle du pays, en français aussi bien qu'en créole ou en langues étrangères, conformément aux normes prévues par les règlements.

Article 51.– La radiodiffusion transmet des informations, vulgarise des idées sans censure préalable, dans les limites établies par les lois de la République.

Les informations diffusées doivent être exactes, objectives et impartiales; elles doivent provenir de sources autorisées à indiquer au moment de la transmission.

Les responsables des émissions contrôlent les programmes pour éviter que des informations mêmes exactes ne puissent nuire la population ou l'alarmer par leur forme, leur présentation ou opportunité.

Article 52.– Les émissions doivent être adaptées à la morale et ne rien tenir qui puissent troubler le développement normal et harmonieux de la jeunesse.

L'horaire des émissions sera fixé en fonction du mode de vie des auditeurs et adapté au milieu haïtien.

Article 53.– Le programme des émissions commerciales doit comprendre journellement un pourcentage de numéros nationaux avec la participation d'artistes haïtiens. Des normes seront fixées à cet effet.

Article 54.– La publicité ne doit pas, par sa forme et son intensité affecter la qualité des programmes.

La publicité effectuée suivant le procédé de la perception *sublimale* n'est pas autorisée.

Textes cadres du secteur des télécommunications

Article 55.–    Les stations émettrices constitueront une chaîne pour l'émission de programmes officiels, lorsque les pouvoirs publics requièrent.

Article 56.–    Les stations émettrices commerciales sont tenues de réaliser gratuitement des émissions dans les cas suivants :

> a) Désastre, danger national, guerre ou trouble de l'ordre public
>
> b) Diffusion ou avis intéressant la sauvegarde de la vie humaine d'aéronefs ou engins maritimes ou aériens en péril
>
> c) Diffusion de programmes civiques et d'alphabétisation
>
> d) Annonces d'intérêt général, en dehors de toute considération commerciale, jusqu'à deux (2) minutes par heure non cumulable, sur simple requête du CONATEL.

Article 57.–    La transmission de programmes destinés à l'étranger est réservée à l'État. Les stations privées ne peuvent fournir ce service que sous l'autorisation du pouvoir exécutif de l'avis favorable du CONATEL.

EXPLOITATION

Article 58.–    L'exploitation des stations commerciales de radiodiffusion privées s'effectue sous forme individuelle, l'autorisation étant accordée, à une personne ou à une société. Les concessions octroyées par l'Etat à ceux qui offrent les meilleures garanties sur le plan moral, technique et économique. La licitation se fait par l'intermédiaire du Secrétaire d'Etat des Travaux Publics, Transports et Communications, de l'Intérieur et de la Défense Nationale; l'adjudication est à la charge de la Secrétairerie d'Etat de l'Intérieur et de la Défense Nationale et de celle de la coordination et de l'Information.

Article 59.–    Chaque concessionnaire ne peut être titulaire que d'une seule licence, pour les différents services de radiodiffusion établis dans la même zone.

Textes cadres du secteur des télécommunications

Les relations commerciales entre stations privées sont officiellement définies par écrit; elles doivent au préalable faire l'objet d'une autorisation du CONATEL compte tenu du principe de l'exploitation individuelle.

Article 60.– La concession permettant l'exploitation d'une station commerciale de radiodiffusion est exclusivement octroyée à des ressortissants haïtiens ou à des sociétés commerciales composées en majorité d'Haïtiens. Ces dernières sociétés ont un statut propre et ne peuvent être des filiales ou des sociétés subsidiaires d'entreprises nationales ou étrangères. Les capitaux doivent être réels et respectivement versés par les associés.

Article 61.– Les sociétés constituées pour l'exploitation d'une concession de radiodiffusion doivent se soumettre aux dispositions définies par le présent Décret et les règlements y relatifs, sous peine d'annulation. Tout document additionnel, modificatif des conditions définies dans l'acte constitutif de ladite société est nul de plein droit.

Article 62.– L'exploitation des stations de radiodiffusion est strictement limitée aux normes techniques spécifiées sur la licence afférente et sujette aux amendements d'après les normes techniques en vigueur et suivant les besoins réels des régions à couvrir.

Article 63.– A des rares exceptions près (reportage) faisant l'objet d'accords avec les sociétés d'auteurs et de composition, nulle œuvre ne peut être diffusée sans accord préalable de l'auteur qui perçoit chaque fois des droits spéciaux. Toutefois les œuvres enregistrées peuvent être diffusées sans aucune autorisation spéciale.

Article 64.– Les bandes réservées à la radiodiffusion sonore sont réservées comme prévu par les Règlements des radiocommunications de la région 2 du COMITE INTERNATIONAL D'ENREGISTREMENT DE FREQUENCES (I.F.R.B)

Groupe I-    Bandes Moyennes : 535 - 1605 khz

Groupe II-   Radiodiffusion dans la zone tropicale :

2300 - 2495 kHz

83

Textes cadres du secteur des télécommunications

3200 - 3400 kHz

4750 - 4995 kHz

5005 - 5060 kHz

Groupe III- Radiodiffusion à ondes décamétriques (réservées à la radiodiffusion d'Etat, voir Article 57.

5950 - 6200 kHz

9500 - 9775 kHz

11700 - 11 975 kHz

15100 - 15 450 kHz

17700 - 17 900 kHz

21450 - 21 750 kHz

25600 - 26 100 kHz

Groupe IV- Radiodiffusion par modulation de fréquences

88 - MIIz.

Groupe V-   Liaisons studios vers Transmetteurs

217.050 - 217. 750 MHz

219. 050 - 219.550 MHz

450.000 - 450.750 MHz

455.650 - 456. 225 MHz

920.00 - 930.000 MHz

Groupe VI- Radiodiffusion visuelle et sonore

54.000 - 72.000 MHz

76.000 - 88.000MHz

174.000 - 216.000 MHz

884.000 - 890.000 D MHz

## ASSIGNATION DES FREQUENCES

Article 65.–   Toutes les fréquences utilisables en radiocommunication sont propriétés de l'Etat à qui seul incombe leur distribution et la règlementation de leur utilisation.

Textes cadres du secteur des télécommunications

Article 66.–    Les fréquences sont assignées dans les conditions suivantes et en fonction de la puissance de sortie des stations émettrices et de la disponibilité du tableau ou plan général des distributions des fréquences.

La bande de (500 kc/s – 1500 kc/s) réservée à la radiodiffusion permet de répartir environ 110 fréquences séparées par 10 kc/s.

Article 67.–    Les bandes ou licences d'exploitation peuvent à partir de la date de leur dépôt et à l'issue d'un délai de trente jours ouvrables, être contestées par d'autres soumissionnaires, particulièrement en ce qui concerne la qualité morale et les garanties économiques des candidats.

Article 68.–    Les licences d'exploitation des stations de radiodiffusion commerciale sont octroyées pour une période de cinq (5) minimum à quinze ans (15) maximum à compter de leur date. Ces délais peuvent être prolongés par périodes successives de cinq ans (5), à condition que les concessionnaires observent les dispositions légales règlementaires. Le total des prérogatives ne peut dépasser la durée originale de la concession. Néanmoins,

a) dans le cas d'une nouvelle station, un délai de dix-huit mois (inclus dans la période de concession) est accordé au concessionnaire pour la mise en service de cette nouvelle sanction;

b) dans le cas d'une station existante, un délai de six mois (6) est accordé au concessionnaire pour la mise en service d'une station dont l'interruption est due à des causes techniques.

Article 69.–    Lorsqu'ils sont proposés par les concessionnaires, les noms des stations de radiodiffusion approuvés par la Secrétairerie d'État des Travaux Publics, Transports et Communications selon avis de la Secrétairerie d'État de l'Intérieur et de la Défense Nationale ne sont pas reconnus comme droits intellectuels.

Article 70.–    La Secrétairerie d'Etat des Travaux Publics, Transports et Communications en accord avec celle de l'intérieur et de la Défense Nationale peut autoriser l'implantation de stations relais répéteurs de radiodiffusion dans des zones où l'installation d'une nouvelle station ne se justifie pas.

85

Textes cadres du secteur des télécommunications

L'exploitation de station-relais n'affecte en rien le principe du caractère individuel défini à l'article 58.–

Article 71.– La concession d'exploitation d'un service de radiodiffusion s'éteint pour les raisons suivantes :

a) expiration de la période pour laquelle porte la concession.

b) dissolution déclarée ou perte de la personnalité juridique de la société.

c) déclaration d'interdiction ou décès du titulaire sans héritier. Si le titulaire laisse des héritiers, la succession reste soumise aux dispositions légales régissant la matière.

d) échéance des délais accordés à l'article 68 (alinéas a et b)

Article 72.– Le pouvoir exécutif peut autoriser l'installation et l'exploitation de stations destinées à des fins culturelles et éducatives, sans diffusion publicitaire commerciale, ce pour une durée qui ne peut être supérieure à cinq (5) ans. Cette autorisation peut être renouvelée à condition que les stations atteignent leurs objectifs.

Article 73.– Le plan général d'assignation des fréquences sera affiché au bureau central du CONATEL à la Section de Contrôle et d'assignation de fréquences ce afin que nul n'en ignore.

## LICENCES D'OPERATEURS

Article 74.– Les licences d'opérateurs sont accordées en tenant compte du niveau de qualification de chaque candidat et selon les catégories suivantes :

| | |
|---|---|
| 1ère classe : | Ingénieur spécialisé |
| 2e classe : | Technicien avancé dans le domaine de l'Électronique |
| 3e classe A : | Technicien travaillant sous la supervision d'un tech-nicien de 1ère classe ou de 2e classe et ayant accès aux équipements. |
| 3e classe B : | Opérateur non-technicien ayant un accès partiel aux équipements |

Textes cadres du secteur des télécommunications

3e classe C : Opérateur non-technicien ayant accès seulement à la manipulation du microphone ou d'un interrupteur pour la mise en ondes d'un équipement ou d'un système exploité sous la supervision d'un technicien.

3e classe C : (Collective) : délivrée pour l'exploitation d'une station ou d'un réseau à un groupe d'opérateurs de 3e classe C travaillant sous la supervision d'un technicien de 2e classe ou 3e classe A. les responsabilités de cette forme d'opération sont endossées par le récipiendaire de la licence.

## CHAPITRE V
### Services speciaux

Article 75.– Le service de la « Musique dirigée » par ondes radioélectriques fait l'objet de concessions d'exploitation octroyées dans des conditions analogues à celles qui sont définies au chapitre précédent. Quand le service s'effectue par circuits en fil, l'autorité compétente octroie l'autorisation.

En aucun cas ce service ne peut diffuser de la publicité ou expressions verbales.

Article 76.– Le service d'antenne communautaire peut être assuré avec l'autorisation de l'Autorité compétente. Ce service doit accorder le même traitement aux diverses stations dont les installations permettent la réception et la diffusion des signaux techniquement compatibles.

Article 77.– Le service de diffusion (son et télévision) en circuit fermé peut être assuré avec l'autorisation de l'Autorité compétente; il doit se conformer aux dispositions prévues au chapitre précédent.

Article 78.– Les moyens de transport haïtiens ou étrangers qui se trouvent sur le territoire national sont dotés de stations radioélectriques dans la mesure où l'exigent les conventions et règlements nationaux et internationaux.

Textes cadres du secteur des télécommunications

Le CONATEL n'autorise pas la circulation des véhicules, vaisseaux aéronefs qui ne sont pas conformes à ces dispositions.

Article 79.– Les services spéciaux qui ne sont pas mentionnés dans le présent chapitre sont soumis aux normes règlementaires pertinentes.

## CHAPITRE VI
### Service de Radio - Amateur

Article 80.– Le service de Radio-Amateur est de nature mondiale; il constitue en outre, une activité d'intérêt national, par son apport spécifique à la compréhension sur le plan international à la recherche fondamentale, à la formation professionnelle, à l'éducation, et à l'œuvre universelle de secours des organisations de la Croix Rouge grâce aux Interventions rapides qu'il facilite dans les cas de sinistre catastrophes de tous ordres qui peuvent se présenter au niveau individuel ou collectif.

Article 81.– Sont considérées comme stations de radio-amateur, celles destinées exclusivement aux travaux de recherches ou expérimentales, à l'étude de la technique de la radio communication en général et dans un but non lucratif.

Article 82.– Toutes les fréquences utilisables en radio communication sont propriétés de l'Etat à qui seul incombe leur distribution et la règlementation de leur utilisation conformément aux normes établies par l'Union Internationale des Télécommunications (U.I.T)

Article 83.– Toute station de radio-amateur doit être couverte par une autorisation du CONATEL sur demande préalable adressée à la Secrétairerie d'État de l'Intérieur et de la Défense Nationale, avant son installation.

Article 84.– Les licences de radio-amateur seront concédées seulement aux ressortissants haïtiens. Ce privilège pourra s'étendre aux nationaux des pays amis résidant en Haïti pourvu que la réciprocité soit accordée chez eux aux haïtiens. Néanmoins l'amateur étranger pourra exceptionnellement bénéficier

88

Textes cadres du secteur des télécommunications

de ce droit, s'il fournit des services au Pays aux termes d'un contrat personnel à titre de membre d'un organisme international opérant dans le pays.

Article 85.—     Les licences d'opérateurs de postes de radio amateur seront accordées en fonction des qualifications de chaque postulant et sujet aux conditions suivantes :

1ère classe        Ingénieur spécialisé en Télécommunication

2ème classe       Technicien avancé dans le domaine de l'électronique ayant prouvé son habilité.

3ème classe A   Technicien ayant prouvé :

1) son habilité à transmettre à recevoir des messages en Code Morse à une vitesse de douze (12) mots/minute. Chaque groupe de 5 lettres constitue 2 mots.

2) sa capacité à opérer le poste transmetteur.

3) ses connaissances des lois et règlements nationaux et internationaux sur la radio-amateur.

3ème classe-B    Technicien ayant prouvé :

1) son habilité à transmettre et recevoir des messages en Code Morse à une vitesse de huit (8) mots/minute et dans les termes indiqués précédemment ;

2) sa capacité à opérer le poste transmetteur ;

3) ses connaissances des lois et règlements nationaux et internationaux sur la radio-amateur.

Les licences de la 3ème Classe-B autorisent l'opérateur à travailler sur toutes les bandes de fréquences allouées aux amateurs en téléphonie ou en télégraphie avec une puissance maximum de 350 Watts d'entrée au circuit plaque.

3ème Classe-C   (novices ou débutants)

Postulant ayant prouvé:

1) Sa capacité à opérer le poste transmetteur

2) Ses connaissances des lois et règlements nationaux et internationaux sur la radio-amateur.

89

Textes cadres du secteur des télécommunications

Les licences de cette classe autorisent le fonctionnement sur les bandes de 160 – 80 - 40 mètres en téléphonie et télégraphie et, celle de 15 mètres en télégraphie seulement d'un appareil transmetteur d'une puissance maximum de 100 Watts d'entrée de circuit plaque.

3ème classe-D   (collective)

Cette licence est délivrée à un groupe d'amateurs constitué en association ou club. Sous la responsabilité personnelle d'un technicien spécialiste du groupe.

Article 86.– La puissance d'entrée dans le circuit plaque des transmetteurs d'amateurs ne peut être supérieure à 350 Watts quand la station est située dans le périmètre d'une ville.

Article 87.– Les demandes de licences d'opérateurs de radio-amateurs devront être soumises au CONATEL. La demande ne sera instruite qu'après paiement d'une taxe de constitution fixée par l'Administration Générale des Contributions. Le sollicitant devra consigner dans sa demande les informations suivantes :

1) Nom et Prénom ;

2) Adresse exacte ;

3) Numéro de sa carte d'identité. Les mineurs devront y annexer une copie certifiée de leur acte de naissance ainsi qu'une autorisation des parents ou du tuteur ;

4) Classe de la licence sollicitée ;

5) Deux (2) photos d'identité (vue de face) ;

6) Un certificat de bonne conduite délivré par le bureau de la police de la localité ;

7) Un certificat émanant d'une organisation reconnue de radio-amateurs attestant que le sollicitant a subi avec succès les épreuves requises et qu'il est apte à obtenir la classe de licence sollicitée et toutes preuves qui peuvent accréditer ses capacités en matière de radiocommunication.

Article 88.– Les licences pour l'établissement de postes de radio-amateurs seront personnelles et devront comporter les détails suivants :

90

Textes cadres du secteur des télécommunications

1) Numéro et classe de la licence ;

2) Identité de l'opérateur et sa photo vue de face ;

3) Adresse de l'opérateur ;

4) Adresse de la station ;

5) Puissance de l'appareil émetteur ;

6) Indicatif d'appel ;

7) Date d'émission de la licence ;

8) Date d'expiration de la licence.

Article 89.– Tout opérateur devra avoir sa licence exposée bien en vue et en un endroit accessible aux inspecteurs compétents du gouvernement.

Article 90.– Pour obtenir l'autorisation d'installer une station de radio-amateurs, il est indispensable que le sollicitant ait obtenu au préalable sa licence d'opérateur.

Article 91.– La demande d'autorisation sera produite au CONATEL et portera les informations suivantes ;

a) Nom du sollicitant ;

b) Adresse exacte où sera installé l'appareil transmetteur ;

c) Numéro et classe de la licence d'opérateur du sollicitant ;

d) Description technique et diagramme de l'appareil transmetteur ;

e) Bandes de fréquences préférées.

Article 92.– Les permis de fonctionnement pour station de radio-amateur seront émis par le CONATEL sur avis du Secrétaire d'Etat de l'Intérieur et de la Défense Nationale et devront comporter :

a) Numéro d'ordre du permis ;

b) Identité du propriétaire (avec photo) ;

c) Numéro et classe de sa licence d'opérateur ;

d) Adresse exacte de l'installation ;

e) Indicatif d'appel ;

f) Puissance maximale de la station ;

g) Date d'émission de la licence ;

Textes cadres du secteur des télécommunications

Ces permis devront être affichés par les soins des propriétaires des stations de radio-amateur en un endroit visible et accessible aux inspecteurs du gouvernement.

Article 93.– Les licences personnelles d'opérateur seront valides pour une année fiscale et sont renouvelables selon les cas.

Article 94.– Les indicatifs d'appels de chaque station de radio-amateur seront assignés selon une nomenclature qui sera stipulée par le CONATEL. A cet effet, le territoire national sera divisé en NEUF(9) zones, à savoir :

Le Département de l'Ouest HH 2 ;

Le Département de l'Artibonite HH 3 ;

Le Département du Nord » Ouest HH 4 ;

Le Département du Nord HH 5 ;

Le Département du Sud HH 6 ;

Le Département de la Grand » Anse HH 7 ;

Le Département du Sud » Est HH 8

Le Département du Nord » Est HH 9 ;

Le Département du Centre HH 10 ;

Le mot mobile sera ajouté aux indicatifs d'appels réguliers des stations mobiles. Quand celles-ci opèrent en dehors de leurs bases régulières, leurs opérateurs ajouteront le chiffre correspondant au Département dans lequel ils se trouvent, immédiatement après le mot Mobile.

A partir de la promulgation de la présente Loi, les chiffres 0 et 1 seront réservés aux stations de radio-amateur servant expéditions et aux usages de la Croix-Rouge en cas de nécessités.

Article 95.– Le titulaire d'une licence de fonctionnement d'une station de radio-amateur sera directement responsable de toutes infractions qui pourront être commises par l'utilisation de son installation.

Article 96.– Les équipements fixés de radio-amateur ne peuvent être utilisés qu'à l'adresse déclarée comme lieu de fonctionnement. Tout changement d'adresse devra être rapporté immédiatement au CONATEL.

Textes cadres du secteur des télécommunications

Article 97.– Les communications entre stations de radio-amateurs ne peuvent se faire qu'en langage clair ou en code reconnu universellement pour amateur.

Article 98.– Au cours de leurs émissions, les stations de radio-amateur doivent transmettre leurs lettres d'appels distinctement à intervalles réguliers et au moins chaque 10 minutes.

Article 99.– Les communications doivent être faites en français. Néanmoins, l'espagnol, l'anglais et le portugais peuvent être employés à condition qu'au commencement et à la fin de chaque transmission l'identification se fasse en français.

Article 100.– Toute station de radio-amateur est obligée de tenir un registre de communication sur lequel il sera inscrit les détails suivants :

a) Date et heure de la communication (début et fin) ;

b) Indicatifs d'appels des stations avec lesquelles la communication a été faite ;

c) Puissance utilisée durant la communication ;

d) Détail de la fréquence sur laquelle s'effectue la communication ;

e) Type d'émission (Téléphonie ou télégraphie) ;

f) Conditions techniques de la communication se référant à la force des signaux, le ton etc.

Article 101.– Le CONATEL pourra réclamer aux fins d'inspection à n'importe quel moment le registre de communication et sanctionnera les émissions tendancieuses dûment constatées.

Article 102.– Il est formellement défendu aux stations d'amateurs :

a) de transmettre ou recevoir des messages commerciaux ;

b) de transmettre ou recevoir des messages à caractère politique ;

c) de transmettre ou recevoir des messages codés ou abrégés non reconnus universellement à l'usage des amateurs ;

d) de transmettre des émissions à caractère religieux ;

e) de transmettre des émissions musicales enregistrées ou non ;

93

Textes cadres du secteur des télécommunications

f) de transmettre des nouvelles ou faire des allusions contre les pouvoirs publics ou les pays amis.

Néanmoins, pour des essais de courtes durées jusqu'à un maximum d'une minute, les stations de radio-amateur sont autorisées à transmettre des notes simples d'audio-fréquence gravées sur des disques ou bandes magnétiques.

Article 103.– Les circuits oscillants de tout appareil transmetteur de radio-amateur devront être de haute stabilité de façon que les variations de fréquences ne soient pas préjudiciables aux autres stations émettrices. A part les circuits contrôlés par cristal, il est aussi permis l'usage des oscillateurs à fréquence variables, compte tenu de l'observation sur la stabilité.

Article 104.– Les opérateurs des postes de radio-amateurs devront empêcher de toute façon les générations d'ondes parasites et d'harmoniques qui peuvent tomber en dehors des bandes d'amateurs.

Article 105.– Tous les opérateurs de postes de radio-amateurs à qui les licences sont délivrées sont tenus de communiquer par écrit et sans délai au CONATEL les irrégularités ou les ‘infractions qu'ils observent sur les bandes allouées aux amateurs. Ces rapports seront détaillés et comporteront l'heure, la date de l'irrégularité constatée, nom de la station qui a commis l'infraction etc. L'opérateur informant devra indiquer clairement le numéro de sa licence dans son rapport.

Article 106.– Sur la recommandation du CONATEL, le département de l'Intérieur pourra suspendre les permis de fonctionnement des stations de radio-amateur ainsi que les licences d'opérateurs et imposer des amendes jusqu'à concurrence de 1000 gourdes en cas de violation des dispositions du présent Décret.

Article 107.– En cas de récidive ou d'infraction grave, le Département de l'Intérieur pourra ordonner le démontage de l'appareil transmetteur par son propriétaire en présence d'un Inspecteur délégué à cet effet.

Article 108.– Au moment de recevoir sa licence d'opérateur ou sa licence pour l'établissement d'un poste de radio-amateur, le

94

Textes cadres du secteur des télécommunications

bénéficiaire s'engagera par écrit à respecter les dispositions du présent Décret.

Il s'engagera en outre par écrit, à mettre son installation au service du CONATEL s'il en est requis dans les cas urgents tels qu'interruption des communications téléphoniques, radio-téléphoniques ou télégraphiques des réseaux de l'Etat causée par les intempéries ou en toutes autres circonstances jugées urgentes quand il en est requis par le Département de l'Intérieur.

Article 109.— Toute licence d'amateur peut être révoquée sans indemnité notamment dans les cas suivants :

Si le détenteur n'observe pas les conditions particulières qui lui ont été imposées pour l'établissement ou l'utilisation de sa station ;

S'il commet une infraction aux règlements intérieurs ou internationaux sur le fonctionnement ou l'utilisation des stations d'amateur ;

S'il utilise sa station à d'autres fins que celles prévues par la licence notamment s'il capte indûment les messages qu'il n'est pas autorisé à recevoir, s'il viole le secret de ceux qu'il a captés fortuitement ;

S'il apporte un trouble quelconque aux postes récepteurs de radiodiffusion ou au fonctionnement des Services publics ou privés de radiocommunications.

S'il utilise un indicatif d'appel différent de celui qui lui a été attribué.

S'il communique avec des stations non autorisées.

S'il émet avec une puissance supérieure à celle autorisée ou en dehors des gammes de fréquences allouées.

Article 110.— Toute station d'amateur est établie, exploitée et entretenue par le détenteur de la licence, à ses frais et risques. L'Etat n'est soumis à aucune responsabilité à raison des opérations du détenteur de la licence. La station ne peut être déplacée ou cédée à un tiers sans autorisation spéciale. La demande de transfert ou de cession doit être adressée au Service du CONATEL.

Textes cadres du secteur des télécommunications

bande possède des caractéristiques d'ondes décamétriques et d'ondes métriques ; d'après les indications actuelles, elle pourrait être utilisée davantage comme une bande d'ondes métriques pendant la durée des deux ou trois prochains cycles d'activité solaire.

Article 113.– Ces attributions actuelles de fréquence du service amateur restent toutefois sujettes à des changements qui peuvent survenir du fait d'accords internationaux portant sur l'allocation de fréquences au-dessus de 30 MHz depuis surtout qu'a été instauré le service d'amateur par satellite.

## TITRE II
### Radiocommunications

Article 114.– Les communications radioélectriques fonctionnent, toutes sans exception, dans les conditions techniques fixées par les règlements en utilisant les fréquences, les indicatifs d'appel, les emplacements, les classes d'émissions, les puissances, la caractéristique d'antenne et les horaires définis dans la licence.

Article 115.– Les permis d'utilisation des fréquences sont accordés dans chaque bande conformément aux dispositions des conventions internationales et règlements nationaux ; elles peuvent être modifiées ou annulées sans que cela donne droit à indemnisation.

Article 116.– Quand les conditions techniques le justifient, on établit de zones de protection contre tout type de perturbations qui risquent de gêner les radiocommunications ; s'il n'existe pas d'autres possibilités pour résoudre le problème, on peut toujours limiter le droit d'utilisation du domaine public, en ce qui concerne les structures ou les édifices construits ou à construire.

Textes cadres du secteur des télécommunications

## TITRE III
### Taxes, tarifs et redevances des télécommunications

Article 117.– Les taxes, tarifs et redevances sont fixés pour le Pouvoir exécutif sur proposition du CONATEL par l'intermédiaire de la Secrétairerie d'Etat des Travaux Publics, Transports et communications.

Article 118.– Les tarifs appliqués aux services fournis doivent être justes et raisonnables ; ils couvrent les dépenses d'exploitation et servent à financer une partie du développement des télécommunications.

Les tarifs relatifs au service avec l'étranger sont fixés compte tenu des recommandations et conventions internationales en vigueur.

Article 119.– Il est décidé d'appliquer une surtaxe de 30 % des tarifs destinés à l'alimentation du FONDS NATIONAL DES TELECOMMUNICATIONS. Les entreprises qui détiennent ledit pourcentage sont tenues de le déposer dans un compte spécial du budget de Développement établi à la BANQUE NATIONALE DE LA REPUBLIQUE D'HAITI au nom du conseil de gestion du FONDS dans les 60 jours qui suivent le mois au cours duquel la communication a eu lieu.

Article 120.– Les taxes et redevances afférentes aux stations et systèmes non ouverts à la correspondance publique sont fixées en fonction des caractéristiques de ces systèmes, de l'importance de leurs installations et des prévisions de trafic.

Article 121.– Les entreprises privées du service public international de télécommunications accordent aux institutions officielles qui fournissent le service, la part des taxes terminales d'origine et de destination et des taxes de transit fixées.

Article 122.– Les entreprises rendant des services publics ou des services d'intérêt public sont tenues d'établir un système de comptabilité moderne, efficace et adéquat aux besoins et de présenter des bilans sous la forme définie par le CONATEL.

Textes cadres du secteur des télécommunications

Article 123.– Toutes les sociétés publiques ou parapubliques, autonomes ou semi-autonomes, indépendantes ou semi-indépendantes devront acquitter les taxes, tarifs et redevances établis conformément aux dispositions du présent Décret.

## TITRE IV
### Developpement des télécommunications

Article 124.– Toutes les redevances prévues dans le présent Décret ainsi que toutes les autres y afférentes seront portées au bénéfice du FONDS NATIONAL DES TELECOMMUNICATIONS et destinées à assurer le développement des systèmes, à améliorer les services et à soutenir les activités du Centre de Formation Professionnelle des Télécommunications.

Article 125.– Le FONDS est administré par le Conseil de gestion représenté par le Conseil National de Développement et de Planification (CONADEP).

Article 126.– Afin de promouvoir l'industrie nationale et d'assurer la coordination nécessaire dans ce domaine, les sociétés officielles, privées ou mixtes qui fournissent des services de·télécommunications sont tenues de préparer des plans de développement et d'achat d'équipement et de matériel pour des périodes allant de un à cinq ans. Ces plans seront présentés pour examen au CONATEL.

Article 127.– L'importation d'équipement et de matériel des télécommunications est autorisée dans la mesure où le développement, la capacité et les conditions de l'industrie nationale l'exigent.

Article 128.– Le CONATEL prend à sa charge un laboratoire en vue d'atteindre les objectifs suivants :

    a) entreprendre des recherches scientifiques et techniques et assurer un contrôle au niveau supérieur ;

    b) fixer des normes, des spécifications et des méthodes pour la construction d'équipement, d'éléments et matériel ;

    c) collaborer avec le Centre de Formation Professionnelle des télécommunications et l'enseignement supérieur ;

Textes cadres du secteur des télécommunications

d) réaliser des travaux dans cette spécialité pour le compte de tiers, sur la demande et à la charge de ceux-ci ;

e) montage d'une station de vérification des fréquences et la doter des équipements de contrôle nécessaires à son fonctionnement rationnel.

Article 129.– Le laboratoire dispose des ressources suivantes :

a) la partie qui lui est destinée dans le budget du CONATEL ;

b) le produit des découvertes, inventions et brevets ;

c) les paiements reçus pour travaux réalisés pour le compte de tiers ;

d) les contributions de toute nature.

## TITRE V
## Dispositions relatives a la sécurité nationale

Article 130.– Les services de télécommunications contribuent à la sécurité nationale. Leur utilisation peut être provisoirement limitée aux fins de la défense.

Article 131.– Les plans de télécommunications embrassent les études que propose la Secrétairerie d'Etat de l'Intérieur et de la Défense Nationale, sur la stratégie de la défense et la sécurité publique.

Article 132.– Les services de télécommunications ont une priorité absolue, qu'ils fonctionnent dans les zones d'opérations ou sinistrées ou qu'ils assurent la liaison entre ces zones et le reste du pays.

Article 133.– Les forces armées de la nation ont priorité pour l'utilisation du système national de télécommunications en cas de guerre ou troubles intérieurs ou dans tous les cas d'urgence.

Article 134.– Les forces armées et éventuellement les forces de sécurité publique peuvent relier leurs systèmes au réseau national des télécommunications quand des circonstances particulières liées à la sécurité nationale le justifient.

Textes cadres du secteur des télécommunications

Article 135.– La Secrétairerie d'Etat de l'Intérieur et de la Défense Nationale peut, en cas de guerre ou de troubles intérieurs ou de salut public, suspendre provisoirement les concessions, autorisations ou permis octroyés pour l'exploitation ou l'utilisation des services de télécommunications intérieures et internationales.

Article 136.– En cas de guerre ou de troubles intérieurs seront réquisitionnées, s'il y échait, les installations de télécommunications en vue de leur utilisation.

### TITRE VI
### Sanctions administratives

Article 137.– Les infractions aux dispositions prévues par le présent Décret sont sanctionnées conformément à l'échelle suivante : rappel à l'ordre, sommation, suspension, changement de catégorie, fermeture, saisie, amende, suspension de la publicité commerciale ou de la concession, ou du permis sans préjudice à l'application des sanctions prévues par le Code Pénal ou par d'autres lois.

Article 138.– Le montant des amendes est fixé par le présent Décret et les règlements y afférents.

La saisie comporte un droit d'utilisation des biens confisqués en faveur de l'Etat, ce, sans aucune charge, en attendant le transfert normal du droit de propriété.

Article 139.– Le CONATEL applique, le cas échéant, les sanctions prévues à l'article 109 aux personnes physiques ou morales qui commettent les infractions suivantes :

a) Gêner, interrompre ou paralyser par imprudence ou par négligence les services de télécommunications ;

b) Causer, par sa propre faute, ou par celle des membres de sa famille ou des personnes à sa charge, des interruptions ou des retards dans les services publics de télécommunications ;

c) Violer les dispositions prévues à l'article 6 ou transmettre des signaux erronés. Quand l'infraction est commise par l'intermédiaire d'un service de

Textes cadres du secteur des télécommunications

radiodiffusion, la sanction frappe le concessionnaire, le personnel en cause ou ceux qui assurent l'exploitation à titre régulier ou occasionnel, selon le cas ; la sanction peut être progressive et aller jusqu'à l'annulation de la concession pour le titulaire, à la suspension pour deux ans en ce qui concerne le personnel et à une amende infligée aux participants conformément à la loi et aux règlements.

d) Divulguer des télécommunications, les publier ou en faire usage, après les avoir captées ou en avoir pris connaissance sans en être le destinataire (article 7, 8 et 9).

e) Ne pas se conformer aux dispositions des articles 11, 15, 21 et 28.

f) Exploiter des installations et des équipements de télécommunications, ou en autoriser l'exploitation en contrevenant aux dispositions de l'article 13.

g) Enfreindre les dispositions des articles 14, 17 et 38. Dans le cas des abonnés qui utilisent le service à des fins qui diffèrent de l'activité déclarée pour la détermination de la catégorie tarifaire, ou qui ne règlent pas dans les délais prévus le coût des appareils détériorés, la sanction peut entraîner la suspension provisoire du service et même la suspension du service.

h) Omettre de faire disparaître les perturbations mentionnées dans l'article 16, dans les délais et sous la forme arrêtée par le CONATEL.

i) Enfreindre les dispositions des articles 18 et du deuxième paragraphe de l'article 60.

j) Enfreindre la disposition de l'article 19. Outre les sanctions prévues, il sera procédé à la saisie des équipements et installations, sans aucun dédommagement.

k) Imprimer, publier, distribuer ou vendre des listes ou annuaires des usagers en contrevenant aux dispositions de l'article 22.

l) Invoquer de faux prétextes pour affirmer que l'on se trouve dans les situations prévues par l'article 30 ; le propriétaire responsable prend à sa charge toutes les dépenses encourues.

Textes cadres du secteur des télécommunications

m) Enfreindre les dispositions prévues dans les articles 49 et 56 ou ne pas se conformer aux conditions du contrat de concession. En cas de récidive, le titulaire est de plus passible de suspension de la publicité commerciale pendant 30 jours, la concession ou la licence pouvant être annulée.

n) Eluder les conditions stipulées dans l'article 73.

o) Eluder l'accomplissement des normes prévues aux articles 75, 76 et des règlements y relatifs.

p) Transmettre des communications particulières ou commerciales à des fins lucratives ; dans ce cas, la radio-amateur paie l'équivalent des tarifs non acquittés plus une surtaxe représentant 10 fois le montant de ces tarifs (article 81).

q) Enfreindre les dispositions de l'article 82 ; si la gravité de la faute ou la récidive le justifie, on procède à la suspension des émissions de la station ou on rend caduque la licence accordée.

r) Enfreindre les dispositions des articles 89, 90 et 91 ; si la gravité de la faute ou la récidive le justifie, le CONATEL donne intervention à la Cour Supérieure des Comptes, pour le cas des entreprises qui exploitent le service public, ou procède à la suspension de la publicité commerciale jusqu'à l'accomplissement des dispositions pertinentes, en cas de stations de radiodiffusion.

Article 140.– Le personnel des sociétés publiques, privées ou mixtes de télécommunications est passible, en plus des sanctions spécifiques établies par les lois, statuts, règlements, conventions ou dispositions particulières appropriées, des sanctions prévues dans le présent Décret et dans son règlement.

Article 141.– Le CONATEL a le droit de déclarer caduc une concession ou un permis lorsque la personne ou la société titulaire du droit a encouru une condamnation pénale incompatible avec les qualités exigées pour l'octroi de la concession, de la licence ou du permis.

Article 142.– Les cas et sanctions non prévues par le présent Décret sont couverts dans le règlement.

Textes cadres du secteur des télécommunications

Article 143.– Les délits, les crimes d'incendie ou de destruction d'un matériel des Télécommunications ; les manœuvres criminelles tendant à empêcher l'exécution ou l'entreprise des travaux y relatifs, les violences ou manœuvres de violence commises dans les installations de Télécommunications sont punies en vertu du Code Pénal et selon les sanctions prévues dans le texte des Dispositions générales et des règlements de l'Organisation des Services de Télécommunications et des autres lois en vigueur.

Article 144.– Sont passibles d'un emprisonnement d'un à trois ans et d'une amende de mille à cinq mille gourdes ceux qui, par négligence ou imprudence gênent ou auront gêné, interrompent ou auront interrompu, paralysent ou auront paralysé les services de télécommunications.

Si l'infraction commise affecte les services publics par suite d'agissement frauduleux, le maximum des deux peines sera appliqué. En cas de récidive, elles seront doubles.

Article 145.– Les articles 356, 357, 358, 359 seront applicables à la matière des télécommunications, les peines seront combinées à celles de l'article 113. Les crimes et délits prévus en la matière peuvent être versés devant une juridiction spéciale garantissant la sûreté de l'Etat dans le domaine de la télécommunication, celui de l'organisation de son développement social, économique et politique.

## TITRE VII
### Procédures administratives

Article 146.– Le CONATEL, après avoir rassemblé les faits, les apprécie et arrête la résolution administrative dans un délai maximum de trois jours.

Article 147.– La partie en cause peut se référer par lettre recommandée contenant ses griefs, adressée au Secrétaire d'Etat des Travaux Publics, Transports et Communications, dans un délai de trois jours à compter de la date de la notification de la résolution. Dans le cas contraire, la résolution reste exécutoire.

Textes cadres du secteur des télécommunications

Article 148.– La Secrétairerie d'Etat des Travaux Publics, Transports et Communications émettra et publiera dans un délai maximum de quinze jours sa décision qui ne peut donner lieu à aucun recours.

Article 149.– La résolution administrative est exécutoire. Si l'amende imposée n'est pas acquittée dans le délai prescrit, l'Administration Générale des Contributions, sur notification de la décision à son Directeur général, recourra aux contraintes administratives en vigueur pour son recouvrement.

## TITRE VIII
### Divers

Article 150.– Les recettes provenant des amendes qui sont infligées pour cause d'infraction et celles du produit de la vente des installations et équipements saisis sont versées au FONDS NATIONAL DES TELECOMMUNICATIONS.

Article 151.– Relativement aux droits fiscaux, il n'y a pas de prescription des actions et sanctions encourues autres que les amendes fixées dans le présent Décret et ses règlements.

Article 152.– Tous les titulaires de services et installations actuellement en exploitation doivent entreprendre de nouvelles démarches auprès de l'Autorité compétente conformément aux dispositions du présent Décret et à ses règlements, dans un délai de deux ans pour les concessions et dans un délai d'un an pour les permis à compter de la promulgation du présent Décret. A l'expiration des contrats de concessions ou des permis de fonctionnement ou à celle du délai prévu, les concessions ou les permis sont annulés de plein droit à défaut des démarches requises.

Article 153.– Le CONATEL étudiera et soumettra dans un délai de 180 jours, un projet de statut en établissant la carrière administrative pour tout le personnel des télécommunications, dont les femmes ont, à mérite égal, des chances équivalentes par rapport aux hommes.

Articles 154.– La structure organique du CONATEL pourra être modifiée pour faire face aux besoins techniques établis par le présent Décret.

Textes cadres du secteur des télécommunications

Article 155.– Pour faire usage des biens du domaine public, les entreprises et les entités qui fournissent les différents services doivent coordonner leurs plans en ce qui concerne les questions touchant les télécommunications.

Article 156.– Les autorités départementales, d'arrondissements, des communes, des quartiers ou des sections rurales, ne peuvent saisir les installations de télécommunications ni interrompre, gêner ou paralyser les travaux ou services autorisés par l'Etat.

Article 157.– Le présent Décret abroge toutes Lois ou dispositions de Lois, tous Décrets ou dispositions de Décrets, tous Décrets-Lois ou dispositions de Décrets-Lois qui lui sont contraires et sera publié et exécuté à la diligence des Secrétaires d'Etat des Travaux Publics, Transports et Communications, de l'Intérieur et de la Défense Nationale, de la Coordination et de l'Information, de la Justice.

Donné au Palais National, à Port-au-Prince le 12 octobre 1977 an 174ème de l'Indépendance.

Par le Président :
JEAN CLAUDE DUVALIER

Le Secrétaire d'Etat des Travaux publics, des Transports et Communications :
Ing.Pierre ST COME

Le Secrétaire d'Etat de l'Intérieur et de la Défense Nationale :
Me Aurélien C. Jeanty

Le Secrétaire d'Etat de la Justice :
Me Michel FIEVRE

Le Secrétaire d'Etat de la Coordination et de l'Information :
M. Pierre GOUSSE

Le Secrétaire d'Etat des Finances et des Affaires Economiques :
M. Emmanuel BROS

Le Secrétaire d'Etat du Commerce et de l'Industrie :
M. Albert CHARLOT

Textes cadres du secteur des télécommunications

Le Secrétaire d'Etat des Affaires Sociales
Dr Achille SALVANT

Le Secrétaire d'Etat de la Santé Publique et de la Population :
Dr Willy VERRIER

Le Secrétaire d'Etat de l'Agriculture, des Ressources
Naturelles et du Développement Rural
Agronome Edouard BERROUET

Le Secrétaire d'Etat de l'Education Nationale :
Dr Raoul PIERRE-LOUIS

Le Secrétaire d'Etat sans Portefeuille :
M. Henri P. BAYARD

Le Secrétaire d'Etat des Affaires Etrangères et des Cultes :
Edner BRUTUS

Cet ouvrage représente une compilation des principaux textes légaux et règlementaires formant le socle du cadre juridico-règlementaire régissant le secteur des télécommunications en Haïti.

Bien que certains de ces textes législatifs soient antérieurs aux nouveaux développements engendrés par les Technologies de l'Information et de la Communication, ils semblent offrir à la régulation toute la latitude nécessaire à une prise en charge efficace de l'expansion de cette nouvelle mouvance technologique et de l'émergence des réseaux sociaux. C'est ainsi que l'Organe Exécutif a opté pour une démarche plus formelle, plus en ligne avec la régulation, à savoir l'adoption de textes règlementaires conformes aux lois de la République.





**CONATEL**
Conseil National des Télécommunications


ISBN : 978-99970-4-598-0

9 789997 045980

**A.2**

<mark>ORDINANCE ASSIGNING TO THE STATE THE MONOPOLY ON TELECOMMUNICATIONS SERVICES</mark>

ORDINANCE
JEAN-CLAUDE DUVALIER PRESIDENT-FOR-LIFE OF THE REPUBLIC


With regard to Articles 90, 92 and 93 of the Constitution;

With regard to the Conventions of July 16, 1890, and August 25, 1890, relating to the establishment and operation of telegraphic signals sanctioned by the Laws of September 25 and 26, 1890;

With regard to the Law of September 29, 1895 on organization of the Terrestrial Telegraphic network;

With regard to the Law of July 8, 1907, on Pricing and the regulations of April 10, 1890, and those of August 23, 1918, and August 5, 1947, fixing a new price;

With regard to the Ordinance of July 20, 1927, sanctioning the Saint-Petersburg telegraphic convention;

With regard to the Decree of April 9, 1951, authorizing Télé-Radio S.A.;

With regard to the Ordinances of January 15, 1951, and September 13, 1956, sanctioning the Telecommunications Conventions;

With regard to the Law of October 11, 1954, relating to the Telegraph, Telephone and Radio Communications service;

With regard to the Ordinance of January 29, 1959, regulating the Amateur Radio stations on a better footing;

With regard to the Decree of December 5, 1960, approving the modifications made to the Statutes of Société Haïtienne de Télécommunications S.A.;

With regard to the Ordinance of September 27, 1969, creating an organization called "NATIONAL TELECOMMUNICATIONS COUNCIL";

With regard to the Decree of November 10, 1969, organizing the technical and administrative structure of the NATIONAL TELECOMMUNICATIONS COUNCIL;

With regard to the Ordinance of September 30, 1971, rectifying the International Telecommunications Convention signed in Montreux in 1965 by the State of Haiti;

With regard to the Ordinance of October 2, 1973, modifying the organizational structure of the National Telecommunications Council;

With regard to the organic Law of June 17, 1971, on the Department of Public Works, Transport and Communications;

--------------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**

10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

With regard to the organic Law of September 13, 1971, on the Department of Finance and Economic Affairs;

With regard to the organic Law of September 30, 1971, on the Department of the Interior and National Defense;

With regard to the organic Law of December 16, 1957, on the Department of Coordination and Information;

With regard to the Decree of September 7, 1976, forming the new NATIONAL TELECOMMUNICATIONS COUNCIL;

With regard to the Ordinance of October 14, 1976, creating under the supervision of the President-for-Life of the Republic a technical, permanent and independent organization called the NATIONAL DEVELOPMENT AND PLANNING COUNCIL (CONADEP);

With regard to the Ordinance of November 29, 1976, modifying the organic structure of the NATIONAL TELECOMMUNICATIONS COUNCIL;

With regard to the Ordinance of the Legislative Chamber of August 21, 1977, suspending the guarantees prescribed in Articles 17, 18, 19, 20, 25, 31, 34, 48, 71, 72, 93 (last paragraph), 95, 112, 113, 123 (second paragraph), 150, 151, 155, 193 and 198 of the Constitution and according full powers to the Chief Executive, allowing him to take, until the second Monday of April 1978, by Ordinances having the power of Laws, any measures it deems necessary to consolidate order and peace, to maintain the political, economic and financial stability of the nation, for the improvement of the welfare of the rural and urban populations, for the defense of the general interests of the Republic.

Whereas Telecommunications facilitate the reporting and exchange of communications between the different States, that they constitute not only a valuable means to accelerate these exchanges, but also a means of information and civilization of personal universal interest to elevate the cultural level of the people, on an individual human level as well as for international friendship and cooperation;

Whereas the various Telecommunications services of Haiti must be organized rationally so as to provide them with an adequate structure that allows them to fulfill the aspirations and realities of the environment and the aforementioned purposes;

Based on the report of the Secretaries of State for Public Works, Transport and Communications, the Interior and National Defense, Justice, and Coordination and Information,

And after deliberation by the Council of Secretaries of State.

--------------------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**
10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

PART I – TELECOMMUNICATIONS SERVICE

CHAPTER I

GENERAL PROVISIONS

Article 11 –  The exchange of traffic with foreign countries is achieved through the international switching center with the intervention of the national telecommunications system. Border traffic can be exchanged through established links.

Article 13 –  Only those granted the authorization to this effect may have the right to operate the telecommunications installations.

PART VI

ADMINISTRATIVE SANCTIONS

Article 144 – Those who negligently or recklessly disturb or will disturb, disrupt or will disrupt, or paralyze or will paralyze the telecommunications services are punishable by imprisonment for one to three years and a fine of up to five thousand gourdes. If the offense committed impairs Public Services as a result of fraudulent activity the maximum of both penalties will be imposed. In case of recidivism, they shall be doubled.

---------------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**
10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

STATE OF FLORIDA    )

                                              :

COUNTY OF MIAMI-DADE)

BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF FLORIDA AT LARGE, PERSONALLY APPEARS CHRISTINA GREEN, ON BEHALF OF MASTER TRANSLATING SERVICES, INC., WHO, AFTER BEING DULY SWORN, DEPOSES AND SAYS THAT SHE IS FULLY VERSED IN THE FRENCH AND  ENGLISH  LANGUAGES, THAT SHE IS A TRANSLATOR CERTIFIED BY THE AMERICAN TRANSLATORS ASSOCIATION  AND THAT THIS IS A TRUE AND CORRECT TRANSLATION OF THE ATTACHED DOCUMENT CONSISTING OF 3   PAGES, AND THAT THIS IS THE LAST OF THE ATTACHED.

_____
CHRISTINA GREEN

SWORN TO AND SUBSCRIBED THIS 5th        DAY OF
FEBRUARY           A.D., 2016.

_____
NOTARY  PUBLIC,  STATE  OF
FLORIDA AT LARGE.

MY COMMISSION EXPIRES:



MARTHA CORDERO-ESQUIVEL
MY COMMISSION # FF 002838
EXPIRES: May 19, 2017
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations.  Master Translating Services, Inc. and its employees shall not be liable for any damages due to negligence or error in typing or translation.

----------------------------------------------------------------

## MASTER TRANSLATING SERVICES, INC.

10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

**A.3**

## TITLE VI

## ADMINISTRATIVE SANCTIONS

Article 137- Any infringement of the provisions set forth in this Decree is sanctioned pursuant to the following scale: notice, summons, suspension, change of category, closing, seizure, fine, cessation of the commercial advertising or franchise, or of the permit, notwithstanding the application of sanctions provided for in the penal Code or in other laws.

Article 138- The amount of the fines is established by this Decree and the regulations thereof. The seizure includes the right of use of the assets seized in favor of the State, at no charge, while waiting for the regular transfer of the ownership rights.

--------------------------------------------------------------------------------------

**MASTER TRANSLATING SERVICES, INC.**
10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com

**STATE OF FLORIDA** )

:

**COUNTY OF MIAMI-DADE)**

BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF FLORIDA AT LARGE, PERSONALLY APPEARS CHRISTINA GREEN, ON BEHALF OF MASTER TRANSLATING SERVICES, INC., WHO, AFTER BEING DULY SWORN, DEPOSES AND SAYS THAT SHE IS FULLY VERSED IN THE FRENCH AND ENGLISH LANGUAGES, THAT SHE IS A TRANSLATOR CERTIFIED BY THE AMERICAN TRANSLATORS ASSOCIATION AND THAT THIS IS A TRUE AND CORRECT TRANSLATION OF THE ATTACHED DOCUMENT CONSISTING OF ONE PAGE, AND THAT THIS IS THE LAST OF THE ATTACHED.

<u>CHRISTINA GREEN</u>

SWORN TO AND SUBSCRIBED THIS 9th    DAY OF
FEBRUARY    A.D., 2016.

NOTARY    PUBLIC,    STATE    OF
FLORIDA AT LARGE.

MY COMMISSION EXPIRES:



MARTHA CORDERO-ESQUIVEL
MY COMMISSION # FF 002838
EXPIRES: May 19, 2017
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations. Master Translating Services, Inc. and its employees shall not be liable for any damages due to negligence or error in typing or translation.

---

**MASTER TRANSLÁTING SERVICES, INC.**
10651 N. KENDALL DRIVE, SUITE 220
MIAMI, FLORIDA 33176
(305) 279-2484
www.MasterTranslating.com