**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO OBJECT TO THE COURT'S OPINION AND ORDER** |

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that

*TOMASI SALYER BAROWAY*<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236

defendants UPM Technology, Inc., UPM Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen (collectively "Defendants") conferred with Plaintiff's counsel.  Plaintiff does not object to this motion.

## MOTION

Defendants hereby move this court for an order extending the time to file its objection to the court's Opinion and Order (Docket #58) Defendants' Motion to Dismiss by two weeks to March 1, 2016.  This motion is supported by the Declaration of Kathryn P. Salyer, attorney for Defendants.

Dated: February 12, 2016.

TOMASI SALYER BAROWAY

By:/s/ Kathryn P. Salyer
Kathryn P. Salyer, OSB #883017
ksalyer@tsbnlaw.com
Telephone: (503) 894-9900

Of Attorneys for Defendants

Page 2 of 2 -   DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO OBJECT TO THE COURT'S OPINION AND ORDER
UPM-L1\00208422.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236