**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI, <br><br> Plaintiff, <br><br> v. <br><br> UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC., and UPM MARKETING, INC., an Oregon corporation; UPM TELECOM, INC., an Oregon a/b/n; UPM MARKETING, INC., an Oregon a/b/n; BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO, an Oregon resident; BALTAZAR RUIZ, an Oregon resident; and TYLER ALLEN, an Oregon resident, <br><br> Defendants. | Case No. 3:15-CV-00185-SI <br><br> DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO OBJECT TO THE COURT'S OPINION AND ORDER |

I, Kathryn P. Salyer, declare and state:

1.    I am the attorney for Defendants in the above referenced action.

DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO OBJECT TO THE COURT'S OPINION AND ORDER
UPM-L1\00208424.000

2.    The Plaintiff's complaint alleges numerous statutory and civil claims for relief including claims for violation of the Racketeer Influence Corrupt Organizations Act. I request an additional fourteen (14) days in which to file an objection to the court's Opinion and Order (Docket #58). My schedule has been complicated by a jury trial in an unrelated matter.

3.    I spoke with both Richard Hansen, the attorney for Plaintiff and he has authorized me to represent that Plaintiff does not oppose the motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: February 12, 2016.

By: /s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    Portland, Oregon

DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO OBJECT TO THE COURT'S OPINION AND ORDER
UPM-L1\00208424.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236