**Kathryn P. Salyer**, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; and **TYLER ALLEN**, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO ANSWER AMENDED COMPLAINT** |

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that

defendants UPM Technology, Inc., UPM Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, and Tyler Allen (collectively "Defendants") conferred with Plaintiff's counsel. Plaintiff does not object to this motion.

## MOTION

Defendants hereby move this court for an order extending the time to file its Answer to Plaintiff's Amended Complaint by two weeks to March 1, 2016. This motion is supported by the Declaration of Kathryn P. Salyer, attorney for Defendants.

Dated: February 16, 2016.

TOMASI SALYER BAROWAY

By: /s/ Kathryn P. Salyer
Kathryn P. Salyer, OSB #883017
ksalyer@tsbnlaw.com
Telephone: (503) 894-9900

Of Attorneys for Defendants

Page 2 of 2 - DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO ANSWER AMENDED COMPLAINT
UPM-L1\00209210.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236