Kathryn P. Salyer, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,<br><br>Plaintiff,<br><br>v.<br><br>UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC., and UPM MARKETING, INC., an Oregon corporation; UPM TELECOM, INC., an Oregon a/b/n; UPM MARKETING, INC., an Oregon a/b/n; BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO, an Oregon resident; BALTAZAR RUIZ, an Oregon resident; and TYLER ALLEN, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO ANSWER AMENDED COMPLAINT |

I, Kathryn P. Salyer, declare and state:

1.    I am the attorney for Defendants in the above referenced action.

Page 1 of 2 -    DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO
EXTEND DEADLINE IN WHICH TO ANSWER AMENDED COMPLAINT
UPM-L1\00209212.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

2.      The Plaintiff's complaint alleges numerous statutory and civil claims for relief including claims for violation of the Racketeer Influence Corrupt Organizations Act. I request an additional fourteen (14) days in which to file an Answer to Plaintiff's Amended Complaint.  My schedule has been complicated by a jury trial in an unrelated matter.

3.      I spoke with Richard Hansen, the attorney for Plaintiff and he has authorized me to represent that Plaintiff does not oppose this motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated:  February 16, 2016.

By /s/ Kathryn P. Salyer
Kathryn P. Salyer, OSB #883017
Portland, Oregon

DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE IN WHICH TO ANSWER AMENDED COMPLAINT
UPM-L1\00209212.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236