**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116
*Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
*a Foreign Corporation, d/b/a Digicel Haiti*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, | **Case No.: 3:15-cv-00185-SI** |
| *Plaintiff,* | |
| *vs.* | |
| **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC, and UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, **and TYLER ALLEN**, an Oregon resident | **PLAINTIFF'S SUPPLEMENTAL NOTICE OF FILING AUTHORITY ON HAITIAN LAW** |
| *Defendants.* | |

1

### PLAINTIFF, UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI'S, SUPPLEMENTAL NOTICE OF FILING AUTHORITY ON HAITIAN LAW IN RESPONSE TO INSTRUCTIONS RECEIVED AT JANUARY 27 HEARING

Plaintiff Unigestion Holdings, S.A., d/b/a/ Digicel Haiti ("Digicel Haiti"), hereby provides supplemental notice of filing exemplars of legal opinions rendered in criminal matters involving the issue of "bypass" activity. All documents attached hereto, are accompanied by certified, notarized translations of the entire document.

1. **Criminal Judgment Entered in the Matter of Maceus Outger, Court of First Instance of Port-au-Prince, July 24, 2014 (Haiti)**. A true and correct copy of the original document and a certified translation is here attached as "Composite Exhibit A".

2. **Criminal Judgment Entered in the Matter of Maceus Outger, Court of Appeal of Port-au-Prince, April 24, 2015 (Haiti)**. A true and correct copy of the original document and a certified translation is here attached as "Composite Exhibit B".

3. **Criminal Judgment Entered in the Matter of Navindra Narine Noel, Court of Appeal of Port-au-Prince (Haiti)**. A true and correct copy of the original document and a certified translation is here attached as "Composite Exhibit C".

4. **Criminal Judgment Entered in the Matter of Navindra Narine Noel, Court of Appeal of Port-au-Prince, Second Division, Aug. 14, 2012 (Haiti)**. A true and correct copy of the original document and a certified translation is here attached as "Composite Exhibit D".

Dated:  February 19, 2016

Respectfully submitted,

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* | By:   /s/ Robert C.L. Vaughan    <br><br>KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:        (954) 527-1115<br>Facsimile:        (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2016, I caused to be served a copy of the foregoing PLAINTIFF UNIGESTION HOLDING S.A.'S, SUPPLEMENTAL NOTICE OF FILING on the following person via the Court's CM/ECF electronic service system:

Kathryn P. Salyer, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 994-9900
*Attorneys for Defendants*

   /s/ Robert C.L. Vaughan_____
Robert C.L. Vaughan,

3