UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Unigestion Holdins, S.A., a foreign
corporation, d/b/a/ Digicel Haiti,
          **Plaintiff(s),**

**v.**

UPM Telecom, Inc., et al

          **Defendant(s).**

**Civil Case No.** 3:15-cv-00018-SI

**APPLICATION FOR SPECIAL
ADMISSION –** *PRO HAC VICE*

Attorney Christopher W. Savage _____ requests special admission *pro hac vice* in
the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

**(1)      PERSONAL DATA:**

Name: Savage                   Christopher                   W.
        *(Last Name)*                   *(First Name)*                   *(MI)*          *(Suffix)*

Firm or Business Affiliation: Davis Wright Tremaine LLP

Mailing Address:         1919 Pennsylvania Avenue NW, Suite 800

City: Washington                       State: DC               Zip: 20006-3401

Phone Number: 202-973-4200                 Fax Number: 202-973-4499

Business E-mail Address: chrissavage@dwt.com

**(2)    BAR ADMISSIONS INFORMATION:**

**(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

District of Columbia (June 1982) #362657

California (December 1980) #94444

**(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

C.D. Cal. (1980, #94444); D.D.C. (1982, #362657);

D.C. Cir. (1983, #47037); 1st Cir. (2010, # 1113790);

4th Cir. (2016, no # yet assigned)

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

UPM Telecom, Inc. and all other defendants

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _1st_ day of _March_, _2016_

_____
(Signature of Pro Hac Counsel)

Christopher W. Savage
_____
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _1st_ day of _March_, _2016_

_____
(Signature of Local Counsel)

Name: Salyer, Kathryn P.
         (Last Name)                                      (First Name)                        (MI)          (Suffix)

Oregon State Bar Number: 883017

Firm or Business Affiliation: Tomasi Salyer Baroway

Mailing Address: 121 SW Morrison St., Suite 1850

City: Portland                                    State: OR              Zip: 97204

Phone Number: 503-894-9900            Business E-mail Address: 971-544-7236

---

## COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _3rd_ day of _March_, _2016_

___/s/ Michael H. Simon_____
Judge

---