**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holding, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br> **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

//

Page 1 -    UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
PDX\128154\201374\RKH\17877831.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

## L.R. 7-1 CERTIFICATION

Counsels for the parties have conferred and Defendants do not oppose this motion.

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

Plaintiff, Unigestion Holding, S.A. ("Digicel") hereby moves the Court for Order extending the time in which to respond to Defendants' Answer, Affirmative Defenses and Counterclaims to April 4, 2016.  Counsel for Plaintiff has spoken to counsel for Defendants and Defendants do not oppose this motion.  See attached declaration of Richard K. Hansen.

Therefore, Digicel moves the Court for an Order extending its time to respond to Defendants' Answer, Affirmative Defenses and Counterclaims to April 4, 2016.

Dated this 18th day of March, 2016.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  /s/ Richard K. Hansen
Richard K. Hansen, OSB #832231
Email: rhansen@schwabe.com
Telephone: 503.796-2958
Facsimile: 503.796.2900

Trial Attorney:  Richard K. Hansen
Of Attorneys for Plaintiff, Unigestion
Holdings, S.A., a Foreign Corporation, d/b/a
Digicel Haiti

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of March, 2016, I caused to be served the foregoing

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER,

AFFIRMATIVE DEFENSES AND COUNTERCLAIMS to the parties to this action as follows:

    Kathryn P. Salyer, OSB #883017
    ksalyer@tsbnwlaw.com
    Tomasi Salyer Baroway
    121 SW Morrison Street, Suite 1850
    Portland, Oregon 97204-3136
    Telephone: (503) 894-9900

    Attorneys for Defendants

by:

- [ ] U.S. Postal Service, ordinary first class mail
- [ ] U.S. Postal Service, certified or registered mail, return receipt requested
- [ ] hand delivery
- [ ] facsimile
- [x] electronic service: CM/ECF
- [ ] other (specify) _____

        /s/Richard K. Hansen
        Richard K. Hansen, OSB #832231

Page 1 -　　CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\17877831.1