**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, and **TYLER ALLEN,** an Oregon resident,<br><br>Defendants. | No. 3:15-cv-00185-SI<br><br>**DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

Page 1 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

PDX\128154\201374\RKH\17877884.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

I, Richard K. Hansen, hereby declare as follows:

1.     I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti (hereinafter "Digicel"), in the above-entitled action.

2.     On March 18, 2016, I spoke with counsel for the Defendants, Kathy Salyer.  I asked if she would oppose a motion to extend the time in which Digicel had to respond to her client's latest pleading, their Answer, Affirmative Defenses and Counterclaims to April 4, 2016. She indicated she would not oppose such a motion.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 18th day of March, 2016.

                                        /s/Richard K. Hansen
                                        Richard K. Hansen

Page 2 -     DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
             UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
             DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
             COUNTERCLAIMS
PDX\128154\201374\RKH\17877884.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900