**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holding, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **STIPULATED MOTION TO EXTEND DISCOVERY SCHEDULE** |

Page 1 -    STIPULATED MOTION TO EXTEND DISCOVERY
            SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\18097906.1

A stipulation of the undersigned counsel of record for each of the parties, the parties to this matter jointly move the Court to extend the discovery schedule in this matter by 180 days. The current fact discovery deadline is April 22, 2016.  The parties propose that the new fact discovery deadline be extend to October 24, 2016.  The other dates previously imposed would also be extended by a similar 180 day period.

Dated: April 22, 2016.                              Respectfully stipulated to and submitted by,


By:      s/Richard K. Hansen
         Richard K. Hansen, OSB #832231
         Telephone: 503.796-2958
         Facsimile: 503.796.2900

         Trial Attorney:  Richard K. Hansen
         *Attorneys for Plaintiff*

         Robert C. L. Vaughan (*Pro Hac Vice*)
         Kim Vaughan Lerner LLP
         One Financial Plaza, Suite 2001
         Fort Lauderdale, FL  33394
         Telephone:     (954) 527-1115
         E-mail: rvaughan@kvllaw.com
         *Attorneys for Plaintiff*



By:   s/Kathryn P. Salyer
      Kathryn P. Salyer, OSB #883017
      Tomasi Salyer Baroway
      121 SW Morrison Street, Suite 1850
      Portland, Oregon  97204-3136
      *Attorney for Defendants*


Page 2 -     STIPULATED MOTION TO EXTEND DISCOVERY
             SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\18097906.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of April, 2016, I caused to be served the foregoing

STIPULATED MOTION TO EXTEND DISCOVERY SCHEDULE to the parties to this action

as follows:

> Kathryn P. Salyer, OSB #883017
> ksalyer@tsbnwlaw.com
> Tomasi Salyer Baroway
> 121 SW Morrison Street, Suite 1850
> Portland, Oregon 97204-3136
> Telephone: (503) 894-9900
>
> Attorneys for Defendants

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail,
   return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service
☐ other (specify) _____

>      s/Richard K. Hansen
> _____
> Richard K. Hansen, OSB #832231

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\18097906.1