UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

[Plaintiff], Unigestion Holding, S.A.

                    Plaintiff(s),              Civil No: 3:15-cv-00185-SI

vs.

[Defendant], UPM Technology, Inc., et al.     JOINT ALTERNATE DISPUTE
                                              RESOLUTION REPORT

                    Defendant(s).
_____/

    Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1.    Have counsel held settlement discussions with their clients and the opposing party?
    ☐Yes        ☒No

    If not, provide an explanation:

    Still in motion stage on initial pleadings, and discovery

    not yet exchanged.

2.    The parties propose:    (*check one of the following*)

    ☐ (a)        That this case be referred to a neutral of their choice for ADR not
                sponsored by the court pursuant to LR 16-4(e)(1).

    ☐ (b)        That the court refer this case to mediation using a Court-sponsored
                mediator  or staff mediator.  (*See* LR 16-4(f)for Court-sponsored
                mediation procedures).   The parties seek a Court mediator because:

    _____

    _____

    _____

☐ (c)       ADR may be helpful at a later date following completion of:

_____

_____


☐ (d)       The parties believe the court would be of assistance in preparing for ADR by:

_____

_____


☐ (e)       The parties do not believe that any form of ADR will assist in the resolution of this case.


☒ (f)       Other:

Once pleadings are resolved and discovery, including

depositions, are commenced the parties will be better

able to ascertain efficacy of ADR.


DATED: May 6, 2016          By:    s/Richard K. Hansen
                                          Plaintiff's Attorney



                                   By:    s/Kathryn P. Salyer
                                          Defendant's Attorney