**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDING S.A.'S, MOTION TO TAKE JUDICIAL NOTICE** |

Page 1 -    PLAINTIFF, UNIGESTION HOLDING S.A.'S, MOTION TO TAKE JUDICAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned counsel for the Plaintiff Unigestion Holdings, SA ("Digicel Haiti") hereby certifies that Plaintiff conferred with Defendants' counsel by telephone in an attempt to resolve the dispute presented in the Motion set forth below.

## INTRODUCTION

Plaintiff, Unigestion Holdings, S.A., ("Digicel Haiti") respectfully moves the Court, pursuant to Rule 44 of the Federal Rules of Civil Procedure, and Rule 201, Federal Rules of Evidence, to take judicial notice of attached public record that was filed with the Federal Communications Commission ("FCC").  A true and correct copy of the Transfer of Control Application is attached as Exhibit "A".  This public record is directly relevant to some or all of the counterclaims asserted by Defendants, UPM Technology, Inc. ("UPM Technology"), UPM Telelcom, Inc. ("UPM Telecom"), and UPM Marketing, Inc. ("UPM Marketing") (collectively "UPM Defendants"), and to the arguments raised in Plaintiff's previously filed motion to dismiss and reply in support of the motion to dismiss.

## LEGAL ARGUMENT

A Court may take judicial notice of matters of public record when considering the merits of a motion to dismiss.  *See Callan v. N.Y. Cmty. Bank*, No. 13-17198, 2016 U.S. App. LEXIS 5403, at *1 (9th Cir. Mar. 23, 2016).  "These documents have either been issued by or filed with a public agency and are therefore matters of public record. Accordingly, the existence and authenticity of these public records is beyond dispute

Page 2 -    PLAINTIFF, UNIGESTION HOLDING S.A.'S, MOTION
            TO TAKE JUDICAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

and therefore properly the subject of judicial notice, although the Court cannot take judicial notice of the facts alleged therein." *Simon v. Healthways Inc.,* No. CV 14-08022 BRO (JCx), 2015 U.S. Dist. LEXIS 49865, at *6-7 (C.D. Cal. Apr. 7, 2015) (talking judicial notice of an FCC petition and order).

Multiple additional courts within the Ninth Circuit have also taken judicial notice of FCC filings, including petitions. *See Robinson v. Midland Funding, LLC*, No. 10cv2261 MMA(AJB), 2011 U.S. Dist. LEXIS 40107, at *6-7 (S.D. Cal. Apr. 13, 2011) ("courts regularly take judicial notice of documents . . . which are documents that are administered by or publicly filed with the administrative agency."); *Greene v. T-Mobile United States, Inc.*, No. C07-1563RSM, 2008 U.S. Dist. LEXIS 12605, at *4 (W.D. Wash. Feb. 7, 2008) (taking judicial notice of FCC petitions and public notices); *Telesaurus VPC, LLC v. Power*, No. CV-07-1311-PHX-NVW, 2009 U.S. Dist. LEXIS 12296, at *3 (D. Ariz. Feb. 4, 2009) (taking judicial notice of orders issued by the FCC and an application for a license to FCC). Accordingly, the Court should take judicial notice of the Exhibit "A".

The attached public record is a "Transfer of Control Application Streamlined Processing Request" filed with the FCC on December 19, 2013. In this document two entities, Global Caribbean Fiber SAS ("GCF") and Fibre Investments Holdings Limited IBC ("FIHL" collectively "Applicants"), are requesting the transfer of the holder of a submarine cable landing license, Antilles Crossing – St. Croix Inc. ("ACSC"), to FIHL. In order to secure the transfer, Applicants are required, pursuant to various FCC rules, to provide a statement regarding the details of the proposed transaction and

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

information required by Section 1.767 of the FCC Rules, including but not limited to organization information and details regarding each Applicant.

Most notably, FIHL is required by the FCC Rules Sections 1.767(8) and 63.18(i) to list affiliated foreign carriers. Because, Applicant FIHL's parent is owned by a Digicel entity, this list includes multiple Digicel related entities. Plaintiff, Unigestion Holdings, S.A., ("Digicel Haiti") is included on this list as an affiliated *foreign carrier* on page 8 of Exhibit "A." This information is directly relevant to the proper adjudication of Defendants' counterclaims, and judicial notice of Exhibit "A" is required.

## CONCLUSION

Based on the arguments presented, Digicel Haiti respectfully requests that the Court take judicial notice of the attached FCC filing and consider the contents of this document when adjudicating Plaintiff's Motion to Dismiss Defendants' Counterclaims.

Dated:  May 9, 2016

Respectfully submitted,

|  |  |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* | By:   /s/ Robert C.L. Vaughan<br><br>KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:        (954) 527-1115<br>Facsimile:        (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |

Page 4 -    PLAINTIFF, UNIGESTION HOLDING S.A.'S, MOTION
TO TAKE JUDICAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2016, I caused to be served a copy of the foregoing PLAINTIFF UNIGESTION HOLDING S.A.'S, MOTION FOR JUDICAL NOTICE on the following person via the Court's CM/ECF electronic service system:

| | |
|---|---|
| Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants* |

    /s/ Robert C.L. Vaughan
        Robert C.L. Vaughan

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900