**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL 33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign
Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br> *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDING S.A.'S, REPLY IN SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE** |

Page 1 - PLAINTIFF, UNIGESTION HOLDING S.A.'S, REPLY IN
SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

## INTRODUCTION

Defendants' "challenges" to Plaintiff's Motion to Take Judicial Notice are respectfully, grossly unfounded. The public record which is the subject of the instant request, dispels any "reasonable dispute" as to Digicel Haiti's legal status—hence the reason for the vigorous opposition. It is a "fact" that Digicel Haiti is a foreign carrier at least as reflected in *documents filed and maintained with the Federal Communications Commission ("FCC")* and for determining the applicability of The Communications Act ("The Act") to any issue relevant to this litigation. While the Defendants are free to challenge any fact they chose, they are not entitled to block this Court from taking judicial notice of public records.

This particular "strategy" of combining misdirection, supposition and fiction, however, is not foreign to the Defendants nor is it unique in this case. Defendants' latest Motion to Dismiss or for Reconsideration filed on June 3, 2016 [Dkt. 89] plainly demonstrates that Defendants' entire defense strategy including their "Counterclaims" are pure gamesmanship—particularly where they are bottomed on the unsupportable notion that Digicel Haiti is a local common carrier—designed to delay and obfuscate the real issue at hand. That issue has been and remains, Bypass fraud.

## LEGAL ARGUMENT

### I.    Exhibit "A" to The Motion to Take Judicial Notice is Authentic

Defendants' first purported challenge to the instant motion to take Judicial Notice is the source and authenticity of Exhibit "A" –the subject document. [Dkt. 87]. Defendants' concerns are unjustified and easily dispelled. FCC licensing applications and orders are not filed with an electronic time or date stamp in the FCC database, as contrasted (for example) with documents filed through CM/ECF. The particular database in which Exhibit "A" to Digicel Haiti's motion

Page 2 -    PLAINTIFF, UNIGESTION HOLDING S.A.'S, REPLY IN
SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

can be found—the FCC International Bureau's Database—only requires a simple internet search of that database to locate Exhibit A, belying any challenge related to its "authenticity" or origin. As was evident in preparing the response to Defendants' allegations, retrieving Exhibit A requires only the following steps:

1.  Visit the FCC's International Bureau's advanced database search at:

    http://licensing.fcc.gov/cgi-bin/ws.exe/prod/ib/forms/reports/swr030b.hts?set=

2.  In the "Applicant/License" field input "Antilles Crossing", and the search will result in 11 records.
3.  Click on the "Run Report" button to gain access to a list of documents related to the particular license in question.
4.  The final entry, recorded on January 15, 2014, is Exhibit A, the application for which Plaintiff has requested the Court judicial notice.

## II.    Defendants' Baseless Challenges to Digicel Haiti's Status Are Irrelevant to the Judicial Notice of Matters of Public Record

Defendants next challenge Digicel Haiti's submission by arguing that judicial notice should not be granted because *Digicel Haiti's status as a foreign carrier is a fact of "reasonable dispute,"* and the Court should take caution when taking judicial notice of adjudicate facts.  It is black letter law that "[T]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201.  As argued in Plaintiff's motion for judicial notice, federal courts have consistently held that FCC filings, as all public records, meet these requirements.  [Dkt. 87 at 3].  As is obvious on the face of the objection, Defendants arguments attempts to shift the focus from the document sought to be judicially noticed and unto the fact of Digicel Haiti's legal status.

Defendants' objection here is entirely misplaced as Defendants seem to misunderstand the subject of the Motion to Take Judicial Notice.  Plaintiff has asked the Court to take Judicial

Page 3 -    PLAINTIFF, UNIGESTION HOLDING S.A.'S, REPLY IN
SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Notice of an FCC filing, not an underlying "fact in dispute"—that would be a motion for summary judgment. The reality is that the FCC filing may very well instruct the Court's ultimate decision on that "fact in dispute" but that alone is not a ground or basis to object to this Court taking judicial notice of certain types of public documents. *See Simon v. Healthways Inc.,* No. CV 14-08022 BRO (JCx), 2015 U.S. Dist. LEXIS 49865, at *6-7 (C.D. Cal. Apr. 7, 2015) (talking judicial notice of an FCC petition and order). Here, Exhibit "A" is such a document for which this Court should take judicial notice under the applicable rules of evidence.

Plaintiff has requested that the Court take judicial notice of a public record filed under the penalty of perjury with a federal agency. This situation is entirely distinguishable from the cases cited to by the Defendants in support of their objections. For example, in *United States v. Jaimes*, 297 F. Supp. 2d 1254, 1255 (D. Haw. 2003), the defendant "orally moved for an Order taking judicial notice that a substantial amount of United States currency is contaminated by cocaine." *Id.* The distinction between that type of request—where a court should be well-cautioned—and a request to judicially notice a part of the federal public record, is patently obvious.

The question for purpose of this analysis—whether the document in question is a part of the public FCC database—is not subject to reasonable dispute simply because Defendants have invented unsubstantiated challenges to Digicel Haiti's legal status in the United States.

Defendants' remaining arguments in opposition to the Motion to take Judicial Notice are nothing more than thinly veiled challenges to Digicel Haiti's status as a foreign carrier. This is not the issue presented by Plaintiff's motion to take judicial notice. Rather, the issue for consideration is whether or not the contents of the document for which judicial notice is

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

requested, meets the requirements for taking such notice.  Defendants have failed to raise even a single valid objection to Plaintiff's well laid request.

Defendants' also suggest that the age of Exhibit "A" is somehow problematic.  Exhibit "A" was filed in late 2013 and accepted by the FCC in 2014.  The public record reflects that as late as December 2015, additional filings related to Exhibit "A" were being made to update and modify various affiliations and classifications of related entities pursuant to an ongoing obligation to maintain the currency, validity and accuracy of the application.[1]  No document has been found that purports to alter Digicel Haiti's status as an "affiliated foreign carrier".  Yet without any articulated grounds or any evident good faith bases, Defendants simply throw these arguments against the proverbial wall to see "what might stick."  More important, this is an irrelevant consideration for the purposes of determining whether judicial notice is properly to be granted.

//

//

//

//

//

//

//

//

//

_____

[1] These documents are located within the 11 records returned by the database search outlined in Section I of this reply.

Page 5 -     PLAINTIFF, UNIGESTION HOLDING S.A.'S, REPLY IN SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CONCLUSION

Based on the arguments presented in its original Motion to Take Judicial Notice and in this Reply in support thereof, Digicel Haiti respectfully requests that the Court take judicial notice of Exhibit "A", and consider the contents of this document when adjudicating Plaintiff's Motion to Dismiss Defendants' Counterclaims.

Dated:  June 9, 2016.

Respectfully submitted,

By:    /s/ Richard K. Hansen

| | |
|---|---|
| KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:        (954) 527-1115<br>Facsimile:        (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* | SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of June, 2016, I caused to be served a copy of the foregoing PLAINTIFF UNIGESTION HOLDING S.A.'S, REPLY IN SUPPORT OF MOTION FOR JUDICIAL NOTICE on the following person via the Court's CM/ECF electronic service system:

| | |
|---|---|
| Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington, DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants* |

    /s/ Richard K. Hansen

    Richard K. Hansen

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900