**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign
Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, and **TYLER ALLEN,** an Oregon resident,<br><br>Defendants. | No. 3:15-cv-00185-SI<br><br><br>**DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |

//

Page 1 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\19059541.1

I, Richard K. Hansen, hereby declare as follows:

1.    I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti (hereinafter "Digicel"), in the above-entitled action.

2.    On September 7, 2016, counsel for the Defendants, Kathy Salyer, indicated she would agree to a 30-day extension to file Plaintiff's Second Amended Complaint by October 10, 2016.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 9th day of September, 2016.


_____/s/Richard K. Hansen_____
Richard K. Hansen

Page 2 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\19059541.1