**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holding, S.A., a Foreign
Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff, <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, and **TYLER ALLEN,** an Oregon resident, <br><br> Defendants. | No. 3:15-cv-00185-SI <br><br><br> **UNOPPOSED MOTION TO EXTEND TIME TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Page 1 -    UNOPPOSED MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\19251695.1

## L.R. 7-1 CERTIFICATION

Counsels for the parties have conferred and Defendants do not oppose this motion.

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

Plaintiff, Unigestion Holding, S.A. ("Digicel") hereby moves the Court for Order extending the time in which to file Plaintiff's Second Amended Complaint to October 18, 2016. Defendants do not oppose this motion.  See attached declaration of Richard K. Hansen.

Therefore, Digicel moves the Court for an Order extending its time to file Plaintiff's Second Amended Complaint to October 18, 2016.

Dated this 10th day of October, 2016.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:    /s/ Richard K. Hansen
     Richard K. Hansen, OSB #832231
     Email: rhansen@schwabe.com
     Telephone: 503.796-2958
     Facsimile: 503.796.2900

     Trial Attorney:  Richard K. Hansen
     Of Attorneys for Plaintiff, Unigestion
     Holdings, S.A., a Foreign Corporation, d/b/a
     Digicel Haiti

Page 2 -    UNOPPOSED MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\19251695.1