**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, and **TYLER ALLEN,** an Oregon resident,<br><br>Defendants. | No. 3:15-cv-00185-SI<br><br>**DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Page 1 -   DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND TIME TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\19251725.1

I, Richard K. Hansen, hereby declare as follows:

1.      I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti (hereinafter "Digicel"), in the above-entitled action.

2.      Due to the influence of Hurricane Matthew in the Caribbean area and Florida over the past week, counsel for Plaintiff and defendants have agreed that they will seek an order extending the deadline to file the Second Amended Complaint to October 18, 2016.  This agreement is conditioned on Plaintiff providing to Defendants a copy of the Second Amended Complaint on or before October 13, 2016 for review per the Court's order.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 10th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　/s/Richard K. Hansen
　　　　　　　　　　　　　　　　　　　　Richard K. Hansen

Page 2 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
            UNOPPOSED MOTION TO EXTEND TIME TO FILE
            PLAINTIFF'S SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\19251725.1