**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff, <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. <br><br> Defendants. | No. 3:15-cv-00185-SI <br><br> **DECLARATION OF ROBERT C. L. VAUGHAN IN SUPPORT NOTICE OF FILING SECOND AMENDED COMPLAINT** |

Page 1 -    DECLARATION OF ROBERT C. L. VAUGHAN IN SUPPORT
            NOTICE OF FILING SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\19297555.1

I, Robert C. L. Vaughan, hereby declare as follows:

1.    I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti (hereinafter "Digicel"), in the above-entitled action.

2.    On October 18, 2016, I communicated with counsel for the Defendants, Christopher Savage.

3.    Having conferred with counsel for the Defendants, the Undersigned is authorized to represent that the Second Amended Complaint is sufficiently specific regarding the entities involved in carrying calls to Haiti, and the payments made in association with those calls, to meet the requirements of the Court's order arising from the July 22, 2016 hearing.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated:  October 18, 2016

By:    */s/ Robert C. L. Vaughan*
Robert C. L. Vaughan (*Pro Hac Vice*)

Page 2 -    DECLARATION OF ROBERT C. L. VAUGHAN IN SUPPORT
NOTICE OF FILING SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\19297555.1