**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holding, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br> **JOINT MOTION TO SUSPEND CURRENT DISCOVERY SCHEDULE** |

Page  1-    JOINT MOTION TO SUSPEND CURRENT DISCOVERY SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\19324308.1

## JOINT MOTION TO SUSPEND DISCOVERY SCHEDULE

The current discovery schedule calls for fact discovery to be completed by October 24, 2016.  Since that deadline was set, the parties have engaged in motions as to both the Amended Complaint and the Defendants' counterclaims.  Further, pursuant to Order of the Court, Plaintiff has recently filed a Second Amended Complaint.  Defendants have indicated that they intend to file motions against this Second Amended Complaint.

The Parties agree that pending these forthcoming motions, discovery should be suspended and that no new discovery schedule should be set.  Instead, the Parties agree that when the case is at issue, they will confer and attempt to reach a discovery schedule that is reasonable and acceptable to all.  Once the Parties have so conferred, they will schedule a Rule 26(f) conference with the Court for the purpose of adopting a discovery schedule.  While some discovery requests have been exchanged by the Parties, there has been very little discovery actually completed.

Therefore, the Parties hereto move the Court for an Order suspending all current discovery schedules and setting a Rule 26(f) conference once the case is at issue.

Dated this 24th day of October, 2016.

| SCHWABE WILLIAMSON & WYATT, P.C. | TOMASI SALYER MARTIN |
|---|---|
| By:    /s/Richard K. Hansen<br>     Richard K. Hansen, OSB #832231<br>     Email: rhansen@schwabe.com<br>     1211 SW 5th Ave., Ste. 1900<br>     Portland, OR 97204<br>     Telephone: 503.796-2958<br>     Facsimile: 503.796.2900<br><br>*Of Attorneys for Plaintiff* | By:  /s/Kathryn P. Salyer<br>     Kathryn P. Salyer, OSB #883017<br>     Email: ksalyer@tomasilegal.com<br>     121 SW Morrison St., Ste. 1850<br>     Portland, OR 97204<br>     Telephone: 503.894.9900<br>     Facsimile: 971.544.7236<br><br>*Of Attorneys for Defendants* |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\19324308.1