**Kathryn P. Salyer**, OSB #883017
ksalyer@tomasilegal.com
**Eleanor A. DuBay**, OSB #073755
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

**Christopher W. Savage** (*Pro Hac Vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident, and **DUY TRAN** a/k/a/ **BRUCE TRAN**, a foreign individual,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR (1) DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND (2) PLAINTIFF TO RESPOND TO DEFENDANTS' RESPONSE** |

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that defendants UPM Technology, Inc., UPM Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, Tyler Allen and Duy Tran a/k/a Bruce Tran (collectively "Defendants") conferred with Plaintiff's counsel. Plaintiff joins this motion.

## MOTION

The parties hereby jointly move this court for an order extending the time for Defendants to file their Response to Plaintiff's Second Amended Complaint by fourteen (14) days to December 9, 2016. The parties also move this court for an order extending the time for Plaintiff's to file their Response Defendants' Response to the Second Amended Complaint by approximately fourteen (14) days to January 12, 2017. This motion is supported by the Declaration of Kathryn P. Salyer, attorney for Defendants.

Dated: November 22, 2016.

TOMASI SALYER MARTIN

By:/s/ Kathryn P. Salyer
    Kathryn P. Salyer, OSB #883017
    ksalyer@tomasilegal.com
    Eleanor A. DuBay, OSB #073755
    edubay@tomasilegal.com
    Telephone: (503) 894-9900

Of Attorneys for Defendants

DAVIS WRIGHT TREMAINE LLP

By:/s/ Christopher W. Savage
    Christopher W. Savage (*Pro Hac Vice*)
    chrissavage@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Defendants

Page 2 of 2 -    JOINT MOTION TO EXTEND DEADLINE FOR (1) DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND (2) PLAINTIFF TO RESPOND TO DEFENDANTS' RESPONSE
UPM-L1\00282108.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236