**Kathryn P. Salyer**, OSB #883017
ksalyer@tomasilegal.com
**Eleanor A. DuBay**, OSB #073755
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

**Christopher W. Savage** (*Pro Hac Vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,<br><br>Plaintiff,<br><br>v.<br><br>UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC., and UPM MARKETING, INC., an Oregon corporation; UPM TELECOM, INC., an Oregon a/b/n; UPM MARKETING, INC., an Oregon a/b/n; BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO, an Oregon resident; BALTAZAR RUIZ, an Oregon resident; and TYLER ALLEN, an Oregon resident,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>**DECLARATION OF KATHRYN P. SALYER IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINES** |

I, Kathryn P. Salyer, declare and state:

1.      I am one of the attorneys for Defendants in the above referenced action.

2.      The Plaintiff's complaint alleges numerous statutory and civil claims for relief including claims for violation of the Racketeer Influenced Corrupt Organizations Act. Defendants request an additional fourteen (14) days until December 9, 2016 in which to respond to Plaintiff's Amended Complaint. Plaintiff requests approximately an additional 14 days in which to respond to Defendant's response to the Amended Complaint, to January 12, 2017. This is the second request for an extension. The additional time is requested due to scheduling conflicts and time constraints associated with the holidays.

3.      Plaintiff has authorized me to represent that Plaintiff joins this motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated:  November 22, 2016.

By: /s/ Kathryn P. Salyer
        Kathryn P. Salyer, OSB #883017
        Portland, Oregon

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236