**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holding, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br> **UNOPPOSED MOTION EXTENDING PLAINTIFF UNIGESTION HOLDING, S.A.'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Page 1 -    UNOPPOSED MOTION EXTENDING PLAINTIFF'S TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS
SECOND AMENDED COMPLAINT
PDX\128154\201374\RKH\19799565.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

## L.R. 7-1 CERTIFICATION

The undersigned attorney for Plaintiff Unigestion Holding, S.A., ("Digicel") certifies that

Plaintiff conferred with counsel for Defendants.  Defendants do not oppose this motion.

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Plaintiff Digicel hereby moves the Court for Order extending the time for its response to

Defendants Motion to Dismiss Second Amended Complaint to January 23, 2017.  Defendants do

not oppose this motion.  This motion is supported by the Declaration of Richard K. Hansen,

attorney for Plaintiff.

Dated this 6th day of January, 2017.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:    /s/ Richard K. Hansen
       Richard K. Hansen, OSB #832231
       Email: rhansen@schwabe.com
       Telephone: 503.796-2958
       Facsimile: 503.796.2900

       Trial Attorney:  Richard K. Hansen
       Of Attorneys for Plaintiff, Unigestion
       Holdings, S.A., a Foreign Corporation, d/b/a
       Digicel Haiti

Page 2 -    UNOPPOSED MOTION EXTENDING PLAINTIFF'S TIME TO
            RESPOND TO DEFENDANTS' MOTION TO DISMISS
            SECOND AMENDED COMPLAINT
PDX\128154\201374\RKH\19799565.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of January, 2017, I caused to be served the foregoing

UNOPPOSED MOTION EXTENDING PLAINTIFF UNIGESTION HOLDING, S.A.'S TIME

TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED

COMPLAINT to the parties to this action as follows:

| | |
|---|---|
| Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants* |

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail,
☐ return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service: CM/ECF
☐ other (specify) _____


        /s/Richard K. Hansen
        Richard K. Hansen

Page 3 -    PLAINTIFF, UNIGESTION HOLDING S.A.'S,
           RESPONSE TO DEFENDANTS' MOTION TO DISMISS
           RULE 12(H) OR RECONSIDERATION