**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign
Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A., a foreign corporation, d/b/a DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual.<br><br>*Defendants.* | No. 3:15-cv-00185-SI<br><br>**DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION EXTENDING PLAINTIFF UNIGESTION HOLDING, S.A.'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Page 1 -   DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
UNOPPOSED MOTION TO EXTENDING PLAINTIFF'S TIME
TO FILE RESPONSE TO DEFENDANTS' MOTION TO
DISMISS SECOND AMENDED COMPLAINT

PDX\128154\201374\RKH\19800157.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

I, Richard K. Hansen, hereby declare as follows:

1.       I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti (hereinafter "Digicel"), in the above-entitled action.

2.       While procedurally this case is on its Second Amended Complaint with two previous Motions to Dismiss having been filed, briefed and argued before the Court, issues raised in the current Motion to Dismiss Plaintiff's Second Amended Complaint were not before considered or argued, and require additional research on the part of Plaintiff.  Further, the holiday season has just concluded and the weather situation locally adds to Plaintiff's need for more time to file its response brief.

3.       I have discussed this matter with Kathy Salyer, and communicated via email with Christopher Savage, counsel for Defendants, and have been advised Defendants do not oppose this motion.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 6th day of January, 2017.

            /s/Richard K. Hansen
            Richard K. Hansen

Page 2 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
            UNOPPOSED MOTION TO EXTENDING PLAINTIFF'S TIME
            TO FILE RESPONSE TO DEFENDANTS' MOTION TO
            DISMISS SECOND AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of January, 2017, I caused to be served the foregoing

DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO

EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO

DISMISS SECOND AMENDED COMPLAINT to the parties to this action as follows:

| | |
|---|---|
| Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants* |

by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail, return receipt requested
- ☐ hand delivery
- ☐ facsimile
- ☒ electronic service: CM/ECF
- ☐ other (specify) _____

       /s/Richard K. Hansen
      Richard K. Hansen

Page 3 -    CERTIFICATE OF SERVICE