**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, **TYLER ALLEN**, a foreign individual, and **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. <br> *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **JOINT REPORT OF RULE 26(F) CONFERENCE AND PROPOSED CASE MANAGEMENT SCHEDULE** |

Page 1 -    JOINT REPORT OF RULE 26(F) CONFERENCE AND
PROPOSED CASE MANAGEMENT SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Pursuant to Fed. R. Civ. P. 26(f), counsel for Plaintiff and counsel for Defendants conferred via telephone on May 18, 2017 and May 25, 2017, and hereby submit the following Joint Report and Proposed Case Management Schedule.

1. **Alternative Dispute Resolution Report (ADR Report):** A Joint ADR Report was filed on May 6, 2016. A supplemental Joint ADR Report shall be filed thirty (30) days after the Court's ruling on dispositive motions.

2. **Bifurcation:** The parties do not presently believe the matter should be bifurcated, but reserve the right to seek bifurcation, if appropriate, at a later date.

3. **Discovery Plan:**

   a. On or before July 21, 2017, the parties shall complete the Rule 26 discovery conference at which time the parties shall enter into a stipulation regarding:

      i. Production of electronically stored information and paper documents ("ESI Protocol"); and

      ii. Whether the Parties agree to forgo the initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

   b. On October 19, 2015, the parties entered a Stipulated Protective Order for documents or information subject to protection under Fed. R. Civ. P. 26(c). *See* D.E. 49.

   c. The parties will prepare privilege logs for documents withheld on the basis of privilege and/or the work-product doctrine.

   d. The parties have agreed to the following discovery and litigation deadlines:

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| Event | Date |
|---|---|
| Discovery Propounded on 3rd Parties Begins | June 1, 2017 |
| Answer & Counterclaims | June 14, 2017 |
| Motion to Dismiss Counterclaims **or** Answer to Counterclaims | July 14, 2017 |
| Discovery Propounded on Parties and their Affiliates Begins | July 21, 2017 |
| Opposition to Motion to Dismiss Counterclaims | August 04, 2017 |
| Reply in Support of Motion to Dismiss Counterclaims | August 18, 2017 |
| Discovery Conference (potentially modifying schedule) | September 29, 2017 |
| Fact Discovery Closes | March 30, 2018 |
| Expert Disclosures (simultaneous) | July 31, 2018 |
| Expert Rebuttals (simultaneous) | September 14, 2018 |
| Expert Depositions completed | October 31, 2018 |
| Motions for Summary Judgment | December 14, 2018 |
| Oppositions to Motions for SJ | January 14, 2019 |
| Replies in Support of Motions for SJ | January 31, 2019 |
| Pretrial Order | 14 days after ruling on MSJ |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated:  May 30, 2017

Respectfully submitted,

| | |
|---|---|
| By:  /s/Christopher Savage<br><br>Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants* | By:  /s/Robert C.L. Vaughan<br><br>KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:        (954) 527-1115<br>Facsimile:        (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |
| Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants* | SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900