**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Unigestion Holding, S.A. d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. <br><br> *Defendants.* | No. 3:15-cv-00185-SI <br><br><br> **JOINT MOTION TO MODIFY CURRENT CASE MANAGEMENT SCHEDULE** |

Page  1-    JOINT MOTION TO MODIFY CURRENT CASE
MANAGEMENT SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\21143698.1

**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;
**UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual.

> *Defendants and Counterclaims-Plaintiffs,*

vs.

**UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.**, a Delaware corporation,

> *Counterclaim-Defendants.*

## JOINT MOTION TO MODIFY CURRENT CASE MANAGEMENT SCHEDULE

The appearing parties herein hereby move for the previously entered case management schedule be modified and as set forth below. Defendants/Counterclaim-Plaintiffs in filing their Answer to Plaintiff's Second Amended Complaint added a counterclaim against a new party, Digicel USA, Inc. In order to accommodate the addition of this new party, the appearing parties herein hereby move the Court to modify the scheduling order with the following changes:

- Motion to Dismiss Counterclaims <u>or</u> Answer to Counterclaims – August 14, 2017;

- Discovery propounded on all parties and their affiliates begins – August 21, 2017;

- Opposition to Motion to Dismiss Counterclaims – September 8, 2017;

- Reply in Support of Motion to Dismiss Counterclaims – September 22, 2017;

Page 2- JOINT MOTION TO MODIFY CURRENT CASE MANAGEMENT SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\21143698.1

- Discovery Conference (potentially modifying schedule) – October 30, 2017; and,

- All other dates in the Case Management Order remain the same.

Respectfully submitted,

| Dated this 14th day of July, 2017. | Dated this 14th day of July, 2017. |
|---|---|
| SCHWABE WILLIAMSON & WYATT, P.C. | DAVIS WRIGHT TREMAINE LLP |
| By:     /s/*Richard K. Hansen*<br>    Richard K. Hansen, OSB #832231<br>    Email: rhansen@schwabe.com<br>    Telephone: (503) 796-2958 | By:  /s/*Christopher W. Savage*<br>    Christopher W. Savage (*Pro Hac Vice*)<br>    Email: chrissavage@dwt.com<br>    Telephone: (202) 973-4200 |
| *Of Attorneys for Unigestion Holding, S.A. d/b/a Digicel Haiti* | *Of Attorneys for Defendants and Counterclaims-Plaintiffs* |

Page  3-    JOINT MOTION TO MODIFY CURRENT CASE
MANAGEMENT SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\128154\201374\RKH\21143698.1