**Richard K. Hansen,** OSB #832231
Email:  rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff and Counter Defendants, Unigestion
Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>              *Plaintiff,*<br><br>        vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual,<br><br>              *Defendants;* | No. 3:15-cv-00185-SI<br><br>**PLAINTIFF, UNIGESTION HOLDING S.A. AND COUNTER DEFENDANT, DIGICEL USA, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS** |

Page 1 -    PLAINTIFF AND COUNTER DEFENDANTS' MOTION FOR
            EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
            MOTION TO STRIKE DEFENSES AND MOTION TO DISMISS
            COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

> *Counterclaim Plaintiff,*

vs.

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.** a Delaware corporation;

> *Counterclaim Defendants.*

## L.R. 7-1 CERTIFICATION

Counsel for the parties have conferred and Defendants do not oppose this motion.

## MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS

Plaintiff, Unigestion Holding, S.A. ("Digicel Haiti") and Counter Defendant, Digicel USA, Inc. ("Digicel USA") hereby move the Court for an Order extending time in which to reply to both (1) Defendants' Response in Opposition to Plaintiff's Motion to Strike Affirmative Defenses; and (2) Defendants' Response in Opposition to Counter Defendants' Motion to Dismiss Counterclaims. Counsel for Digicel Haiti and Digicel USA have spoken to counsel for Defendants, and Defendants do not oppose this motion. See attached declaration of Leah B. Storie

//

//

Page 2 -    PLAINTIFF AND COUNTER DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Therefore, Digicel Haiti and Digicel USA move the Court for a brief extension of time to file its replies up to and including October 2, 2017.

Dated:  September 22, 2017

Respectfully submitted,

| | |
|---|---|
| KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:   (954) 527-1115<br>Facsimile:    (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br><br>*Attorneys for Plaintiff and Counter-Defendants* | By:        /s/Richard K. Hansen<br><br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796.2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Plaintiff and Counter-Defendants* |

Page 3 -  PLAINTIFF AND COUNTER DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2017, I caused to be served a copy of the foregoing PLAINTIFF AND COUNTER DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS on the following person via the Court's CM/ECF electronic service system:

| | |
|---|---|
| Elenor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants and Counter Plaintiffs* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants and Counter Plaintiffs* |

   /s/ Richard K. Hansen
Richard K. Hansen, OSB #832231

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900