**Richard K. Hansen,** OSB #832231
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff and Counter Defendants, Unigestion
Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| *Plaintiff,* | |
| vs. | **DECLARATION OF LEAH B. STORIE IN SUPPORT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS** |
| **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, | |
| *Defendants;* | |

Page 1 -    DECLARATION OF LEAH B. STORIE IN SUPPORT
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY MEMORANDUM IN SUPPORT OF MOTION TO
STRIKE AFFIRMATIVE DEFENSES AND MOTION TO
DISMISS COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

        *Counterclaim Plaintiff,*

   **vs.**

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.** a Delaware corporation;

        *Counterclaim Defendants.*

I, Leah B. Storie, hereby declare as follows:

1.     I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti ("Digicel Haiti") and Counter Defendant Digicel USA, Inc. ("Digicel USA"), in the above-entitled action.

2.     Due to the effects of Hurricane Irma, Digicel Haiti and Digicel USA require a brief extension of time to file reply briefs in support of the pending Motion to Strike Affirmative Defenses and Motion to Dismiss Counterclaims.

//

//

//

//

//

//

Page 2 -   DECLARATION OF LEAH B. STORIE IN SUPPORT
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY MEMORANDUM IN SUPPORT OF MOTION TO
STRIKE AFFIRMATIVE DEFENSES AND MOTION TO
DISMISS COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

3.    Having conferred with Christopher Savage, counsel for Defendants, by phone, I have been advised Defendants do not oppose this motion.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated:  September 22, 2017

By:    */s/ Leah B. Storie*
        Leah B. Storie

Page 3 -    DECLARATION OF LEAH B. STORIE IN SUPPORT
            UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
            REPLY MEMORANDUM IN SUPPORT OF MOTION TO
            STRIKE AFFIRMATIVE DEFENSES AND MOTION TO
            DISMISS COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2017, I caused to be served a copy of the foregoing DECLARATION OF LEAH B. STORIE IN SUPPORT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION TO DISMISS COUNTERCLAIMS on the following person via the Court's CM/ECF electronic service system:

| | |
|---|---|
| Elenor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Kathryn P. Salyer, OSB #883017<br>ksalyer@tsbnwlaw.com<br>Tomasi Salyer Baroway<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants and Counter Plaintiffs* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants and Counter Plaintiffs* |

  /s/ Richard K. Hansen
Richard K. Hansen, OSB #832231

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900