**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Counterclaim Defendants, Unigestion
Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| *Plaintiff,* | |
| vs. | **COUNTERCLAIM DEFENDANTS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL FILING REGARDING MOTION TO DISMISS COUNTERCLAIMS** |
| **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, | |
| *Defendants;* | |

1

**UPM TECHNOLOGY, INC.,** an Oregon
corporation;

*Counterclaim Plaintiff,*

vs.

**UNIGESTION HOLDINGS, S.A.,** a
foreign corporation, d/b/a **DIGICEL
HAITI**; and **DIGICEL USA, INC.**
a Delaware corporation;

*Counterclaim Defendants.*

Counterclaim Defendants, Unigestion Holdings, S.A. and Digicel USA, Inc., hereby respond to Defendants' Supplemental Filing Regarding Motion to Dismiss Counterclaims [ECF 149].[1]  In light of the pleading obligations set forth by the United States Supreme Court in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007), and in response to the Court's invitation to submit a brief response upon receipt of the Supplemental Filing, Counterclaim Defendants prepared a demonstrative exhibit illustrating the impermissible legal conclusions contained in Defendants' Counterclaims [ECF 138] by marking them with a strikethrough edit.  *See Exhibit A.*

Upon receipt of Defendants' supplemental filing, Counterclaim Defendants further undertook an analysis and comparison of the paragraphs cited by Defendants in their claims chart and those paragraphs previously identified as containing legal conclusions. Attached as Exhibit B to this Response, please find a copy of Defendants' Summary of Allegations with a strikethrough of paragraphs containing the problematic legal conclusions.  As the Court will note, an overwhelming number of the "allegations"

---

[1] Although Defendants were permitted to use the graphic and chart included in the filing as demonstrative exhibits at the hearing, Counter-Defendants did not contemplate that they would file those demonstratives on the record before this Court.

highlighted by Defendants suffer from this deficiency and are therefore legally insufficient under scrutiny on a Motion to Dismiss.

Dated:  January 30, 2018

Respectfully submitted,

| | By:      /s/ Robert C.L. Vaughan |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Counterclaim Defendants, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* | KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:        (954) 527-1115<br>Facsimile:        (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Counterclaim Defendants, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2018, I caused to be served a copy of the foregoing COUNTER-DEFENDANTS, UNIGESTION HOLDING S.A. AND DIGICEL USA INC.'S, RESPONSE TO DEFENDANTS' SUPPLEMENTAL FILING REGARDING MOTION TO DISMISS COUNTERCLAIMS on the following person via the Court's CM/ECF electronic service system:

| Kathryn P. Salyer, OSB #883017 | Christopher W. Savage (*Pro Hac Vice*) |
|---|---|
| ksalyer@tsbnwlaw.com | chrissavage@dwt.com |
| Tomasi Salyer Baroway | Davis Wright Tremaine LLP |
| 121 SW Morrison Street, Suite 1850 | 1919 Pennsylvania Ave. NW Ste. 800 |
| Portland, Oregon 97204-3136 | Washington DC 20006-3401 |
| Telephone: (503) 994-9900 | Tel: (202) 973-4200 |
| | |
| *Attorneys for Counterclaim Plaintiff* | *Attorneys for Counterclaim Plaintiff* |

/s/ Robert C.L. Vaughan_____
    Robert C.L. Vaughan

4