**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Unigestion Holding, S.A. d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. | No. 3:15-cv-00185-SI <br><br><br> **JOINT MOTION TO EXTEND DISCOVERY SCHEDULE** |

Page  1-    JOINT MOTION TO MODIFY CURRENT CASE
MANAGEMENT SCHEDULE

**Error! Unknown document property name.**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

*Defendants.*

**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;
**UPM TELECOM, INC.,** an Oregon a/b/n;
**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual.

> *Defendants and Counterclaims-Plaintiffs,*

vs.

**UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.**, a Delaware corporation,

> *Counterclaim-Defendants.*

## JOINT MOTION TO EXTEND DISCOVERY SCHEDULE

The current fact discovery deadline is March 30, 2018.  As the parties have slowed the discovery process in anticipation of the Court's ruling on the pending motions, it is necessary for the scheduling order, and particularly the closure of fact discovery, to be extended.  As such, the parties herein jointly move the Court for an order extending fact discovery to September 28, 2018, with the express understanding that, following the Court's order on the pending motions, they will confer and submit to the Court a proposed new scheduling order.

//

//

//

Page  2-    JOINT MOTION TO MODIFY CURRENT CASE MANAGEMENT SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

**Error! Unknown document property name.**

Respectfully submitted,

| | |
|---|---|
| Dated this 29th day of March, 2018. | Dated this 29th day of March, 2018. |
| SCHWABE WILLIAMSON & WYATT, P.C. | DAVIS WRIGHT TREMAINE LLP |
| By: ___/s/*Richard K. Hansen*___<br>Richard K. Hansen, OSB #832231<br>Email: rhansen@schwabe.com<br>Telephone: (503) 796-2958 | By: /s/*Christopher W. Savage*___<br>Christopher W. Savage (Pro Hac Vice)<br>Email: chrissavage@dwt.com<br>Tel: (202) 973-4200 |
| *Of Attorneys for Unigestion Holding, S.A.*<br>*d/b/a Digicel Haiti* | TOMASI SALYER BAROWAY |
| | By: ___/s/*Eleanor A. DuBay*___<br>Eleanor A. DuBay, OSB #073755<br>Email: edubay@tomasilegal.com<br>Telephone: (503) 894-9900 |
| | *Of Attorneys for Defendants and*<br>*Counterclaims-Plaintiffs* |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

**Error! Unknown document property name.**