**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Unigestion Holding, S.A. d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| *Plaintiff,* | |
| vs. | **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO UPM'S SECOND AMENDED ANSWER AND COUNTERCLAIMS** |
| **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. | |
| *Defendants.* | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;
**UPM TELECOM, INC.,** an Oregon a/b/n;
**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual.

> *Defendants and Counterclaims-Plaintiffs,*

vs.

**UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.**, a Delaware corporation,

> *Counterclaim-Defendants.*

## LR 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti and Digicel USA, Inc. (collectively "Digicel") conferred with Defendants' counsel regarding this motion.  Defendants are unopposed to this motion.

## MOTION

Plaintiff hereby moves this court for an order extending the time for Plaintiff to file their response to Defendants' Second Amended Answer and Counterclaims to Plaintiff's Second

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

Amended Complaint to May 25, 2018.  This motion is supposed by the Declaration of Richard

K. Hansen, attorney for Plaintiff.


Respectfully submitted,


Dated this 10th day of May, 2018.

SCHWABE WILLIAMSON & WYATT, P.C.


By:    /s/*Richard K. Hansen*
        Richard K. Hansen, OSB #832231
        Email: rhansen@schwabe.com
        Telephone: (503) 796-2958


*Of Attorneys for Unigestion Holding, S.A.
d/b/a Digicel Haiti*


Page  3-     UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
               RESPONSE TO UPM'S SECOND AMENDED ANSWER AND
               COUNTERCLAIMS
               PDX\128154\201374\RKH\23022467.1

                                                        SCHWABE, WILLIAMSON & WYATT, P.C.
                                                                    Attorneys at Law
                                                                    Pacwest Center
                                                              1211 SW 5th Ave., Suite 1900
                                                                  Portland, OR  97204
                                                              Telephone: 503.222.9981