**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign
Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual. | No. 3:15-cv-00185-SI <br><br> **DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO UPM'S SECOND AMENDED ANSWER AND COUNTERCLAIMS** |

Page 1 -   DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
RESPONSE TO UPM'S SECOND AMENDED ANSWER AND
COUNTERCLAIMS

PDX\128154\201374\RKH\23022722.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

*Defendants.*

**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation;
**UPM TELECOM, INC.,** an Oregon a/b/n;
**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and, **DUY TRAN a/k/a BRUCE TRAN**, a foreign individual.

*Defendants and
Counterclaims-Plaintiffs,*

vs.

**UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.**, a Delaware corporation,

*Counterclaim-Defendants.*

I, Richard K. Hansen, hereby declare as follows:

1.      I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti and Digicel USA, Inc. (collectively "Digicel"), in the above-entitled action.

2.      On May 9, 2018, I contacted counsel for the Defendants.  I advise them that due to schedules and other cases, Digicel Haiti and Digicel USA, Inc. would need additional time to respond to their Second Amended Answer and Counterclaims.  Counsel for UPM are not opposed to this motion for extension of time.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE**

**BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE**

Page 2 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO UPM'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
PDX\128154\201374\RKH\23022722.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 10th day of May, 2018.

/s/*Richard K. Hansen*
Richard K. Hansen, OSB #832231

Page 3 -    DECLARATION OF RICHARD K. HANSEN IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
RESPONSE TO UPM'S SECOND AMENDED ANSWER AND
COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128154\201374\RKH\23022722.1