**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
ksalyer@tomasilegal.com
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
*(Admitted Pro Hac Vice)*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,** a foreign individual,<br><br>Defendants. | Case No. 3:15-CV-00185-SI<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COUNTERCLAIM DEFENDANTS', UNIGESTION HOLDING S.A. AND DIGICEL USA'S, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COUNTERCLAIMS** |

**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,** a foreign individual,

Defendants and Counterclaim-Plaintiffs,

v.

**UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI;** and **DIGICEL USA, INC.**, a Delaware corporation,

Counterclaim-Defendants.

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned attorney hereby certifies that defendants UPM Technology, Inc., UPM Marketing, Inc., UPM Telecom, Inc., UPM Marketing, Inc., Benjamin Sanchez a/k/a Benjamin Sanchez Murillo, Baltazar Ruiz, Tyler Allen and Duy Tran a/k/a Bruce Tran (collectively "Defendants") conferred with Plaintiff's counsel regarding this motion. Plaintiff is unopposed to this motion.

## MOTION

Defendants hereby move this court for an order extending the time for Defendants to file their Response to Counterclaim Defendants', Unigestion Holding S.A. and Digicel USA's, Motion to Dismiss Plaintiff's Second Amended Counterclaims and Legal Memorandum in Support by 21 days to June 29, 2018.

Page 2 of 3 - UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COUNTERCLAIM DEFENDANTS', UNIGESTION HOLDING S.A. AND DIGICEL USA'S, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COUNTERCLAIMS
UPM-L1\00410368.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

This motion is supported by the Declaration of Eleanor A. DuBay, attorney for Defendants.

Dated: June 5, 2018.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

    Of Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2018, I served the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COUNTERCLAIM DEFENDANTS', UNIGESTION HOLDING S.A. AND DIGICEL USA'S, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COUNTERCLAIMS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Richard K. Hansen
Anne M. Talcott
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: rhansen@schwabe.com
Email: atalcott@schwabe.com

Dated: June 5, 2018.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE
UPM-L1\00410368.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236