**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
ksalyer@tomasilegal.com
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
*(Admitted Pro Hac Vice)*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**, | Case No. 3:15-CV-00185-SI |
| Plaintiff, | |
| v. | **DECLARATION OF ELEANOR A. DUBAY IN SUPPORT OF SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COUNTERCLAIM DEFENDANTS', UNIGESTION HOLDING S.A. AND DIGICEL USA'S, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COUNTERCLAIMS** |
| **UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,** a foreign individual, | |
| Defendants. | |

Page 1 of 3 - DECLARATION OF ELEANOR A. DUBAY IN SUPPORT OF
SECOND UNOPPOSED MOTION TO EXTEND DEADLINE
UPM-L1\00414112.000

**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,** a foreign individual,

        Defendants and
        Counterclaim-Plaintiffs,

    v.

**UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI;** and **DIGICEL USA, INC.**, a Delaware corporation,

        Counterclaim-Defendants.

I, Eleanor A. DuBay, declare and state:

1.    I am one of the attorneys for Defendants in the above referenced action.

2.    Defendants request an additional four days until July 3, 2018 in which to file the Response to Counterclaim Defendants', Unigestion Holding S.A. and Digicel USA's, Motion to Dismiss Plaintiff's Second Amended Counterclaims and Legal Memorandum in Support. This is the second request for an extension related to the Motion to Dismiss Plaintiff's Second Amended Counterclaims. The additional time is requested due to scheduling conflicts and time constraints of Defendants' counsel.

3.    On June 28, 2018, my co-counsel, Christopher Savage, conferred with Plaintiff's counsel regarding this request for an extension. Plaintiff is unopposed to the motion.

Page 2 of 3 - DECLARATION OF ELEANOR A. DUBAY IN SUPPORT OF SECOND UNOPPOSED MOTION TO EXTEND DEADLINE
UPM-L1\00414112.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated:  June 28, 2018.


By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
Portland, Oregon

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, I served the foregoing **DECLARATION OF ELEANOR A. DUBAY IN SUPPORT OF SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COUNTERCLAIM DEFENDANTS', UNIGESTION HOLDING S.A. AND DIGICEL USA'S, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COUNTERCLAIMS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Richard K. Hansen
Anne M. Talcott
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: rhansen@schwabe.com
Email: atalcott@schwabe.com

Dated: June 28, 2018.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE
UPM-L1\00410370.000