**Richard K. Hansen**
Email:  rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

  Attorney for Counterclaim Defendants, Unigestion
  Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
  and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>            *Plaintiff,*<br><br>    vs. <br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN**,<br><br>            *Defendants;* | No. 3:15-cv-00185-SI<br><br><br><br>**JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD** |

Page 1 -    JOINT MOTION FOR ENLARGEMENT OF DISCOVERY
              PERIOD

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

*Counterclaim Plaintiff,*

vs.

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.** a Delaware corporation;

*Counterclaim Defendants.*

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-3, the parties jointly seek an appropriate enlargement of time of the previously scheduled discovery period which currently ends September 28, 2018. Due to the protracted nature of potentially dispositive motions and settlement efforts, the parties require more time to execute pending written discovery and complete the depositions necessary to adjudicate this matter.

Pursuant to the Court's instruction, the parties have been and continue to actively engage in discovery practice. Both parties have served an additional round of written discovery, including extensive requests for the production of documents. This second round of written discovery is currently pending with responses due by both parties on October 12, 2018. Further, Plaintiff's have requested deposition dates for all Defendants and will begin noticing depositions once dates are provided.

The parties represent that they are intently pursuing discovery efforts, however, due to the multitude of claims on both sides and intervening efforts to pursue an amicable resolution through mediation and otherwise, the parties have not been able to complete all necessary discovery in the previously prescribed period.

Page 2 -    JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

The parties respectfully request an enlargement of the discovery period up to and including the time required to complete the ordered mediation and close of the pleadings.

Dated:  September 28, 2018

Respectfully submitted,

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* | By:     /s/Richard K. Hansen                     .<br><br>KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:       (954) 527-1115<br>Facsimile:       (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* |
| Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br><br>*Attorneys for Defendants* | By:      /s/ Christopher W. Savage<br><br>Christopher W. Savage, D.C. Bar #362657<br>chrissavage@dwt.com<br>*(Admitted Pro Hac Vice)*<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006-3401<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br><br>*Attorneys for Defendants* |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September 2018, I caused to be served a copy of the foregoing JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD on the following person via the Court's CM/ECF electronic service system:

| | |
|---|---|
| Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br><br>*Attorneys for Counterclaim Plaintiff* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Counterclaim Plaintiff* |

/s/Richard K. Hansen_____
Richard K. Hansen

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900