**Richard K. Hansen, OSB #832231**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

        Attorney for Counterclaim Defendants, Unigestion
        Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
        and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN**,<br><br>    *Defendants;* | No. 3:15-cv-00185-SI<br><br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS RICO CLAIM** |

Page 1 -    UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
            RESPOND TO MOTION TO DISMISS RICO CLAIM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**UPM TECHNOLOGY, INC.,** an Oregon
corporation;

*Counterclaim Plaintiff,*

**vs.**

**UNIGESTION HOLDINGS, S.A.,** a
foreign corporation, d/b/a **DIGICEL
HAITI**; and **DIGICEL USA, INC.**
a Delaware corporation;

*Counterclaim Defendants.*

## L.R. 7-1 CERTIFICATION

Counsel for the parties have conferred and Defendants do not oppose this motion.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Unigestion Holding, S.A. ("Digicel Haiti") hereby moves the Court for an

Order extending time in which to respond to Defendants' Motion to Dismiss Plaintiff's

RICO Claim.  Counsel for Digicel Haiti have spoken to counsel for Defendants, and

Defendants do not oppose this motion.

Due to intervening holidays and other matters, Plaintiff, Unigestion Holdings, S.A.

("Digicel Haiti") respectfully requests a brief, 10-day extension of time to file its response,

up to and including December 14, 2018.

//

//

//

Page 2 -    UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO MOTION TO DISMISS RICO CLAIM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated:  December 3, 2018

Respectfully submitted,

| | |
|---|---|
| KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:        (954) 527-1115<br>Facsimile:        (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* | SCHWABE WILLIAMSON & WYATT, P.C.<br><br>BY:   /s/Richard K. Hansen<br><br>Richard K. Hansen, OSB #832231<br>Email: rhansen@schwabe.com<br>Telephone: (503) 796-2958<br><br><br>*Of Attorneys for Unigestion Holding, S.A. d/b/a Digicel Haiti* |
| Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br><br><br>*Attorneys for Defendants* | By:      /s/ Christopher W. Savage<br><br>Christopher W. Savage, D.C. Bar #362657<br>chrissavage@dwt.com<br>*(Admitted Pro Hac Vice)*<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006-3401<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br><br>*Attorneys for Defendants* |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2018, I caused to be served a copy of the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS RICO CLAIM on the following person via the Court's CM/ECF electronic service system:

| | |
|---|---|
| Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br><br>*Attorneys for Counterclaim Plaintiff* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Counterclaim Plaintiff* |

/s/Richard K. Hansen_____
    Richard K. Hansen, OSB #832231

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900