**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI,** **Plaintiff and Counterclaim-Defendant,** <br><br> v. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC. and UPM MARKETING, INC.; UPM TELECOM, INC.; UPM MARKETING, INC.; BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO; BALTAZAR RUIZ; TYLER ALLEN; and DUY "BRUCE" TRAN,** **Defendants and Counterclaim-Plaintiffs,** <br><br> v. <br><br> **DIGICEL USA, INC.,** <br><br> **Additional Counterclaim Defendant.** | No. 3:15-cv-00185-SI <br><br><br> **JOINT PROPOSED CASE MANAGEMENT SCHEDULE** |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Pursuant to Fed. R. Civ. P. 26(f) and the Court's instructions, counsel for Plaintiff and counsel for Defendants conferred via telephone on September 6, 2019, and hereby submit the following Joint Proposed Case Management Schedule.

1. **Alternative Dispute Resolution Report (ADR Report):** A Joint ADR Report was filed on May 6, 2016. A supplemental Joint ADR Report shall be filed thirty (30) days after the Court's ruling on dispositive motions.

2. **Bifurcation:** The parties do not presently believe the matter should be bifurcated, but reserve the right to seek bifurcation, if appropriate, at a later date.

3. **Discovery Plan:**

   a. On or before October 7, 2019, the parties shall complete the Rule 26 discovery conference at which time the parties shall enter into a stipulation regarding:

      i. Production of electronically stored information and paper documents ("ESI Protocol"); and

      ii. Whether the Parties agree to forgo the initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

   b. On October 19, 2015, the parties entered a Stipulated Protective Order [Dkt. 49] for documents or information subject to protection under Fed. R. Civ. P. 26(c).

   c. The parties will prepare privilege logs for documents withheld on the basis of privilege and/or the work-product doctrine.

   d. The parties have agreed to the following discovery and litigation deadlines:

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| Event | Date |
|---|---|
| Discovery Propounded on 3rd Parties Begins | Immediately |
| Digicel Answers Counterclaims | September 27, 2019 |
| Complete Rule 26 Discovery Conference | October 7, 2019 |
| Discovery Continues | October 8, 2019 |
| Discovery Conference | February, 2020 |
| Fact Discovery Closes | July 08, 2020 |
| Expert Disclosures (simultaneous) | July 08, 2020 |
| Expert Rebuttals (simultaneous) | July 15, 2020 |
| Expert Depositions completed | August 14, 2020 |
| Motions for Summary Judgment | August 26, 2020 |
| Oppositions to Motions for SJ | September 15, 2020 |
| Replies in Support of Motions for SJ | September 25, 2020 |
| Pre-Trial Conference | September 28, 2020 |
| Pre-trial Stipulation & Motions in-limine | October 1, 2020 |
| Trial | End of October 2020 |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated:  September 6, 2019

Respectfully submitted,

| | |
|---|---|
| By:  s/ Christopher W. Savage<br><br>Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Defendants* | By: s/ Richard K. Hansen<br><br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>rhansen@schwabe.com<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |
| Kathryn P. Salyer, OSB #883017<br>ksalyer@tomasilegal.com<br>Eleanor DuBay<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 994-9900<br><br>*Attorneys for Defendants* | KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:      (954) 527-1115<br>Facsimile:      (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served to all counsel of record by CM/ECF this 6th day of September, 2019.

s/ Richard K. Hansen