**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorney for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, D/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a** | No. 3:15-cv-00185-SI <br><br><br><br> **MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM WITH COURT'S ORDER AND ADD REQUEST FOR PUNITIVE DAMAGES** |

Page 1 -    **MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM WITH COURT'S ORDER AND ADD REQUEST FOR PUNITIVE DAMAGES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**BRUCE TRAN**,

      *Defendants;*


**UPM TECHNOLOGY, INC.,** an
Oregon corporation;
      *Counterclaim Plaintiff,*

   vs.

**UNIGESTION HOLDINGS, S.A.,** a
foreign corporation, d/b/a **DIGICEL
HAITI**; and **DIGICEL USA, INC.**
a Delaware corporation;
      *Counterclaim
      Defendants.*

## MOTION FOR LEAVE TO AMEND TO CONFORM PLEADINGS TO COURT'S ORDER AND TO ADD REQUEST FOR PUNITIVE DAMAGES

### CERTIFICATION

In compliance with Local Rule 7.1, the undersigned attorney hereby certifies that the parties made a good faith effort through telephone conference to resolve the dispute presented by the Motion set forth below and have been unable to do so.

### ARGUMENT

### I.   LEGAL STANDARD

Federal Rule of Civil Procedure 15 governs amendment of the pleadings.  It states that if a responsive pleading has already been filed, the party seeking amendment "may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a). This rule reflects an underlying policy that disputes should be determined on their merits, and not on the technicalities of pleading rules. *See Foman v. Davis*, 371 U.S. 178, 181-82 (1962). Accordingly, the Court must be generous

Page 2 -   **MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM WITH COURT'S ORDER AND ADD REQUEST FOR PUNITIVE DAMAGES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

in granting leave to amend. *See Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990) (leave to amend granted with "extreme liberality"); *Ascon Props., Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989).

Four factors are commonly used to determine the propriety of a motion for leave to amend. These are: bad faith, undue delay, prejudice to the opposing party and futility of amendment. *Foman v. Davis,* 371 U.S. 178, 182 (1962); *DCD Programs, Ltd. V. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). "[I]t is the consideration of prejudice to the opposing party that carries the greatest weight . . . Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend." *Eminence Capital, LLC v. Aspeon, Inc,* 316 F.3d 1048,1052 (9th Cir. 2003). The party opposing leave to amend bears the burden of showing prejudice. *DCD Programs*, 833 F.2d at 187.

## II.    THE PROPOSED AMENDMENTS ARE NECESSARY AND APPROPRIATE

After several rounds of pleadings in this matter, the parties are prepared to submit and finalize the final operative pleadings in this matter. Pursuant to the Court's latest order, Plaintiff, Digicel Haiti, submits the proposed Third Amended Complaint as Exhibit "A" to this motion. The amendments to this pleading include striking all RICO related allegations and prayers for relief (ECF 188) and adding a request for punitive damages to the remaining fraud claims.

The amendment to add punitive damages arises out of the same operative facts as the original complaint, in conjunction with information gained throughout the course of the litigation related to the scope and breadth of UPM's conduct and the wide-range of damages caused by its bypass fraud. Digicel Haiti seeks leave to amend to add punitive damages to account for the Defendants' reprehensible conduct and the scope and impact of the fraud on Digicel Haiti's

Page 3 -    **MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM WITH COURT'S ORDER AND ADD REQUEST FOR PUNITIVE DAMAGES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

revenue and operations. Accordingly, there was no prejudicial delay in Digicel Haiti's submission of this request.

Most importantly, the amendment presents no insurmountable "prejudice" to UPM as the addition of a request for punitive damages only modifies the fraud claim that has existed since the outset of the litigation—and is the basis of all the other claims in suit against these defendants. The amendment simply ensures that UPM will remain subject to potential damages that are proportionate to the egregious nature of its conduct. Further, allowing the amendment will not prejudice UPM because, although the case has been ongoing for a substantial period of time, the parties are just now closing the pleadings and embarking in earnest on discovery. No discovery effort will have to be duplicated and there will be no temporal or financial impact on the parties by allowing this amendment. On the other hand, Digicel Haiti, however, will be extremely prejudiced if this amendment is not permitted as punitive damages will be a significant component of Plaintiff's damages.

Lastly, the allegations of the complaint included in the fraud claims have always supported a request for punitive damages. Specifically, Digicel Haiti's fraud claims include an allegation that "[t]he acts by Defendants were committed maliciously and with an improper motive, and in conscious disregard of the rights of Plaintiff." ECF 104 at ¶¶ 209, 219. There is no prejudice or "surprise" in granting an amendment that allows these claims to conform with the pleadings.

## III.    CONCLUSION

Based on the foregoing, Plaintiff, Digicel Haiti, respectfully requests that the Court grant its motion for leave to amend.

Page 4 -    **MOTION FOR LEAVE TO AMEND COMPLAINT TO CONFORM WITH COURT'S ORDER AND ADD REQUEST FOR PUNITIVE DAMAGES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated: September 27, 2019

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:     /s/Richard K. Hansen

Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun
Leah B. Storie
Kim Vaughan Lerner LLP
*Attorneys for Plaintiff*
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:  (954) 527-1115
Facsimile:  (954) 527-1116
E-mail: rvaughan@kvllaw.com

Richard K. Hansen, OSB #832231
Telephone: 503.796-2958
Facsimile: 503.796.2900
Of Attorneys for Plaintiff

Page 5 -   **MOTION FOR LEAVE TO AMEND COMPLAINT TO
CONFORM WITH COURT'S ORDER AND ADD
REQUEST FOR PUNITIVE DAMAGES**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2019, I caused to be served the foregoing Motion for Leave to Amend Complaint to Conform with Court's Order and Add Request for Punitive Damages to the parties to this action as follows:

Kathryn P. Salyer, OSB #883017
ksalyer@tsbnwlaw.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Attorneys for Defendants

Christopher W. Savage (Pro Hac Vice)
Davis Wright Tremaine LLP
1919 Pennsylvania Ave. NW
Suite 800
Washington D.C. 20006-3401

Attorneys for Defendants

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail,
☐ return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service
☒ other (specify) courtesy e-mail

s/ Richard K. Hansen
Richard K. Hansen, OSB #832231

Page 1- CERTIFICATE OF SERVICE