**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Counterclaim Defendants, Unigestion
Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br><br> *Defendants;* | No. 3:15-cv-00185-SI <br><br><br> **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS** |

Page 1 -     UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
            RESPOND TO DEFENDANT'S COUNTERCLAIMS

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

        *Counterclaim Plaintiff,*

**vs.**

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.** a Delaware corporation;

        *Counterclaim Defendants.*

## L.R. 7-1 CERTIFICATION

Counsel for the parties have conferred and Defendants do not oppose this motion.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, Unigestion Holding, S.A. ("Digicel Haiti") and Digicel USA, Inc. ("Digicel USA") hereby move the Court for an Order extending time in which to respond to Defendant, UPM Technology, Inc.'s Counterclaims.  Counsel for Digicel Haiti and Digicel USA have spoken to counsel for Defendants, and Defendants do not oppose this motion.

Due to intervening holidays and other matters, Digicel Haiti and Digicel USA respectfully request a brief, 7-day extension of time to file its response, up to and including December 3, 2019.

   Dated:  November 25, 2019

                    Respectfully submitted,

|  |  |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br>Richard K. Hansen, OSB #832231<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* | By:     /s/ Robert C.L. Vaughan<br><br>KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:    (954) 527-1115<br>Facsimile:  (954) 527-1116 |

Page 2 -    UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
             RESPOND TO DEFENDANT'S COUNTERCLAIMS

|  | E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* |
|---|---|
| Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br><br>*Attorneys for Defendants* | Christopher W. Savage, D.C. Bar #362657<br>chrissavage@dwt.com<br>*(Admitted Pro Hac Vice)*<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006-3401<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, I caused to be served a copy of the foregoing

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S

COUNTERCLAIMS on the following person via the Court's CM/ECF electronic service system:

| Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br><br>*Attorneys for Counterclaim Plaintiff* | Christopher W. Savage (*Pro Hac Vice*)<br>chrissavage@dwt.com<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW Ste. 800<br>Washington DC 20006-3401<br>Tel: (202) 973-4200<br><br>*Attorneys for Counterclaim Plaintiff* |

/s/ Robert C.L. Vaughan_____
   Robert C.L. Vaughan