**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Counterclaim Defendants, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti; and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; <br> **UPM TELECOM, INC.,** an Oregon a/b/n; <br> **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual, <br><br> *Defendants;* | No. 3:15-cv-00185-SI <br><br><br> **DECLARATION OF CHERINE S. VALBRUN IN SUPPORT OF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS** |

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

       *Counterclaim Plaintiff,*

**vs.**

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.** a Delaware corporation;

       *Counterclaim Defendants.*

I, Cherine S. Valbrun, hereby declare as follows:

1.      I am one of the attorneys of record for Plaintiff, Unigestion Holding, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), and Counter Defendant Digicel USA, Inc. ("Digicel USA"), in the above-entitled action.

2.      Due to intervening holidays and other matters, Digicel Haiti and Digicel USA require a brief extension of time to file a response to Defendant, UPM Technology, Inc.'s Counterclaims.

3.      Having conferred with Christopher Savage, counsel for Defendants, by phone, I have been advised Defendants do not oppose this motion.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated:  November 25, 2019.

By:    */s/ Cherine S. Valbrun*_____
       Cherine S. Valbrun (*Pro Hac Vice*)