**Richard K. Hansen,** OSB #832231
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
|     *Plaintiff/Counterclaim Defendant,* | |
| vs. | **JOINT MOTION FOR ENLARGEMENT OF SCHEDULING ORDER DEADLINES** |
| **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., and **UPM MARKETING, INC**., an Oregon corporation; **UPM TELECOM, INC**., an Oregon a/b/n; **UPM MARKETING, INC**., an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO**, an Oregon resident; **BALTAZAR RUIZ**, an Oregon resident; **TYLER ALLEN**, an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN**, | |
|     *Defendants/Counterclaim Plaintiff (UPM).* | |

Page 1 -    JOINT MOTION FOR ENLARGEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16-3, the parties jointly seek what amounts to a general, omnibus three-month extension of the existing discovery and pre-trial deadlines.[1]

As a result of the unforeseen consequences of the COVID-19 pandemic, the parties and counsel, like many litigants nationwide, have experienced setbacks in their ability to complete the discovery process in accordance with the originally proposed discovery schedule.  For the Plaintiff's part, its operations in Haiti were closed for months and flight services for Haiti and Jamaica were only scheduled to reopen in late June.  This has limited the ability of client representatives to access information and proceed with production obligations in an efficient manner.  As a result, the parties have agreed to propose the following revised deadlines:

| Event | Date |
| --- | --- |
| Discovery Propounded on 3rd Parties Begins | Immediately |
| Fact Discovery Closes | October 08, 2020 |
| Expert Disclosures (simultaneous) | October 08, 2020 |
| Expert Rebuttals (simultaneous) | October 15, 2020 |
| Expert Depositions completed | November 16, 2020 |
| Dispositive Motions due | December 16, 2020 |
| Responses to Dispositive Motions due | January 5, 2020 |
| Replies to Dispositive Motions due | January 15, 2020 |
| Pre-Trial Conference | May/April, 2021 |
| Trial | End of April 2021 |

---

[1] In light of the current uncertainties surrounding the current global pandemic, both parties respectfully reserve the right to seek additional extensions (jointly or separately) if appropriate in light of, *for e.g.,* delays occasioned by additional shutdowns or restrictions occasioned as a result of the pandemic.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated:  July 2, 2020

Respectfully submitted,


By:  /s/ Christopher W. Savage

DAVIS WRIGHT TREMAINE LLP
Christopher W. Savage (*Pro Hac Vice*)
1919 Pennsylvania Ave. NW Ste. 800
Washington DC 20006-3401
Telephone: (202) 973-4200
E-mail: chrissavage@dwt.com

*Attorneys for Defendants*


By:  /s/ Robert C.L. Vaughan

KIM VAUGHAN LERNER LLP
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:       (954) 527-1115
Facsimile:        (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Plaintiff, Unigestion Holdings,*
*S.A., a Foreign Corporation, d/b/a Digicel*
*Haiti*


TOMASI SALYER BAROWAY
Kathryn P. Salyer, OSB #883017
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 994-9900
E-mail: ksalyer@tsbnwlaw.com

*Attorneys for Defendants*


SCHWABE, WILLIAMSON & WYATT, P.C.
Richard K. Hansen, OSB #832231
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900
E-mail: rhansen@schwabe.com

*Attorneys for Plaintiff, Unigestion Holdings,*
*S.A., a Foreign Corporation, d/b/a Digicel*
*Haiti*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900