**Richard K. Hansen,** OSB #832231
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Counterclaim Defendants, Unigestion
Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti;
and Digicel USA Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| *Plaintiff/Counterclaim Defendant,* | |
| vs. | **DECLARATION OF CHERINE S. VALBRUN IN SUPPORT OF JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD** |
| **UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, **TYLER ALLEN**, an Oregon resident, and **DUY TRAN a/k/a BRUCE TRAN**, | |
| *Defendants/Counterclaim Plaintiff (UPM).* | |

Page 1    DECLARATION OF CHERINE S. VALBRUN ISO JOINT MOTION
FOR ENLARGEMENT OF DISCOVERY PERIOD
KIM VAUGHAN LERNER LLP

4840-4193-2737, v. 1

I, Cherine S. Valbrun, hereby declare as follows:

1.      I am one of the attorneys of record for Plaintiff, Unigestion Holding, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.      Due to the COVID-19 pandemic and other matters, the parties have conferred and determined they require an omnibus enlargement to the existing scheduling deadlines of three months to complete discovery and pre-trial practice.

3.      Having conferred with Christopher Savage, counsel for Defendants, by phone, I have been advised Defendants agree to this motion.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated:  July 2, 2020.


                                        By:    */s/ Cherine S. Valbrun*
                                               Cherine S. Valbrun (*Pro Hac Vice*)


Page 2      DECLARATION OF CHERINE S. VALBRUN ISO JOINT MOTION
            FOR ENLARGEMENT OF DISCOVERY PERIOD
                        KIM VAUGHAN LERNER LLP


4840-4193-2737, v. 1