**Richard K. Hansen,** OSB #832231
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>     *Plaintiff/Counterclaim Defendant,* <br><br> vs. <br><br> **UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident, **TYLER ALLEN**, an Oregon resident, and **DUY TRAN a/k/a BRUCE TRAN**, <br><br>     *Defendants/Counterclaim Plaintiff (UPM).* | No. 3:15-cv-00185-SI <br><br> **JOINT PROPOSED AMENDED SCHEDULING ORDER** |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Pursuant to Fed. R. Civ. P. 16(b)(4) and the Court's instructions, counsel for Plaintiff and counsel for Defendants conferred via telephone on several occasions during May and June of 2020, and hereby submit the following Joint Proposed Amended Scheduling Order.

**1. Discovery Plan:**

    a.   The parties have agreed to the following discovery and litigation deadlines:

| Event | Date |
|---|---|
| Discovery Propounded on 3rd Parties Begins | Immediately |
| Fact Discovery Closes | October 08, 2020 |
| Expert Disclosures (simultaneous) | October 08, 2020 |
| Expert Rebuttals (simultaneous) | October 15, 2020 |
| Expert Depositions completed | November 16, 2020 |
| Dispositive Motions due | December 16, 2020 |
| Responses to Dispositive Motions due | January 5, 2020 |
| Replies to Dispositive Motions due | January 15, 2020 |
| Pre-Trial Conference | May/April, 2021 |
| Trial | End of April 2021 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -    JOINT PROPOSED AMENDED SCHEDULING ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated:  July 2, 2020

Respectfully submitted,


By:   /s/ Christopher W. Savage

DAVIS WRIGHT TREMAINE LLP
Christopher W. Savage (*Pro Hac Vice*)
1919 Pennsylvania Ave. NW Ste. 800
Washington DC 20006-3401
Telephone: (202) 973-4200
E-mail: chrissavage@dwt.com

*Attorneys for Defendants*


By:   /s/ Robert C.L. Vaughan

KIM VAUGHAN LERNER LLP
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:        (954) 527-1115
Facsimile:        (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Plaintiff, Unigestion Holdings,
S.A., a Foreign Corporation, d/b/a Digicel
Haiti*


TOMASI SALYER BAROWAY
Kathryn P. Salyer, OSB #883017
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 994-9900
E-mail: ksalyer@tsbnwlaw.com

*Attorneys for Defendants*


SCHWABE, WILLIAMSON & WYATT, P.C.
Richard K. Hansen, OSB #832231
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900
E-mail: rhansen@schwabe.com

*Attorneys for Plaintiff, Unigestion Holdings,
S.A., a Foreign Corporation, d/b/a Digicel
Haiti*


IT IS SO ORDERED this _____ day of July, 2020.


_____
JUDGE MICHAEL H. SIMON


Page 3 -        JOINT PROPOSED AMENDED SCHEDULING ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900