**Eleanor A. DuBay**, OSB #073755
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
(admitted *pro hac vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

       Attorneys for Defendants and
       Counterclaim Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**, <br><br>    Plaintiff and Counter-Claim Defendant <br><br> v. <br><br> **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.* <br><br>    Defendants and Counter-Claim Plaintiffs | Case No. 3:15-CV-00185-SI <br><br><br> **UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY ORDER DEADLINES** |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7-1

Pursuant to Local Rule 7.1, counsel for Defendants, by and through their counsel, certify that they have conferred in good faith regarding the substance of this motion, and that counsel for Plaintiff does not oppose this motion.

UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY ORDER
DEADLINES
UPM-L1\00537217.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16-3, UPM respectfully makes this unopposed motion for a further (and, it anticipates, final) omnibus three-month extension of the existing discovery and pre-trial deadlines.

Following the most recent extension in the schedule, the parties continued their efforts at discovery. As those efforts progressed, counsel for UPM encountered significant and unanticipated technical difficulties in uploading UPM's documents into the electronic discovery system (Relativity) used by counsel's firm, with the result that a process that should have taken approximately one-two weeks instead took more than two months to complete. These difficulties were resolved only in the last several days, so that the process of thorough document review and production can begin.

While it appears that the technical difficulties themselves were unrelated to the COVID-19 pandemic, the fact that essentially all the technical diagnostic efforts had to be handled remotely substantially added to the delays. Both counsel's in-house technical experts and third-party experts were involved in various efforts, ultimately successful, to resolve these problems.

The result of this combination of factors has been significant setbacks in the parties' ability to complete the discovery process in accordance with the current discovery schedule. To address this situation, UPM (after conferring with counsel for Digicel) proposes the following revised deadlines:

| Event | Date |
|---|---|
| Discovery Propounded on 3rd Parties Begins | Immediately (continues) |
| Fact Discovery Closes | January 15, 2021 |
| Expert Disclosures (simultaneous) | February 5, 2021 |
| Expert Rebuttals (simultaneous) | February 19, 2021 |
| Expert Depositions completed | March 12, 2021 |

UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY ORDER
DEADLINES
UPM-L1\00537217.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| Dispositive Motions due | April 12, 2021 |
|---|---|
| Responses to Dispositive Motions due | April 30, 2021 |
| Replies to Dispositive Motions due | May 14, 2021 |
| Pre-Trial Conference | July 2021 |
| Trial | August/September 2021 |

Counsel for UPM notes that, at the time the parties filed their earlier motion for an extension of the discovery schedule, counsel for plaintiffs had suggested that the parties request a longer extension than they in fact ended up – at the urging of counsel for UPM –requesting. While the technical difficulties leading to the need for this requested extension were entirely unanticipated, counsel for UPM would like the record to reflect the wisdom of plaintiff's counsel's original position regarding the prudent length of time for a requested extension of time.

Dated:  October 6, 2020.

Respectfully submitted,

By:  /s/ Christopher W. Savage
Christopher W. Savage (*Pro Hac Vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Ave. NW Ste. 800
Washington DC 20006-3401
Tel: (202) 973-4200
*Attorneys for Defendants*

Eleanor DuBay, OSB #073755
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 994-9900
*Attorneys for Defendants*

UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY ORDER
DEADLINES
UPM-L1\00537217.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I served the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY ORDER DEADLINES** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Richard K. Hansen
Anne M. Talcott
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: rhansen@schwabe.com
Email: atalcott@schwabe.com

Dated: October 6, 2020.

By:  /s/ Christopher W. Savage
    Christopher W. Savage (*Pro Hac Vice*)
    chrissavage@dwt.com
    Davis Wright Tremaine LLP
    1919 Pennsylvania Ave. NW Ste. 800
    Washington DC 20006-3401
    Tel: (202) 973-4200
    *Attorneys for Defendants*

By: /s/ Eleanor A. DuBay
    Eleanor DuBay, OSB #073755
    edubay@tomasilegal.com
    Tomasi Salyer Martin
    121 SW Morrison Street, Suite 1850
    Portland, Oregon 97204-3136
    Telephone: (503) 994-9900
    *Attorneys for Defendants*

CERTIFICATE OF SERVICE
UPM-L1\00537217.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236