**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorney for Plaintiff, Unigestion Holdings, S.A., a foreign corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,**<br><br>Defendants. | No. 3:15-cv-00185-SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL – RICHARD K. HANSEN** |

Page 1 -    **NOTICE OF WITHDRAWAL OF COUNSEL – RICHARD K. HANSEN**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax:503-796-2900

NOTICE IS HEREBY GIVEN that Richard K. Hansen is retiring from the practice of law, effective December 31, 2020, and therefore withdraws as counsel of record for Plaintiff Unigestion Holdings, S.A., dba Digicel Haiti in the above-captioned matter.  Effective immediately, Richard K. Hansen should be removed from the Court's record and service list.  Anne M. Talcott of Schwabe, Williamson & Wyatt, P.C. will remain local counsel in this matter.

Dated this 30th day of December, 2020.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:     */s/ Richard K. Hansen*
        Richard K. Hansen, OSB #832231
        Email:  rhansen@schwabe.com
        Anne M. Talcott, OSB #965325
        Email:  atalcott@schwabe.com
        Telephone:  503.222.9981
        Facsimile:  503.796.2900

        KIM VAUGHAN LERNER LLP
        Robert C. L. Vaughan (*Pro Hac Vice*)
        Email:  rvaughan@kvllaw.com
        Cherine Smith Valbrun (*Pro Hac Vice*)
        Email:  cvalbrun@kvllaw.com
        Leah B. Storie (*Pro Hac Vice*)
        Email:  lstorie@kvllaw.com
        One Financial Plaza, Suite 2001
        Fort Lauderdale, FL  33394
        Telephone:  (954) 527-1115
        Facsimile:  (954) 527-1116

        Attorneys for Plaintiff

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900