**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
ksalyer@tomasilegal.com
edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
(admitted *pro hac vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

      Attorneys for Defendants and
      Counterclaim Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff and Counter-Claim Defendant<br><br>v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.*<br><br>    Defendants and Counter-Claim Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY ORDER DEADLINES** |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7-1

In compliance with Local Rule 7-1, Defendants, by and through their counsel, certify that they have conferred in good faith regarding the substance of this motion, and that counsel for Plaintiff does not oppose this motion.

**MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16-3, UPM respectfully makes this unopposed motion for a further omnibus three-month extension of the existing discovery and pre-trial deadlines.

Following the most recent extension in the schedule, the parties continued their efforts at discovery.  As noted in an earlier motion, only relatively recently was UPM able to overcome some technical hurdles in uploading UPM's documents into the electronic discovery system (Relativity) used by counsel's firm.  That process led to a database containing all electronically-available UPM documents (emails, spreadsheets, Word documents, etc.), from which responsive sub-sets of documents can be (and are being) culled and reviewed.

The main database of UPM materials contains more than 2,000,000 documents.  As of this writing, Plaintiff Digicel-Haiti has propounded approximately sixty (60) separate document requests, and UPM has provided several thousand documents that appear responsive to those requests.  Fully and responsibly responding to Digicel-Haiti's document request, however, is complicated by several factors.

First, because UPM's operations in Haiti were such a small portion of its overall operations, Defendants' counsel have found it to be challenging to develop search strings that are reasonably calculated to return all documents responsive to a given document request, but that do not also return (literally) thousands upon thousands of non-responsive documents.  In order to address this challenge, Defendants'counsel has had to spend much more time than anticipated separating wheat from chaff, *i.e.,* reviewing large numbers of unresponsive documents in order to find the ones that are responsive.  Second, because of restrictions on being physically present in counsel's offices, both due to the COVID-19 pandemic and, more recently, due to heightened

UNOPPOSED MOTION FOR ENLARGEMENT
OF DISCOVERY ORDER DEADLINES

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

security concerns surrounding events in Washington D.C., counsel has been required to access his firm's electronic discovery system remotely, by means of a virtual private network link from his home office.  The response time of the system when accessed in this way, however, is slower, for each document to be reviewed, than would be the case were counsel able to connect directly to his firm's network at his office.  While these delays would be inconsequential in reviewing dozens or hundreds of documents, when multiplied by the dozens or hundreds of thousands of documents that actually must be reviewed, the aggregate impact is substantial.

The result of these factors has been a significant delay in in the parties' ability to complete the discovery process in accordance with the current discovery schedule.  To address this situation, UPM (after conferring with counsel for Digicel) proposes the following revised deadlines:

| Event | Date |
|---|---|
| Discovery Propounded on 3rd Parties Begins | Immediately (continues) |
| Fact Discovery Closes | April 16, 2021 |
| Expert Disclosures (simultaneous) | May 7, 2021 |
| Expert Rebuttals (simultaneous) | May 21, 2021 |
| Expert Depositions completed | June 11, 2021 |
| Dispositive Motions due | July 14, 2021 |
| Responses to Dispositive Motions due | July 30, 2021 |
| Replies to Dispositive Motions due | August 13, 2021 |
| Pre-Trial Conference | September 2021 |
| Trial | October/November 2021 |

Dated:  January 13, 2021

Respectfully submitted,

By:  /s/ Christopher W. Savage
Christopher W. Savage (*Pro Hac Vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Ave. NW Ste. 800
Washington DC 20006-3401
Tel: (202) 973-4200

*Attorneys for Defendants*

UNOPPOSED MOTION FOR ENLARGEMENT
OF DISCOVERY ORDER DEADLINES

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

By:  /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    ksalyer@tomasilegal.com
    Eleanor DuBay, OSB #073755
    edubay@tomasilegal.com
    Tomasi Salyer Martin
    121 SW Morrison Street, Suite 1850
    Portland, Oregon 97204-3136
    Telephone: (503) 994-9900

    *Attorneys for Defendants*

UNOPPOSED MOTION FOR ENLARGEMENT
OF DISCOVERY ORDER DEADLINES

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served to all counsel of record by CM/ECF this 13th day of January, 2021.


<u>/s/ Eleanor A. DuBay</u>

UNOPPOSED MOTION FOR ENLARGEMENT
OF DISCOVERY ORDER DEADLINES

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236