**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorney for Plaintiff, Unigestion Holdings, S.A., a foreign corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI,**<br><br>Plaintiff,<br><br>vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,**<br><br>Defendants. | No. 3:15-cv-00185-SI<br><br>**PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE – KATHRYN E. KELLY** |

Page 1 -    NOTICE OF ATTORNEY APPEARANCE - KELLY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PLEASE TAKE NOTICE that Kathryn E. Kelly of Schwabe, Williamson & Wyatt, P.C., enters her appearance as counsel for Plaintiff Unigestion Holdings, S.A.  Copies of all pleadings and other materials (except original process) should include Kathryn E. Kelly at Schwabe, Williamson & Wyatt P.C., 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204.

Dated this 15th day of January, 2021.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    */s/ Kathryn E. Kelly*
       Anne M. Talcott, OSB #965325
       Email:  atalcott@schwabe.com
       Kathryn E. Kelly, OSB #175162
       Email:  kkelly@schwabe.com
       Telephone:  503.222.9981
       Facsimile:  503.796.2900

KIM VAUGHAN LERNER LLP
       Robert C. L. Vaughan (*Pro Hac Vice*)
       Email:  rvaughan@kvllaw.com
       Cherine Smith Valbrun (*Pro Hac Vice*)
       Email:  cvalbrun@kvllaw.com
       Leah B. Storie (*Pro Hac Vice*)
       Email:  lstorie@kvllaw.com
       One Financial Plaza, Suite 2001
       Fort Lauderdale, FL  33394
       Telephone:  (954) 527-1115
       Facsimile:  (954) 527-1116

       Attorneys for Plaintiff

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of January, 2021, I caused to be served the foregoing

**PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE – KATHRYN E. KELLY** to the

parties to this action as follows:

Kathryn P. Salyer
ksalyer@tsbnwlaw.com
Eleanor A. DuBay
edubay@tomasilegal.com
Tomasi Salyer Baroway
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900

Christopher W. Savage
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
Telephone: 202-973-4200

Attorneys for Defendants

by:

| | |
|---|---|
| ☐ | U.S. Postal Service, ordinary first class mail |
| ☐ | U.S. Postal Service, certified or registered mail, return receipt requested |
| ☐ | hand delivery |
| ☐ | facsimile |
| ☒ | electronic service |
| ☐ | other (specify) _____ |

/s/ Kathryn E. Kelly
Kathryn E. Kelly, OSB #175162

Page 1 -     CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900