**Anne M. Talcott, OSB #965325**
Email: atalcott@schwabe.com
**Kathryn E. Kelly, OSB #175162**
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorneys for Plaintiff/Counterclaim Defendant,*
> *Unigestion Holdings, S.A., a foreign corporation, d/b/a*
> *Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>**UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.**, and **UPM MARKETING, INC.**, an Oregon corporation; **UPM TELECOM, INC.**, an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN**, a foreign individual; and **DUY TRAN** a/k/a | No. 3:15-cv-00185-SI<br><br><br>**JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD** |

Page 1 -    JOINT MOTION FOR ENLARGEMENT OF DISCOVERY
          PERIOD

4840-8887-2677, v. 1

**BRUCE TRAN**, an Oregon resident,

                        *Defendants;*

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

                   *Counterclaim Plaintiff,*

     **vs.**

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**,

               *Counterclaim Defendants.*

## JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16-3, the Parties hereby jointly seek a three-month extension of the close of fact discovery to July 16, 2021, from the current deadline of April 16, 2021. (ECF 222).  There are numerous, newly occurring factors that led counsel to bring this request before the Court.  These are detailed below.

Documentary discovery has been ongoing and significant over the prior months.  This has entailed production by Defendant UPM Technology, Inc. ("UPM") of 20,000+ pages of material, delivered to Plaintiff Unigestion Holdings, S.A. ("Digicel Haiti") as part of an on-going, rolling production.  The last installment of these materials was received in mid-March.  While Digicel Haiti has been diligently reviewing the documents from UPM, additional time is necessary to complete its review to conduct depositions.  Indeed, precisely which depositions will be appropriate, and on what topics, will be affected by that review.  Moreover, while the parties responded to each other's interrogatories some time ago, the parties are still conferring regarding the need to supplement and clarify a number of each other's responses.  Finally, in mid-March

Page 2 -    JOINT MOTION FOR ENLARGEMENT OF DISCOVERY
               PERIOD

4840-8887-2677, v. 1

UPM served Digicel Haiti with further interrogatories and document requests, and the parties agree that additional time is required for Digicel Haiti to provide full and complete responses to those requests.

Currently, fact discovery is scheduled to close tomorrow, April 16, 2021. The current schedule does not provide adequate time for Digicel Haiti to review UPM's production and follow-up on this information, nor for it to respond to UPM's current discovery request, nor for both parties to fully review and supplement and/or clarify their existing discovery responses.

Additional time to review the documents and conduct necessary follow-up is also imperative as the Parties begin to schedule depositions. After discussions, it is apparent that it will take two or three months to schedule the depositions of certain witnesses for both parties, increasing the necessity of an amended and extended discovery period. Thus, although the parties have made effective use of their time in moving discovery forward, additional time is necessary.

These time constraints are compounded by the fact that counsel for Plaintiff is scheduled to start a three-week trial on May 3, 2021, in the matter of *Rodriguez v. FJ Reynolds Tobacco Co.* in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida. During this period the undersigned will be unavailable to advance the discovery in this matter.

Thus, good cause exists for extending the discovery period by three months to July 16, 2021. This extension will not affect any other deadlines in this case as there is not a trial date and all other deadlines were previously vacated by the court.

Based on the foregoing, the Parties request an extension of the discovery period for three months, up to and including July 16, 2021.

Page 3 -    JOINT MOTION FOR ENLARGEMENT OF DISCOVERY
            PERIOD

Dated:  April 15, 2021

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    *s/ Anne M. Talcott*
    Anne Talcott, OSB #965325
    Telephone: 503.796-2958
    Facsimile: 503.796.2900

    KIM VAUGHAN LERNER LLP
    Robert C. L. Vaughan (*Pro Hac Vice*)
    Cherine Smith Valbrun (*Pro Hac Vice*)
    Leah B. Storie (*Pro Hac Vice*)
    One Financial Plaza, Suite 2001
    Fort Lauderdale, FL  33394
    Telephone:         (954) 527-1115
    Facsimile:         (954) 527-1116
    E-mail: rvaughan@kvllaw.com

*Attorneys for Unigestion Holdings, S.A., a foreign corporation, d/b/a Digicel Haiti*

By: *s/ Christopher W. Savage* (by permission)
    Eleanor A. DuBay, OSB #073755
    edubay@tomasilegal.com
    Tomasi Salyer Martin
    121 SW Morrison Street, Suite 1850
    Portland, Oregon 97204-3136
    Telephone: (503) 894-9900
    Facsimile: (971) 544-7236

    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Davis Wright Tremaine LLP
    1919 Pennsylvania Avenue NW, Suite 800
    Washington, DC 20006-3401
    Telephone: (202) 973-4200
    Facsimile: (202) 973-4499

*Attorneys for Defendants*

4840-8887-2677, v. 1