**Anne M. Talcott**, OSB #965325
Email:  atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email:  kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI,**<br><br>            *Plaintiff,*<br><br>    vs.<br><br>**UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC,** and **UPM MARKETING, INC.,** an Oregon corporation;<br>**UPM TELECOM, INC.,** an Oregon a/b/n;<br>**UPM MARKETING, INC.,** an Oregon a/b/n; **BENJAMIN SANCHEZ a/k/a BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and **DUY TRAN a/k/a BRUCE TRAN,**<br><br>            *Defendants.* | No. 3:15-cv-00185-SI<br><br>**DECLARATION OF ROBERT C.L. VAUGHAN IN SUPPORT OF PLAINTIFF, UNIGESTION HOLDINGS, S.A.'S, MOTION FOR LEAVE TO AMEND TO ADD AFFIRMATIVE DEFENSE** |

Page 1 -     VAUGHAN DECL. ISO PLAINTIFF'S MOTION TO
                  AMEND TO ADD AFFIRMATIVE DEFENSES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\AMT\31295694.1

**UPM TECHNOLOGY, INC.,** an Oregon corporation;

    *Counterclaim Plaintiff,*

  **vs.**

**UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI**; and **DIGICEL USA, INC.** a Delaware corporation;

    *Counterclaim Defendant and Third-Party Defendant.*

I, Robert C.L. Vaughan, hereby declare as follows:

1.  I am one of the attorneys of record for Plaintiff, Unigestion Holding, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.  Attached hereto and marked as Exhibit 1 is an email dated December 2, 2011, from Jaspaul ("Jesse") Gosal to Tyler Allen, produced as Bates No. UPM000771.

  **I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 16th day of July, 2021.

      */s/ Robert C.L. Vaughan*
      Robert C.L. Vaughan, *appearing Pro Hac Vice*

Page 2 -   VAUGHAN DECL. ISO PLAINTIFF'S MOTION TO AMEND TO ADD AFFIRMATIVE DEFENSES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\AMT\31295694.1