**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage** (*Pro Hac Vice*)
chrissavage@dwt.com
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**UNIGESTION HOLDING, S.A**., a foreign
corporation, d/b/a **DIGICEL HAITI**,

                Plaintiff,

        v.

**UPM TECHNOLOGY, INC**. d/b/a **UPM
TELECOM, INC**., and **UPM
MARKETING, INC**., an Oregon
corporation; **UPM TELECOM, INC**., an
Oregon a/b/n; **UPM MARKETING, INC**.,
an Oregon a/b/n; **BENJAMIN SANCHEZ**
a/k/a **BENJAMIN SANCHEZ MURILLO**,
an Oregon resident; **BALTAZAR RUIZ**, an
Oregon resident; and **TYLER ALLEN**, an
Oregon resident; and **DUY TRAN,** aka
**BRUCE TRAN,** an Oregon resident,

                Defendants;

Case No. 3:15-CV-00185-SI

**NOTICE OF APPEARANCE —BLAKE
VAN ZILE**

**UPM TECHNOLOGY, INC.** d/b/a **UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.**, an Oregon a/b/n; **BENJAMIN SANCHEZ** a/k/a **BENJAMIN SANCHEZ MURILLO,** an Oregon resident; **BALTAZAR RUIZ,** an Oregon resident; **TYLER ALLEN,** an Oregon resident; and **DUY TRAN** a/k/a **BRUCE TRAN**, an Oregon resident,

Defendants and Counterclaim-Plaintiffs,

v.

**UNIGESTION HOLDING, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI;** and **DIGICEL USA, INC.,** a Delaware corporation,

Counterclaim-Defendants.

PLEASE TAKE NOTICE that Blake Van Zile of Tomasi Salyer Martin, enters her appearance as counsel for Defendants.  Copies of all pleadings and other materials (except original process) should include Blake Van Zile at Tomasi Salyer Martin, 121 SW Morrison St., Suite 1850, Portland, OR 97204.

Dated: July 16, 2021.

TOMASI SALYER MARTIN

By:/s/ Blake Van Zile
     Blake Van Zile , OSB #184672
     bvanzile@tomasilegal.com
     Telephone: (503) 894-9900
     Of Attorneys for Defendants

DAVIS WRIGHT TREMAINE LLP

By:/s/ Christopher W. Savage
    Christopher W. Savage (*Pro Hac Vice*)
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    Of Attorneys for Defendants

***TOMASI SALYER MARTIN***
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2021 I served the foregoing **NOTICE OF APPEARANCE — BLAKE VAN ZILE** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Kathryn E. Kelly
Anne M. Talcott
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: kkelly@schwabe.com
Email: atalcott@schwabe.com

Dated: July 16, 2021.

TOMASI SALYER MARTIN

By: /s/ Blake Van Zile
    Blake Van Zile, OSB #184672
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900
    Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236