**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>        Plaintiff,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>        Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br><br>**JOINT STATUS REPORT** |

        In accordance with the direction from the Court during the July 19, 2021 status conference, the parties have conferred regarding the trial schedule and status of discovery, and hereby respectfully submit this joint status report.  Undersigned counsel for UPM are authorized to state that counsel for Digicel-Haiti concurs in this status report.

First, the parties are in the process of confirming a trial date of April 4, 2022, with ten days set aside for trial.[1]

Second, assuming that that date is confirmed, the parties have conferred and agreed upon a proposed procedural schedule that addresses all presently-anticipated significant events remaining in the case, as follows:

**Proposed Schedule[2]**

| Event | Date |
|---|---|
| Fact Discovery | Closed (no new interrogatories or document requests) |
| Motions to Compel for All Unresolved Discovery Disputes (including availability of persons for depositions) | September 3, 2021 |
| Non-expert Depositions Completed | October 1, 2021 |
| Expert Disclosures (simultaneous) | September 27, 2021 |
| Expert Rebuttals (simultaneous) | October 8, 2021 |
| Expert Depositions completed | October 22, 2021 |
| Dispositive Motions no later than:[3] | November 5, 2021 |
| Hearing on Dispositive Motions | January 13 or 14, 2022 |
| Pre-Trial Conference | March 21, 2022[4] |
| **Trial** | **April 4 – April 15, 2022** |

Third, the Court will note that the proposed schedule has a deadline of September 3, 2021 for the filing of motions to compel associated with still-outstanding discovery. Although fact discovery nominally closed in this matter on July 16, 2021, no depositions had yet been

---

[1]    The parties will confirm this date or have an agreed-to alternative date by the time of the scheduled August 9, 2021 telephone conference with the Court.

[2]    The proposed schedule does not expressly lay out the various filings called for by the Court's standing pre-trial order, but leaves adequate time for those filings to be made.

[3]    The parties may file motions for full or partial summary judgment in advance of this date. The dates for oppositions and replies to all summary judgment motions shall be as provided for in Local Rule 7-1(f), unless otherwise agreed by the parties and approved by the Court.

[4]    Proposed Pre-Trial Conference date subject to the Court's availability.

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

taken, and the parties still had a range of disputes about the adequacy of each other's discovery responses. While the parties are diligently negotiating in an effort to resolve those disputes, it seemed prudent to set a specific date by which they would either be worked out or brought to the Court for resolution.

The parties stand ready to address any questions or concerns the Court may have about this status report during the telephone conference scheduled for August 9, 2021.

Dated: August 5, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2021, I served the foregoing **JOINT STATUS REPORT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Schwabe, Williamson & Wyatt, PC
PacWest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: rhansen@schwabe.com
Email: atalcott@schwabe.com

Dated: August 5, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236