**Kathryn P. Salyer,** OSB #883017
**Eleanor A. DuBay,** OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage,** D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff,<br><br>v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF CONDITIONAL MOTION FOR LEAVE TO ADD AFFIRMATIVE DEFENSE** |

1.      My name is Christopher W. Savage. I am one of the counsel for the defendants in the above-captioned action. I make this declaration based on my personal knowledge of the matters addressed here.

2.    I personally conducted the review of the documents of UPM Technology, Inc. ("UPM"), one of the defendants in the above-captioned action, in response to discovery requests from plaintiff Unigestion Holdings, S.A. d/b/a Digicel-Haiti ("Digicel-Haiti") during 2020 and 2021.

3.    Specifically, I directed my electronic discovery team to work with UPM personnel to upload all available items from UPM into my firm's e-discovery system (Relativity) and, based on the specific matters as to which Digicel-Haiti was inquiring, I developed search terms likely to produce potentially responsive documents for each request. I then personally and individually reviewed each document returned in response to the search terms and determined whether it was responsive to a Digicel-Haiti discovery request. I also personally determined which documents should be withheld on grounds of privilege, and what redactions (if any) should be made to otherwise responsive documents before producing them.

4.    The total universe of materials that were uploaded to my firm's e-discovery database for review consists of 2,086,640 items.  Of these, a total of 1,104,165 have a date prior to the filing of this case lawsuit in early 2015. Of *those*, only 16,647, or 1.5%, contain the word "Haiti", and only 10,744, or less than 1%, contain **both** of the words "Haiti" and "Digicel".

5.    This same pattern appears when the items in the database are broken down by year. For 2011, the database contains 232,999 items. Of those, a total of 3,735, or 1.6%, mention "Haiti", and 2,209, or 0.9%, mention both "Haiti" and "Digicel."  For 2012, the database contains 185,528 items. Of those, a total of 3,969, or 2.1%, mention "Haiti", and 2,426, or 1.3%, mention both "Haiti" and "Digicel."  For 2014, the database contains 285,663 items. Of

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

those a total of 6,346, or 2.2%, mention "Haiti", and 4,123, or 1.4%, mention both "Haiti" and

"Digicel." The chart below summarizes these figures:

| Period | In Database | Contain "Haiti" | | Contain "Haiti" & "Digicel" | |
|---|---|---|---|---|---|
| | | Number | Percent | Number | Percent |
| 2011 | 232,999 | 3,735 | 1.60% | 2,209 | 0.9% |
| 2012 | 185,528 | 3,969 | 2.14% | 2,426 | 1.3% |
| 2014 | 285,663 | 6,346 | 2.22% | 4,123 | 1.4% |
| All pre-lawsuit | 1,104,165 | 16,447 | 1.49% | 10,744 | 1.0% |

These figures indicate that UPM's operations in Haiti and its efforts to resell UPM's services did

not constitute a substantial portion of UPM's overall operations in the relevant time periods.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE

BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE

FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: August 23, 2021

By:    _____
Christopher W. Savage
Washington, DC

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2021, I served the foregoing **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF CONDITIONAL MOTION FOR LEAVE TO ADD AFFIRMATIVE DEFENSE** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: August 23, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236