**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

       Attorneys for Defendants and
       Counterclaim Plaintiff

**Anne Talcott**
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

       Of Attorneys for Plaintiff and
       Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**, | Case No. 3:15-CV-00185-SI |
|    Plaintiff and Counter-Claim Defendant | |
|    v. | **JOINT MOTION FOR ONE-WEEK EXTENSION OF BRIEFING SCHEDULE** |
| **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.* | |
|    Defendants and Counter-Claim Plaintiffs | |

PAGE 1 - JOINT MOTION FOR
ONE-WEEK EXTENSION OF
BRIEFING SCHEDULE
UPM-L1\00606946.000

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

## JOINT MOTION FOR ONE-WEEK EXTENSION OF BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16-3, the Parties hereby jointly seek a one-week extension in the current schedule for the filing and briefing of dispositive motions. Under the current schedule, dispositive motions are due to be filed on Friday, November 5, 2021, with responses due Friday, November 26, 2021. The parties respectfully request that the Court modify that schedule by granting a one-week extension, so that dispositive motions would be due on Friday, November 12, with responses due on Friday, December 3, 2021, and replies due on Friday, December 17, 2021.

There is good cause for the deadline to file dispositive motions to be modified because counsel for Plaintiff has been called to trial for the week ending November 5 (the current deadline) and the parties only finished depositions in this matter today, October 29, 2021.

The parties have effectively used their time leading up to this deadline. They have taken numerous depositions of the parties, witnesses and multiple experts. The parties have also continually sought to resolve any remaining discovery disputes, including holding multiple conferrals between counsel.

As stated above, the new filing deadline will be only a week later, on November 12, 2021. Responses will be due on December 3, 2021 and replies due on December 17, 2021.

There will be no impact on the proposed extension on other existing deadlines. The hearing on the dispositive motions is scheduled for January 14, 2022.

/ / /

/ / /

/ / /

/ / /

PAGE 2 - JOINT MOTION FOR
ONE-WEEK EXTENSION OF
BRIEFING SCHEDULE
UPM-L1\00606946.000

The parties believe that this minor extension of time will materially aid in their preparation and thereby assist the Court in its consideration of those motions.

Dated:  October 29, 2021.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ Anne Talcott<br>Anne Talcott, OSB # 965325<br>atalcott@schwabe.com<br>Kathryn E. Kelly, OSB #175162<br>kkelly@schwabe.com<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Ave., Ste. 1900<br>Portland, OR  97204<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* | By:  /s/ Robert C.L. Vaughan<br>KIM VAUGHAN LERNER LLP<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:    (954) 527-1115<br>Facsimile:    (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.* |
| By:  /s/ Eleanor A. DuBay<br>Eleanor A. DuBay, OSB #073755<br>edubay@tomasilegal.com<br>Tomasi Salyer Martin<br>121 SW Morrison Street, Suite 1850<br>Portland, Oregon 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br><br>*Attorneys for Defendants* | By:  /s/ Christopher W. Savage<br>Christopher W. Savage, D.C. Bar #362657<br>chrissavage@dwt.com<br>*(Admitted Pro Hac Vice)*<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006-3401<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br><br>*Attorneys for Defendants* |

PAGE 3 - JOINT MOTION FOR
ONE-WEEK EXTENSION OF
BRIEFING SCHEDULE
UPM-L1\00606946.000

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I served the foregoing **JOINT MOTION FOR ONE-WEEK EXTENSION OF BRIEFING SCHEDULE** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: October 29, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Kathryn P. Salyer, OSB #883017
Eleanor A. DuBay, OSB #073755
Blake Van Zile, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
Christopher W. Savage, D.C. Bar #362657
chrissavage@dwt.com
Telephone: (202) 973-4200
*(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW MORRISON STREET, SUITE 1850
PORTLAND, OREGON 97204
TELEPHONE: (503) 894-9900
FACSIMILE: (971) 544-7236