**Kathryn P. Salyer,** OSB #883017
**Eleanor A. DuBay,** OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage,** D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

   Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>  Plaintiff,<br><br>  v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>  Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br><br>**DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANT UPM TECHNOLOGY, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Christopher W. Savage, declare under penalty of perjury:

1. I am an attorney at Davis Wright Tremaine LLP. I am one of the attorneys representing the defendants in the above-captioned action. I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein. I am competent to testify if called to do so.

2. I make this declaration in support of Defendant UPM Technology, Inc.'s Motion for Summary Judgment ("Motion").

3. On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Maarten Boute. Attached hereto as Exhibit 1 is a true and correct copy of the following pages from the transcript of Mr. Boute's deposition: 5, 16, 19-20, 25-27, 29-34, 37, 40, 47-50, 57-60, 63, 67-68, 73-79, 85, 89-97, 123, 135-136, 139, 145-146, 159-161, 166 and 168.

4. On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Gerard Pierre Laborde. Attached hereto as Exhibit 2 is a true and correct copy of the following pages from the transcript of Mr. Laborde's deposition: 5, 10-26, and 51.

5. On October 11, 2021, I took the deposition of Paul Flanagan. Attached hereto as Exhibit 3 is a true and correct copy of the following pages from the transcript of Mr. Flanagan's deposition: 4, 11, 51-52, 56-57, 59, 64-65, 106-107, 110-111, and 126.

6. From October 25-27, 2021, I attended the deposition of UPM Technology, Inc.'s corporate representative, Duy Tran aka Bruce Tran. Attached hereto as Exhibit 4 is a true and correct copy of the following pages from the transcript of UPM Technology, Inc.'s deposition: 6, 23-24, 64, 98, 103-104, 108-109, 130, 163-164, 166, 246, 253, 339, 357-358, 360-361, 430, 436-437, 449-451, 565-566, 570, 573-576, 581-588, 594-595, 597-600, 604-605, 607-609, 613-615, 625, 635-636, and 641.

Page 2- DECLARATION OF CHRISTOPHER W. SAVAGE
IN SUPPORT OF DEFENDANT UPM TECHNOLOGY, INC.'S
MOTION FOR SUMMARY JUDGMENT
UPM-L1\00609810.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

7.      Attached hereto as Exhibit 5 is true and correct copy of excerpted pages from Unigestion Holdings, S.A.'s Answers and Objections to First (Revised) Interrogatories to Plaintiff, dated February 28, 2020 and verified by Maarten Boute.

8.      On October 12, 2021, I took the deposition of Charles Castel.  Attached hereto as Exhibit 6 is a true and correct copy of the following pages from the transcript of Mr. Castel's deposition: 5, 173-175, and 193.

9.      Attached hereto as Exhibit 7 is a true and correct copy of page 5 of the expert disclosure of Kenneth McEwen entitled "Technical Briefing Characteristics of Common Types of SIMBank" produced by Plaintiff Unigestion Holding, S.A. d/b/a Digicel-Haiti.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: November 12, 2021.

By:    _____
Christopher W. Savage
Washington, DC

Page 3- DECLARATION OF CHRISTOPHER W. SAVAGE
IN SUPPORT OF DEFENDANT UPM TECHNOLOGY, INC.'S
MOTION FOR SUMMARY JUDGMENT
UPM-L1\00609810.000

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I served the foregoing **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANT UPM TECHNOLOGY, INC.'S MOTION FOR SUMMARY JUDGMENT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: November 12, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants