**Kathryn P. Salyer, OSB #883017**
**Eleanor A. DuBay, OSB #073755**
**Blake Van Zile, OSB #184672**
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage, D.C. Bar #362657**
chrissavage@dwt.com
(*Admitted Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI, | Case No. 3:15-cv-185-SI |
| Plaintiff and Counterclaim-Defendant, | |
| v. | DECLARATION OF BALTAZAR RUIZ IN SUPPORT OF DEFENDANTS BENJAMIN SANCHEZ A/K/A BENJAMIN SANCHEZ MURILLO, BALTAZAR RUIZ, TYLER ALLEN AND DUY TRAN AKA BRUCE TRAN'S MOTION FOR SUMMARY JUDGMENT |
| UPM TECHNOLOGY, INC., *et al.,* | |
| Defendants and Counterclaim-Plaintiffs | |

Page 1- DECLARATION OF BALTAZAR RUIZ IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UPM-L1\00608794.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I, Baltazar Ruiz, declare as follows:

1.      I am a defendant in this matter. I make this declaration based on personal knowledge in support of Defendants Benjamin Sanchez A/K/A Benjamin Sanchez Murillo, Baltazar Ruiz, Tyler Allen And Duy Tran Aka Bruce Tran's Motion For Summary Judgment ("Motion").

2.      I have read all portions of the Third Amended Complaint (ECF No. 200, "Complaint") filed in this matter by Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel") that refer to me and/or to my involvement in the matters raised in the Complaint. I am mentioned (or referred to indirectly) in the following paragraphs of the Complaint: ¶¶ 8, 68, 144, 148, 151, 156, and 166.

3.      The Complaint asserts that while I was employed by UPM Technology, Inc. ("UPM"), I was involved in shipping "sophisticated telecommunications equipment" from Oregon to Haiti. In context, the equipment being referred to was what has been referred to as "gateways."  These were devices that contained radio equipment that could connect to the Internet in Haiti, as well as to Digicel's wireless network there. This equipment (combined with account authentication information sent from UPM equipment in Oregon) was used to originate calls on Digicel's network, and then link those calls to communications coming to Haiti, from UPM's equipment in Oregon, via the Internet.

4.       As part of my work for UPM, I was involved in shipping gateways to Haiti. However, everything I did with respect to shipping equipment to Haiti and, indeed, literally everything I did with respect to any aspect of the matters raised in the Complaint, was done in my capacity as an employee of UPM.

5.      I did not own the equipment being shipped; I did not own any other equipment involved in transmitting calls to Haiti via the Internet; and I did not have any personal

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

interest in any profits or losses UPM might have experienced in trying to sell call termination in Haiti.

6.     Further, I did not mutually contrive, plan, agree on, conspire or otherwise act in concert with any other named defendant, my employer UPM, or any other employee of UPM regarding any of the matters addressed by the allegations set forth in the Complaint.

7.     In sum, my only involvement in any of the matters raised in the Complaint was solely in my capacity as an employee of UPM, and not at all in my personal capacity.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Executed on November 8th, 2021

_____
Baltazar Ruiz

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-0900
Facsimile: (971) 544-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I served the foregoing **DECLARATION OF BALTAZAR RUIZ IN SUPPORT OF DEFENDANTS BENJAMIN SANCHEZ A/K/A BENJAMIN SANCHEZ MURILLO, BALTAZAR RUIZ, TYLER ALLEN AND DUY TRAN AKA BRUCE TRAN'S MOTION FOR SUMMARY JUDGMENT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: November 12, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

CERTIFICATE OF SERVICE
UPM-L1\00608794.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236