**Kathryn P. Salyer, OSB #883017**
**Eleanor A. DuBay, OSB #073755**
**Blake Van Zile, OSB #184672**
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage, D.C. Bar #362657**
chrissavage@dwt.com
(*Admitted Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> UPM TECHNOLOGY, INC., *et al.,* <br><br> Defendants and Counterclaim-Plaintiffs | Case No. 3:15-cv-185-SI <br><br><br> DECLARATION OF BENJAMIN SANCHEZ IN SUPPORT OF DEFENDANTS BENJAMIN SANCHEZ A/K/A BENJAMIN SANCHEZ MURILLO, BALTAZAR RUIZ, TYLER ALLEN AND DUY TRAN AKA BRUCE TRAN'S MOTION FOR SUMMARY JUDGMENT |

Page 1- DECLARATION OF BENJAMIN SANCHEZ IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UPM-L1\00608793.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I, Benjamin Sanchez, declare as follows:

1. I am a defendant in this matter. I make this declaration based on personal knowledge in support of Defendants Benjamin Sanchez A/K/A Benjamin Sanchez Murillo, Baltazar Ruiz, Tyler Allen And Duy Tran Aka Bruce Tran's Motion For Summary Judgment ("Motion").

2. I have read all portions of the Third Amended Complaint, (ECF No. 200, "Complaint") filed in this matter by Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel") that refer to me and to my involvement in the matters raised in the Complaint. I am mentioned (or referred to indirectly) in the following paragraphs of the Complaint: ¶¶ 7, 68, 143, 145-47, 149, and 156.

3. The Complaint asserts that while I was employed by UPM Technology, Inc. ("UPM"), I was involved in receiving SIM Cards from Haiti, for use by UPM in UPM equipment located in Oregon. By way of background, those SIM cards were used to provide account authentication information to UPM-owned devices called "gateways," which provided that account authentication information either to Digicel's wireless network in Haiti, or to wireless networks in the United States. The account authentication information was used in connection with calls bound for Haiti from the United States, which first made their way from other carriers to UPM's equipment in Oregon, and then were re-originated as new wireless calls, either in Oregon or in Haiti (after having been sent to gateways in Haiti via the Internet).

4. As part of my work for UPM, I was involved in receiving SIM Cards shipped from Haiti to Oregon. However, everything I did with respect to receiving SIM Cards from Haiti and, indeed, literally everything I did with respect to any aspect of the matters raised in the Complaint, was done in my capacity as an employee of UPM.

5. I did not own the SIM Cards being shipped from Haiti; I did not own any other equipment involved in authenticating calls on Digicel's network in Haiti or in the United

Page 2- DECLARATION OF BENJAMIN SANCHEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UPM-L1\00608793.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

States using those SIM Cards; and I did not have any personal interest in any profits or losses UPM might have experienced in trying to sell call termination in Haiti.

6.      Further, I did not mutually contrive, plan, agree on, conspire or otherwise act in concert with any other named defendant, my employer UPM, or any other employee of UPM regarding any of the matters addressed by the allegations set forth in the Complaint.

7.      In sum, my only involvement in any of the matters raised in the Complaint was solely in my capacity as an employee of UPM, and not in any way in my personal capacity.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Executed on November __, 2021

**See Signature on Following Page**

Benjamin Sanchez

Page 3- DECLARATION OF BENJAMIN SANCHEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UPM-L1\00608793.000

States using those SIM Cards; and I did not have any personal interest in any profits or losses UPM might have experienced in trying to sell call termination in Haiti.

6.     Further, I did not mutually contrive, plan, agree on, conspire or otherwise act in concert with any other named defendant, my employer UPM, or any other employee of UPM regarding any of the matters addressed by the allegations set forth in the Complaint.

7.     In sum, my only involvement in any of the matters raised in the Complaint was solely in my capacity as an employee of UPM, and not in any way in my personal capacity.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Executed on November 11, 2021

_Benjamin Sanchez_
Benjamin Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I served the foregoing **DECLARATION OF BENJAMIN SANCHEZ IN SUPPORT OF DEFENDANTS BENJAMIN SANCHEZ A/K/A BENJAMIN SANCHEZ MURILLO, BALTAZAR RUIZ, TYLER ALLEN AND DUY TRAN AKA BRUCE TRAN'S MOTION FOR SUMMARY JUDGMENT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: November 12, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

CERTIFICATE OF SERVICE
UPM-L1\00608793.000

***TOMASI SALYER MARTIN***
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236