**Kathryn P. Salyer, OSB #883017**
**Eleanor A. DuBay, OSB #073755**
**Blake Van Zile, OSB #184672**
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage, D.C. Bar #362657**
chrissavage@dwt.com
(*Admitted Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDINGS, S.A. d/b/a DIGICEL HAITI, | Case No. 3:15-cv-185-SI |
| Plaintiff and Counterclaim-Defendant, | |
| v. | DECLARATION OF DUY "BRUCE" TRAN IN SUPPORT OF DEFENDANTS BENJAMIN |
| UPM TECHNOLOGY, INC., *et al.,* | SANCHEZ A/K/A BENJAMIN SANCHEZ MURILLO, BALTAZAR |
| Defendants and Counterclaim-Plaintiffs | RUIZ, TYLER ALLEN AND DUY TRAN AKA BRUCE TRAN'S MOTION FOR SUMMARY JUDGMENT |

Page 1- DECLARATION OF DUY "BRUCE" TRAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UPM-L1\00608792.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I, Duy "Bruce" Tran, declare as follows:

1.    I am a defendant in this matter. I make this declaration based on personal knowledge in support of Defendants Benjamin Sanchez A/K/A Benjamin Sanchez Murillo, Baltazar Ruiz, Tyler Allen And Duy Tran Aka Bruce Tran's Motion For Summary Judgment ("Motion").

2.    I have read the Third Amended Complaint (ECF No. 200, "Complaint") filed in this matter by Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel"), including those portions that make specific reference to me and to my involvement in the matters raised in the Complaint. I am mentioned in only two paragraphs of the Complaint: ¶¶ 10 and 140.

3.    The Complaint asserts that I was the CEO of UPM Technology, Inc., and that the other individual defendants in this matter acted at my "direction" in establishing the "shipping procedures" used to send certain equipment from Haiti to Oregon and from Oregon to Haiti. The equipment being shipped from Haiti to Oregon consisted of SIM Cards for Digicel's network, for use by UPM in UPM equipment located in Oregon. The equipment being shipped from Oregon to Haiti consisted of UPM-owned devices called "gateways," which were used to originate calls on Digicel's wireless network in Haiti using authentication information from the SIM cards noted above (where the calls themselves had been routed to Haiti via the Internet and re-originated there).

4.    It is true that I was and am the CEO of UPM. It is also true that in that role, while I was typically not involved in day-to-day operations and activities, I generally oversaw and directed UPM's employees with regard to the procedures for getting SIM cards from Haiti to Oregon, and for getting gateways from Oregon to Haiti. In this regard, while defendants denied the allegations of the Complaint at ¶ 140, that denial reflected the Complaint's characterization of the motivations of UPM's actions.

5.    It is also true, however, that everything I did with respect to shipping gateways to, and receiving SIM Cards from, Haiti, and, indeed, literally everything I have done

Page 2- DECLARATION OF DUY "BRUCE" TRAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UPM-L1\00608792.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

with respect to any aspect of the matters raised in the Complaint, was done in my capacity as CEO of UPM, and not in my personal, private capacity. UPM (not me, personally) owned the gateways being shipped to Haiti and the SIM Cards being shipped from Haiti; and UPM (not me, personally) had all of the legal and economic interest in any profits or losses UPM might have experienced in trying to sell call termination in Haiti.

6.      Further, neither in my personal capacity or as CEO of UPM, did I mutually contrive, plan, agree on, conspire or otherwise act in concert with any other named defendant or any other employee of UPM regarding any of the matters addressed by the allegations set forth in the Complaint.

7.      Indeed, all of UPM's activities regarding Haiti were activities of the company, not of any of its employees (or, in my case, officer and owner) in a private, individual capacity. None of the other individual defendants (Mr. Tyler Allen, Mr. Baltazar Ruiz, and Mr. Benjamin Sanchez) ever had any economic interest in, or any involvement in, any of UPM's activities regarding Haiti in their personal capacities. They were simply employees of UPM whose responsibilities included some aspects of UPM's efforts to build a business terminating calls to Haiti, and that was the extent of their involvement.

8.      In sum, my only involvement in any of the matters raised in the Complaint was solely in my capacity as the CEO of UPM, and not in any way in my personal capacity, and the involvement of the other individual defendants in this matter was entirely in their capacities as employees of UPM, and not at all in their personal capacities.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Executed on November 11th, 2021

Duy "Bruce" Tran

TOMASI SALYER MARTIN
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I served the foregoing **DECLARATION OF DUY "BRUCE" TRAN IN SUPPORT OF DEFENDANTS BENJAMIN SANCHEZ A/K/A BENJAMIN SANCHEZ MURILLO, BALTAZAR RUIZ, TYLER ALLEN AND DUY TRAN AKA BRUCE TRAN'S MOTION FOR SUMMARY JUDGMENT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

     Dated: November 12, 2021.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

CERTIFICATE OF SERVICE
UPM-L1\00608792.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236