IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI,** | No. 3:15-cv-00185-SI |
| *Plaintiff,* | |
| vs. | **DECLARATION OF GERARD LABORDE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO UPM TECHNOLOGY'S COUNTERCLAIMS** |
| **UPM TECHNOLOGY, INC. d/b/a UPM TELECOM, INC.,** and **UPM MARKETING, INC.,** an Oregon corporation; **UPM TELECOM, INC.,** an Oregon a/b/n; **UPM MARKETING, INC.,** an Oregon a/b/n; **BEN SANCHEZ a/k/a BEN SANCHEZ MURILLO,** a foreign individual; **BALTAZAR RUIZ,** a foreign individual, and **TYLER ALLEN,** a foreign individual, **DUY TRAN a/k/a BRUCE TRAN** | |
| *Defendants;* | |
| **UPM TECHNOLOGY, INC.,** an Oregon corporation; | |
| *Counterclaim Plaintiff,* | |
| vs. | |
| **UNIGESTION HOLDINGS, S.A.,** a foreign corporation, d/b/a **DIGICEL HAITI;** | |
| *Counterclaim Defendant.* | |

## DECLARATION OF GERARD LABORDE

I, Gerard Laborde, declare the following:

1.      My name is Gerard Laborde. I am over eighteen (18) years of age and I have personal knowledge of the information contained in this affidavit and swear that it is true and accurate to the best of my knowledge.

2.      I am the Legal and Regulatory Director of Digicel Haiti.  I have held this position since 2012, and it is my responsibility to oversee the legal and regulatory issues faced by Digicel Haiti in its day-to-day business.

3.      As a part of my job I am responsible for ensuring that Digicel Haiti's operations conform with the 1977 Telecommunications Act and all regulations and notes distributed by CONATEL, the Haitian Telecommunications regulator.

4.      CONATEL issues regulations in the form of Circulars that Haitian carriers are obligated to observe and comply with.

5.      Consistent with these regulations, Digicel Haiti imposes terms and conditions on retailers, subscribers, and customers.  This includes sales, usage, and special rate programs and promotions such as our Roam Like You're Home ("RLYH") program.

6.      Attached to this affidavit are true and correct copies of the following[1]:

i.      Termes et Conditions Generalies – Prepaye ("General Terms and Conditions Prepay Service"): which provides that the SIM Card may not be used for commercial purposes, nor for the purpose of modifying the routing of the telecommunications service. *See* Sec. 10.  It further provides that the terms and conditions are governed by Haitian law. *See* Sec. 15.

---

[1] Certified translations are being completed and will be filed as soon as they are available.

ii.     Fiche Validation Contrat; Ontrat de Concessionnaire Associe ("Contract Validation Sheet and Associated Dealer Contract"): which limits the dealer's rights to sell subscriptions.  For example, our distributors are not allowed to sell directly or indirectly the subscriptions to persons, knowing that those persons will resell the product outside the Digicel store, unless Digicel provides written authorization for such resale. *See* Sec. 5.5.  Also, our dealers are not to authorized to sell more than two (2) mobile phones or more than two Digicel SIM Cards to a person on the same day. *See* Sec. 6.2(f).

iii.    Contrat de Distribution de la Recharge Electronique ("Distribution Contract for Electronic Recharge"): which provides that

> The Authorized Distributor may designate, under its full and entire responsibility, Resellers of electronic Recharge Codes. These Resellers of electronic Recharge Codes will have no legal relationship whatsoever with DIGICEL HAITI. The Authorized Distributor will ensure that its Resellers act within its rights and obligations under the provisions of this Agreement. The Authorized Distributor shall assume all responsibilities generally of any kind towards them

iv.     Contract de Partenaire Associe ("Associate Partner Agreement"): which limits an associate partner's rights and prohibits the sale of more than two (2) mobile phones or more than two Digicel SIM Cards to a person on the same day. *See* Sec. 6.1(g).

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2021.

By: Gerard Laborde