**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorney for Plaintiff, Unigestion Holdings, S.A.,*
> *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br>        Plaintiff and Counterclaim Defendant, <br><br>    v. <br><br> **UPM TECHNOLOGY, INC., *et al.*,** <br><br>        Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br> **DECLARATION OF ANNE M. TALCOTT IN SUPPORT OF PLAINTIFF UNIGESTION HOLDINGS, S.A.'S, MOTION FOR SUMMARY JUDGMENT ON DEFENDANT UPM TECHNOLOGY, INC.'S COUNTERCLAIMS** |

I, Anne M. Talcott, hereby declare as follows:

1.     I am one of the attorneys of record for Plaintiff Unigestion Holdings, S.A. d/b/a

Page 1 -     TALCOTT DECL. ISO MOTION FOR SUMMARY
JUDGMENT ON DEFENDANT UPM TECHNOLOGY,
INC.'S COUNTERCLAIMS

PDX\128154\201374\CG\32236015.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.      Attached hereto and marked as Exhibit 1 is a true and accurate copy of an email communication, dated October 19, 2011 with attachment (Bates numbered UPM005537-5538).

3.      Attached hereto and marked as Exhibit 2 is a true and accurate copy of an email communication, dated November 16, 2011 (Bates numbered UPM001663).

4.      Attached hereto and marked as Exhibit 3 is a true and accurate copy of an email communication, dated November 16, 2011 (Bates numbered UPM3381-3382).

5.      Attached hereto and marked as Exhibit 4 is a true and accurate copy of an email communication, dated December 2, 2011 (Bates numbered UPM000771).

6.      Attached hereto and marked as Exhibit 5 is a true and accurate copy of an email communication, dated December 11, 2011 (Bates numbered UPM002915).

7.      Attached hereto and marked as Exhibit 6 is a true and accurate copy of an email communication, dated February 3, 2012 (Bates numbered UPM003265).

8.      Attached hereto and marked as Exhibit 7 is a true and accurate copy of the Certificate of Accuracy pertaining to the Translation of the emails with Bates numbers UPM001663, UPM002915, UPM003381, UPM005537, and UPM005538 from Spanish to English.

9.      Attached hereto and marked as Exhibit 8 are true and accurate excerpts of the deposition of Baltazar Ruiz, taken on October 15, 2021.

10.     Attached hereto and marked as Exhibit 9 are true and accurate excerpts of the FRCP 30(b)(6) deposition of Bruce Ngoc Quang Tran, taken on October 25, 2021. This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

11.     Attached hereto and marked as Exhibit 10 are true and accurate excerpts of the

Page 2 -     TALCOTT DECL. ISO MOTION FOR SUMMARY
             JUDGMENT ON DEFENDANT UPM TECHNOLOGY,
             INC.'S COUNTERCLAIMS
PDX\128154\201374\CG\32236015.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

FRCP 30(b)(6) deposition of Bruce Ngoc Quang Tran, taken on October 26, 2021.  This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

12.     Attached hereto and marked as Exhibit 11 are true and accurate excerpts of the deposition of Tyler Allen, taken on October 29, 2021. This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

13.     Attached hereto and marked as Exhibit 12 are true and accurate excerpts of the deposition of Maarten Boute, taken on October 22, 2021.  This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

14.     Attached hereto and marked as Exhibit 13 is a true and accurate copy of UPM Technology, Inc.'s Responses to Digicel-Haiti's Second Request for Admissions, dated August `9, 2020.

15.     Attached hereto and marked as Exhibit 14 is a true and accurate copy of *Enforcement of Other Nations' Prohibitions Against the Uncompleted Call Signaling Configuration of Int'l Call-Back Service*, 17 FCC Rcd 2794, Feb 13, 2002.

16.     Attached hereto and marked as Exhibit 15 is a true and accurate copy of Resolution 21 (Rev. Dubai, 2018).

17.     Attached hereto and marked as Exhibit 16 is a true and accurate excerpt of the deposition of Philip Cross, taken on October 27, 2021.

18.     Attached hereto and marked as Exhibit 17 is a true and accurate copy of UPM Technology Inc.'s Response to Plaintiff's First Request for Admissions, dated October 13, 2015.

Page 3 -     TALCOTT DECL. ISO MOTION FOR SUMMARY JUDGMENT ON DEFENDANT UPM TECHNOLOGY, INC.'S COUNTERCLAIMS

PDX\128154\201374\CG\32236015.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 12th day of November, 2021.

*s/ Anne M. Talcott*
Anne M. Talcott

Page 4 -    TALCOTT DECL. ISO MOTION FOR SUMMARY
JUDGMENT ON DEFENDANT UPM TECHNOLOGY,
INC.'S COUNTERCLAIMS
PDX\128154\201374\CG\32236015.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900