**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

     *Attorney for Plaintiff, Unigestion Holdings, S.A.,*
     *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br>      Plaintiff and Counterclaim Defendant, <br><br>   v. <br><br> **UPM TECHNOLOGY, INC.**, ***et al.***, <br><br>      Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br> **DECLARATION OF ANNE M. TALCOTT IN SUPPORT OF PLAINTIFF UNIGESTION HOLDINGS, S.A.'S, MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' LIABILITY FOR FRAUD** |

Page 1 -    TALCOTT DECL. ISO MOTION FOR PARTIAL
                SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\CG\32222211.1

I, Anne M. Talcott, hereby declare as follows:

1.    I am one of the attorneys of record for Plaintiff Unigestion Holding, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.    Attached hereto and marked as Exhibit 1 are true and accurate excerpts of the FRCP 30(b)(6) deposition of Bruce Ngoc Quang Tran, taken on October 25, 2021.  This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

3.    Attached hereto and marked as Exhibit 2 are true and accurate excerpts of the FRCP 30(b)(6) deposition of Bruce Ngoc Quang Tran, taken on October 26, 2021.  This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

4.    Attached hereto and marked as Exhibit 3 is a true and accurate copy of an email from Ruiz Baltazar to Dean Johnson and Duy Tran on November 1, 2012, with a copy of the Shipping Standard Operating Procedures (Bates No. UPM005654-5661).

5.    Attached hereto and marked as Exhibit 4 are true and accurate excerpts of the deposition of Baltazar Ruiz, taken on October 15, 2021.

6.    Attached hereto and marked as Exhibit 5 are true and accurate excerpts of the deposition of Tyler Allen, taken on October 29, 2021.  This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

7.    Attached hereto and marked as Exhibit 6 are true and accurate excerpts of the deposition of Kenneth McEwen, taken on October 13, 2021.

8.    Attached hereto and marked as Exhibit 7 are true and accurate excerpts of the deposition of Maarten Boute, taken on October 22, 2021.  This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

9.    Attached hereto and marked as Exhibit 8 is a true and accurate copy of UPM

Page 2 -    TALCOTT DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\CG\32222211.1

Technology, Inc.'s Response to Plaintiff's First Request for Admissions, dated October 13, 2015.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 12th day of November, 2021.


*s/ Anne M. Talcott*
Anne M. Talcott

Page 3 -    TALCOTT DECL. ISO MOTION FOR PARTIAL
            SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\CG\32222211.1