**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** (*Pro Hac Vice*)
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorney for Plaintiff, Unigestion Holdings, S.A.,*
> *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>**UPM TECHNOLOGY, INC., *et al.*,**<br><br>　　　　Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI<br><br>**DECLARATION OF ANNE M. TALCOTT IN SUPPORT OF PLAINTIFF UNIGESTION HOLDINGS, S.A.'S, DAUBERT MOTION, AND IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT, JOSEPH GILLAN** |

Page 1 -　TALCOTT DECL. ISO PLAINTIFF'S DAUBERT MOTION, AND IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT, JOSEPH GILLAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\CG\32239397.1

I, Anne M. Talcott, hereby declare as follows:

1.      I am one of the attorneys of record for Plaintiff Unigestion Holdings, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.      Attached hereto and marked as Exhibit A is a true and accurate copy of the Expert Disclosures and Declaration of Joseph Gillan on behalf of UPM Technology, Inc., dated September 27, 2021.

3.      Attached hereto and marked as Exhibit B are true and accurate excerpts of the deposition of Joseph Gillan, taken on October 18, 2021.

4.      Attached hereto and marked as Exhibit C is a true and accurate copy of the Report and Order, International Settlement Rates, Federal Communications Commission IB Docket No. 96-261, released August 18, 1997 hereto as "Benchmark Order."

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 12th day of November, 2021.

_s/ Anne M. Talcott_
Anne M. Talcott

Page 2 -    TALCOTT DECL. ISO PLAINTIFF'S DAUBERT MOTION, AND IN THE ALTERNATIVE, MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT, JOSEPH GILLAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\CG\32239397.1