**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** (*Pro Hac Vice*)
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorney for Plaintiff, Unigestion Holdings, S.A.,*
> *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC., *et al.*,** <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br> **DECLARATION OF CHERINE SMITH VALBRUN IN SUPPORT OF UNIGESTION HOLDINGS, S.A.'S RESPONSE IN OPPOSITION TO UPM TECHNOLOGY, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Page 1 -    **VALBRUN DECL. ISO UNIGESTION HOLDINGS, S.A.'S RESPONSE IN OPPOSITION TO UPM TECHNOLOGY, INC.'S MOTION FOR SUMMARY JUDGMENT**

PDX\128154\201374\CG\32368662.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

I, Cherine Smith Valbrun, hereby declare as follows:

1.    I am one of the attorneys of record for Plaintiff Unigestion Holdings, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.    Attached hereto and marked as Exhibit A is a true and correct copy and certified translation of the Terms et Conditions Generalies.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 3rd day of December, 2021.

*s/ Cherine Smith Valbrun*
Cherine Smith Valbrun

Page 2 -    **VALBRUN DECL. ISO UNIGESTION HOLDINGS, S.A.'S RESPONSE IN OPPOSITION TO UPM TECHNOLOGY, INC.'S MOTION FOR SUMMARY JUDGMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\128154\201374\CG\32368662.1