**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
*a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> UPM TECHNOLOGY, INC., *et al.*, <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br><br> **STIPULATED MOTION TO WAIVE THE PRETRIAL ORDER** |

Pursuant to LR 16-5(a), the parties hereby stipulate, by and through their respective counsel, to waive the Pretrial Order required by LR 16-5, and move the Court for an Order granting

Page 1    STIPULATED MOTION TO WAIVE THE PRETRIAL
ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

same.  The information that the proposed Pretrial Order would contain pursuant to LR 16-5(b),

will be set out in the submissions that are required to be filed by this Court's Trial Management

Order (ECF 191).

Dated this 16th day of February, 2022.

IT IS SO STIPULATED.

By:  *s/ Anne M. Talcott*
     Anne M. Talcott, OSB # 965325
     atalcott@schwabe.com
     Kathryn E. Kelly, OSB # 175162
     Email:  kkelly@schwabe.com
     SCHWABE, WILLIAMSON &
     WYATT, P.C.
     Telephone: (503) 796-2958


     Robert C. L. Vaughan (*Pro Hac Vice*)
     E-mail: rvaughan@kvllaw.com
     Cherine Smith Valbrun (*Pro Hac Vice*)
     E-mail: cvalbrun@kvllaw.com
     Leah B. Storie (*Pro Hac Vice*)
     KIM VAUGHAN LERNER LLP
     Telephone:  (954) 527-1115


*Attorneys for Plaintiff Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.*

By:  *s/ Eleanor A. DuBay (by permission)*
     Eleanor A. DuBay, OSB #073755
     edubay@tomasilegal.com
     TOMASI SALYER MARTIN
     121 SW Morrison Street, Suite 1850
     Portland, Oregon 97204-3136
     Telephone: (503) 894-9900
     Facsimile: (971) 544-7236


     Christopher W. Savage,
     chrissavage@dwt.com
     *(Admitted Pro Hac Vice)*
     DAVIS WRIGHT TREMAINE LLP
     1919 Pennsylvania Avenue NW, Suite 800
     Washington, DC 20006-3401
     Telephone: (202) 973-4200
     Facsimile: (202) 973-4499

*Attorneys for Defendants*

Page 2    STIPULATED MOTION TO WAIVE THE PRETRIAL
ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4