**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** (*Pro Hac Vice*)
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br> Plaintiff and Counterclaim Defendant, <br><br>    v. <br><br> **UPM TECHNOLOGY, INC., *et al.***, <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDINGS, S.A., D/B/A DIGICEL HAITI'S TRIAL EXHIBIT LIST** |

UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

Pursuant to the Court's Jury Trial Management Order dated September 9, 2019 (ECF 191), Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") hereby submits its trial exhibit list.

Digicel Haiti reserves the right to offer any exhibits listed by Defendants UPM Technology, Inc. ("UPM") and Duy Tran ("Tran")(collectively "Defendants"), the right not to offer any exhibits listed below, and the right to add to, revise, or delete from this list as issues are identified or in response to court orders during pretrial proceedings.  Demonstrative, rebuttal, and impeachment exhibits are not listed, pursuant to court orders for local practice.

| EXHIBIT NO. | DESCRIPTION | BATES | MARKED | OFFERED | REC'D |
|---|---|---|---|---|---|
| 1. | Gerard Laborde Exhibit 1 - Kenneth McEwen Exhibit 3 - Unigestions Holding, S.A.'s Answers and Objections to First (Revised) Interrogatories to Plaintiff | | | | |
| 2. | Charles Castel Exhibit 1 - Kenneth McEwen Exhibit 1 - Plaintiff's Disclosure of Expert Witnesses Pursuant to Fed. R. Civ. P. 26(a)(2) - dated September 27, 2021 | | | | |
| 3. | CV - Ken McEwen | | | | |
| 4. | Charles Castel Exhibit 3 - Philip Cross Exhibit 1 - Plaintiff's Disclosure of Rebuttal Expert Witnesses and Rebuttal Reports dated 10-8-21 | | | | |
| 5. | CV - Charles Castel | | | | |
| 6. | DE 265 - Declaration of G. Laborde ISO Plaintiff's Motion for Summary Judgment Re: Counterclaims (with exhibits) | | | | |
| 7. | Baltazar Ruiz Exhibit 1 - UPM 30(b)(6) Exhibit 25 - UPM's Shipping Standard Operating Procedure | UPM004619-UPM004625 | | | |

Page 1      UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| | | | | | |
|---|---|---|---|---|---|
| 8. | Baltazar Ruiz Exhibit 2 - UPM 30(b)(6) Exhibit 24 - Email dated 11-1-12 from B. Ruiz to D. Johnson & D. Tran | UPM005654 | | | |
| 9. | Email dated 11-1-12 from B. Ruiz to M. Toro | UPM005630 | | | |
| 10. | Email dated 1-10-15 from B. Chase to B. Ruiz | UPM006013-UPM006014 | | | |
| 11. | Email dated 12-17-14 from B. Ruiz to A. Konstantinov | UPM000417-UPM000423 | | | |
| 12. | Email dated 11-28-14 from S. Spatar to J. Gosal | UPM008069-UPM008070 | | | |
| 13. | Email dated 9-27-14 from J. Kohn to G. Alvarez | UPM001653-UPM001655 | | | |
| 14. | Email dated 9-15-14 from G. Alvarez to Jack;Sales | UPM000607-UPM000618 | | | |
| 15. | Email dated 9-14-14 from B. Ruiz to Jack | UPM000121-UPM000130 | | | |
| 16. | Email dated 9-3-14 from B. Ruiz to M. Doan | UPM009647-UPM009648 | | | |
| 17. | Baltazar Ruiz Exhibit 11 - UPM 30(b)(6) Exhibit 36 - Email dated 8-26-14 from M. Doan to B. Ruiz | UPM008008 | | | |
| 18. | Video Vizion Card | UPM000573 | | | |
| 19. | Email dated 8-15-14 from K. Rohner to UPM.Shipments | UPM005160-UPM005161 | | | |
| 20. | Baltazar Ruiz Exhibit 14 - UPM 30(b)(6) Exhibit 29 - DHL Shipping Label from B. Ruiz to J. Louis dated 8-13-14 with Certificate of Origin, and Commercial Invoice | UPM000435-UPM000439 | | | |
| 21. | Email dated 4-28-14 from J. Gutierrez to J. Kohn | UPM005566-UPM005568 | | | |
| 22. | Email dated 4-26-14 from V. Kapustin to B. Ruiz | UPM005648 | | | |
| 23. | Email dated 10-17-13 from B. Ruiz to B. Sanchez | UPM000394-UPM000395 | | | |
| 24. | Esther Machuca Exhibit 1 - Excel Spreadsheet | | | | |
| 25. | Organizational Chart | UPM006782 | | | |
| 26. | Email dated 9-25-11 from D. Yannoucos to E. Machuca | UPM018204 | | | |
| 27. | Email dated 9-27-11 from T. Giang to J. Flores | UPM007177-UPM007179 | | | |

Page 2    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 28. | Email dated 12-6-11 from J. Gosal to E. Machuca | UPM003449-UPM003450 | | | |
|---|---|---|---|---|---|
| 29. | Email dated 12-20-11 from E. Machuca to E. Illescas | UPM003528 | | | |
| 30. | Email dated 1-17-12 from V. Moscoso to E. Machuca | UPM000915-UPM000916 | | | |
| 31. | Email dated 2-15-12 from E. Machuca to E. Illescas | UPM005525-UPM005526 | | | |
| 32. | Email dated 2-29-12 from E. Machuca to J. Gosal | UPM004559 | | | |
| 33. | Esther Machuca Exhibit 10 - UPM 30(b)(6) Exhibit 16 - Email dated 3-16-12 from E. Machuca to G. Rubio | UPM007715 | | | |
| 34. | Unigestion Holdings's Updated Notice of Taking Deposition of Defendants Corporate Rep. - dated 10-24-21 | | | | |
| 35. | Email dated 7-21-11 from J. Gosal to J. Kohn | UPM006207 | | | |
| 36. | Email dated 8-4-11 from J. Gosal to J. Johnson | UPM018377 | | | |
| 37. | Email dated 8-4-11 from J. Kohn to J. Gosal | UPM018519 | | | |
| 38. | Email dated 8-11-11 from J. Gosal to Edgar | UPM008016-UPM008019 | | | |
| 39. | Email dated 8-19-11 from D. Tran to J. Gospal | UPM007855 | | | |
| 40. | Email dated 8-26-11 from D. Tran to J. Gospal | UPM012374-UPM012375 | | | |
| 41. | Email dated 9-10-11 from D. Yannoucos to J. Gosal | UPM012379-UPM012380 | | | |
| 42. | Email dated 9-21-11 from J. Gospal to K. Rohner | UPM018555-UPM018556 | | | |
| 43. | Email dated 9-21-11 from K. Rohner to D. Tran | UPM014969-UPM014970 | | | |
| 44. | Email dated 9-23-11 from D. Tran to S. Del Toro | UPM018214-UPM018216 | | | |
| 45. | Email dated 10-28-11 from J. Gosal to V. Moscoso | UPM006931 | | | |
| 46. | Email dated 11-2-11 from S. Spatar to J. Gosal | UPM000770 | | | |
| 47. | Email dated 11-29-11 from J. Gosal to V. Moscoso | UPM007968 | | | |
| 48. | Email dated 6-10-14 from M. Baker to D. Tran | UPM007915-UPM007917 | | | |

Page 3    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 49. | Email dated 5-14-12 from G. Morales to K. Rohner | UPM019134 | | | |
|---|---|---|---|---|---|
| 50. | Email dated 8-7-12 from J. Gosal to G. Morales | UPM012336 | | | |
| 51. | Email dated 12-2-11 from J. Gosal to T. Allen | UPM000771 | | | |
| 52. | Email dated 12-22-11 from D. Tran to L. Lhernitte | UPM018243-UPM018244 | | | |
| 53. | Email dated 2-13-12 from D. Kunilov to J. Gosal | UPM003265 | | | |
| 54. | Email dated 3-21-12 from D. Floeckinger to D. Tran | UPM018485-UPM018487 | | | |
| 55. | Email dated 5-9-12 from J. Gosal to D. Tran | UPM012155 | | | |
| 56. | UPM's Write-off Authorization Form | UPM004787 | | | |
| 57. | Email dated 4-15-14 from B. Tran to J. Gosal | UPM004663-UPM004664 | | | |
| 58. | Email dated 8-13-14 from T. Allen to M. Doan | UPM000434 | | | |
| 59. | Email dated 4-26-14 from Wrangler1480 to V. Moscoso | UPM004697 | | | |
| 60. | Email dated 5-7-14 from B. Sanchez to D. Teo | UPM011124 | | | |
| 61. | Email dated 7-10-14 from J. Gosal to D. Johnson | UPM004853-UPM004856 | | | |
| 62. | Email dated 7-20-14 from V. Moscoso to D. Tran | UPM008175 | | | |
| 63. | Email dated 7-20-14 from G. Alvarez to D. Tran | UPM007885-UPM007886 | | | |
| 64. | Email dated 8-10-14 from D. Tran to D. Floeckinger | UPM018273-UPMUPM018275 | | | |
| 65. | Email dated 12-10-14 from D. Johnson to B. Ruiz | UPM005978 | | | |
| 66. | Digicel Haiti - Roam Like You're Home Webpage dated 2-12-15 | UPM022475-UPM022481 | | | |
| 67. | Email dated 4-5-15 from A. Xela to D. Tran | UPM018506-UPM018507 | | | |
| 68. | Email dated 4-13-15 from A. Smith to D. Tran | UPM008011-UPM008013 | | | |
| 69. | CONFIDENTIAL - Response of UPM Technology, Inc. to Plaintiff's First Set of Interrogatories | | | | |
| 70. | Email dated 4-13-15 from A. Smith to D. Tran | UPM007927-UPM007930 | | | |

Page 4      UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| 71. | Letter dated 4-29-2016 from C. Hogan to K. Salyer | UPM009059-UPM009068 | | | |
|-----|---------------------------------------------------|----------------------|--|--|--|
| 72. | CONFIDENTIAL - UPM Marketing Inc. Carrier Services Agreement | UPM014344-UPM014351 | | | |
| 73. | CONFIDENTIAL - Telecommunications Services Agreement | UPM014677-UPM014686 | | | |
| 74. | FCC Consumer Guide - Cell Phone Fraud (last reviewed 4-21-20) | | | | |
| 75. | DE 263 - Declaration of T. Allen ISO Individual Defendant's Motion for Summary Judgment | | | | |
| 76. | Email dated 4-14-14 from T. Allen to O. Jimenez | UPM000424-UPM000425 | | | |
| 77. | Email dated 5-26-14 from G. Morales to J. Gosal | UPM000603 | | | |
| 78. | Email dated 7-18-14 from T. Allen to NOC@UPMtelecom | UPM000586 | | | |
| 79. | Email dated 8-4-14 from P. Claassen to B. Ruiz | UPM000167-UPM000168 | | | |
| 80. | Email dated 8-18-14 from T. Allen to UPM.Shipments | UPM000249-UPM000250 | | | |
| 81. | Email dated 9-9-14 from G. Morales to B. Ruiz | UPM000378-UPM000380 | | | |
| 82. | DE 104-1-Exhibit A to 2nd Complaint | | | | |
| 83. | DE 104-2-Exhibit B to 2nd Complaint | | | | |
| 84. | DE 104-3-Exhibit C to 2nd Complaint | | | | |
| 85. | DE 104-4-Exhibit D to 2nd Complaint | | | | |
| 86. | DE 104-5-Exhibit E to 2nd Complaint | | | | |
| 87. | DE 104-6-Exhibit F to 2nd Complaint | | | | |
| 88. | DE 104-7-Exhibit G to 2nd Complaint | | | | |
| 89. | DE 104-8-Exhibit H to 2nd Complaint | | | | |
| 90. | DE 104-9-Exhibit I to 2nd Complaint | | | | |
| 91. | DE 104-10-Exhibit J to 2nd Complaint | | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 92. | DE 104-11-Exhibit K to 2nd Complaint | | | | |
| 93. | DE 104-12-Exhibit L to 2nd Complaint | | | | |
| 94. | DE 104-13-Exhibit M to 2nd Complaint | | | | |
| 95. | Email dated 8-25-14 Re: Invoice that was sent with Haiti GWs | UPM000105 | | | |
| 96. | Video Vizion Report | UPM000106-UPM000107 | | | |
| 97. | Email dated 8-6-14 Re: Haiti recharges wrong amount | UPM000180-UPM000182 | | | |
| 98. | Email dated 8-6-14 Re: Haiti recharges wrong amount | UPM000183-UPM000184 | | | |
| 99. | Email dated 9-15-14 Re: UPM-HT Digicel ABR 0-1 % | UPM000381-UPM000391 | | | |
| 100. | Shipping SOP | UPM000396-UPM000402 | | | |
| 101. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | UPM000431-UPM000433 | | | |
| 102. | Email dated 8-15-14 Re: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | UPM000570-UPM000571 | | | |
| 103. | Video Vizion Photo | UPM000572 | | | |
| 104. | Email dated 8-15-14 Re: Fwd: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | UPM000632-UPM000635 | | | |
| 105. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | UPM000650-UPM000652 | | | |
| 106. | Email dated 8-29-11 Re: IMPORTANT: EMIDA 5 DIDNT GO THROUGH Re: 8 DIGICEL HAITI  EMIDA-Recharge with $10.00 Aug 29th by dEIBY | UPM000667-UPM000668 | | | |
| 107. | Email dated 12-17-14 Re: Gateway configuration for incoming calls termination | UPM000676-UPM000680 | | | |
| 108. | Email dated 8-5-14 Re: [Prepay Nation] Re: Haiti Mobile Digicel - Receiving 937.00 HTG instead of 1000 HTG | UPM000767-UPM000769 | | | |
| 109. | Email dated 7-21-14 Re: Haiti sims | UPM000819 | | | |
| 110. | Email dated 12-17-14 Re: Gateway configuration for incoming calls termination | UPM000823-UPM000828 | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 111. | Email dated 8-12-11 Re: Haiti Digicel tarifas | UPM000830 | | | |
|------|-----------------------------------------------|-----------|---|---|---|
| 112. | Email dated 4-19-11 Re: [iQsim] T#27857< WEB>Sim Array and DB Problem | UPM001000-UPM001007 | | | |
| 113. | Email dated 2-21-12 Re: Discrepancies SIM REPORT HAITI. | UPM001494 | | | |
| 114. | Sim Report | UPM001495-UPM001539 | | | |
| 115. | Email dated 2-28-12 Re: Discrepancies HAITI Report | UPM001540 | | | |
| 116. | SIM Report | UPM001541-UPM001589 | | | |
| 117. | Email dated 11-16-11 Re: puertos digicel haiti | UPM001663 | | | |
| 118. | Email dated 9-12-14 RE: Haiti Natcom-Digicel/ UPDATE | UPM001846-UPM001848 | | | |
| 119. | Email dated 5-9-14 Re: Sim batches -vendor add | UPM002529-UPM002530 | | | |
| 120. | Email dated 12-11-11 Re: HAITI DIGICEL | UPM002915 | | | |
| 121. | Email dated 12-12-11 Re: Sim Report Haiti Digicel. | UPM002935 | | | |
| 122. | SIM Report | UPM002936-UPM002953 | | | |
| 123. | Email dated 3-5-12 Re: Digicel Haiti - | UPM004609 | | | |
| 124. | Email dated 4-15-14 Re: New Vendor - Haiti | UPM004661-UPM004662 | | | |
| 125. | Email dated 12-30-14 Re: Top up rates - December 30  2014 - Haiti reseller discount | UPM004710 | | | |
| 126. | Email dated 7-9-14 Re: Purchase Order Voided | UPM004718 | | | |
| 127. | Email dated 9-28-14 Re: Top up rates - September 28  2014 - Haiti | UPM004723 | | | |
| 128. | Email dated 4-15-14 Re: New Vendor - Haiti | UPM004729-UPM004731 | | | |
| 129. | Email dated 4-15-14 Re: New Vendor - Haiti | UPM004751-UPM004752 | | | |
| 130. | Email dated 6-3-14 Re: Tracking Shipment 2 Gw's 8 ports to Haiti Outger | UPM004848 | | | |
| 131. | Email dated 7-10-14 Fwd: -Haitian escapade | UPM004853-UPM004856 | | | |

Page 7    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| 132. | Email dated 5-29-14 Re: Documenting Outger Maceus Sim status | UPM004973 | | | |
| 133. | Email dated 3-11-15 Re: Haiti digicel | UPM004992 | | | |
| 134. | Email dated 8-5-14 Re: [Prepay Nation] Haiti Mobile Digicel - Receiving 937.00 HTG instead of 1000 HTG | UPM005076-UPM005078 | | | |
| 135. | Email dated 7-21-11 Re[4]: Project POs paid in Guatemala | UPM005103-UPM005106 | | | |
| 136. | Email dated 7-7-15 Re: Jean Louis Samuel 2014 Balance - Write off | UPM005112 | | | |
| 137. | Write Off Authorization Form | UPM005113 | | | |
| 138. | Email dated 8-25-14 Re: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | UPM005203-UPM005205 | | | |
| 139. | Email dated 4-14-14 Re: Recharge Haiti | UPM005219 | | | |
| 140. | Email dated 4-15-14 Re: New Vendor - Haiti | UPM005220-UPM005222 | | | |
| 141. | Email dated 8-13-14 Fwd: Wire Transfer Request for Haiti | UPM005317-UPM005318 | | | |
| 142. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | UPM005481-UPM005483 | | | |
| 143. | Email dated 8-13-14 FW: Wire Transfer Request for Haiti | UPM005516-UPM005518 | | | |
| 144. | Email dated 10-19-11 Re HAITI DIGICEL | UPM005537 | | | |
| 145. | Documenting SIM Card Blocking (Spanish) | UPM005538 | | | |
| 146. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | UPM005552 | | | |
| 147. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | UPM005555-UPM005557 | | | |
| 148. | Email dated 4-26-14 Re: Haiti Digicel new setup | UPM005590 | | | |
| 149. | Email dated 4-25-14 Re: Haiti Digicel new setup | UPM005606 | | | |
| 150. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | UPM005647 | | | |
| 151. | Email dated 9-12-14 Fwd: Haiti Natcom-Digicel/ UPDATE | UPM005649-UPM005650 | | | |
| 152. | Email dated 8-11-11 Re: SIM Cards (Digicel) | UPM005881-UPM005882 | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 153. | Email dated 10-4-16 Fwd: Digicel FX Rates - October | UPM005929-UPM005930 | | | |
|---|---|---|---|---|---|
| 154. | Email dated 11-16-11 Re: 40 HAITI DIGICEL UPM Scratch Pins x 2.5 Nov 16 by DEIBY | UPM005945-UPM005946 | | | |
| 155. | Email dated 11-9-11 RE: shipment GT to Haiti 1 teles IGate 13-oct-2011 | UPM005947-UPM005948 | | | |
| 156. | NOC Org chart 2015 attachment | UPM005979 | | | |
| 157. | NOC Org chart 2015 attachment | UPM005988 | | | |
| 158. | NOC Org chart 2015 attachment | UPM005989 | | | |
| 159. | Email dated 11-8-11 RE: shipment GT to Haiti 1 teles IGate 13-oct-2011 | UPM005990-UPM005991 | | | |
| 160. | Email dated 9-21-11 Re: 300 pins Digicel Haiti $2.50 entered 5-sep-2011 | UPM006016 | | | |
| 161. | Add HT-US-02-#T00344 to production | UPM006025 | | | |
| 162. | Email dated 11-7-11 Re: shipment GT to Haiti 1 teles IGate 13-oct-2011 | UPM006147 | | | |
| 163. | Email dated 8-25-14 Re: Invoice that was sent with Haiti GWs | UPM006149 | | | |
| 164. | Haiti Traffic Report | UPM006160 | | | |
| 165. | Haiti Traffic Report | UPM006179-UPM006202 | | | |
| 166. | Email dated 8-19-20 Re: Haiti - Voice traffic reports | UPM006351 | | | |
| 167. | Email dated 12-17-14 Fwd: Re: Gateway configuration for incoming calls termination | UPM006544-UPM006549 | | | |
| 168. | Haiti Traffic Report | UPM006588-UPM006612 | | | |
| 169. | Email dated 8-26-14 Fwd: 1st gw installed in Haiti | UPM007204 | | | |
| 170. | NOC Org Chart | UPM007366 | | | |
| 171. | Email dated 9-19-11 RE: Sims/Pins Haiti | UPM007386 | | | |
| 172. | Email dated 9-19-11 RE: Sims/Pins Haiti | UPM007416 | | | |
| 173. | Email dated 7-3-14 RE: Prepaynation Debit advice; Sales Invoice # 72942 - Invoice Dispute | UPM007457 | | | |

Page 9     UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 174. | Usage report | UPM007458-UPM007461 | | | |
|---|---|---|---|---|---|
| 175. | Email dated 12-8-14 Fwd: NOC Org chart 2015 | UPM007491-UPM007492 | | | |
| 176. | Email dated 7-7-14 RE: Prepaynation Debit advice; Sales Invoice # 72942  - Invoice Dispute | UPM007494-UPM007496 | | | |
| 177. | Usage report | UPM007497-UPM007530 | | | |
| 178. | Email dated 5-29-15 Re: Haiti: Senator Steven Benoit | UPM007557 | | | |
| 179. | Email dated 4-14-14 Re: Recharge Haiti | UPM007558 | | | |
| 180. | Usage report | UPM007678-UPM007701 | | | |
| 181. | Email dated 10-25-12 Re: Project Manager Vendor & Country List | UPM007702 | | | |
| 182. | Email dated 8-10-11 Re: Install GW Haiti | UPM007853-UPM007854 | | | |
| 183. | Email dated 7-21-14 Re: Haiti - Status | UPM007861 | | | |
| 184. | Email dated 5-4-15 Re: mistakes in Haiti | UPM007866 | | | |
| 185. | Email dated 7-20-14 Re: Haiti - Status | UPM007869 | | | |
| 186. | Email dated 8-10-11 Re: Install GW Haiti | UPM007890-UPM007892 | | | |
| 187. | Email dated 8-31-11 Re: New Loc Haiti 3 -Install/config | UPM007907-UPM007910 | | | |
| 188. | Email dated 7-20-14 re: Haiti - Status | UPM007924-UPM007925 | | | |
| 189. | Email dated 8-31-11 Re: New Loc Haiti 3 -Install/config | UPM007932-UPM007933 | | | |
| 190. | Email dated 4-13-12 Re: GWs in Haiti | UPM007937 | | | |
| 191. | Email dated 2-13-15 Re: Haiti | UPM007940 | | | |
| 192. | Email dated 11-16-11 Re: UPS purchase for test Haiti | UPM007950 | | | |
| 193. | Email dated 11-28-14 Re: Development list | UPM008009-UPM008010 | | | |
| 194. | Email dated 8-10-11 Re: Install GW Haiti | UPM008014-UPM008015 | | | |
| 195. | Email dated 7-21-14 Re: Haiti - Status | UPM008025-UPM008026 | | | |
| 196. | Email dated 2-19-16 Re: Haiti 2014 | UPM008074 | | | |

Page 10    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 197. | Diagram | UPM008075-UPM008076 | | | |
|---|---|---|---|---|---|
| 198. | Email dated 1-14-16 Re: Article "How to find Termination providers | UPM008184-UPM008186 | | | |
| 199. | Email dated 6-18-14 Re: Haiti low capacity | UPM009337 | | | |
| 200. | Email dated 5-28-14 Re: Haiti low cap | UPM009349-UPM009350 | | | |
| 201. | Email dated 8-3-11 Re: 1 HAITI - DIGICEL-EMIDA-Recharge-with $7.00 Aug 3 By Deiby | UPM009384-UPM009385 | | | |
| 202. | Email dated 5-28-14 Re: Haiti low cap | UPM009594-UPM009595 | | | |
| 203. | Email dated 5-28-14 Re: Haiti low cap | UPM009632-UPM009633 | | | |
| 204. | Email dated 9-8-14 Re: Haiti message | UPM009657-UPM009658 | | | |
| 205. | Email dated 11-18-11 Re: Fwd: Voila Haiti outage | UPM009678 | | | |
| 206. | Email dated 9-27-14 Re: Haiti Digicel Mobile | UPM009753-UPM009754 | | | |
| 207. | Email dated 8-5-14 Re: Haiti recharges wrong amount | UPM009791-UPM009792 | | | |
| 208. | Email dated 12-16-11 Re: 2 DIGICEL HAITI - TEST-Recharge with$8.00 Dec 16 by dEIBY | UPM009864 | | | |
| 209. | Email dated 10-9-13 Re: TransferTo - Digicel - Haiti - Quintuple (5x) Bubble - October 11-13  2013 | UPM009939 | | | |
| 210. | Chart - EffDate 5-9-11 | UPM009970-UPM009972 | | | |
| 211. | Chart - API Top up prices | UPM010032-UPM010082 | | | |
| 212. | Email dated 9-30-13 Re: TransferTo - Digicel - Haiti - Monday - Thursday Promotion | UPM010260 | | | |
| 213. | Email dated 12-17-15 Re: Top up rates - December 17  2015 - Digicel prices and reseller discount | UPM011098-UPM11120 | | | |
| 214. | Chart - Top Up API Prices | UPM011213-UPM011263 | | | |
| 215. | Picture - EZEtop card (front) | UPM011351 | | | |
| 216. | Picture - EZEtop card (back) | UPM011352 | | | |

Page 11     UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 217. | Email dated 8-14-11 Re: Haiti first LOC install experience… | UPM011382 | | | |
|------|------|------|------|------|------|
| 218. | Chart - 10-6-14 | UPM011890-UPM011940 | | | |
| 219. | Email dated 5-9-12 Re: Haiti fiasco update. | UPM012128-UPM012129 | | | |
| 220. | Email dated 9-13-11 Re: shipment Teles GWs haiti | UPM012138 | | | |
| 221. | Email dated 11-16-11 Re: Haiti weekly snapshot since Oct 1st | UPM012139-UPM012140 | | | |
| 222. | Email dated 8-14-11 Re: Haiti first LOC install experience… | UPM012147-UPM012148 | | | |
| 223. | Email dated 8-18-11 Re: Haiti Install Experience.. Part II | UPM012161-UPM012162 | | | |
| 224. | Email dated 8-9-11 Re: I have shared an Evernote notebook with you | UPM012208 | | | |
| 225. | Email dated 9-20-11 Re: Haiti rates | UPM012220-UPM012221 | | | |
| 226. | Email dated 11-20-11 Re: Hait Digicell route not working - all 34s | UPM012239-UPM012242 | | | |
| 227. | Email dated 2-28-12 Re: updated | UPM012324 | | | |
| 228. | Table - Haiti Comcel | UPM012325 | | | |
| 229. | Email dated 4-29-14 Re: Fwd: Haití | UPM012337 | | | |
| 230. | Email dated 5-15-14 Re: Fwd: DIGICEL HAITI TRIPLE BUBBLE weekend + Free Intl calls to USA/Canada | UPM012359-UPM012360 | | | |
| 231. | Flyer - Digicel top up (Creole) | UPM012361 | | | |
| 232. | Flyer - Digicel top up (English) | UPM012362 | | | |
| 233. | Email dated 8-19-11 Re: Haiti | UPM012371 | | | |
| 234. | Email dated 11-20-11 Re: Hait Digicell route not working - all 34s | UPM012394-UPM012397 | | | |
| 235. | Email dated 8-11-11 Re: internet Service | UPM012503-UPM012504 | | | |
| 236. | Email dated 9-20-11 Re: Haiti rates | UPM012518-UPM012519 | | | |
| 237. | Table - IMSI - 4-30-14 - 6-20-14 | UPM012624-UPM012674 | | | |
| 238. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM012893-UPM012898 | | | |
| 239. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM012899-UPM012919 | | | |

Page 12    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 240. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM012920-UPM012957 | | | |
|---|---|---|---|---|---|
| 241. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM012958-UPM013052 | | | |
| 242. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM013053-UPM013183 | | | |
| 243. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM013313-UPM013438 | | | |
| 244. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM013439-UPM013579 | | | |
| 245. | CONFIDENTIAL - UPM Technology Inc. Invoices | UPM013580-UPM013683 | | | |
| 246. | CONFIDENTIAL - Tata Communications - Calendar Year 2015 | UPM014561-UPM014566 | | | |
| 247. | CONFIDENTIAL - Tata Communications - Clarification of Supplier Rate Contact Information Form - 4-5-17 | UPM014567 | | | |
| 248. | CONFIDENTIAL - Letter from R. Miller | UPM014568-UPM014570 | | | |
| 249. | CONFIDENTIAL - Tata Communications - Clarification of Supplier Rate Contact Information Form - 1-13-15 | UPM014571 | | | |
| 250. | CONFIDENTIAL - Tata Communications - Telecommunication Services Agreement - 2-4-11 | UPM014575-UPM014585 | | | |
| 251. | CONFIDENTIAL - Letter from R. Miller dated 7-1-14 | UPM014588-UPM014590 | | | |
| 252. | Email dated 1-18-12 from D. Martin to NOC GT | UPM014743 | | | |
| 253. | Email dated 12-30-11 from D. Martin to V. Moscoso | UPM014746-UPM014747 | | | |
| 254. | Email dated 1-16-12 from D. Martin to NOC GT | UPM014791 | | | |
| 255. | Small tools: Caller (2013) (bates no.: UPM014802-UPM014803, other pages redacted) | UPM014793-UPM014814 | | | |
| 256. | List of new tools and significant features implemented in 2015 (bates no.: UPM14822-UPM14823, other pages redacted) | UPM014820-UPM014825 | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 257. | Caller (2013) (bates no.: UPM014833-UPM014834, other pages redacted) | UPM014833-UPM014839 | | | |
|---|---|---|---|---|---|
| 258. | Update on Pending Projects - 9-26-11 (bates no.: UPM014868 redacted) | UPM014867-UPM014868 | | | |
| 259. | Email dated 7-1-14 from V. Moscoso to admin gt | UPM014986 | | | |
| 260. | Table - Vendor: Outger Maceus: May & June 2014 (bates no.: UPM015032-UPM015033, other pages redacted) | UPM015017-UPM015039 | | | |
| 261. | Table - Vendor: Wakenson Louis: April & May 2014 (bates no.: UPM015057-UPM015058, other pages redacted) | UPM015040-UPM015058 | | | |
| 262. | Table - Vendor: Outger Maceus: May, June, & July 2014 (bates no.: UPM015076-UPM015077, other pages redacted) | UPM015060-UPM015084 | | | |
| 263. | Table - Vendor: Wakenson Louis: April, May, June & July 2014 (bates no.: UPM015110-UPM01511, other pages redacted) | UPM015085-UPM015111 | | | |
| 264. | Email dated 6-4-14 Re: Jesse and Victor May 2014 Pending Sims & Pins | UPM015261 | | | |
| 265. | Email dated 7-24-14 Re: Cross border top-ups/recharges (PrepaidUnion.com) | UPM015950-UPM015956 | | | |
| 266. | Email dated 5-29-14 Re: Thursday Case Wells Fargo Project payments | UPM016050 | | | |
| 267. | Email dated 8-14-14 Re: Lema Mamo & Jean Louis Samuel Confirmation 08/14/14 | UPM016628 | | | |
| 268. | Table - Vendor: Jean Louis Samuel dated 8-14-14 (bates no.: UPM016639-UPM016640, other pages redacted) | UPM016629-UPM016640 | | | |
| 269. | Email dated 7-24-14 Re: Cross border top-ups/recharges (PrepaidUnion.com) | UPM016710-UPM016715 | | | |
| 270. | Email dated 9-20-11 Re: update on all pending projects | UPM017063 | | | |
| 271. | Email dated 11-10-14 Re: FW: On Hold Projects | UPM017072 | | | |

Page 14    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 272. | Notes - October 12, 2011 | UPM017902-UPM017903 | | | |
|---|---|---|---|---|---|
| 273. | Notes - December 16, 2011 | UPM017904-UPM017905 | | | |
| 274. | Notes - November 21, 2011 | UPM017906-UPM017907 | | | |
| 275. | Notes - October 31, 2011 | UPM017908-UPM017909 | | | |
| 276. | Notes - August 17, 2011 | UPM017910-UPM017911 | | | |
| 277. | Notes - November 2, 2011 | UPM017912-UPM017913 | | | |
| 278. | Notes - December 28, 2011 | UPM017914-UPM017915 | | | |
| 279. | Notes - December 7, 2011 | UPM017917-UPM017919 | | | |
| 280. | Notes - November 16, 2011 | UPM017920-UPM017921 | | | |
| 281. | Notes - December 9, 2011 | UPM017922-UPM017923 | | | |
| 282. | Notes - August 31, 2011 | UPM017924-UPM017925 | | | |
| 283. | Notes - September 21, 2011 | UPM017926-UPM017927 | | | |
| 284. | Notes - September 23, 2011 | UPM017928-UPM017929 | | | |
| 285. | Notes - December 21, 2011 | UPM017930-UPM017932 | | | |
| 286. | Notes - October 24, 2011 | UPM017933-UPM017934 | | | |
| 287. | Notes - November 4, 2011 | UPM017935-UPM017936 | | | |
| 288. | Notes - December 19, 2011 | UPM017937-UPM017938 | | | |
| 289. | Notes - August 29, 2011 | UPM017939-UPM017940 | | | |
| 290. | Notes - August 24, 2011 | UPM017941-UPM017942 | | | |
| 291. | Notes - October 17, 2011 | UPM017943-UPM017944 | | | |
| 292. | Notes - October 5, 2011 | UPM017945 | | | |
| 293. | Notes - November 18, 2011 | UPM017946-UPM017948 | | | |
| 294. | Notes - October 3, 2011 | UPM017949-UPM017950 | | | |

Page 15     UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| 295. | Notes - September 19, 2011 | UPM017951-UPM017952 | | | |
|---|---|---|---|---|---|
| 296. | Notes - September 16, 2011 | UPM017953-UPM017954 | | | |
| 297. | Notes - November 30, 2011 | UPM017955-UPM017956 | | | |
| 298. | Notes - October 10, 2011 | UPM017957-UPM017958 | | | |
| 299. | Notes - August 22, 2011 | UPM017959-UPM017960 | | | |
| 300. | Notes - October 26, 2011 | UPM017961-UPM017962 | | | |
| 301. | Notes - November 23, 2011 | UPM017963-UPM017965 | | | |
| 302. | Notes - December 5, 2011 | UPM017966-UPM017968 | | | |
| 303. | Notes - December 2, 2011 | UPM017969-UPM017971 | | | |
| 304. | Notes - November 28, 2011 | UPM017972-UPM017973 | | | |
| 305. | Notes - September 12, 2011 | UPM017974-UPM017975 | | | |
| 306. | Notes - September 26, 2011 | UPM017976-UPM017977 | | | |
| 307. | Email dated 3-31-15 Re: It's me….the guy in Gmala | UPM018206-UPM018210 | | | |
| 308. | Email dated 8-4-11 Re: Haiti - Auth | UPM018211-UPM018212 | | | |
| 309. | Email dated 3-29-15 Re: Fwd: Time to answer your questions | UPM018253-UPM018254 | | | |
| 310. | Email dated 3-30-15 Re: It's me….the guy in Gmala | UPM018255-UPM018258 | | | |
| 311. | Email dated 3-31-15 Re: It's me….the guy in Gmala | UPM018259-UPM018263 | | | |
| 312. | Email dated 11-10-14 Re: On Hold Projects | UPM018373 | | | |
| 313. | Email dated 8-22-14 Re: Agreement. | UPM018420-UPM018424 | | | |
| 314. | Email dated 1-27-15 from J. Kohn to D. Tran | UPM018433 | | | |
| 315. | Email dated 11-10-14 Re: On Hold Projects | UPM018536 | | | |
| 316. | CONFIDENTIAL - Communication from D. Flockinger to D. Tran | UPM018549-UPM018551 | | | |

Page 16    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 317. | Email dated 5-28-14 Re: POs details - week: 26/5 to 1/6 | UPM018578-UPM018579 | | | |
|------|------|------|------|------|------|
| 318. | Email dated 7-9-14 Re: POs details - week: 07 to 13/06 | UPM018580-UPM018581 | | | |
| 319. | Email dated 7-16-14 Re: POs details - week: 14 to 20/07 | UPM018582-UPM018583 | | | |
| 320. | Email dated 7-24-14 Re: POs details - week: 1 to 27/07 | UPM018584-UPM018585 | | | |
| 321. | Email dated 2-6-12 from K. Herrera to J. Gosal | UPM018586 | | | |
| 322. | Table - 01/2012 - 04/2012 Haiti Digicel Gross Profit & Weekly Gross | UPM018587-UPM018592 | | | |
| 323. | Email dated 8-15-11 Re: Haiti first LOC install experience… | UPM018856-UPM018858 | | | |
| 324. | Email dated 10-24-11 Re: Summary Pnm, Haiti | UPM018860 | | | |
| 325. | Document Placeholder - [20161202010417583][GBR_VZB-USA_UPM][PL][USD][UK UPM PRM USD][1]FinalPL.xIsx | UPM022553 | | | |
| 326. | Email dated 11-16-11 Re: Digicel ports Haiti | UPM003381-UPM003382 | | | |
| 327. | Certificate and translated Email dated 11-16-11 Re: Digicel ports Haiti | UPM001663 | | | |
| 328. | Certificate and translated Email dated 12-11-11 Re: HAITI DIGICEL | UPM002915 | | | |
| 329. | Certificate and translated Email dated 11-16-11 Re: Digicel ports Haiti | UPM003381-UPM003882 | | | |
| 330. | Certificate and translated Email dated 10-19-11 Re: Digicel ports Haiti | UPM005537 | | | |
| 331. | Certificate and translated document to Email dated 10-19-11 Re: Digicel ports Haiti | UPM005538 | | | |
| 332. | termes et conditions -service prepaye Digicel-sept 2015 | | | | |
| 333. | CONTRAT PapPadap | | | | |
| 334. | Contract de Cabanet Cyber Cafe | | | | |
| 335. | Contrat Digikiosk | | | | |
| 336. | Lettre Conatel à Mark Shield - 5 Fev. 2015 | | | | |

Page 17    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| 337. | Certificate of Translation - Terms and Conditions (translation of exhibit 334) | | | | |
|------|---------------------------------------------------------------------------------|--|--|--|--|
| 338. | Certificate of Translation - Distribution Contract for Electronic Recharge (translation of exhibit 335) | | | | |
| 339. | Certificate of Translation - Contract Validation Form (translation of Exhibit 336) | | | | |
| 340. | Certificate of Translation - Contract - Unigestion Holdings S.A. and Digicel (translation of exhibit 337) | | | | |
| 341. | Certificate of Translation - Conatel Letter to Mark Shield (translation of exhibit 338) | | | | |
| 342. | DE 240 - Declaration of D. Tran ISO Motion for Leave to Add Affirmative Defenses | | | | |
| 343. | DE 256 - Declaration of B. Tran as CEO of UPM ISO UPM's Motion for Summary Judgment | | | | |
| 344. | DE 260 - Declaration of B. Ruiz ISO Defendant UPM's Motion for Summary Judgment | | | | |
| 345. | DE 261 - Declaration of B. Sanchez ISO Defendant's Motion for Summary Judgment | | | | |
| 346. | DE 262 - Declaration of Duy-Bruce-Tran ISO Individual Defendant's Motion for Summary Judgment | | | | |
| 347. | Figure 4 of K. McEwen Expert Report - Example of Suspected UPM Deployment | | | | |
| 348. | Figure 1 of K. McEwen Expert Report: Traditional LCR SIMBank solution. | | | | |
| 349. | Figure 2 of K. McEwen Expert Report: Distributed SIMBank Solution. | | | | |
| 350. | Figure 3 of K. McEwen Expert Report: Distributed SIMBank Call Process | | | | |
| 351. | Fig. 2 of C. Castel Expert Report: Illustration of GSM Bypass Fraud | | | | |

Page 18     UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

| | | | | | |
|---|---|---|---|---|---|
| 352. | Fig. 7 of C. Castel Expert Report: Illustration of SIMBOX | | | | |
| 353. | Fig 1 of C. Castel Expert Report: Illustration of Normal course of operations vs VOIP and GSM Bypass fraud | | | | |
| 354. | Fig.3 of C. Castel Expert Report - Illustration of Bypass SIMBOX Fraud | | | | |
| 355. | Tab 1 of C. Castel Expert Report - Risks exposure to telecom fraud | | | | |
| 356. | Tab.2: of C. Castel Expert Report Digicel Bypass Damages Scenarios | | | | |
| 357. | GR1: of C. Castel Expert Report - Digicel financial losses due to Bypass | | | | |
| 358. | Tab.3: of C. Castel Report - Digicel Bypass losses | | | | |
| 359. | Tab. 4: of C. Castel Expert Report - Digicel Financial Info | | | | |
| 360. | CV - Philip Cross | | | | |
| 361. | | | | | |
| 362. | | | | | |
| 363. | | | | | |
| 364. | | | | | |
| 365. | | | | | |
| 366. | | | | | |
| 367. | | | | | |
| 368. | | | | | |
| 369. | | | | | |

Dated this 22nd day of February, 2022.

By:  *s/ Robert C.L. Vaughan*
Anne M. Talcott, OSB # 965325
atalcott@schwabe.com
Kathryn E. Kelly, OSB # 175162
Email:  kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: (503) 796-2958

Page 19     UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
E-mail: cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
E-mail: lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
Telephone:  (954) 527-1115


*Attorneys for Plaintiff Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.*

Page 20    UNIGESTION HOLDINGS, S.A.'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4858-7257-2681, v. 4