**Anne M. Talcott**, OSB #965325
Email:  atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email:  kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

>    *Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
>    *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**,<br><br>    Plaintiff and Counterclaim    Defendant,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC.,** *et al.*,<br><br>    Defendants and Counterclaim    Plaintiff. | No. 3:15-cv-00185-SI<br><br><br>**PLAINTIFF UNIGESTION HOLDINGS, S.A.'S EXPERT WITNESS STATEMENTS** |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Pursuant to the Court's Trial Management Order dated September 9, 2019 (ECF. 191), Plaintiff, Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits its expert witness statements as follows:

1.     Digicel Haiti will rely on the expert testimony of Charles Castel who will testify regarding Digicel Haiti's damages. Mr. Castel's qualifications, the substance of his opinions, and the facts and data upon which he relied are provided in the form of his expert report and rebuttal expert report, which are attached hereto as Exhibit A and Exhibit B. Digicel Haiti expects direct examination to take approximately 3 hours.

2.     Digicel Haiti will rely on the rebuttal expert testimony of Philip Cross who will testify regarding the legality ad international standard related to Bypass. Mr. Cross is being included an in abundance of caution due to the uncertainty of whether Defendants will be permitted to use the legal theories of their counterclaims as defenses to Plaintiff's fraud claim. Mr. Cross's qualifications, the substance of his opinions, and the facts and data upon which he relied are provided in the form of his expert report, which is attached hereto as Exhibit C. Digicel Haiti expects direct examination to take approximately 3 hours.

3.     Digicel Haiti will rely on the expert testimony of Kenneth McEwen who will testify regarding the equipment technology used in Bypass Operations. Mr. McEwen's qualifications, the substance of his opinions, and the facts and data upon which he relied are provided in the form of his expert report, which is being filed under seal pursuant to the protective order consecutively herewith as Exhibit D. Digicel Haiti expects direct examination to take approximately 2 hours.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 22nd day of February, 2022.

Respectfully submitted,


By:   *s/ Robert C.L. Vaughan*
       Anne Talcott, OSB #965325
       Email: Atalcott@Schwabe.Com
       Kathryn E. Kelly, OSB #175162
       Email: Kkelly@Schwabe.Com
       SCHWABE, WILLIAMSON & WYATT, P.C.
       Telephone: 503.796-2958

       Robert C. L. Vaughan (*Pro Hac Vice*)
       Cherine Smith Valbrun (*Pro Hac Vice*)
       Leah B. Storie (*Pro Hac Vice*)
       KIM VAUGHAN LERNER LLP
       312 SE 17th Street, Suite 300
       Fort Lauderdale, FL 33316
       Telephone:        (954) 527-1115
       Facsimile:        (954) 527-1116
       E-mail: rvaughan@kvllaw.com
       E-mail: cvalbrun@kvllaw.com
       E-mail: lstorie@kvllaw.com
       E-mail: emailservice@kvllaw.com

       *Attorneys for Unigestion Holdings, S.A., a*
       *Foreign Corporation, d/b/a Digicel Haiti*

Page 3 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S EXPERT
            WITNESS STATEMENTS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900