**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

>        *Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
>        *a foreign corporation, d/b/a Digicel Haiti*


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| Plaintiff and Counterclaim Defendant, | |
| v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S, PROPOSED VOIR DIRE QUESTIONS** |
| **UPM TECHNOLOGY, INC.,** *et al.*, | |
| Defendants and Counterclaim Plaintiffs. | |

Page 1 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
            PROPOSED VOIR DIRE QUESTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Pursuant to the Court's Trial Management Order (ECF 191), Plaintiff, Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti"), submits this list of proposed questions for *voir dire*.

1.      Are you/have you ever been a business owner?

   a.   If so, what type of business have you owned?

   b.   Have you ever been involved in a dispute with a competitor?

2.      What is your occupation? In your work, do you have management or supervisory responsibilities?

3.      The Plaintiff in this lawsuit is a foreign company.  Do you believe that because one party is a foreign company it is entitled to any less privilege or protection under U.S. law than a local, domestic company?

   a.      Does anyone believe that a foreign company should not be able to bring a lawsuit in our courts for harm it believes it has suffered?

4.      Two of the parties in this suit are corporations.  Under the law, a corporation is entitled to be treated the same as anyone else and is entitled to be treated the same as a private individual. Would you have difficulty accepting that principle?

5.      The dispute here involves telecommunications companies that specialize in mobile communications.  Does anyone here have any negative opinions or impressions about telecommunications companies that would affect their ability to be fair?

6.      The claim to be tried is a claim for fraud.  The evidence presented during trial may include both direct and circumstantial evidence.  Is there anyone who believes that they cannot follow the court's instructions that circumstantial evidence is to be given the same weight as direct evidence?

Page 2 -     PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
             PROPOSED VOIR DIRE QUESTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 22nd day of February, 2022.

Respectfully submitted,

By:  *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email:  cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email:  lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

Page 3 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
PROPOSED VOIR DIRE QUESTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900