**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorneys for Plaintiff, Unigestion Holdings, S.A.,
*a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI, | No. 3:15-cv-00185-SI |
| Plaintiff and Counterclaim Defendant, | |
| v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S STATEMENT OF SPECIAL DAMAGES** |
| UPM TECHNOLOGY, INC., *et al.*, | |
| Defendants and Counterclaim Plaintiffs. | |

Plaintiff, Unigestion Holding, S.A., d/b/a Digicel Haiti, ("Digicel Haiti"), submits the

following statement of special damages:

Page 1 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
STATEMENT OF SPECIAL DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Where the purpose of Defendants' Bypass model was dependent upon their active concealment and remaining undetected, it is not surprising that it would be impossible to prove, with certainty, the specific calls that were made by UPM using Bypass methods.  Rather, Digicel Haiti's damages expert, Charles Castel, formulated a range of possible damages based on the equipment seized from Defendants' in-country agents.  Digicel Haiti will rely primarily on the testimony and expert report of Mr. Castel to support its claims for damages.  Further, Defendant Duy Tran also testified during the corporate representative deposition of UPM as to the use of SIM cards and volume of the cards in use.

Mr. Castel's methodology is based on the following assumptions:

- The type of equipment used by the fraudsters, seized by the Haitian National Police (PNH) was able to manage 400 calls simultaneously;

- Conservatively, 80% of the available call circuits (320) were occupied at any given time, for 14 hours per day during the different periods; and

- The financial losses were conservatively calculated using a rate of 23 cents per minute (the rate for international calls arriving to Haiti) for Digicel Haiti.

Using these empirical assumptions, Mr. Castel calculated Digicel Haiti's lost revenue during the period during which Defendants admit they operated in Haiti.  These real-world numbers resulted in significant losses to Digicel Haiti.

Mr. Castel calculated losses over a 20, 22, and 27 month period.  For the 20-month period [August 2011 – July 2012; May 2013 – November 2013] Digicel Haiti's losses totaled 37.09 million USD:

- Losses of traffic of 8.06 million minutes per month;

- Monthly financial losses of $1.85 million USD;

Page 2 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
            STATEMENT OF SPECIAL DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

- Thus, the total losses for the 20-month period amounted to $37.09 million USD.

For a 22-month period Mr. Castel calculates Digicel Haiti's losses totaled 40.7 million USD:

- Losses of traffic of 8.06 million minutes per month;

- Monthly financial losses of 1.85 million USD;

- Thus, the total losses for the 22-month period amounted to 40.7 million USD.

For the 27-month period August 2011 – July 2012; May 2013 – November 2013; and May 2014 to December 2014 Digicel Haiti's losses totaled 50.07 million USD:

- Losses of traffic of 8.06 million minutes per month;

- Monthly financial losses of 1.85 million USD;

- Thus, total losses of 50.07 million USD.

Beyond direct financial losses, Digicel Haiti incurred revenue shortfalls due to non-identified calls (local numbers) not picked up and/or called back, capital expenditures for monitoring, and loss of reputation due to quality of services/signal deterioration and number of calls successfully terminated.  During discovery, Maarten Boute confirmed that Digicel Haiti's annual expenses for Bypass related investigations and security amounted to 3-5 million USD. Depo. of M. Boute at 33:10-13.

//

//

//

//

//

//

Page 3 -     PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
STATEMENT OF SPECIAL DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Respectfully submitted,


By:   *s/ Robert C.L. Vaughan*
  Anne Talcott, OSB #965325
  Email: Atalcott@Schwabe.Com
  Kathryn E. Kelly, OSB #175162
  Email: Kkelly@Schwabe.Com
  SCHWABE, WILLIAMSON & WYATT, P.C.
  Telephone: 503.796-2958

  Robert C. L. Vaughan (*Pro Hac Vice*)
  Cherine Smith Valbrun (*Pro Hac Vice*)
  Leah B. Storie (*Pro Hac Vice*)
  KIM VAUGHAN LERNER LLP
  312 SE 17th Street, Suite 300
  Fort Lauderdale, FL 33316
  Telephone: (954) 527-1115
  Facsimile: (954) 527-1116
  E-mail: rvaughan@kvllaw.com
  E-mail: cvalbrun@kvllaw.com
  E-mail: lstorie@kvllaw.com
  E-mail: emailservice@kvllaw.com

  *Attorneys for Unigestion Holdings, S.A., a*
  *Foreign Corporation, d/b/a Digicel Haiti*

Page 4 -  PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
      STATEMENT OF SPECIAL DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900