**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

  *Attorney for Plaintiff, Unigestion Holdings, S.A.,*
  *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| Plaintiff and Counterclaim Defendant, | |
| v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S PROPOSED VERDICT FORM** |
| **UPM TECHNOLOGY, INC.,** *et al.*, | **Request for Oral Argument** |
| Defendants and Counterclaim Plaintiff. | |

Page 1 - PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
     PROPOSED VERDICT FORM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

## **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S PROPOSED VERDICT FORM**

**UPM**

**1.**     Do you find that Digicel Haiti has proved by clear and convincing evidence:

**A.** That UPM concealed or directed the concealment of a material matter?

Answer YES _____ or NO _____

If you answered YES to Question No. 1A, proceed to Question No. 1B. If you answered NO to Question No. 1A, proceed to Question No. 3.

**B.** That UPM's concealment was a cause of injury or damage to Digicel Haiti?

Answer YES _____ or NO _____

If you answered YES to Question No. 1.B., proceed to Question No. 1.C. If you answered NO to Question No. 1.B, proceed to Question No. 3.

**C.** That UPM acted with malice or reckless and outrageous indifference?

Answer YES _____ or NO _____

**2.**     What sum of money do you find from a preponderance of the evidence to be the total amount of the plaintiff's compensatory damages caused by defendant UPM?

$_____

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

**Duy Tran**

3.    Do you find that Digicel Haiti has proved by clear and convincing evidence:

    **A.**  That Duy Tran concealed or directed the concealment of a material matter?

Answer YES _____  or  NO _____

If you answered YES to Question No. 3.A, proceed to Question No. 3.B. If you answered NO to Question No. 3.A, proceed to Question 5.

    **B.**  That Duy Tran's concealment was a cause of injury or damage to Digicel Haiti?

Answer YES _____  or  NO _____

If you answered YES to Question No. 3.B., proceed to Question No. 3.C.  If you answered NO to Question No. 3.B., proceed to Question 5.

    **C.**  That Duy Tran acted with malice or reckless and outrageous indifference?

Answer YES _____  or  NO _____

4.    What sum of money do you find from a preponderance of the evidence to be the total amount of the plaintiff's damages?


    $_____

5.    If you answered YES to either Question No. 1.C and/or 3.C, what amount of punitive damages, if any, do you award to Digicel Haiti for:

    UPM's Conduct        $ _____

    Duy Tran's Conduct    $ _____


DATED:_____

PRESIDING JUROR_____

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 22nd day of February, 2022.

By:  *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: Atalcott@Schwabe.Com
Kathryn E. Kelly, OSB #175162
Email: Kkelly@Schwabe.Com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
Telephone:        (954) 527-1115
Facsimile:        (954) 527-1116
E-mail: rvaughan@kvllaw.com
E-mail: cvalbrun@kvllaw.com
E-mail: lstorie@kvllaw.com
E-mail: emailservice@kvllaw.com

*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

Page 4 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
PROPOSED VERDICT FORM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900