IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| *Unigestion Holding, S.A.* | Case No.: 3:15-cv-00185-SI |
| Plaintiff, | SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER |
| v. | REGARDING USE OF THE JERS SYSTEM |
| **UPM Technology, Inc.et al** | |
| Defendants | |
| _____/ | |

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than March 14, 2022, the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits* document found on the Court's website ord.uscourts.gov, under the For Attorneys tab and JERS menu.

DATED  February 28, 2022.

_____
Michael H. Simon
United States District Court Judge