**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

    Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>     Plaintiff & Counterclaim-Defendant, <br><br>     v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br>     Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE*** |

Page 1 – DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF
DEFENDANTS' MOTIONS IN LIMINE
UPM-L1\00626578.000

I, Christopher W. Savage, declare under penalty of perjury:

1.      I am an attorney at Davis Wright Tremaine LLP.  I am one of the attorneys representing the defendants in the above-captioned action.  I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein.  I am competent to testify if called to do so.

2.      I make this declaration in support of Defendants' Motions *in Limine*.

3.      On October 12, 2021, I took the deposition of Charles Castel.  Attached hereto as Exhibit 1 is a true and correct copy of the following pages from the transcript of Mr. Castel' deposition: 1-8, 73-76, 109-112, 121-124, and 193.

4.      On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Maarten Boute.  Attached hereto as Exhibit 2 is a true and correct copy of the following pages from the transcript of Mr. Boute's deposition: 1-8, 50-60, 89-96, and 165-168.

5.      October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Gerard Laborde.  Attached hereto as Exhibit 3 is a true and correct copy of the following pages from the transcript of Mr. Laborde's deposition: 1-8, 21-28, and 49-51.

6.      On October 27, 2021, I attended the deposition of UPM Technology, Inc's corporate representative Bruce Ngoc Quang Tran.  Attached hereto as Exhibit 4 is a true and correct copy of the following pages from the transcript of Mr. Tran: 567-570, 575-582, 607-614, and 639-641.

7.      On October 13, 2021, I took the deposition of Kenneth McEwen.  Attached hereto as Exhibit 5 is a true and correct copy of the following pages from the transcript of Mr. McEwen's deposition: 1-8, 145-148, and 165-166.

Page 2 – DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE
UPM-L1\00626578.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

8.    On October 27, 2021, I took the deposition of Philip Cross.  Attached hereto as Exhibit 6 is a true and correct copy of the following pages from the transcript of Mr. Cross's deposition: 1-4, 69-72, 81-84, and 89-90.

9.    Attached as Exhibit 7 is a true a correct copy of excerpted pages from Plaintiff's First Set of Interrogatories to Defendant, UPM Technology, Inc. dated December 5, 2019.

10.    Attached as Exhibit 8 is a true a correct copy of excerpted pages from Plaintiff Unigestion Holdings, S.A.'s Answers and Objections to Defendants' Third Request for Production of Documents dated May 17, 2021.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: February 28, 2022.

By:_____
Christopher W. Savage
Washington, DC

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, I served the foregoing **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' MOTIONS** *IN LIMINE* on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236