**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

      Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>     Plaintiff & Counterclaim-Defendant, <br><br>     v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br>     Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** |

Pursuant to the Court's Civil Trial Management Order [Doc 191], Defendants submit the following questions they request the Court ask during jury selection.

## I.    LAWSUITS

1. Have any of you served on a jury before?

   a.    Did you serve as the presiding juror or the foreperson of the jury?

   b.    Did the jury reach a verdict?

   c.    Is there anything about your jury service that has affected your view of the courts or jury trials?

2. Have any of you been a party in a lawsuit?

   a.    What was the nature of the dispute?

   b.    Are you satisfied with the outcome?

   c.    How has that experience left you feeling about the legal system?

   d.    Is there anything about that experience that would affect your ability to be fair and impartial in this case?

3. Does anyone believe that just because someone has filed a lawsuit that they must be entitled to recover something?

4. If the Plaintiff is not able to prove its case by clear and convincing evidence, would anyone have a concern about awarding $0.00?

5. The Defendant will present their case last.  The Plaintiff goes first because it has the burden of proof.  Does anyone have a concern about being able to wait to decide this case until you have heard both sides?  Anyone who will be unable to do so?

## II.    BUSINESS / CORPORATION

1. This case involves two business. Do any of you have strong opinions about two businesses filing a lawsuit to resolve their disputes?

2. Does anyone have any strong opinions about large companies, corporations in general, or

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

"Corporate America"?

3. The parties in this case are both telecommunications companies.  Does anyone have any experience with or strong opinions about telecommunications companies?

## III.    PARTIES AND COUNSEL

1. Are any of the following people known to you?

    a.  Robert Vaughan

    b.  Cherine Valbrun

    c.  Anne Talcott

    d.  Christopher Savage

    e.  Eleanor DuBay

    f.  Blake Van Zile

    g.  Duy Tran

    h.  [… list all identified witnesses]

2. Do any of you know of, or have any of you had any dealings with, any of the following entities:

    a.  Unigestion Holding, S.A. d/b/a Digicel-Haiti

    b.  The Digicel Group

    c.  UPM Technology, Inc.

    d.  Schwabe, Williamson & Wyatt, PC

    e.  Kim Vaughn Lerner LLP

    f.  Tomasi Salyer Martin PC

    g.  Davis Wright Tremaine LLP

With respect to the questions in this section, UPM suggests that a written questionnaire might be more efficient than going through the list of relevant names.

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**IV.     TRAVEL AND CONNECTIONS TO HAITI**

1.  Have any of you ever traveled to the Caribbean?

2.  Have any of you ever traveled to Haiti?

3.  Do any of you have any family members in Haiti?

4.  Have any of you ever done business with any person or company in Haiti?

**V.     TELECOMMUNICATIONS, TECHNOLOGY, AND THE INTERNET**

1.  Do all of you have Internet access at your home?

2.  Do all of you have a personal email?

3.  Have all of you used to Internet to buy things?

4.  Do all of you have wireless phones?

5.  Have any of you watched video (YouTube, Facebook, TikTok, Instagram, etc.) on your wireless phone?

6.  Have any of you used your phone to make or receive video calls (using Facetime, Skype, WhatsApp, or similar apps)?

7.  Have any of you made calls using the Internet with an app like Zoom, Skype, Microsoft Teams, etc.?

8.  Do you or does anyone in your family work for a technology, telecommunications, or Internet company?

9.  Have you ever traveled to a foreign country and still been able to use your wireless phone?

10. Have you ever used your wireless phone to call someone in another country?

    a.  Do you have any positive or negative feelings about the cost of making calls to other countries?

    b.  Do you have any positive or negative feelings about the quality (volume, clarity of voices, etc.) of calls made to other countries?

11. Do you have any positive or negative opinions about the Internet in general?

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

12. Do you have any positive or negative opinions about companies using the Internet to compete with other companies, including "brick and mortar" stores?

13. Have you, or has anyone you know, lost a job in a "brick and mortar" company because of competition from a company that uses the Internet?

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900


DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, I served the foregoing **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants