**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

  Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>  Plaintiff & Counterclaim-Defendant,<br><br>  v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>  Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST AND EXHIBITS** |

Page 1 – DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
EXHIBIT LIST AND EXHIBITS
UPM-L1\00626526.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## I.    INTRODUCTION

Defendants object to Plaintiff's Exhibit List and trial exhibits as indicated in the column headed "Objection" in the following chart. UPM reserves the right to present additional objections at trial based on the state of the record at the time the exhibit is sought to be introduced and the purpose for which it is introduced. The purpose of this introduction is to explain UPM's basis for the most common objections it is making.

First is relevance. UPM is objecting to a large number of exhibits on the ground that they are either entirely irrelevant (Federal Rules of Evidence ("Rules") 401 and 402) or that whatever minimal probative value they may have is outweighed by their tendency to confuse and/or prejudice the jury (Rule 403). Defendants make these objections based on the Court's ruling on the parties' various dispositive motions. ECF #294. In that ruling the Court granted UPM's motion to dismiss Digicel-Haiti's fraud claims, except as follows:

> **UPM's use of human behavior software** is a deceptive act or contrivance intended to hide information, mislead, avoid suspicion, or prevent further inquiry into a material matter. It also creates a false impression covering up the truth and makes the discovery of a material fact more difficult. **If UPM did use that software** to deceive Digicel Haiti or to hinder Digicel Haiti's ability to identify and block SIM cards being used by other than natural persons for individual calls and UPM did that with the requisite intent to deceive Digicel Haiti, that is enough to allow Digicel Haiti's claim of fraud by active concealment to proceed to trial. **To that extent,** the Court denies Defendants' motion for summary judgment against Digicel Haiti's claim of fraud by active concealment.

ECF #294 at 31 (emphasis added).

Under this ruling, Digicel-Haiti's only surviving claim is that UPM committed fraud by using human behavior software to actively conceal from Digicel-Haiti the fact that the calls UPM was making using its SIMs were bypass calls, not calls being made by an individual subscriber. Evidence not bearing on that question is not relevant, and must therefore be excluded under Rules 401 and 402. Moreover, evidence perhaps marginally bearing on that question, but focused on other UPM conduct, is highly likely to confuse mislead and confuse the jury and (depending on the other matters addressed in the document) prejudice the jury as well. Evidence

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

in this category must be excluded under Rule 403. In addition, in some cases Digicel-Haiti has included proposed exhibits that contain information about a range of issues, some of which might be relevant but much of which is not. In those cases UPM objects to the proposed exhibit both on relevance grounds (Rules 401 and 402) and also on grounds of confusion and undue prejudice (Rule 403). UPM is open to ways to arrange for any relevant material to be admitted as appropriate (for example, via redactions).  Moreover, some of the irrelevant material included in Digicel-Haiti's exhibits relates to arguably "bad" acts by UPM and/or Mr. Tran, which are inadmissible under Rule 404 (character evidence) Finally on this point, UPM notes that it is filing a motion *in limine* to exclude references either to UPM's activities in jurisdictions other than Haiti and to UPM's activities outside the time periods that it was terminating calls onto Digicel-Haiti's network. UPM is objecting to exhibits in a manner consistent with that motion.

Second, Digicel-Haiti has designated as exhibits a large number of emails produced in discovery from UPM's records. While in principle certain types of email communications might avoid classification as hearsay by being a business record under Rule 803(6), emails that are not sent as part of a regular reporting process and/or that are sent by individuals without personal knowledge of the underlying facts remain hearsay and cannot be admitted under Rule 802. When a document is authored by a person that Digicel-Haiti has identified as a witness, UPM has not indicated a hearsay objection, but withholding that objection at this time is based on the assumption that Digicel-Haiti will have the witness in question authenticate the document. UPM reserves the right to object to any such documents on any appropriate ground (for example, lack of knowledge of a witness about a document, under Rule 602, or failure of authentication under Rule 901) if Digicel-Haiti does not present a competent witness to authenticate them. In this regard, where the author of a document is unknown, UPM has noted an objection under Rule 602 and Rule 901 since it is unclear who, if anyone, would be able to testify from personal knowledge as to the contents of the document.

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Third, UPM objects under Rule 702 to the introduction of information from and regarding Digicel-Haiti's purported experts, for the reasons described in UPM's Motions *in Limine* being filed contemporaneously with these objections.

Fourth, depending on how the Court rules on the parties' motions *in limine* and on how the trial proceeds, additional objections to exhibits may become apparent that cannot reasonably be identified as of the date of this filing. UPM reserves the right to raise such objections as appropriate at trial. In this regard, UPM notes that Digicel-Haiti's proposed exhibits span several thousand pages, and while UPM has diligently and in good faith attempted to review and identify its objections to those exhibits, UPM cannot be certain that some objectionable aspect of one or more exhibits might have been missed during UPM's review.

Finally, UPM reserves the right to waive any of the objections it raises below.

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 1. | Gerard Laborde Exhibit 1 - Kenneth McEwen Exhibit 3 - Unigestions Holding, S.A.'s Answers and Objections to First (Revised) Interrogatories to Plaintiff | | | 401, 402, 403, 802 |
| 2. | Charles Castel Exhibit 1 - Kenneth McEwen Exhibit 1 - Plaintiff's Disclosure of Expert Witnesses Pursuant to Fed. R. Civ. P. 26(a)(2) - dated September 27, 2021 | | | 401, 402, 403, 404, 702, 802 |
| 3. | CV - Ken McEwen | | | 401, 402, 403, 702 |
| 4. | Charles Castel Exhibit 3 - Philip Cross Exhibit 1 - Plaintiff's Disclosure of Rebuttal Expert Witnesses and Rebuttal Reports dated 10-8-21 | | | 401, 402, 403, 404, 702, 802 |
| 5. | CV - Charles Castel | | | 401, 402, 403, 702 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 6. | DE 265 - Declaration of G. Laborde ISO Plaintiff's Motion for Summary Judgment Re: Counterclaims (with exhibits) | | | 401, 402, 403, 802 |
| 7. | Baltazar Ruiz Exhibit 1 - UPM 30(b)(6) Exhibit 25 - UPM's Shipping Standard Operating Procedure | | | 401, 402, 403, 404 |
| 8. | Baltazar Ruiz Exhibit 2 - UPM 30(b)(6) Exhibit 24 - Email dated 11-1-12 from B. Ruiz to D. Johnson & D. Tran | | | 401, 402, 403, 404 |
| 9. | Email dated 11-1-12 from B. Ruiz to M. Toro | | | 401, 402, 403, 404 |
| 10. | Email dated 1-10-15 from B. Chase to B. Ruiz | | | 401, 402, 403, 802 |
| 11. | Email dated 12-17-14 from B. Ruiz to A. Konstantinov | | | 401, 402, 403 |
| 12. | Email dated 11-28-14 from S. Spatar to J. Gosal | | | 401, 402, 403, 802 |
| 13. | Email dated 9-27-14 from J. Kohn to G. Alvarez | | | 403, 802 |
| 14. | Email dated 9-15-14 from G. Alvarez to Jack;Sales | | | 401, 402, 403, 802 |
| 15. | Email dated 9-14-14 from B. Ruiz to Jack | | | 401, 402, 403 |
| 16. | Email dated 9-3-14 from B. Ruiz to M. Doan | | | 401, 402, 403 |
| 17. | Baltazar Ruiz Exhibit 11 - UPM 30(b)(6) Exhibit 36 - Email dated 8-26-14 from M. Doan to B. Ruiz | | | 401, 402, 403 |
| 18. | Video Vizion Card | | | 401, 402, 403, 802, 901, 1002 |
| 19. | Email dated 8-15-14 from K. Rohner to UPM.Shipments | | | 401, 402, 403, 404, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 20. | Baltazar Ruiz Exhibit 14 - UPM 30(b)(6) Exhibit 29 - DHL Shipping Label from B. Ruiz to J. Louis dated 8-13-14 with Certificate of Origin, and Commercial Invoice | | | 401, 402, 403, 404, 802 |
| 21. | Email dated 4-28-14 from J. Gutierrez to J. Kohn | | | 401, 402, 403, 802 |
| 22. | Email dated 4-26-14 from V. Kapustin to B. Ruiz | | | 401, 402, 403, 802 |
| 23. | Email dated 10-17-13 from B. Ruiz to B. Sanchez | | | 401, 402, 403, 404, 802 |
| 24. | Esther Machuca Exhibit 1 - Excel Spreadsheet | | | 401, 402, 403, 802 |
| 25. | Organizational Chart | | | 401, 402, 602, 802, 901 |
| 26. | Email dated 9-25-11 from D. Yannoucos to E. Machuca | | | 401, 402, 403, 802 |
| 27. | Email dated 9-27-11 from T. Giang to J. Flores | | | 802 |
| 28. | Email dated 12-6-11 from J. Gosal to E. Machuca | | | 401, 402, 403, 802 |
| 29. | Email dated 12-20-11 from E. Machuca to E. Illescas | | | 802 |
| 30. | Email dated 1-17-12 from V. Moscoso to E. Machuca | | | 802 |
| 31. | Email dated 2-15-12 from E. Machuca to E. Illescas | | | 802 |
| 32. | Email dated 2-29-12 from E. Machuca to J. Gosal | | | 802 |
| 33. | Esther Machuca Exhibit 10 - UPM 30(b)(6) Exhibit 16 - Email dated 3-16-12 from E. Machuca to G. Rubio | | | 802 |
| 34. | Unigestion Holdings's Updated Notice of Taking Deposition of Defendants Corporate Rep. - dated 10-24-21 | | | 401, 402, 403, 802 |
| 35. | Email dated 7-21-11 from J. Gosal to J. Kohn | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 36. | Email dated 8-4-11 from J. Gosal to J. Johnson | | | 401, 402, 403, 802 |
| 37. | Email dated 8-4-11 from J. Kohn to J. Gosal | | | 401, 402, 403, 802 |
| 38. | Email dated 8-11-11 from J. Gosal to Edgar | | | 401, 402, 403, 802 |
| 39. | Email dated 8-19-11 from D. Tran to J. Gospal | | | 401, 402, 403 |
| 40. | Email dated 8-26-11 from D. Tran to J. Gospal | | | 401, 402, 403 |
| 41. | Email dated 9-10-11 from D. Yannoucos to J. Gosal | | | 401, 402, 403, 802 |
| 42. | Email dated 9-21-11 from J. Gospal to K. Rohner | | | 401, 402, 403, 802 |
| 43. | Email dated 9-21-11 from K. Rohner to D. Tran | | | 401, 402, 403, 802 |
| 44. | Email dated 9-23-11 from D. Tran to S. Del Toro | | | 401, 402, 403, 404 |
| 45. | Email dated 10-28-11 from J. Gosal to V. Moscoso | | | 401, 402, 403, 802 |
| 46. | Email dated 11-2-11 from S. Spatar to J. Gosal | | | 401, 402, 403, 802 |
| 47. | Email dated 11-29-11 from J. Gosal to V. Moscoso[1] | | | 401, 402, 403, 802 |
| 48. | Email dated 6-10-14 from M. Baker to D. Tran | | | 401, 402, 403, 802 |
| 49. | Email dated 5-14-12 from G. Morales to K. Rohner | | | 401, 402, 403, 802 |
| 50. | Email dated 8-7-12 from J. Gosal to G. Morales | | | 401, 402, 403, 802 |
| 51. | Email dated 12-2-11 from J. Gosal to T. Allen | | | 401, 402, 403, 802 |
| 52. | Email dated 12-22-11 from D. Tran to L. Lhernitte | | | 401, 402, 403 |
| 53. | Email dated 2-13-12 from D. Kunilov to J. Gosal | | | 401, 402, 403, 802 |
| 54. | Email dated 3-21-12 from D. Floeckinger to D. Tran | | | 401, 402, 403, 802 |

---

[1] This email appears to be from J. Gosal to D. Johnson, not to V. Moscoso.

Page 7 – DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
EXHIBIT LIST AND EXHIBITS
UPM-L1\00626526.000

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 55. | Email dated 5-9-12 from J. Gosal to D. Tran | | | 401, 402, 403, 802 |
| 56. | UPM's Write-off Authorization Form | | | 401, 402, 403, 602, 802, 901 |
| 57. | Email dated 4-15-14 from B. Tran to J. Gosal | | | 401, 402, 403 |
| 58. | Email dated 8-13-14 from T. Allen to M. Doan | | | 401, 402, 403, 404 |
| 59. | Email dated 4-26-14 from Wrangler1480 to V. Moscoso | | | 401, 402, 403, 802 |
| 60. | Email dated 5-7-14 from B. Sanchez to D. Teo | | | 401, 402, 403, 802 |
| 61. | Email dated 7-10-14 from J. Gosal to D. Johnson | | | 401, 402, 403, 404, 802 |
| 62. | Email dated 7-20-14 from V. Moscoso to D. Tran | | | 802 |
| 63. | Email dated 7-20-14 from G. Alvarez to D. Tran | | | 802 |
| 64. | Email dated 8-10-14 from D. Tran to D. Floeckinger | | | 401, 402, 403 |
| 65. | Email dated 12-10-14 from D. Johnson to B. Ruiz | | | 401, 402, 403, 404, 802 |
| 66. | Digicel Haiti - Roam Like You're Home Webpage dated 2-12-15 | | | 401, 402, 403, 802, 901 |
| 67. | Email dated 4-5-15 from A. Xela to D. Tran | | | 401, 402, 403, 404, 802 |
| 68. | Email dated 4-13-15 from A. Smith to D. Tran | | | 401, 402, 403, 404, 802 |
| 69. | CONFIDENTIAL - Response of UPM Technology, Inc. to Plaintiff's First Set of Interrogatories | | | 401, 402, 403, 404 |
| 70. | Email dated 4-13-15 from A. Smith to D. Tran | | | 401, 402, 403, 404, 802 |
| 71. | Letter dated 4-29-2016 from C. Hogan to K. Salyer | | | 401, 402, 403, 404, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 72. | CONFIDENTIAL - UPM Marketing Inc. Carrier Services Agreement | | | 401, 402, 403, 802 |
| 73. | CONFIDENTIAL - Telecommunications Services Agreement | | | 401, 402, 403 |
| 74. | FCC Consumer Guide - Cell Phone Fraud (last reviewed 4-21-20) | | | 401, 402, 403, 802 |
| 75. | DE 263 - Declaration of T. Allen ISO Individual Defendant's Motion for Summary Judgment | | | 401, 402, 403, 802 |
| 76. | Email dated 4-14-14 from T. Allen to O. Jimenez | | | 401, 402, 403, 404 |
| 77. | Email dated 5-26-14 from G. Morales to J. Gosal | | | 401, 402, 403, 404, 802 |
| 78. | Email dated 7-18-14 from T. Allen to NOC@UPMtelecom | | | 401, 402, 403, 404 |
| 79. | Email dated 8-4-14 from P. Claassen to B. Ruiz | | | 401, 402, 403, 404 |
| 80. | Email dated 8-18-14 from T. Allen to UPM.Shipments | | | 401, 402, 403, 404 |
| 81. | Email dated 9-9-14 from G. Morales to B. Ruiz | | | 401, 402, 403, 404, 802 |
| 82. | DE 104-1-Exhibit A to 2nd Complaint | | | 401, 402, 403, 802 |
| 83. | DE 104-2-Exhibit B to 2nd Complaint | | | 401, 402, 403, 802 |
| 84. | DE 104-3-Exhibit C to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 85. | DE 104-4-Exhibit D to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 86. | DE 104-5-Exhibit E to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 87. | DE 104-6-Exhibit F to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 88. | DE 104-7-Exhibit G to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 89. | DE 104-8-Exhibit H to 2nd Complaint | | | 401, 402, 403, 404, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 90. | DE 104-9-Exhibit I to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 91. | DE 104-10-Exhibit J to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 92. | DE 104-11-Exhibit K to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 93. | DE 104-12-Exhibit L to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 94. | DE 104-13-Exhibit M to 2nd Complaint | | | 401, 402, 403, 404, 802 |
| 95. | Email dated 8-25-14 Re: Invoice that was sent with Haiti GWs | | | 401, 402, 403, 802 |
| 96. | Video Vizion Report | | | 401, 402, 403, 404, 802 |
| 97. | Email dated 8-6-14 Re: Haiti recharges wrong amount | | | 401, 402, 403, 802 |
| 98. | Email dated 8-6-14 Re: Haiti recharges wrong amount | | | 401, 402, 403, 802 |
| 99. | Email dated 9-15-14 Re: UPM-HT Digicel ABR 0-1 % | | | 401, 402, 403, 802 |
| 100. | Shipping SOP | | | 401, 402, 403, 404, 802 |
| 101. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | | | 401, 402, 403, 802 |
| 102. | Email dated 8-15-14 Re: [#UPM- 000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | | | 401, 402, 403, 404 |
| 103. | Video Vizion Photo | | | 401, 402, 403, 404, 602, 802, 901 |
| 104. | Email dated 8-15-14 Re: Fwd: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | | | 401, 402, 403, 404 |
| 105. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | | | 401, 402, 403 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 106. | Email dated 8-29-11 Re: IMPORTANT: EMIDA 5 DIDNT GO THROUGH Re: 8 DIGICEL HAITI  EMIDA-Recharge with $10.00 Aug 29th by dEIBY | | | 401, 402, 403 |
| 107. | Email dated 12-17-14 Re: Gateway configuration for incoming calls termination | | | 401, 402, 403, 802 |
| 108. | Email dated 8-5-14 Re: [Prepay Nation] Re: Haiti Mobile Digicel - Receiving 937.00 HTG instead of 1000 HTG | | | 401, 402, 403, 802 |
| 109. | Email dated 7-21-14 Re: Haiti sims | | | 401, 402, 403, 802 |
| 110. | Email dated 12-17-14 Re: Gateway configuration for incoming calls termination | | | 401, 402, 403, 802 |
| 111. | Email dated 8-12-11 Re: Haiti Digicel tarifas | | | 401, 402, 403, 802 |
| 112. | Email dated 4-19-11 Re: [iQsim] T#27857< WEB>Sim Array and DB Problem | | | 401, 402, 403, 802 |
| 113. | Email dated 2-21-12 Re: Discrepancies SIM REPORT HAITI. | | | 401, 402, 403, 802 |
| 114. | Sim Report | | | 401, 402, 403, 802 |
| 115. | Email dated 2-28-12 Re: Discrepancies HAITI Report | | | 401, 402, 802 |
| 116. | SIM Report | | | 401, 402, 403, 802 |
| 117. | Email dated 11-16-11 Re: puertos digicel haiti | | | 401, 402, 403, 802 |
| 118. | Email dated 9-12-14 RE: Haiti Natcom-Digicel/ UPDATE | | | 401, 402, 403, 802 |
| 119. | Email dated 5-9-14 Re: Sim batches -vendor add | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 120. | Email dated 12-11-11 Re: HAITI DIGICEL | | | 401, 402, 403, 802 |
| 121. | Email dated 12-12-11 Re: Sim Report Haiti Digicel. | | | 401, 402, 403, 802 |
| 122. | SIM Report | | | 401, 402, 403, 802 |
| 123. | Email dated 3-5-12 Re: Digicel Haiti - | | | 401, 402, 403, 802 |
| 124. | Email dated 4-15-14 Re: New Vendor - Haiti | | | 401, 402, 403, 802 |
| 125. | Email dated 12-30-14 Re: Top up rates - December 30 2014 - Haiti reseller discount | | | 401, 402, 403, 802 |
| 126. | Email dated 7-9-14 Re: Purchase Order Voided | | | 401, 402, 403, 802 |
| 127. | Email dated 9-28-14 Re: Top up rates - September 28 2014 - Haiti | | | 401, 402, 403, 802 |
| 128. | Email dated 4-15-14 Re: New Vendor - Haiti | | | 401, 402, 403, 802 |
| 129. | Email dated 4-15-14 Re: New Vendor - Haiti | | | 401, 402, 403, 802 |
| 130. | Email dated 6-3-14 Re: Tracking Shipment 2 Gw's 8 ports to Haiti Outger | | | 401, 402, 403, 404, 802 |
| 131. | Email dated 7-10-14 Fwd: - Haitian escapade | | | 401, 402, 403, 404, 802 |
| 132. | Email dated 5-29-14 Re: Documenting Outger Maceus Sim status | | | 401, 402, 403, 802 |
| 133. | Email dated 3-11-15 Re: Haiti digicel | | | 401, 402, 403, 802 |
| 134. | Email dated 8-5-14 Re: [Prepay Nation] Haiti Mobile Digicel - Receiving 937.00 HTG instead of 1000 HTG | | | 401, 402, 403, 802 |
| 135. | Email dated 7-21-11 Re[4]: Project POs paid in Guatemala | | | 401, 402, 403, 802 |
| 136. | Email dated 7-7-15 Re: Jean Louis Samuel 2014 Balance - Write off | | | 401, 402, 403, 802 |

Page 12 – DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
EXHIBIT LIST AND EXHIBITS
UPM-L1\00626526.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 137. | Write Off Authorization Form | | | 401, 402, 403 |
| 138. | Email dated 8-25-14 Re: [#UPM- 000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | | | 401, 402, 403, 404, 802 |
| 139. | Email dated 4-14-14 Re: Recharge Haiti | | | 401, 402, 403, 802 |
| 140. | Email dated 4-15-14 Re: New Vendor - Haiti | | | 401, 402, 403, 802 |
| 141. | Email dated 8-13-14 Fwd: Wire Transfer Request for Haiti | | | 401, 402, 403, 802 |
| 142. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | | | 401, 402, 403, 802 |
| 143. | Email dated 8-13-14 FW: Wire Transfer Request for Haiti | | | 401, 402, 403, 802 |
| 144. | Email dated 10-19-11 Re HAITI DIGICEL | | | 401, 402, 403, 802 |
| 145. | Documenting SIM Card Blocking (Spanish) | | | 401, 402, 403, 802 |
| 146. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | | | 401, 402, 403 |
| 147. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | | | 401, 402, 403 |
| 148. | Email dated 4-26-14 Re: Haiti Digicel new setup | | | 401, 402, 403, 802 |
| 149. | Email dated 4-25-14 Re: Haiti Digicel new setup | | | 401, 402, 403 |
| 150. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | | | 401, 402, 403, 802 |
| 151. | Email dated 9-12-14 Fwd: Haiti Natcom-Digicel/ UPDATE | | | 401, 402, 403, 802 |
| 152. | Email dated 8-11-11 Re: SIM Cards (Digicel) | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 153. | Email dated 10-4-16 Fwd: Digicel FX Rates - October | | | 401, 402, 403, 802 |
| 154. | Email dated 11-16-11 Re: 40 HAITI DIGICEL UPM Scratch Pins x 2.5 Nov 16 by DEIBY | | | 401, 402, 403 |
| 155. | Email dated 11-9-11 RE: shipment GT to Haiti 1 teles IGate 13-oct- 2011 | | | 401, 402, 403, 404, 802 |
| 156. | NOC Org chart 2015 attachment | | | 401, 402, 403, 802 |
| 157. | NOC Org chart 2015 attachment | | | 401, 402, 403, 802 |
| 158. | NOC Org chart 2015 attachment | | | 401, 402, 403, 404, 802 |
| 159. | Email dated 11-8-11 RE: shipment GT to Haiti 1 teles IGate 13-oct- 2011 | | | 401, 402, 403, 404, 802 |
| 160. | Email dated 9-21-11 Re: 300 pins Digicel Haiti $2.50 entered 5-sep- 2011 | | | 401, 402, 403, 802 |
| 161. | Add HT-US-02-#T00344 to production | | | 401, 402, 403 |
| 162. | Email dated 11-7-11 Re: shipment GT to Haiti 1 teles IGate 13-oct- 2011 | | | 401, 402, 403, 404, 802 |
| 163. | Email dated 8-25-14 Re: Invoice that was sent with Haiti GWs | | | 401, 402, 403, 404, 802 |
| 164. | Haiti Traffic Report | | | [no copy provided] |
| 165. | Haiti Traffic Report | | | 401, 402, 403 |
| 166. | Email dated 8-19-20 Re: Haiti - Voice traffic reports | | | 403, 802 |
| 167. | Email dated 12-17-14 Fwd: Re: Gateway configuration for incoming calls termination | | | 401, 402, 403, 802 |
| 168. | Haiti Traffic Report | | | 401, 402, 403 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 169. | Email dated 8-26-14 Fwd: 1st gw installed in Haiti | | | 401, 402, 403, 802 |
| 170. | NOC Org Chart | | | 401, 402, 403, 802 |
| 171. | Email dated 9-19-11 RE: Sims/Pins Haiti | | | 401, 402, 403, 802 |
| 172. | Email dated 9-19-11 RE: Sims/Pins Haiti | | | 401, 402, 403, 802 |
| 173. | Email dated 7-3-14 RE: Prepaynation Debit advice; Sales Invoice # 72942  - Invoice Dispute | | | 401, 402, 403, 802 |
| 174. | Usage report | | | 403, 802, 901 |
| 175. | Email dated 12-8-14 Fwd: NOC Org chart 2015 | | | 401, 402, 403, 802. 901 |
| 176. | Email dated 7-7-14 RE: Prepaynation Debit advice; Sales Invoice # 72942  - Invoice Dispute | | | 401, 402, 403, 802 |
| 177. | Usage report | | | 403, 802, 901 |
| 178. | Email dated 5-29-15 Re: Haiti: Senator Steven Benoit | | | 401, 402, 403, 802 |
| 179. | Email dated 4-14-14 Re: Recharge Haiti | | | 401, 402, 403, 802 |
| 180. | Usage report | | | 403, 802, 901 |
| 181. | Email dated 10-25-12 Re: Project Manager Vendor & Country List | | | 401, 402, 403, 802 |
| 182. | Email dated 8-10-11 Re: Install GW Haiti | | | 401, 402, 403 |
| 183. | Email dated 7-21-14 Re: Haiti - Status | | | 403, 802 |
| 184. | Email dated 5-4-15 Re: mistakes in Haiti | | | 403 |
| 185. | Email dated 7-20-14 Re: Haiti - Status | | | 403 |
| 186. | Email dated 8-10-11 Re: Install GW Haiti | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 187. | Email dated 8-31-11 Re: New Loc Haiti 3 - Install/config | | | 401, 402, 403, 802 |
| 188. | Email dated 7-20-14 re: Haiti - Status | | | 401, 402, 403, 802 |
| 189. | Email dated 8-31-11 Re: New Loc Haiti 3 - Install/config | | | **[DESCRIPTION WRONG]** 401, 402, 403, 802 |
| 190. | Email dated 4-13-12 Re: GWs in Haiti | | | 403, 802 |
| 191. | Email dated 2-13-15 Re: Haiti | | | 802 |
| 192. | Email dated 11-16-11 Re: UPS purchase for test Haiti | | | 401, 402, 403, 802 |
| 193. | Email dated 11-28-14 Re: Development list | | | 401, 402, 403 |
| 194. | Email dated 8-10-11 Re: Install GW Haiti | | | 401, 402, 403, 802 |
| 195. | Email dated 7-21-14 Re: Haiti - Status | | | 401, 402, 403, 802 |
| 196. | Email dated 2-19-16 Re: Haiti 2014 | | | 403, 802 |
| 197. | Diagram | | | **[DESCRIPTION WRONG]** 401, 402, 403, 802 |
| 198. | Email dated 1-14-16 Re: Article "How to find Termination providers | | | 401, 402, 403, 802 |
| 199. | Email dated 6-18-14 Re: Haiti low capacity | | | 401, 402, 403, 802 |
| 200. | Email dated 5-28-14 Re: Haiti low cap | | | 401, 402, 403 |
| 201. | Email dated 8-3-11 Re: 1 HAITI - DIGICEL-EMIDA-Recharge-with $7.00 Aug 3 By Deiby | | | 401, 402, 403 |
| 202. | Email dated 5-28-14 Re: Haiti low cap | | | 401, 402, 403, 802 |
| 203. | Email dated 5-28-14 Re: Haiti low cap | | | 401, 402, 403 |
| 204. | Email dated 9-8-14 Re: Haiti message | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 205. | Email dated 11-18-11 Re: Fwd: Voila Haiti outage | | | 401, 402, 403, 802 |
| 206. | Email dated 9-27-14 Re: Haiti Digicel Mobile | | | 401, 402, 403, 802 |
| 207. | Email dated 8-5-14 Re: Haiti recharges wrong amount | | | 401, 402, 403, 802 |
| 208. | Email dated 12-16-11 Re: 2 DIGICEL HAITI - TEST-Recharge with$8.00 Dec 16 by dEIBY | | | 401, 402, 403 |
| 209. | Email dated 10-9-13 Re: TransferTo - Digicel - Haiti - Quintuple (5x) Bubble - October 11-13  2013 | | | 401, 402, 403, 802 |
| 210. | Chart - EffDate 5-9-11 | | | 401, 402, 403, 802 |
| 211. | Chart - API Top up prices | | | 401, 402, 403, 802, 901 |
| 212. | Email dated 9-30-13 Re: TransferTo - Digicel - Haiti - Monday - Thursday Promotion | | | 401, 402, 403, 802 |
| 213. | Email dated 12-17-15 Re: Top up rates - December 17 2015 - Digicel prices and reseller discount | | | 401, 402, 403, 802, 901 |
| 214. | Chart - Top Up API Prices | | | 401, 402, 403, 802, 901 |
| 215. | Picture - EZEtop card (front) | | | 401, 402, 403, 602, 802, 901, 901 |
| 216. | Picture - EZEtop card (back) | | | 401, 402, 403, 602, 802, 901, 901 |
| 217. | Email dated 8-14-11 Re: Haiti first LOC install experience... | | | 401, 402, 403, 404, 802 |
| 218. | Chart - 10-6-14 | | | 401, 402, 403, 802, 901 |
| 219. | Email dated 5-9-12 Re: Haiti fiasco update. | | | 401, 402, 403, 404, 802 |
| 220. | Email dated 9-13-11 Re: shipment Teles GWs haiti | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 221. | Email dated 11-16-11 Re: Haiti weekly snapshot since Oct 1st | | | 401, 402, 403, 802 |
| 222. | Email dated 8-14-11 Re: Haiti first LOC install experience... | | | 401, 402, 403, 404, 802 |
| 223. | Email dated 8-18-11 Re: Haiti Install Experience.. Part II | | | 401, 402, 403, 404, 802 |
| 224. | Email dated 8-9-11 Re: I have shared an Evernote notebook with you | | | 401, 402, 403, 802 |
| 225. | Email dated 9-20-11 Re: Haiti rates | | | 401, 402, 403, 802 |
| 226. | Email dated 11-20-11 Re: Hait Digicell route not working - all 34s | | | 401, 402, 403, 802 |
| 227. | Email dated 2-28-12 Re: updated | | | 401, 402, 403, 802 |
| 228. | Table - Haiti Comcel | | | 401, 402, 403, 802 |
| 229. | Email dated 4-29-14 Re: Fwd: Haití | | | 401, 402, 403, 802 |
| 230. | Email dated 5-15-14 Re: Fwd: DIGICEL HAITI TRIPLE BUBBLE weekend + Free Intl calls to USA/Canada | | | 401, 402, 403, 802 |
| 231. | Flyer - Digicel top up (Creole) | | | 401, 402, 403, 602, 802, 901, 901 |
| 232. | Flyer - Digicel top up (English) | | | 401, 402, 403, 602, 802, 901, 901 |
| 233. | Email dated 8-19-11 Re: Haiti | | | 401, 402, 403, 802 |
| 234. | Email dated 11-20-11 Re: Hait Digicell route not working - all 34s | | | 401, 402, 403, 802 |
| 235. | Email dated 8-11-11 Re: internet Service | | | 401, 402, 403, 802 |
| 236. | Email dated 9-20-11 Re: Haiti rates | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 237. | Table - IMSI - 4-30-14 - 6-20-14 | | | 403 |
| 238. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 239. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 240. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 241. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 242. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 243. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 244. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 245. | CONFIDENTIAL - UPM Technology Inc. Invoices | | | 401, 402, 403 |
| 246. | CONFIDENTIAL - Tata Communications - Calendar Year 2015 | | | 401, 402, 403, 802, 901 |
| 247. | CONFIDENTIAL - Tata Communications - Clarification of Supplier Rate Contact Information Form - 4-5-17 | | | 401, 402, 403, 802, 901 |
| 248. | CONFIDENTIAL - Letter from R. Miller | | | 401, 402, 403, 802, 901 |
| 249. | CONFIDENTIAL - Tata Communications - Clarification of Supplier Rate Contact Information Form - 1-13-15 | | | 401, 402, 403 |
| 250. | CONFIDENTIAL - Tata Communications - Telecommunication Services Agreement - 2-4-11 | | | 401, 402, 403, 802, 901 |
| 251. | CONFIDENTIAL - Letter from R. Miller dated 7-1-14 | | | 401, 402, 403, 802, 901 |
| 252. | Email dated 1-18-12 from D. Martin to NOC GT | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 253. | Email dated 12-30-11 from D. Martin to V. Moscoso | | | 401, 402, 403, 802 |
| 254. | Email dated 1-16-12 from D. Martin to NOC GT | | | 401, 402, 403, 802 |
| 255. | Small tools: Caller (2013) (bates no.: UPM014802-UPM014803, other pages redacted) | | | 401, 402, 403, 602, 802, 901, 901 |
| 256. | List of new tools and significant features implemented in 2015 (bates no.: UPM14822-UPM14823, other pages redacted) | | | 401, 402, 403, 602, 802, 901 |
| 257. | Caller (2013) (bates no.: UPM014833-UPM014834, other pages redacted) | | | 401, 402, 403, 602, 802, 901 |
| 258. | Update on Pending Projects - 9-26- 11 (bates no.: UPM014868 redacted) | | | 401, 402, 403, 602, 802, 901 |
| 259. | Email dated 7-1-14 from V. Moscoso to admin gt | | | 401, 402, 403, 802 |
| 260. | Table - Vendor: Outger Maceus: May & June 2014 (bates no.: UPM015032-UPM015033, other pages redacted) | | | 401, 402, 403 |
| 261. | Table - Vendor: Wakenson Louis: April & May 2014 (bates no.: UPM015057-UPM015058, other pages redacted) | | | 401, 402, 403 |
| 262. | Table - Vendor: Outger Maceus: May, June, & July 2014 (bates no.: UPM015076-UPM015077, other pages redacted) | | | 401, 402, 403 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 263. | Table - Vendor: Wakenson Louis: April, May, June & July 2014 (bates no.: UPM015110- UPM01511, other pages redacted) | | | 401, 402, 403 |
| 264. | Email dated 6-4-14 Re: Jesse and Victor May 2014 Pending Sims & Pins | | | 401, 402, 403, 802 |
| 265. | Email dated 7-24-14 Re: Cross border top-ups/recharges (PrepaidUnion.com) | | | 401, 402, 403, 802 |
| 266. | Email dated 5-29-14 Re: Thursday Case Wells Fargo Project payments | | | 401, 402, 403, 802 |
| 267. | Email dated 8-14-14 Re: Lema Mamo & Jean Louis Samuel Confirmation 08/14/14 | | | 401, 402, 403, 802 |
| 268. | Table - Vendor: Jean Louis Samuel dated 8-14-14 (bates no.: UPM016639- UPM016640, other pages redacted) | | | 401, 402, 403 |
| 269. | Email dated 7-24-14 Re: Cross border top-ups/recharges (PrepaidUnion.com) | | | 401, 402, 403, 802 |
| 270. | Email dated 9-20-11 Re: update on all pending projects | | | 401, 402, 403, 802 |
| 271. | Email dated 11-10-14 Re: FW: On Hold Projects | | | 401, 402, 802 |
| 272. | Notes - October 12, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 273. | Notes - December 16, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 274. | Notes - November 21, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 275. | Notes - October 31, 2011 | | | 401, 402, 403, 602, 802, 901 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 276. | Notes - August 17, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 277. | Notes - November 2, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 278. | Notes - December 28, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 279. | Notes - December 7, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 280. | Notes - November 16, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 281. | Notes - December 9, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 282. | Notes - August 31, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 283. | Notes - September 21, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 284. | Notes - September 23, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 285. | Notes - December 21, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 286. | Notes - October 24, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 287. | Notes - November 4, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 288. | Notes - December 19, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 289. | Notes - August 29, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 290. | Notes - August 24, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 291. | Notes - October 17, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 292. | Notes - October 5, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 293. | Notes - November 18, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 294. | Notes - October 3, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 295. | Notes - September 19, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 296. | Notes - September 16, 2011 | | | 401, 402, 403, 602, 802, 901 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 297. | Notes - November 30, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 298. | Notes - October 10, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 299. | Notes - August 22, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 300. | Notes - October 26, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 301. | Notes - November 23, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 302. | Notes - December 5, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 303. | Notes - December 2, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 304. | Notes - November 28, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 305. | Notes - September 12, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 306. | Notes - September 26, 2011 | | | 401, 402, 403, 602, 802, 901 |
| 307. | Email dated 3-31-15 Re: It's me....the guy in Gmala | | | 401, 402, 403 |
| 308. | Email dated 8-4-11 Re: Haiti - Auth | | | 401, 402, 403, 404 |
| 309. | Email dated 3-29-15 Re: Fwd: Time to answer your questions | | | 401, 402, 403, 404 |
| 310. | Email dated 3-30-15 Re: It's me....the guy in Gmala | | | 401, 402, 403, 404 |
| 311. | Email dated 3-31-15 Re: It's me....the guy in Gmala | | | 401, 402, 403, 404 |
| 312. | Email dated 11-10-14 Re: On Hold Projects | | | 401, 402, 403, 802 |
| 313. | Email dated 8-22-14 Re: Agreement. | | | 401, 402, 403, 802 |
| 314. | Email dated 1-27-15 from J. Kohn to D. Tran | | | 401, 402, 403, 802 |
| 315. | Email dated 11-10-14 Re: On Hold Projects | | | 401, 402, 403, 802 |
| 316. | CONFIDENTIAL - Communication from D. Flockinger to D. Tran | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 317. | Email dated 5-28-14 Re: POs details - week: 26/5 to 1/6 | | | 401, 402, 403, 802 |
| 318. | Email dated 7-9-14 Re: POs details - week: 07 to 13/06 | | | 401, 402, 403, 802 |
| 319. | Email dated 7-16-14 Re: POs details - week: 14 to 20/07 | | | 401, 402, 403, 802 |
| 320. | Email dated 7-24-14 Re: POs details - week: 1 to 27/07 | | | 401, 402, 403, 802 |
| 321. | Email dated 2-6-12 from K. Herrera to J. Gosal | | | 401, 402, 403, 802 |
| 322. | Table - 01/2012 - 04/2012 Haiti Digicel Gross Profit & Weekly Gross | | | 403 |
| 323. | Email dated 8-15-11 Re: Haiti first LOC install experience... | | | 401, 402, 403, 802 |
| 324. | Email dated 10-24-11 Re: Summary Pnm, Haiti | | | 401, 402, 403, 802 |
| 325. | Document Placeholder - [20161202010417583][GBR_VZB-USA_UPM][PL][USD][UK UPM PRM USD][1]FinalPL.xIsx | | | **[NO DOCUMENT INCLUDED]** |
| 326. | Email dated 11-16-11 Re: Digicel ports Haiti | | | 401, 402, 403, 802 |
| 327. | Certificate and translated Email dated 11-16-11 Re: Digicel ports Haiti | | | 401, 402, 403, 802 |
| 328. | Certificate and translated Email dated 12-11-11 Re: HAITI DIGICEL | | | 401, 402, 403, 802 |
| 329. | Certificate and translated Email dated 11-16-11 Re: Digicel ports Haiti | | | 401, 402, 403, 802 |
| 330. | Certificate and translated Email dated 10-19-11 Re: Digicel ports Haiti | | | 401, 402, 403, 802 **[WRONG DESCRIPTION]** |
| 331. | Certificate and translated document to Email dated 10-19-11 Re: Digicel ports Haiti | | | 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 332. | termes et conditions -service prepaye Digicel-sept 2015 | | | 401, 402, 403, 802 |
| 333. | CONTRAT PapPadap | | | 401, 402, 403, 802 |
| 334. | Contract de Cabanet Cyber Cafe | | | 401, 402, 403, 802 |
| 335. | Contrat Digikiosk | | | 401, 402, 403, 802 |
| 336. | Lettre Conatel à Mark Shield - 5 Fev. 2015 | | | 401, 402, 403, 404, 802 |
| 337. | Certificate of Translation – Terms and Conditions (translation of exhibit 334) | | | 401, 402, 403, 802 |
| 338. | Certificate of Translation – Distribution Contract for Electronic Recharge (translation of exhibit 335) | | | 401, 402, 403, 802 |
| 339. | Certificate of Translation – Contract Validation Form (translation of Exhibit 336) | | | 401, 402, 403, 802 |
| 340. | Certificate of Translation – Contract - Unigestion Holdings S.A. and Digicel (translation of exhibit 337) | | | 401, 402, 403, 802 |
| 341. | Certificate of Translation – Conatel Letter to Mark Shield (translation of exhibit 338) | | | 401, 402, 403, 404, 802 |
| 342. | DE 240 - Declaration of D. Tran ISO Motion for Leave to Add Affirmative Defenses | | | 401, 402, 403, 802 |
| 343. | DE 256 - Declaration of B. Tran as CEO of UPM ISO UPM's Motion for Summary Judgment | | | 802 |
| 344. | DE 260 - Declaration of B. Ruiz ISO Defendant UPM's Motion for Summary Judgment | | | 401, 402, 403, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 345. | DE 261 - Declaration of B. Sanchez ISO Defendant's Motion for Summary Judgment | | | 401, 402, 403, 802 |
| 346. | DE 262 - Declaration of Duy- Bruce-Tran ISO Individual Defendant's Motion for Summary Judgment | | | 401, 402, 403, 802 |
| 347. | Figure 4 of K. McEwen Expert Report - Example of Suspected UPM Deployment | | | 401, 402, 403, 702, 802 |
| 348. | Figure 1 of K. McEwen Expert Report: Traditional LCR SIMBank solution. | | | 401, 402, 403, 702, 802 |
| 349. | Figure 2 of K. McEwen Expert Report: Distributed SIMBank Solution. | | | 401, 402, 403, 702, 802 |
| 350. | Figure 3 of K. McEwen Expert Report: Distributed SIMBank Call Process | | | 401, 402, 403, 702, 802 |
| 351. | Fig. 2 of C. Castel Expert Report: Illustration of GSM Bypass Fraud | | | 401, 402, 403, 702, 802 |
| 352. | Fig. 7 of C. Castel Expert Report: Illustration of SIMBOX | | | 401, 402, 403, 702, 802 |
| 353. | Fig 1 of C. Castel Expert Report: Illustration of Normal course of operations vs VOIP and GSM Bypass fraud | | | 401, 402, 403, 702, 802 |
| 354. | Fig.3 of C. Castel Expert Report - Illustration of Bypass SIMBOX Fraud | | | 401, 402, 403, 702, 802 |
| 355. | Tab 1 of C. Castel Expert Report - Risks exposure to telecom fraud | | | 401, 402, 403, 702, 802 |
| 356. | Tab.2: of C. Castel Expert Report Digicel Bypass Damages Scenarios | | | 401, 402, 403, 702, 802 |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| EXH. NO. | DESCRIPTION | ADMIT | ADMIT FOR FOUNDATION ONLY | OBJECTION (APPLICABLE RULES) |
|---|---|---|---|---|
| 357. | GR1: of C. Castel Expert Report - Digicel financial losses due to Bypass | | | 401, 402, 403, 702, 802 |
| 358. | Tab.3: of C. Castel Report - Digicel Bypass losses | | | 401, 402, 403, 702, 802 |
| 359. | Tab. 4: of C. Castel Expert Report - Digicel Financial Info | | | 401, 402, 403, 702, 802 |
| 360. | CV - Philip Cross | | | 401, 402, 403, 702, 802 |
| 361. | | | | |
| 362. | | | | |
| 363. | | | | |
| 364. | | | | |
| 365. | | | | |
| 366. | | | | |
| 367. | | | | |
| 368. | | | | |
| 369. | | | | |

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

Page 27 – DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST AND EXHIBITS
UPM-L1\00626526.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I served the foregoing **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST AND EXHIBITS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   Telephone: (202) 973-4200
   *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236