**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

    Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>    Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS STATEMENTS** |

Defendants UPM Technology, Inc. and Bruce Tran (collectively, "UPM") object to Plaintiff, Digicel-Haiti's Lay Witness Statements (ECF #303) and Expert Witness Statements (ECF #304) as set forth herein, and in UPM's Motions *in Limine*, filed contemporaneously herewith.

First, the witness statements are not sufficiently specific to be "a fair narrative statement summarizing the substance of the testimony," and, for experts, "summarize in fair detail the substance of any opinions to be expressed by the expert witness …" .  ECF #191, ¶¶ B(1), C(1). For example, Digicel-Haiti states that Charles Castel "will testify regarding Digicel Haiti's damages," that Philip Cross "will testify regarding the legality ad [sic] international standard related to Bypass," and that Kenneth McEwen "will testify regarding the equipment [sic] technology used in Bypass Operations."[1]  These statements are vague, generic and superficial, and cannot conceivably be viewed as providing a summary "in fair detail" of the substance of the witnesses' proposed testimony.

Second, the proposed testimony from lay witnesses Maarten Boute and Gerard Pierre Laborde plainly contains inadmissible material, as set forth in UPM's Motions *in Limine* 2, 3, and 7. Specifically, the Lay Witness Statements include inadmissible hearsay testimony, barred by Federal Rule of Evidence ("Rule") 802; irrelevant testimony, barred by Rules 401 and 402; testimony which is prejudicial, confusing and misleading, barred by Rule 403; testimony to which the witnesses lack personal knowledge and are inadmissible legal conclusions, barred by Rule 602; improper character evidence, barred by Rule 404(b); and testimony which appears to be derived from documents which Digicel-Haiti intentionally refused to produce during discovery, which should be barred under Fed. R. Civ. Pro. 37(c).  Accordingly, UPM objects to the proposed testimony of Mr. Boute and Mr. Laborde to the extent that such testimony should be limited in accordance with UPM's Motions *in Limine.*

Similarly, UPM objects to the Expert Witness Statements of Messrs. Castel, Cross and McEwen for the reasons set forth in UPM's Motions *in Limine* 1, which, among other things,

---

[1] ECF #304, p 2.

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

moves that any testimony from these individuals be excluded under Rules 401, 402, 403, and 702. Moreover, as noted above, the Expert Witness Statements fail to provide a sufficiently detailed summary of the substance of the experts' opinions. Instead, Digicel-Haiti merely attached the experts' reports, in an attempt to "summarize" the experts' testimony. Accordingly, even if the Court did not exclude the experts, as requested by UPM, the Court should exclude all testimony of the expert witnesses which goes beyond the summaries – limited though they may be – set forth in the Expert Witness Statements (ECF #304).

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

Page 3 – DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS STATEMENTS
UPM-L1\00626580.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I served the foregoing **DEFENDANTS'
OBJECTIONS TO PLAINTIFF'S WITNESS STATEMENTS** on the following individuals by
electronic service to said individuals:

| | |
|---|---|
| Robert C.L. Vaughan | Anne M. Talcott |
| Cherine Smith Valbrun | Kathryn E. Kelly |
| Leah Storie | Schwabe, Williamson & Wyatt, PC |
| Kim Vaughan Lerner LLP | Pacwest Center |
| One Financial Plaza | 1211 SW 5th Ave., Suite 1900 |
| 100 SE Third Avenue • Suite 2001 | Portland, OR  97204 |
| Fort Lauderdale, FL 33394 | Email: atalcott@schwabe.com |
| Email: rvaughan@kvllaw.com | Email: kkelly@schwabe.com |
| Email: cvalbrun@kvllaw.com | |
| Email: lstorie@kvllaw.com | |

Dated: February 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants