**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC., *et al.***, <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST** |

Page 1 -    UNIGESTION'S RESPONSE TO DEFENDANTS'
             OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits the following Response to Defendants' Objections to Plaintiff's Exhibit List [**ECF 331**] ("Objections").

Digicel Haiti's exhibit list is voluminous because it was compiled in an abundance of caution and in consideration of the fact that the scope of this trial may vary widely depending on limitations set by the Court to uphold and enforce its order to bifurcate the counterclaims.  This issue combined with Defendants' overly narrow reading of the Court's order on the motions for summary judgment creates an uncertainty as to the scope of theories and defenses that will go before the jury.  [**ECF 294** at 31].  As explained across multiple filings, Digicel Haiti's interpretation of the Court's holding is that proving active concealment is not limited to dealing with Human Behavior Software ("HBS") and once these issues are resolved, t will set parameters for a fully informed 401 analysis of the existing exhibit list.  For these reasons, UPM's relevancy objections are premature.  Digicel Haiti believes that an extensive conference between the parties after the pretrial hearing and ruling on Defendants' Renewed Motion for Summary Judgment will resolve a multitude of these basic relevancy objections and issues.

Defendants' second general objection is related to what seems to be challenges to authentication and foundation for exhibits that are documents Defendants themselves produced and stipulated to their authenticity.  See ECF 299 at n. 2; Ruiz Dep. 298: 7 -11 (ECF 270-4, p. 12).  Defendants employ an overly narrow reading of the business record rule to argue that many of the documents are inadmissible hearsay.  This is an incorrect analysis where communications or documents created by Defendants or their employees or agents are not hearsay under 801(d)(2) – opposing party's statement.  If any documents are considered hearsay, they fit within the 803(6) exception as records of regularly conducted activity of a business because the exhibits are almost exclusively communications and reports between and among employees or agents of Defendants.  Defendants' hearsay objections are meritless.

Next, Defendants attack Digicel Haiti's expert documents.  A comprehensive response to

Page 2 -    UNIGESTION'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

this argument is provided in Plaintiff's Objections to Defendants' Motions in *Limine*.

Lastly, pursuant to the procedural rules set by the District, and this Court's pretrial procedure, Defendants' reservation of the right to launch new challenges to the exhibits seems counterproductive and unworkable. Digicel Haiti opposes Defendants' ability to assert new, never before disclosed objections to the exhibits after the close of this filing.

Dated this 7th day of March, 2022.

Respectfully submitted,

By:   *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email:  cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email:  lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900