**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorney for Plaintiff, Unigestion Holdings, S.A.,*
*a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC.,** *et al.*, <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS STATEMENTS** |

Page 1 -    UNIGESTION'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO PLAINTIFF'S WITNESS
STATEMENTS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits the following Response to Defendants UPM Technology, Inc.'s ("UPM") and Duy "Bruce" Tran's ("Tran") (collectively, "Defendants") Objections to Plaintiff's Witness Statements [**ECF 332**] ("Response"). This Response is supported by the record and the points and authorities below.

First, Defendants summarily complain that Digicel Haiti's witness statements are generally insufficient.  This complaint is unfounded, and Digicel Haiti's witness statements conform to the letter and intent of the Civil Trial Management Order [ECF 191] and all applicable rules. Defendants have full and fair notice regarding what each witness will testify to, and there are no witnesses listed who Defendants have not had the opportunity to depose.

Next, Defendants make generalized evidentiary objections that cannot form the necessary basis to exclude lay witnesses, particularly where those witnesses include Digicel Haiti's corporate representatives who have the most knowledge of the circumstances leading to the fraud claim at issue.  Defendants' summary regurgitation of the rules of evidence is not by itself a reasonable objection to the testimony of Mr. Boute and Mr. Laborde.  Defendants do not specify what about the proposed testimony raises issues of hearsay or inadmissible legal conclusions.  Further, Defendants will have the ability to make appropriate contemporaneous objections to testimony and evidence at trial.  The requested *in limine* exclusion of Plaintiff's corporate officers would constitute an extreme prejudice and a premature and impermissible abuse of the Court's discretion resulting in a restriction of Digicel Haiti's presentation of its claim.

Finally, Digicel Haiti addresses Defendants' late-filed challenges to its experts in its Objections to Defendants' *Motions in Limine*.  Digicel Haiti concedes that if the Court grants its Motions in *Limine* II, IV, V, VIII, and X regarding the permissible scope of Defendants' trial defenses, then one of Digicel Haiti's experts may not be required to testify.

Page 2 -    UNIGESTION'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO PLAINTIFF'S WITNESS
STATEMENTS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 7th day of March, 2022.

Respectfully submitted,

By:   *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email:  cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email:  lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

Page 3 -   UNIGESTION'S RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS STATEMENTS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900