**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| Plaintiff and Counterclaim Defendant, | |
| v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** |
| **UPM TECHNOLOGY, INC.,** *et al.*, | |
| Defendants and Counterclaim Plaintiffs. | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits the following Objections to Defendants' Proposed Voir Dire Questions [**ECF 326**] ("Objections"). Digicel Haiti objects to sections IV and V of Defendants' proposed *voir dire*.

Section IV seeks to elicit information regarding potential jurors' ties and familial connections to Haiti.  Although not directly asked, in practice these questions would likely result in the identification and  exclusion of jurors of Haitian nationality and other Caribbean nations.  Although Digicel Haiti does not believe this is Defendants' intent, this line of questioning would likely have the unintended impact of classifying and narrowing jurors by race or alienage.  On balance, this line of questioning creates more potential harm to the entire trial process while providing no conceivable benefit, and accordingly, the questions in Section IV should not be part of the *voir dire* in this trial.

Section V seeks information about the individual's internet usage.  Due to the pervasiveness of internet connectivity and usage, these questions would not aid in narrowing the pool of qualified potential jurors.  Because of their general vagueness and overbreadth, these questions serve only to preview Defendants' case in an effort to condition the jurors without no added legitimate benefit.  The questions outlined in Section V should not be part of the *voir dire* in this trial.

Page 2 -    UNIGESTION'S OBJECTIONS TO DEFENDANTS'
PROPOSED VOIR DIRE QUESTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 7th day of March, 2022.

Respectfully submitted,


By:    *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email:  cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email:  lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

Page 3 -    UNIGESTION'S OBJECTIONS TO DEFENDANTS'
PROPOSED VOIR DIRE QUESTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900