**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
*a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC., *et al.*,** <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTION TO DEFENDANTS' EXPERT WITNESS LIST AND STATEMENT** |

Page 1 -    UNIGESTION'S OBJECTIONS TO DEFENDANTS'
EXPERT WITNESS LIST AND STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits the following Response in Opposition to Defendants UPM Technology, Inc.'s ("UPM") and Duy "Bruce" Tran's ("Tran") (collectively, "Defendants") Expert Witness List [**ECF 321**] ("Response"). This Response is supported by the record and the points and authorities below.

## LEGAL ARGUMENT

Digicel Haiti previously filed a robust *Daubert* challenge to Defendants' Expert Joseph Gillan. [See ECF 280 and 288]. The Court deferred ruling on this challenge along with a ruling on Digicel Haiti's Motions for Summary Judgment related to Defendants' Counterclaims. [ECF 294]. In an attempt to backdoor Mr. Gillan's testimony *into the fraud case*, Defendants now seek to include him as an expert witness in their defense against Digicel Haiti's remaining fraud claim. This is nothing more than an effort to secure two bites at the apple. Consistent with Digicel Haiti's arguments that matters relating to FCC policy are irrelevant and should be excluded from the fraud trial and its *Daubert* motion, Digicel Haiti renews its prior challenges to Mr. Gillan's status as an expert and the relevance of his intended testimony to the sole remaining claim at this stage.

Mr. Gillan's opinions and proposed testimony are inadmissible as a matter of law and exceed the scope of permissible expert testimony. Furthermore, as Digicel Haiti explained in detail in its previously filed *Daubert* motion, Mr. Gillan's proposed expert testimony is unreliable under the *Daubert* standard, is not helpful to the trier of fact and should be excluded in its entirety. Should the court consider allowing Mr. Gillian to testify on any issues in this stage of the case, Digicel Haiti respectfully requests that the Court rule on the previously filed *Daubert* motion and exclude Mr. Gillan as an expert witness in this matter.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 7th day of March, 2022.

Respectfully submitted,

By:  *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email:  cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email:  lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900