**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
> *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
|     Plaintiff and Counterclaim Defendant, | |
|   v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST** |
| **UPM TECHNOLOGY, INC., *et al.***, | |
|     Defendants and Counterclaim Plaintiffs. | |

Page 1 -     UNIGESTION'S OBJECTIONS TO DEFENDANTS'
                    EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Pursuant to the Court's Civil Trial Management Order [ECF 191], Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits the following Objections to Defendants' Exhibit List [ECF 318] ("Objections").

| Exh # | Description | Offered | Received | Objections |
|---|---|---|---|---|
| 501. | Summary Chart: Minutes Completed by UPM and UPM Payments for Them | | | A, R, F, UP <br><br> Improper summary. |
| 502. | Summary Chart: Average Length of First Call Made by SIMs on Digicel-Haiti's Network | | | A, R, F, UP <br><br> Improper summary. |
| 503. | Summary Chart: 2011, 2014 Minutes and Recharges | | | A, R, F, UP <br><br> Improper summary. |
| 504. | 2011 to 2014 Minutes and Recharges by Month (Excel Spreadsheet) | | | A, R, F, UP |
| 505. | Composite: UPM Invoices for Recharges (2014) | | | A, R, F, H, UP |
| 506. | Illustrative Excerpt from UPM's CDR Database | | | A, R, F, UP <br><br> Incomplete |
| 507. | Joseph Gillan's CV | | | H, R |

*OBJECTIONS
A – Authentication Lacking (FRE 901)
R – Relevancy (FRE 401)
F – Foundation Lacking (FRE 602, 901)
H – Hearsay (FRE 801, 802)
UP – Unduly Prejudicial (FRE 403)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 7th day of March, 2022.

Respectfully submitted,


By:   _s/ Robert C.L. Vaughan_

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email:  cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email:  lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*


Page 3 -    UNIGESTION'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900