**Anne M. Talcott**, OSB #965325
Email:  atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email:  kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorney for Plaintiff, Unigestion Holdings, S.A.,*
> *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| Plaintiff and Counterclaim Defendant, | |
| v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' LAY WITNESS LIST AND STATEMENTS** |
| **UPM TECHNOLOGY, INC.,** *et al.*, | |
| Defendants and Counterclaim Plaintiffs. | |

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits the following Objections to Defendants' Lay Witness List [**ECF 319**] and Lay Witness Statements [**ECF 320**]("Objections").[1]

Digicel Haiti objects to the inclusion of Mr. Daniel Romero as a lay witness in this matter. According to Defendants' previous filings and witness statements, Mr. Romero worked in some capacity for UPM out of an office in Mexico. *See* UPM's Resps. To Pltfs Interrogs. at 2, attached as Ex. A to the Declaration of Anne M. Talcott, filed concurrently herewith; ECF 320.  In UPM's response to interrogatories served, Mr. Romero is the last person listed out of a group of 12 people included in its response.  *Id*.  In that filing, UPM states that "UPM understands Mr. Romero to be an independent contractor."   In Defendants' recent filed lay witness statement, Defendants represent Mr. Romero as an "employee/contractor located in Mexico."  ECF 320 at 8.  Defendants themselves obviously do not even fully understand Mr. Romero's position in their company, much less this litigation—or so it was intended for Digicel Haiti to believe.

Throughout this litigation, Defendants have vigorously contested any discovery related to UPM's activities, offices, and employees outside of the United States.  This is undoubtedly the reason Mr. Romero's name has only come up once before in Defendants' interrogatory answers. Digicel Haiti objects to Defendants now naming a foreign employee (or contractor) as one of their two lay witnesses, after essential discovery into issues regarding international offices has been foreclosed.  It appears that UPM does not even know Mr. Romero's employment status with the company, and therefore, it is hard to imagine that he has the requisite personal knowledge to testify to the issues presented in this case.  In fact, out of the tens of thousands of pages produced in this litigation, Mr. Romero's name only appears in 25 documents produced.  If he indeed is the most knowledgeable person within, or contracting for, UPM, it is hard to imagine that all responsive communications regarding Haiti were provided to Digicel Haiti.

---

[1] Digicel Haiti reserves the right at trial to make any applicable objections pursuant to the Federal Rules of Evidence in response to Defendants' proffered testimony.  Further, Digicel Haiti expressly objects to Defendants' attempt to reserve their right to add additional testimony not now included in their witness statements.

For the foregoing reasons, Digicel Haiti objects to Mr. Romero being allowed to testify as a lay witness in this matter and asks the Court to exclude his testimony. If the Court is inclined to allow Mr. Romero's testimony, Digicel Haiti respectfully requests that Defendants confirm that Mr. Romero was personally asked to produce documents consistent with the discovery taken in this matter and that those documents were provided to Digicel Haiti. Digicel Haiti also requests that the Court order Defendants make Mr. Romero available for deposition within the next two weeks.

Dated this 7th day of March, 2022.

Respectfully submitted,

By:   *s/ Robert C.L. Vaughan*

Anne Talcott, OSB #965325
Email: atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.796-2958

Robert C. L. Vaughan (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Cherine Smith Valbrun (*Pro Hac Vice*)
Email: cvalbrun@kvllaw.com
Leah B. Storie (*Pro Hac Vice*)
Email: lstorie@kvllaw.com
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*