**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

   Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>   Plaintiff & Counterclaim-Defendant, <br><br>   v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br>   Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON DEFENDANTS' REPLY IN SUPPORT OF MOTIONS *IN LIMINE*** <br><br> **EXPEDITED RULING REQUESTED** |

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7.1, the undersigned attorney hereby certifies that Defendants conferred with Plaintiff's counsel regarding this motion.  Plaintiff does not oppose this motion.

## MOTION

Defendants move the Court for an order allowing Defendants to file their Reply in Support of Motions *in Limine* in excess of the page limit.  The Civil Trial Management Order, which was entered in September 2019, sets a limit of "15 pages in length (preferably using 13-point font), unless prior court approval has been received." ECF 191 at 4.  UPM moves this Court to extend the page limit for such motions to 29 pages.  Plaintiff Digicel-Haiti does not oppose this motion.

The Court previously granted Defendants' unopposed motion to exceed the page limit for Defendants' Motions in *Limine*, setting the page limit at 33 pages.  ECF #316.  Defendants' Motions in Limine were ultimately 28 pages in length.  ECF #324.  Defendants' Motions in Limine included nine motions opposed by Plaintiff, each including authority and factual support, which simply could not be put before the Court within the page limit (despite counsels' best efforts to do so).  Defendants believe that, with the requested extension to 29 pages for Defendants' Reply, the parties can continue to aid the Court in deciding important issues, ultimately, to the jury's benefit.

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Kathryn P. Salyer, OSB #883017
Eleanor A. DuBay, OSB #073755
Blake Van Zile, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
Christopher W. Savage, D.C. Bar #362657
chrissavage@dwt.com
Telephone: (202) 973-4200
*(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

Page 2 – UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON DEFENDANTS' REPLY IN SUPPORT OF MOTIONS *IN LIMINE*
UPM-L1\00628380.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON DEFENDANTS' REPLY IN SUPPORT OF MOTIONS *IN LIMINE*** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants