**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff & Counterclaim-Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br> Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' LAY WITNESS LIST AND STATEMENTS** |

Page 1 – DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS,
S.A.'S OBJECTIONS TO DEFENDANTS' LAY WITNESS LIST AND STATEMENTS
UPM-L1\00628628.000

I, Christopher W. Savage, declare under penalty of perjury:

1.    I am an attorney at Davis Wright Tremaine LLP.  I am one of the attorneys representing the defendants in the above-captioned action.  I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein.  I am competent to testify if called to do so.

2.    I make this declaration in support of Defendants' Response to Plaintiff Unifestion Holdings, S.A.'s Objections to Defendants' Expert Witness List and Statements.

3.    Attached hereto as Exhibit 1 are true copies of the Responses of UPM Technology, Inc. to Plaintiff's First Set of Interrogatories, Interrogatory No. 1, together with the cover emails from February 17, 2020 and September 4, 2020.

4.    In September and October, 2021, the parties exchanged numerous emails regarding the scheduling of various depositions.  Upon request from counsel for Digicel-Haiti, I confirmed that Daniel Romero was available for a deposition and that it would be scheduled when Digicel-Haiti selected a date.  However, counsel for Digicel-Haiti did not select a date and did not further pursue a deposition of Mr. Romero.  Attached hereto as Exhibit 2 are several strings of emails from September-October, 2021 between counsel regarding the scheduling of the depositions.

5.    On October 25, 2021, I attended the deposition of Bruce Tran. Attached hereto as Exhibit 3 are the following pages from Mr. Tran's deposition transcript: 1-8, 77-80, and 245-246.

/ / /

/ / /

/ / /

/ / /

/ / /

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: March 14, 2022.

By:_____

Christopher W. Savage
Washington, DC

Page 3 – DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' LAY WITNESS LIST AND STATEMENTS
UPM-L1\00628628.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' LAY WITNESS LIST AND STATEMENTS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   Telephone: (202) 973-4200
   *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236