**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

     Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>    Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' EXPERT WITNESS LIST AND STATEMENTS** |

Defendants UPM and Bruce Tran ("UPM") included Joseph Gillan as an expert witness for trial. *See* ECF #321 (Expert Witness List) and ECF #322 (Expert Witness Statement). As explained in UPM's trial memorandum (ECF #323), if Roam Like You're Home ("RLYH") resale remains an issue in the case, then Mr. Gillan will testify that "in economic terms, Digicel-Haiti's prevention of RLYH resale by blocking UPM's SIMs is precisely the type of activity that the Federal Communications Commission's ("FCC") ban on resale restrictions is designed to, and has been applied to, prevent." ECF #323 at 10. Legally, this testimony is relevant and appropriate because if (as UPM argues) Digicel-Haiti did not have the legal right to ban UPM's resale of RLYH service (by cutting off UPM's SIMs), then even if UPM used human behavior software to manage its RLYH SIMs, that cannot have been active concealment, because it would not have prevented Digicel-Haiti from doing something it was otherwise legally entitled to do. Mr. Gillan's testimony goes directly to this point. It is being offered as part of UPM's defense against liability on Count I of Digicel-Haiti's claim of fraud by active concealment – the count relating to RLYH.

As the case proceeds, UPM also plans to present Mr. Gillan's testimony during the trial of its Communications Act counterclaim. In that context, his testimony will go towards establishing Digicel-Haiti's liability to UPM. Thus, while Mr. Gillan's testimony during both phases of the now-bifurcated case will be parallel, Digicel-Haiti is wrong to suggest that UPM is trying to "secure two bites at the apple." ECF #342. As the case has evolved and sharpened, it turns out that Mr. Gillan's testimony is relevant to both phases, and will be offered in both phases.

As to Digicel Haiti's farfetched claim that Mr. Gillan is not a qualified expert, UPM relies on its opposition to Digicel Haiti's motion to exclude Mr. Gillan. *See* ECF #280.

Dated: March 14, 2022.

TOMASI SALYER MARTIN
By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' EXPERT WITNESS LIST AND STATEMENTS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
  Kathryn P. Salyer, OSB #883017
  Eleanor A. DuBay, OSB #073755
  Blake Van Zile, OSB #184672
  ksalyer@tomasilegal.com
  edubay@tomasilegal.com
  bvanzile@tomasilegal.com
  Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
  Christopher W. Savage, D.C. Bar #362657
  chrissavage@dwt.com
  Telephone: (202) 973-4200
  *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236