**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

　　　　Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>　　　Plaintiff & Counterclaim-Defendant,<br><br>　　v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>　　　Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' PROPOSED *VOIR DIRE*** |

Page 1 – DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' PROPOSED *VOIR DIRE*
UPM-L1\00628594.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## I.    CONNECTIONS TO HAITI

Digicel-Haiti objects to UPM's suggested *voir dire* related to potential jurors' travel to, and family or business ties or connections to, Haiti. *See* ECF #340 at 2. Digicel-Haiti does not identify any substantive problems with these questions. Instead, it suggests that

> in practice these questions would likely result in the identification and exclusion of jurors of Haitian nationality and other Caribbean nations [and that] this line of questioning would likely have the unintended impact of classifying and narrowing jurors by race or alienage

*Id.* These concerns are entirely unwarranted. In proposing these questions, UPM had (and has) no intention to exclude jurors of Haitian or other Caribbean nationality. To the contrary, considering the demographics of the District of Oregon, in formulating these proposed questions, UPM viewed it to be unlikely that there will be any such potential jurors in the pool.[1] UPM's thinking was (and is) simply that if a potential juror indicates that they have traveled to Haiti, that they have family in Haiti, or that they have done business with people or companies in Haiti, some brief follow-up questions to identify the nature of those activities and contacts would be appropriate. Any decision about whether a juror's answers would warrant exclusion from the jury would be made on a case-by-case basis, depending on the answers. Indeed, without unduly speculating as to what potential jurors might report, UPM can easily imagine that Digicel-Haiti would be at least as likely as UPM to seek to exclude a juror with non-trivial travel or business experience in Haiti.

UPM requests that the Court set aside Digicel-Haiti's objection and include UPM's proposed questions about contacts with Haiti in *voir dire.*

## II.    EXPERIENCE WITH TECHNOLOGY, COMMUNICATIONS, AND THE INTERNET

Digicel-Haiti also objects to UPM's suggested *voir dire* asking about potential

---

[1] *See, e.g.,* data from the United States census: U.S. Census Bureau QuickFacts: Oregon

jurors' use of, experience with, and attitudes towards various technologies, including wireless telephones, smartphones, and the Internet. Here Digicel-Haiti's concern seems to be that UPM's proposed questions would "preview Defendant's case and … condition the jurors." ECF #340 at 2. These concerns, too, are unwarranted.

Odd as it may seem to technologically sophisticated people (such as counsel and the Court), a non-trivial portion of the population is not particularly "connected." For example, recent data suggests that roughly 8% of Oregonians lack broadband access to the Internet.[2] Indeed, viewed as a demographic group, "Oregonians without broadband" would be tied for second place in terms of the overall population.[3] Moreover, while UPM has not found state-by-state data, recent national-level data suggests that as many as 8% of senior citizens do not own a wireless phone at all, and nearly 40% of seniors do not own a smartphone.[4] Given the highly technological nature of the dispute in this case, it would be entirely legitimate for UPM to suggest that jurors with this type of limited experience with technology should be excused.

UPM's more specific proposed questions in this area are also entirely legitimate and appropriate. And, as with questions about connections to Haiti, the answers could be at least as interesting to Digicel-Haiti as to UPM. One can imagine a technologically sophisticated juror who regularly uses Internet calling apps being more likely to understand the idea of phone calls getting to Haiti via the Internet and thus less likely to be confused by the underlying facts of the case. UPM suggests that both UPM and Digicel-Haiti should welcome such jurors. On the other hand, depending on how a potential juror responds to UPM's proposed questions in this area, legitimate grounds for exclusion – by either party – could well arise.

---

[2] *See, e.g.,* The Decade in Broadband: 2020 Statistics & Predictions - BroadbandNow.com (showing 92% broadband penetration for Oregon).

[3] Compare *id.* with Census demographic data indicated in note 1, *supra.*

[4] *See* Demographics of Mobile Device Ownership and Adoption in the United States | Pew Research Center.

Page 3 – DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION
HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' PROPOSED
*VOIR DIRE*
UPM-L1\00628594.000

UPM's key goal in suggesting that these questions be included in *voir dire* is to identify potential jurors who might not be appropriate to serve in this technically complicated case. In addition, UPM's questions are intended to identify potential jurors' attitudes or experiences about communications and Internet technology that would warrant some follow-up questions and – depending on the answers – perhaps also warrant exclusion from the jury.

In these circumstances, UPM requests that the Court include its proposed *voir dire* regarding technology, communications, and the Internet. If the Court has any concerns about any specific proposed questions, UPM is prepared to discuss them at the pretrial conference.

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

Page 4 – DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION
HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' PROPOSED
*VOIR DIRE*
UPM-L1\00628594.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF UNIGESTION HOLDINGS, S.A.'S OBJECTIONS TO DEFENDANTS' PROPOSED *VOIR DIRE*** on the following individuals by electronic service to said individuals:

| | |
|---|---|
| Robert C.L. Vaughan | Anne M. Talcott |
| Cherine Smith Valbrun | Kathryn E. Kelly |
| Leah Storie | Schwabe, Williamson & Wyatt, PC |
| Kim Vaughan Lerner LLP | Pacwest Center |
| One Financial Plaza | 1211 SW 5th Ave., Suite 1900 |
| 100 SE Third Avenue • Suite 2001 | Portland, OR  97204 |
| Fort Lauderdale, FL 33394 | Email: atalcott@schwabe.com |
| Email: rvaughan@kvllaw.com | Email: kkelly@schwabe.com |
| Email: cvalbrun@kvllaw.com | |
| Email: lstorie@kvllaw.com | |

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants