**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff & Counterclaim-Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br> Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTIONS *IN LIMINE*** |

        I, Christopher W. Savage, declare under penalty of perjury:

Page 1 – UPM-L1\00628805.000

1.  I am an attorney at Davis Wright Tremaine LLP.  I am one of the attorneys representing the defendants in the above-captioned action.  I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein.  I am competent to testify if called to do so.

2.  I make this declaration in support of Defendants' Reply in Support of Motions *in Limine*.

3.  On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Maarten Boute. Attached hereto as Exhibit 1 is a true and correct copy of the following pages from the transcript of Mr. Boute's deposition: 1-8, 133-140, and 165-168.

4.  On October 13, 2021, I took the deposition of Kenneth McEwen. Attached hereto as Exhibit 2 is a true and correct copy of the following pages from the transcript of Mr. McEwen's deposition: 1-8, 125-128, and 165-166.

5.  Attached hereto as Exhibit 3 is a true and correct copy of the expert Report of Don J. Wood, dated September 27, 2021 and produced by Defendants UPM Technology, Inc.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: March 14, 2022.

By:_____

Christopher W. Savage
Washington, DC

Page 2 – UPM-L1\00628805.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTIONS *IN LIMINE*** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   Telephone: (202) 973-4200
   *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236