**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

  Of Attorneys for Defendants and
  Counterclaim Plaintiff

**Anne Talcott**
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

  Of Attorneys for Plaintiff and
  Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**,<br><br>  Plaintiff and Counter-Claim Defendant<br><br>  v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.*<br><br>  Defendants and Counter-Claim Plaintiffs | Case No. 3:15-CV-00185-SI<br><br><br>**JOINT STATUS REPORT** |

PAGE 1 - JOINT STATUS REPORT
UPM-L1\00628914.000

Pursuant to the Trial Management Order [ECF #191], Unigestion Holdings, S.A., dba Digicel-Haiti ("Digicel-Haiti") and UPM Technology, Inc. and Bruce Tran (collectively, "UPM") submit the following Joint Status Report.

### A.    Objection to Exhibits

The parties have not reached an agreement as to filed objections to exhibits.

### B.    Objections to Lay Witness List and Statements

The parties have not reached an agreement as to filed objections to lay witness lists and statements.

### C.    Objections to Expert Witness List and Statements

The parties have not reached an agreement as to filed objections to expert witness lists and statements.

### D.    Objections to Substantive Evidence Deposition Designations

The parties have not reached an agreement as to UPM's filed objections to Digicel-Haiti's proposed substantive evidence deposition designations.  UPM did not file any proposed substantive evidence deposition designations.

### E.    Objections to Motions in *Limine*

The parties have resolved objections to Digicel-Haiti's Motion in *Limine* Nos. 3 and 6, as stated in the pleadings.  The parties have agreed to UPM's Motion in *Limine* Nos. 10-15 (which are unopposed).  The parties have not reached an agreement as to the remaining objections to the motions in *limine* filed by either party.

### F.    Objections to Jury Instructions

UPM does not object to Digicel-Haiti's proposed 9th Circuit Model Instructions 1.12 (Direct and Circumstantial Evidence), 2.11 (Use of Interrogatories) and 2.12 (Use of Request for Admission) to the extent such documents are admitted as exhibits.

PAGE 2 - JOINT STATUS REPORT
UPM-L1\00628914.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Digicel-Haiti does not object to UPM's proposed 9th Circuit Model Instructions 1.8 (Two or More Parties—Different Legal Rights), 1.9 (What is Evidence), 1.10 (What is Not Evidence), 2.13 (Expert Opinion), 2.14 (Charts and Summaries Not Received in Evidence), 2.15 (Charts and Summaries Received in Evidence), 2.16 (Evidence in Electronic Format), and 3.2 (Consideration of Evidence).

The parties have agreed to the use of the following Oregon Uniform Court Jury Instructions (listed in numerical order), but the parties have not reached an agreement as to the modifications made by the parties to the Uniform Instructions, nor to the order in which the instructions should be provided: 14.01 (Burden of Proof); 14.02 (Preponderance of the Evidence); 14.03 (Clear and Convincing Evidence); 42.01 (Fraudulent Misrepresentation/Deceit/Fraud – General); 42.02 (Fraudulent Misrepresentation – Material); 42.05 (Fraudulent Misrepresentation – False Representation – Concealment); 42.10 (Fraudulent Misrepresentation – Burden of Proof); 42.11 (Fraudulent Misrepresentation – Burden of Persuasion – Damages) or 70.01 (Damages – Preliminary Instruction);[1] 75.02 (Punitive Damages – General).

Unless otherwise specified herein, the parties have not reached an agreement as to the remaining objections to the filed proposed jury instructions.

G.    **Objections to Verdict Form**

The parties have not reached an agreement as to the objections to the filed proposed verdict forms.

H.    **Objections to Proposed *Voir Dire* Questions**

UPM has no objections to Digicel-Haiti's proposed *voir dire* questions. Digicel-Haiti has no objections to UPM's proposed questions, except for the questions set forth in Section IV (questions 1-4) and Section V (questions 1-13). The parties have not

---

[1] Digicel-Haiti does not agree to duplicative instructions.

PAGE 3 - JOINT STATUS REPORT
UPM-L1\00628914.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

reached an agreement as to UPM's proposed *voir dire* questions in Section IV (questions 1-4) and Section V (questions 1-13).

Dated:  March 14, 2022.

Respectfully submitted,

| | |
|---|---|
| By:    /s/ Anne Talcott<br>Anne Talcott, OSB # 965325<br>Kathryn E. Kelly, OSB #175162<br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>1211 SW 5th Ave., Ste. 1900<br>Portland, OR  97204<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br>Email: atalcott@schwabe.com<br>        kkelly@schwabe.com<br><br>*Attorneys for Plaintiff* | By:    /s/ Robert C. L. Vaughn<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>KIM VAUGHAN LERNER LLP<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:    (954) 527-1115<br>Facsimile:    (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff* |
| By:    /s/ Eleanor A. DuBay<br>Eleanor A. DuBay, OSB #073755<br>Blake Van Zile, OSB #184672<br>TOMASI SALYER MARTIN<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br>Email: edubay@tomasilegal.com<br>        bvanzile@tomasilegal.com<br><br>*Attorneys for Defendants* | By:    /s/ Christopher W. Savage<br>Christopher W. Savage, D.C. Bar #362657<br> (*Admitted Pro Hac Vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East<br>Washington, DC 20005-3317<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br>Email: chrissavage@dwt.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **JOINT STATUS REPORT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   Telephone: (202) 973-4200
   *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236