**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

       Of Attorneys for Defendants and
       Counterclaim Plaintiff

**Anne Talcott**
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

       Of Attorneys for Plaintiff and
       Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**, | Case No. 3:15-CV-00185-SI |
|     Plaintiff and Counter-Claim Defendant | |
|     v. | **JOINT NEUTRAL STATEMENT OF THE CASE** |
| **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.* | |
|     Defendants and Counter-Claim Plaintiffs | |

Pursuant to the Trial Management Order [ECF #191], Unigestion Holdings, S.A., dba Digicel-Haiti ("Digicel-Haiti") and UPM Technology, Inc. and Bruce Tran (collectively, "UPM") submit the attached Joint Neutral Statement of the Case ("Neutral Statement").

The Parties have worked diligently to attempt to fully agree on a neutral statement of the case. Unfortunately, they were not able to reach complete agreement because a number of the issues are the subject of pretrial motions before the court. To facilitate the Court's consideration, the Neutral Statement includes both Digicel-Haiti's suggested language and UPM's suggested language, in places where they differ. Any language that is *not* agreed to is enclosed in brackets, and is color-coded as follows:

- [Digicel-Haiti proposed language]
- [UPM proposed language]

The reasons for the parties' disagreement flow from certain differences between them regarding the scope and nature of the case. In some cases, in order to ensure the Court is informed of the parties' thinking, we have added footnotes indicating the issue underlying the differences in proposed language.

Finally, while the parties have diligently tried to confine the Neutral Statement to two or fewer pages, the technical complexity of the case made it impossible for them to do so. The parties believe that the attached is as concise as can reasonably be expected without sacrificing the explanation needed for the case to be understood by the jury.

PAGE 2 - JOINT NEUTRAL STATEMENT
OF THE CASE
UPM-L1\00628897.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Dated:  March 14, 2022.

Respectfully submitted,

| | |
|---|---|
| By:    /s/ Anne Talcott<br>Anne Talcott, OSB # 965325<br>Kathryn E. Kelly, OSB #175162<br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>1211 SW 5th Ave., Ste. 1900<br>Portland, OR  97204<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br>Email: atalcott@schwabe.com<br>        kkelly@schwabe.com<br><br>*Attorneys for Plaintiff* | By:    /s/ Robert C.L. Vaughan<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>KIM VAUGHAN LERNER LLP<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:    (954) 527-1115<br>Facsimile:    (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br><br>*Attorneys for Plaintiff* |
| By:    /s/ Eleanor A. DuBay<br>Eleanor A. DuBay, OSB #073755<br>Blake Van Zile, OSB #184672<br>TOMASI SALYER MARTIN<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br>Email: edubay@tomasilegal.com<br>        bvanzile@tomasilegal.com<br><br>*Attorneys for Defendants* | By:    /s/ Christopher W. Savage<br>Christopher W. Savage, D.C. Bar #362657<br> (*Admitted Pro Hac Vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East<br>Washington, DC 20005-3317<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br>Email: chrissavage@dwt.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **JOINT NEUTRAL STATEMENT OF THE CASE** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   Telephone: (202) 973-4200
   *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE
UPM-L1\00627724.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236