**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

       Of Attorneys for Defendants and
       Counterclaim Plaintiff

**Anne Talcott**
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

       Of Attorneys for Plaintiff and
       Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*


# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**, | Case No. 3:15-CV-00185-SI |
|     Plaintiff and Counter-Claim Defendant | |
|     v. | **JOINT STIPULATIONS** |
| **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.* | |
|     Defendants and Counter-Claim Plaintiffs | |

PAGE 1 - JOINT STIPULATIONS

UPM-L1\00628912.000

Pursuant to the Trial Management Order [ECF #191], Unigestion Holdings, S.A., dba Digicel-Haiti ("Digicel-Haiti") and UPM Technology, Inc. and Bruce Tran (collectively, "UPM") stipulate that the following facts may be considered stipulated to for purposes of the trial in this case. The parties expect to continue to work together between now and the trial to identify additional facts to which they can stipulate.

## STIPULATIONS

1.    The Plaintiff in this case is Unigestion Holdings, S.A., doing business as Digicel Haiti, Inc. (Digicel Haiti). Digicel Haiti provides mobile telecommunications services in Haiti and has more than four million customers. It operates solely within Haiti and has more than 900 employees. Digicel Haiti has several affiliated entities, collectively, the "Digicel Group." Besides Digicel Haiti, the Digicel Group includes, among others, Digicel USA, Inc. (Digicel USA) and Digicel Jamaica Limited (Digicel Jamaica).

2.    Digicel USA holds a license from the Federal Communications Commission that permits it to switch international telecom traffic in the United States. Digicel USA is not a party to this case, but it performs some functions relating to calls between the United States and Haiti. Digicel USA's switching operations act as a hub for international traffic between wholesale carriers in the USA and several markets in the Caribbean, including Haiti, which is served by Digicel Haiti.

3.    Digicel Jamaica is not a party to this case, but performs some administrative functions for Digicel Haiti, including billing United States telecommunications companies on behalf of Digicel Haiti.

4.    The defendants in this case are UPM Technology, Inc. (UPM) and its owner and Chief Executive Officer Mr. Bruce Tran. UPM is an Oregon corporation.

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

During the period relevant to this lawsuit, UPM participated in the spot market for international resale to identify other carriers that had traffic that terminated in other countries.

5.    UPM purchased bulk quantities of Digicel Haiti's SIM cards from third-party vendors.  "SIM" is an acronym for "Subscriber Identity Module." Each SIM card contains a unique identification number and other information used to "authenticate" the card on a telecommunication carrier's network, enabling the card to be used to make calls. Typically, an individual cell phone user would purchase a SIM card to be used for making calls from a specific cell phone, or handset.

6.    Each SIM card has an associated account in Digicel-Haiti's system. For pre-paid wireless service, which is the only form of service relevant to this case, a SIM card must have money in its account in order to be used to make calls. Adding money to a prepaid SIM card is called "recharging" or "topping up" the SIM card. UPM would install multiple SIM cards in UPM's computer servers (known as "SIM Units"), which were typically in Oregon.

7.    If a carrier, such as Digicel Haiti, deactivates (or de-authenticates) a SIM card, that card can no longer be used to make calls.

8.    A "softswitch" is a computer program running on a server connected to the Internet that can receive calls in "Voice over Internet Protocol," or "VoIP" format, and then transmit those calls to other devices that are also connected to the Internet.

9.    A Gateway device can contain multiple radios, or radio transmitters. After being received by the UPM Gateway device in Haiti, the call (which began in the United States) would be transmitted to Digicel Haiti's cellular communications network in Haiti, for termination in Haiti. (In this context, "termination" means the location where a call is shown to be received for purposes of a telecommunications company's tracking and billing records.) These calls would appear to Digicel Haiti to be local calls that had begun in Haiti. Digicel Haiti would charge these calls as local.

PAGE 3 - JOINT STIPULATIONS

UPM-L1\00628912.000

10.    For another category of calls, UPM would use SIM cards that were registered with Digicel Haiti for Digicel Haiti's discounted program known as "Roam Like You're Home" (RLYH). In this scenario, when a call that originates in the United States intended for Haiti reached UPM's softswitch in the United States, UPM would route that call through Gateway devices here in Portland, where it would be associated with a call initiated using a Digicel Haiti SIM Card. For these calls, a Digicel Haiti roaming partner (a United States wireless carrier) would route the call to Digicel Haiti's network in Haiti through the Digicel Haiti international switches in the USA.  Digicel Haiti's network would recognize that call as having begun in the United States by a RLYH Digicel SIM card and would charge the local rate for such a call (and reduce the value remaining on the SIM card accordingly).

11.    To facilitate the termination of incoming international call traffic on Digicel Haiti's network in Haiti, Digicel Haiti typically connects telephone calls sent to it from the United States through a system of telephone switching systems operated by Digicel USA and located in Miami, Florida, and New York City, New York. Digicel USA provides centralized switching facilities that allow for the management, technical support, and quality control for the switching equipment responsible for transmission and direction of international calls to Digicel Haiti and other Digicel Group affiliates from carriers in the United States.

12.    Digicel Haiti routes all telecommunications traffic from the United States to its cellular network in Haiti through the Digicel USA international switching centers in Miami and New York. From the cellular network in Haiti, a call is then terminated on a Digicel Haiti subscriber's handset.

13.    Typically, a call from the United States to an individual in Haiti would be handled as follows. The caller in the United States (U.S. Caller) would place a call to a recipient in Haiti (Haitian Recipient). The call originates on a United States carrier's network, and that carrier transfers the call to a wholesale international carrier.

PAGE 4 - JOINT STIPULATIONS

UPM-L1\00628912.000

The wholesale international carrier recognizes the call as one that is directed to Haiti and sends the call to a Digicel USA switch, in either New York or Miami. The call is then transmitted from that switch to a switch in Haiti owned and operated by Digicel Haiti. The switch in Haiti sends the call to a cell site in Haiti, also owned and operated by Digicel Haiti. From that cell site, the call is transmitted by Digicel Haiti to the Haitian Recipient's cellular device.

14.     When a call is directed through Digicel USA's switch in Miami or New York, a Call Detail Record (CDR) is created at the switch. The CDR is complete when the call is completed. The CDR is a record generated by a switch that contains certain call information including the telephone number of the caller, the number of the recipient, the time the call was made, and the duration of the call. The information in the CDR about the calling and called telephone numbers is in the electronic signaling information transmitted from the sending switch as part of the technical process of handing off the call from one switch to another. The Digicel Haiti switch typically records when the call begins and the duration of the call.

15.     For each incoming international call, a separate simultaneous CDR is created by a switch in Haiti and operated by Digicel Haiti. For billing and administrative purposes, Digicel Jamaica uses both the CDRs from the international switches in Miami and New York and the CDRs from the local switch in Haiti to create reports used to reconcile the number of international calls made to Haiti and the number of minutes that should be invoiced to the appropriate parties.

16.     When UPM was itself providing call termination on a destination network, it would need to acquire SIM cards for use on that specific network. Each SIM card has a unique identification number, as well as a telephone number assigned to it by the destination network.

17.     "In-country bypass" refers to when UPM itself connected the calls to Digicel Haiti's network in Haiti. In general terms, UPM would send calls via the Internet

PAGE 5 - JOINT STIPULATIONS

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

UPM-L1\00628912.000

(using VoIP) to Haiti and, via a local Internet connection, to UPM's Gateway devices in Haiti. The Gateways were equipped with standard wireless telephone service radios, or "ports," which would make calls on Digicel Haiti's network. UPM's Gateway would have multiple radios installed inside which allowed the Gateways to make multiple calls at the same time.

18.    Before UPM could make calls using its Gateway devices, UPM needed to have acquired SIM cards for Digicel Haiti's network and recharged those SIM cards so that the calls would go through. UPM acquired Digicel Haiti SIM cards by paying individual people in Haiti to buy them.  The individuals would ship the SIM cards back to UPM in Oregon. UPM would then mount the SIM cards into a device called a "SIM Unit." The SIM Unit is essentially a large SIM card reader — a device that can read the information contained on a SIM card and transmit that information to other UPM equipment and send that information, as needed, to Haiti.

19.    To make a wireless call on Digicel Haiti's network (and, in fact, any network using standard technology), it is necessary to authenticate a SIM card on the network. To make a call, the radio in a UPM Gateway would transmit authentication data from the SIM Card to Digicel Haiti's network and, after the network has confirmed that the SIM card is valid and has money in its account, the radio sends the network the number being called. At that point, Digicel Haiti's network establishes a connection to the wireless phone of the party being called.

20.    "RLYH" refers to a specific service that Digicel Haiti offered to subscribers roaming in the United States known as "Roam Like You're Home." UPM also used Digicel Haiti's RLYH service to terminate international calls to Haiti. With RLYH, a Digicel Haiti subscriber would pay a flat fee of around $25 per month to subscribe to the program.  Digicel Haiti would then charge calls using the associated SIM card from the United States back to another Digicel Haiti subscriber at the same rate that a subscriber would pay for a local wireless call in Haiti. Digicel Haiti would also charge

PAGE 6 - JOINT STIPULATIONS

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

the United States wireless carrier (directly or indirectly) the $0.23 per minute fee for incoming international calls. After a month, the subscription would run out and, unless the RLYH service was renewed, normal roaming rates would apply for calls back to Haiti.

21.	When using RLYH to terminate calls on the Digicel Haiti network, a call bound for Digicel Haiti's network would hit UPM's softswitch and be directed, via the Internet, to a Gateway in Oregon, which would initiate a wireless call on the United States network of a Digicel Haiti roaming partner, such as AT&T.  A SIM card enrolled in the RLYH program would be used to authenticate the call. The roaming partner would then get the call back to Haiti.

22.	UPM used software that managed the use of multiple SIM cards simultaneously. The software was configured to determine which SIM card was used to authenticate a call. When Digicel Haiti discovered that the calling and usage patterns of SIM cards differed from use by individual customers, Digicel Haiti would "de-authorize" those SIM cards so that calls associated with them could no longer be completed. In its counterclaims, UPM asserts:

23.	Digicel-Haiti used various technical means to analyze the calling and usage patterns associated with particular SIM cards to determine if the SIM card was being used in Bypass, and, when it concluded that the calling and usage patterns were not consistent with authorized use by an individual subscriber, it deauthorized the affected SIM cards in its own system, so that calls associated with those SIM cards would no longer be completed.  UPM knew Digicel Haiti was doing this. Digicel Haiti did not know who was using any particular SIM that was being used for bypass.

PAGE 7 - JOINT STIPULATIONS

UPM-L1\00628912.000

Dated:  March 14, 2022.

Respectfully submitted,

By:    /s/ Anne Talcott
Anne Talcott, OSB # 965325
Kathryn E. Kelly, OSB #175162
SCHWABE, WILLIAMSON & WYATT,
P.C.
1211 SW 5th Ave., Ste. 1900
Portland, OR  97204
Telephone: 503.796-2958
Facsimile: 503.796.2900
Email: atalcott@schwabe.com
        kkelly@schwabe.com

*Attorneys for Plaintiff*

By:    /s/ Robert C.L. Vaughan
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115
Facsimile:    (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Plaintiff*

By:    /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
Blake Van Zile, OSB #184672
TOMASI SALYER MARTIN
121 SW Morrison Street, Suite 1850
Portland, OR 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236
Email: edubay@tomasilegal.com
        bvanzile@tomasilegal.com

*Attorneys for Defendants*

By:    /s/ Christopher W. Savage
Christopher W. Savage, D.C. Bar
#362657
 (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: chrissavage@dwt.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I served the foregoing **JOINT STIPULATIONS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: March 14, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   Telephone: (202) 973-4200
   *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE
UPM-L1\00627724.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236