**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

       Of Attorneys for Defendants and
       Counterclaim Plaintiff

**Anne Talcott**
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

       Of Attorneys for Plaintiff and
       Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff and Counter-Claim Defendant<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.*<br><br>    Defendants and Counter-Claim Plaintiffs | Case No. 3:15-CV-00185-SI<br><br><br>**SUPPLEMENTAL JOINT STIPULATIONS (GLOSSARY)** |

PAGE 1 – SUPPLEMENTAL JOINT STIPULATIONS
(GLOSSARY)

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Pursuant to the Trial Management Order (ECF #191), Unigestion Holdings, S.A., dba Digicel-Haiti ("Digicel-Haiti") and UPM Technology, Inc. and Bruce Tran (collectively, "UPM") stipulate that the terms indicated below may be considered to have the definitions stated below for purposes of the trial in this case.

## GLOSSARY OF TERMS

### SIM or SIM Card

"SIM" stands for "subscriber identity module". A SIM card is a computer chip that contains a range of identifying information.

The operator of a wireless network has SIM cards manufactured that contain information specific to that network.

Every wireless phone has a SIM card. A valid SIM card is needed to allow the phone to make calls.

### Call Detail Record or CDR

Telephone calls (wireless or landline) go through devices called switches that are owned and operated by telephone companies, such as Digicel-Haiti and UPM. Telephone company switches are typically configured to record and store, in electronic form, a range of information about every call that goes through the switch. This information includes:

- The date and time the call starts (measured to the second)
- The date and time the call ends (measured to the second)
- The telephone number of the device making the call (sometimes called "Calling Line Identification" or "CLI")
- The telephone number of the device being called
- For wireless networks, the specific cell site handling the call
- Other information relating to the routing of the call

The data for a given call is referred to as a "Call Detail Record", or "CDR.

PAGE 2 – SUPPLEMENTAL JOINT STIPULATIONS (GLOSSARY)

UPM-L1\00627724.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Both Digicel-Haiti and UPM routinely record CDRs for all of the calls passing through their networks.

**Gateway**

In the context of this case, a "Gateway" refers to a device with multiple radio antennas that can communicate with a wireless network. Each of these antennas is called a "port" on the Gateway.

**Ports or Channels**

A "port" or a "channel" refers to a radio on a Gateway.

**GSM or Global Standard for Mobility**

Different wireless networks use different technical standards and protocols for the communications between the network and the wireless devices that send calls to, or receive calls from, the network. A very common standard for wireless networks around the world is the "GSM" or "Global Standard for Mobility." Digicel-Haiti's network in Haiti is a GSM system, as are major wireless networks in the United States.

**IP**

In this case, "IP" means "Internet Protocol." It refers to the technical standards for formatting data communications so that they can travel over the Internet.

**Roam Like You're Home or RLYH**

"Roam Like You're Home" or "RLYH" refers to a specific service that Digicel Haiti offered to subscribers roaming in the United States. With RLYH, a Digicel Haiti subscriber would pay Digicel-Haiti a flat fee and Digicel Haiti would then charge calls using the associated SIM card made from the United States back to another Digicel Haiti subscriber at the same rate that a subscriber would pay for a local wireless call in Haiti. (That is, the rate while roaming would be "like you're home".)

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

### SIM Server

A "SIM Server" is software that manages which SIM card is selected from the SIM Box (also called a SIM Array or SIM Unit) to authenticate any given call. This software is sometimes called "SIM Management Software."

### SIM Array // SIM Box // SIM Unit

The terms "SIM Unit," "SIM Array," or "SIM Box" all refer to the same device. The device is essentially a large SIM card reader that can hold many hundreds of SIM cards at the same time.

### "Terminate" a call

In the telecommunications industry, a call is said to be "terminated" when it is delivered to the network serving the subscriber being called, and that subscriber accepts the call.

### Tower

In this case, references to a "tower" refer to a cell site, that is, a location where there is an antenna used by a wireless network to send and receive calls from wireless devices. The antenna may literally be on a tower, but may also be, for example, on the roof of a building.

### USB

"USB" is a computer industry acronym that means "universal serial bus." It is a familiar computer connector:

### VoIP

"VoIP" means "Voice over Internet Protocol". It refers to sending voice telephone calls from one place to another using the Internet rather than a traditional wired or wireless telephone network.

PAGE 4 – SUPPLEMENTAL JOINT STIPULATIONS (GLOSSARY)

UPM-L1\00627724.000

## VPN / VPN Router

VPN means "virtual private network." It refers to software that establishes a secure, encrypted connection between two or more points on the Internet and that to the extent possible maintains a stable connection between those points. A "VPN Router" is a device that switches or routes data communications traffic among different points on a VPN.

## WiMAX

WiMAX is a wireless protocol that is designed to provide a wireless connection between a provider of Internet access service and a WiMAX wireless modem. WiMAX was designed to provide a higher speed (higher bandwidth) connection, over longer distances, than the Wi-Fi wireless protocol that is commonly used in coffee shops or in people's homes.

Dated:  March 28, 2022.                                     Respectfully submitted,

| | |
|---|---|
| By: ___/s/ Anne Talcott_____<br>Anne Talcott, OSB # 965325<br>Kathryn E. Kelly, OSB #175162<br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>1211 SW 5th Ave., Ste. 1900<br>Portland, OR  97204<br>Telephone: 503.796-2958<br>Facsimile: 503.796.2900<br>Email: atalcott@schwabe.com<br>        kkelly@schwabe.com<br>*Attorneys for Plaintiff* | By: ___/s/ Robert C.L. Vaughan_____<br>Robert C. L. Vaughan (*Pro Hac Vice*)<br>Cherine Smith Valbrun (*Pro Hac Vice*)<br>Leah B. Storie (*Pro Hac Vice*)<br>KIM VAUGHAN LERNER LLP<br>One Financial Plaza, Suite 2001<br>Fort Lauderdale, FL  33394<br>Telephone:    (954) 527-1115<br>Facsimile:    (954) 527-1116<br>E-mail: rvaughan@kvllaw.com<br>*Attorneys for Plaintiff* |
| By: ___/s/ Eleanor A. DuBay_____<br>Eleanor A. DuBay, OSB #073755<br>Blake Van Zile, OSB #184672<br>TOMASI SALYER MARTIN<br>121 SW Morrison Street, Suite 1850<br>Portland, OR 97204-3136<br>Telephone: (503) 894-9900<br>Facsimile: (971) 544-7236<br>Email: edubay@tomasilegal.com<br>        bvanzile@tomasilegal.com<br>*Attorneys for Defendants* | By: ___/s/ Christopher W. Savage_____<br>Christopher W. Savage, D.C. Bar #362657<br> (*Admitted Pro Hac Vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East<br>Washington, DC 20005-3317<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br>Email: chrissavage@dwt.com<br><br>*Attorneys for Defendants* |

PAGE 5 – SUPPLEMENTAL JOINT STIPULATIONS
(GLOSSARY)

UPM-L1\00627724.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2022, I served the foregoing **SUPPLEMENTAL JOINT STIPULATIONS (GLOSSARY)** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan  
Cherine Smith Valbrun  
Leah Storie  
Kim Vaughan Lerner LLP  
One Financial Plaza  
100 SE Third Avenue • Suite 2001  
Fort Lauderdale, FL 33394  
Email: rvaughan@kvllaw.com  
Email: cvalbrun@kvllaw.com  
Email: lstorie@kvllaw.com  

Anne M. Talcott  
Kathryn E. Kelly  
Schwabe, Williamson & Wyatt, PC  
Pacwest Center  
1211 SW 5th Ave., Suite 1900  
Portland, OR  97204  
Email: atalcott@schwabe.com  
Email: kkelly@schwabe.com  

Dated: March 28, 2022.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017  
    Eleanor A. DuBay, OSB #073755  
    Blake Van Zile, OSB #184672  
    ksalyer@tomasilegal.com  
    edubay@tomasilegal.com  
    bvanzile@tomasilegal.com  
    Telephone: (503) 894-9900  

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657  
    chrissavage@dwt.com  
    Telephone: (202) 973-4200  
    *(Admitted Pro Hac Vice)*  

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE
UPM-L1\00627724.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236