**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

      Attorneys for Defendants and
      Counterclaim Plaintiff

**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: (503) 796-2991
Facsimile: (503) 796-2900

      Of Attorneys for Plaintiff and
      Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**, <br><br>     Plaintiff and Counter-Claim Defendant <br><br>     v. <br><br> **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.* <br><br>     Defendants and Counter-Claim Plaintiffs | Case No. 3:15-CV-00185-SI <br><br><br> **JOINT MOTION TO ESTABLISH SCHEDULE REGARDING BRIEFING AND COUNTERCLAIM PLAINTIFFS' CLAIMS** |

## JOINT MOTION TO ESTABLISH SCHEDULE

The parties have agreed on the schedule set out below with respect to the matters identified therein, and respectfully request that the Court adopt this schedule. In addition, each party reserves the right to raise other issues with the Court as they may arise.

| Event | Date |
| --- | --- |
| Digicel-Haiti Section 1292(b) motion (and/or alternative appellate motion) | May 27, 2022 |
| UPM Opposition to Section 1292(b) motion (and/or alternative appellate motion) (if any) | 2 weeks after motion (no later than June 10th) |
| Digicel-Haiti Reply in Support of Rule 1292(b) motion | 2 weeks after UPM objection (no later than June 24th) |
| Argument on all pending Summary Judgment motions and *Daubert* and related motions regarding expert witnesses | Week of July 25 |
| Pre-trial Filings | Pursuant to trial management order |
| Trial | November 14-18, 2022 |

Dated:  May 6, 2022.

Respectfully submitted,

By:    /s/ Anne Talcott
Anne M. Talcott, OSB # 965325
atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
kkelly@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 SW 5th Ave., Ste. 1900
Portland, OR  97204
Telephone: (503) 796-2991
Facsimile: (503) 796-2900

*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.*

By:    /s/ Robert C.L. Vaughan
KIM VAUGHAN LERNER LLP
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115
Facsimile:    (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti and Digicel USA, Inc.*

By:    /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
edubay@tomasilegal.com
Blake Van Zile, OSB #184672
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

*Attorneys for Defendants*

By:    /s/ Christopher W. Savage
Christopher W. Savage, D.C. Bar #362657
chrissavage@dwt.com
*(Admitted Pro Hac Vice)*

Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2022, I served the foregoing **JOINT MOTION TO ESTABLISH SCHEDULE REGARDING BRIEFING AND COUNTERCLAIM PLAINTIFFS' CLAIMS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com

Dated: May 6, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Telephone: (202) 973-4200
    *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants