**Kathryn P. Salyer,** OSB #883017
**Eleanor A. DuBay,** OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage,** D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

   Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>  Plaintiff,<br><br>  v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>  Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF COUNTERCLAIM PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT – COMMUNICATIONS ACT** |

Page 1 - DECLARATION OF CHRISTOPHER W. SAVAGE IN
SUPPORT OF COUNTERCLAIM PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT – COMMUNICATIONS ACT
UPM-L1\00658032.002

I, Christopher W. Savage, declare under penalty of perjury:

1.  I am an attorney at Davis Wright Tremaine LLP.  I am one of the attorneys representing the defendants in the above-captioned action.  I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein.  I am competent to testify if called to do so.

2.  I make this declaration in support of Counterclaim Plaintiff's Motion for Summary Judgment – Communications Act ("Motion").

3.  On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Maarten Boute.  Attached hereto as Exhibit 1 is a true and correct copy of the following pages from the transcript of Mr. Boute's deposition: 36-37, 40, 50, 56-60, 73-81, 84, 89-90, 93-96, 120-122.

4.  From October 25-27, 2021, I attended the deposition of UPM Technology, Inc.'s corporate representative, Duy Tran aka Bruce Tran.  Attached hereto as Exhibit 2 is a true and correct copy of the following pages from the transcript of UPM Technology, Inc.'s deposition: 95-96, 159, 376, 378-379, 442-452.

5.  On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Gerard Pierre Laborde.  Attached hereto as Exhibit 3 is a true and correct copy of the following pages from the transcript of Mr. Laborde's deposition: 10-15.

6.  On October 11, 2021, I took the deposition of Paul Flanagan.  Attached hereto as Exhibit 4 is a true and correct copy of the following pages from the transcript of Mr. Flanagan's deposition: 56-57.

7.  Attached hereto as Exhibit 5 is a true and correct copy of excerpted pages from Unigestion Holdings, S.A.'s Answers and Objections to First (Revised) Interrogatories to Plaintiff, dated February 28, 2020 and verified by Maarten Boute, specifically pages 1, 8-9, 10-11, 30-31, in response to Counterclaim Defendant's interrogatories numbers 12 and 15.

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: August 16, 2022.

By: _____
Christopher W. Savage
Washington, DC

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

question I was going to ask earlier, which is --

MR. VAUGHAN:  May we designate this portion going forward as attorneys' eyes only?

MR. SAVAGE:  Sure.  Robert, I think it will be obvious when I get there.  But, yes, of course, we'll sort it out if we need to.

MR. VAUGHAN:  Wait.  Hold on.  If you're saying that you will give me the heads-up, I can wait because I think, you know, Cindy is in a problem if we designate after the fact.

Do you care?

THE COURT REPORTER:  I just have to know what the section is, so I have to know where it begins and where it ends.

MR. VAUGHAN:  All right.  I'm going to withdraw that designation because it sounds like you're still doing predicates.

MR. SAVAGE:  I'm still doing predicates.

MR. VAUGHAN:  Okay.  So please let me know.  So this is the middle attorneys' eyes only section, which can be shared with the party and the experts.  Go ahead.

MR. SAVAGE:  Correct.  Okay.

Q    So when somebody buys a SIM card in Haiti -- and we will get to how that happens in a

Exhibit 1
Page 1 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                37

minute -- when someone buys a SIM card, a prepaid service on a SIM card, and they get started and they start making calls, at that moment do you know anything about who the actual person is who is using that SIM card to make calls?

A    Typically, no.  It depends a little bit, Mr. Savage.  But typically we don't know immediately who is doing this activity.  We identify the SIM as doing abnormal activity.  I will rephrase my use of words there.  And then based on that, we are going to -- depending on the size of the activity, we go into further investigation after, of course, having blocked that SIM.

Q    And we will get to the blocking in a moment.  I was even asking a more general question.  Putting aside the situation with identification of bypass, just a random person on the street can buy a SIM card on a prepaid basis and start using it on your network.  And putting aside any question of bypass, you wouldn't normally know who that person was?

A    We would, Mr. Savage.  We would because we have an identification process in place.  You know, basically by definition of the regulator we

Exhibit 1
Page 2 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021          40

people to continue to use their SIM cards despite not being activated.

Q   Okay.  And understand I'm not in any way trying to say what you're doing is good or bad, I just want to understand what it is.

A   I understand.  And I'm explaining the process.

Q   And I appreciate that.  But to be fair, what you just said means that for whatever set of reasons you may have for doing it this way, if someone buys a SIM card and either doesn't fill out a card or the dealer doesn't get you the card, you will make efforts to try to identify that person.  But for the reasons you have described, if no identification is forthcoming, you will in fact allow the SIM card to continue to be used, of course assuming they're putting money in on the prepaid basis?

MR. VAUGHAN:  Objection; misstates testimony.

Go ahead.

THE WITNESS:  Thank you, Mr. Vaughan.

A   So we will allow that SIM card to be used as long as it is doing authorized activity on our network, yes.

Exhibit 1
Page 3 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    50

Go ahead.

MR. SAVAGE:  Actually it is No. 9.  I'm getting into what records the company would have or not have --

MR. VAUGHAN:  Okay.

MR. SAVAGE:  -- with respect to SIM cards.

MR. VAUGHAN:  Okay.  All right.

Q   So when a SIM card is activated on your network and it has some minimal number of calls, minimal amount, does your systems somehow record how many calls are made using a SIM card and what numbers they call and when they made those numbers, or does it not care, it just decrements the -- explain that to me.  When you have a SIM card that is active and it's making calls, what do you record about that?

A   We keep records, Mr. Savage, of obviously our prepaid charging system, which is our billing system that is used in case of a prepaid card, you know, it needs to keep records of the balance of the SIM card, which is the number of minutes or dollars or gourdes in Haiti that are on there to know whether it is going to allow that call or not.

Exhibit 1
Page 4 of 28

It is just, well, we need to know what they are so we can try to reconcile where things happened.

Q    The question is, do you have any records about that that would reveal the -- that do reveal the activity on SIM cards that you now understand to have been used by UPM?

THE WITNESS:  Robert?  Okay.

A    The reality, Mr. Savage, is that we tried on this particular case a couple years afterwards -- obviously when we identified the SIM card, we blocked them and we have records of having blocked certain number of SIM cards.  That is clear.  But the actual CDRs, the retrieval of the CDRs, we tried multiple times even calling in experts from Oracle and other -- from (indecipherable) to Oracle, to restore the tapes containing those records, and we were unable to restore those tapes.

Q    So sitting here today, just to be clear, Digicel Haiti itself does not have any records that will provide any information as to the amount of usage that UPM specifically made on SIM cards that UPM specifically used providers?

MR. VAUGHAN:  Objection.  Before you answer that, Mr. Savage, I am hoping that that

Exhibit 1
Page 5 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    57

question is being asked with the caveat and
keeping in mind the responses you have received
that indicate that there have been significant
efforts made, one, to identify; two, to access
what has been identified; and then the problems
regarding all of those.  So --

MR. SAVAGE:  I'm not meaning in any way
to imply lack of diligence on your part.

MR. VAUGHAN:  I understand.  I
understand.  But my issue is your question could
be interpreted to ask about the existence, which
is one thing and one answer, it could be
interpreted to be asking about the ability to
access, which is a completely different thing.
And I'm not sure which you're asking.  Does it
exist or did it ever exist or are you asking --
confirming that one is true, can you confirm for
me that you had access issues, and, you know --

MR. SAVAGE:  Robert, let me see if we can
stipulate to this because there is no reason to
waste Mr. Boute's time.

What I understand to be true is the
following:  At some point in the past Digicel
Haiti systems would naturally have recorded the
data of usage of these SIM cards in order to

Exhibit 1
Page 6 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    58

generate CDRs and all of that stuff.

MR. VAUGHAN:  Which we assume would include UPM usage.

MR. SAVAGE:  Correct.

MR. VAUGHAN:  All right.  Stipulated.

MR. SAVAGE:  No. 2, in the normal course of Digicel Haiti's business that information was transferred from the servers, off the servers, onto these backup tapes?

MR. VAUGHAN:  Correct, and could have been -- yes.

MR. SAVAGE:  No. 3, Digicel Haiti made an effort to retrieve the data from those backup tapes in order to identify the data, CDR-type data, but whatever data there was about the usage of the UPM SIM cards that we provided to you. But, 4 -- I think we're at 4 -- but, 4, for technical reasons that data has proven to be unrecoverable?

MR. VAUGHAN:  Correct.

MR. SAVAGE:  So we can agree on those things.  If there is something else relevant to this -- that's the key thing I need to make sure is clear on the record.

MR. VAUGHAN:  Okay.

Exhibit 1
Page 7 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    59

MR. SAVAGE:  If there is more you would like to add, let me know.

MR. VAUGHAN:  Give me one second, please.

MR. SAVAGE:  Sure.

MR. VAUGHAN:  Can we take a four-minute break.

MR. SAVAGE:  Sure, of course.

(A recess was taken).

MR. SAVAGE:  So off the record I think we have the following understanding with regard to the CDRs.  You normally -- and you don't have to say anything yet, Mr. Boute.

But you would have recorded them, you probably did record them.  In the normal course data regarding them would have been stored in backup tapes.  Unfortunately, the backup tapes that appear to relate to the relevant time periods here have been corrupted or at least some of them have been and therefore the data is, in effect, inaccessible.

There may also be a laptop and perhaps some other electronic records that may contain this information, which, unfortunately, is also inaccessible and Digicel Haiti and its counsel's effort to try to figure out some technical way to

get at this data is ongoing.

Robert, is that right?

MR. VAUGHAN:  That is correct.  And just by way of further clarification with respect to that second category of data, it appears from the metadata to suggest it may include information from 2013 to 2016.  We have been unable to confirm whether it is corrupted or just rendered so far inaccessible because they have not been able to get in it.

MR. SAVAGE:  Okay.  Can I have your representation on the record that if lightning strikes -- lightning strike would make it worse. If somehow you find a way to get at this data, you will promptly advise me it is available?

MR. VAUGHAN:  There is nothing I would love more than to be able to send that data over to you.  And absolutely we are still working.  We have not abandoned it.  We are still working on trying to get that.

MR. SAVAGE:  Okay.

BY MR. SAVAGE:

Q    Let's move on from CDRs and ask about e-mails.

Does your system normally retain e-mails

Exhibit 1
Page 9 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                73

like unicorn, S like Sam, S like Sam, D like David?

A    Yes.

Q    And the U stands for unstructured and the D stands for data.  Do you remember what the S and the S stand for?

A    Unfortunately I don't.  I'm trying to think of it while you are saying it but I don't, I don't.  We can Google it.

Q    We know it is USSD?

A    Yes, correct.

Q    So another scenario that you mentioned is topping up online, and I gather the way that works is you go online through some methodology and say to this third party add 50 gourde or add 30 bucks or add something to this phone number for Digicel Haiti.  Is that right?

A    Yeah.  So you go online.  The platform will ask you for the number you want to top-up. You enter that number.  You enter the amount or the type of plan you want to buy and you do your payment through your credit card.  It's typically credit card when it is done online.  And then that sends us a transaction to say please top-up this account with this amount of money typically within

Exhibit 1
Page 10 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    74

seconds or minutes at the most, and then that account is topped up.

Q    And again obvious question.  Because this is the Internet, the scenario we are talking about is the Internet, that could happen from anywhere in the world that someone has Internet access?

A    That is correct.

Q    If someone on the Space Station wanted to top-up a Digicel Haiti SIM card, if they have Internet access from the Space Station, they can do it?

A    They can.  There might be some research based on the credit card vendors.  They might look at -- like Visa or MasterCard might object to some territory, maybe North Korea or Afghanistan or some of those territories, but yes, with the exception of those territories, I'm pretty sure the Space Station would be possible.

Q    Okay, good, good.  We won't get into export regulations.

A    Exactly, exactly, exactly.

Q    Okay.  So my understanding is that sometimes people can just add money to their account but sometimes you have promotions or other kinds of things where for a certain amount of

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021          75

money you add minutes to your account.  Do you understand that distinction?

A    There is a distinction.  So it's not only in case of promotions.  Like you say, people can add money and then with that money make calls or with that money on their account buy plans because they can buy certain prepaid plans or you can directly from the online system add this plan to this person's usage.  For example, you have a hundred Digicel-to-Digicel minutes and a thousand SMS, whatever type of promotion we are selling at that time, that is correct.

Q    I have to make a distinction here between calls made on Digicel Haiti's network on the one hand that we will first ask about and then calls made while roaming.  So let's first talk about calls on your network in Haiti.

A    Uh-huh.

Q    If I have just a -- forget the minutes; I just have a money plan.  I have a hundred gourdes in my account and I make a call and that call lasts, let's say, ten minutes.  Do you decrement the money off of that account in real time as that call is going, you know, each minute is whatever it is, or do you wait until the call is done and

Exhibit 1
Page 12 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                   76

then take off the appropriate amount?

A    We have to do that in real time, Mr. Savage, because we need to keep track of how much money he has and so every -- it fully happens in real time.  And when the money is about to run out, when things work well, we play a little beep for them and a little bit before so they know it is going to run out.  And when it runs out, the call cuts because he has run out of money.

Q    Now shift to the roaming scenario. Suppose I'm a Digicel Haiti customer roaming -- well, it is usually the United States, that's the one I care about -- roaming in the United States. Same situation.  I have some balance on my account.  I pick up the phone and I just make a call.  So I'm incurring some kind of charge.  A, is that also decremented in real time and, if so, how do you in real time know what the customer is doing in the United States?

A    So the answer is yes, it is also decremented in real time.  Again, just to be precise, we are in a prepaid scenario so the type of roaming agreement and setup we would have implemented for that particular scenario would have been a prepaid scenario.  We would have used

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative

Conducted on October 22, 2021                                77

the technology called CAMEL.

Q    What is that?

A    CAMEL, all in capital letters.

Q    You were saying like the animal, okay.

A    It is like the animal, yeah.  I do not recall the acronym for it.  It must be an acronym.  Which basically when the SIM is connected to the phone's network, when it authenticates, it basically says for this particular SIM I need to be continuously in touch with the updates...

THE COURT REPORTER:  Sorry, that was too fast for me, I lost you.

THE WITNESS:  I'm sorry, I am going to slow down.  I just had a coffee.

A    Okay.  So I was explaining, Cindy, about this -- sorry for going so fast -- that if it is a prepaid SIM card, when that prepaid SIM card authenticates on its host network which in this case, in Mr. Savage's case, is a U.S. network, that U.S. network will identify, it will have certain flags on it to identify it being a prepaid SIM, and it will therefore go to our charging systems to check with our charging systems if that card has a balance; and the same way as we did with the domestic call scenario we discussed with

Exhibit 1
Page 14 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    78

Mr. Savage, it will be checking real time whether it has the authorization to be roaming, first of all, and, secondly, whether it has sufficient balance on its account. And when that money runs out, very similar to a domestic call scenario, that call will be cut.

Q    Okay. So moving up a level of generality, what you are describing is a situation where if a prepaid SIM card is roaming in the United States, the technical arrangements that you have with the United States host networks provide for two things I understand: Number one, an initial check so that when the SIM card contacts the U.S. network there is some communication back to you saying, hey, is this a valid SIM card just at the very beginning. Is that right?

A    That is correct.

Q    And if the answer comes back yes, that's a valid SIM card and it's allowed to be roaming, when that SIM card then makes a call, there is some relatively real-time communication between the host network in the United States and the home network, which would be Digicel Haiti, keeping track of how much usage is being made so that when the money runs out you can then send a message,

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                79

again in real time, back to the host message saying no more, they're done?

A    That is correct, Mr. Savage.

Q    Okay.  So now -- I think this is still your bailiwick -- I want to talk a little bit about Roam Like You're Home.  And, again, just so we can agree at a high level we're talking about the same thing, Roam Like You're Home is or was -- I can ask whether it is still in effect -- but at least was something available to Digicel Haiti subscribers roaming in the United States with the characteristic that when you pay a fee for a certain period of time calls back to Digicel Haiti, instead of incurring normal roaming charges, whatever they would be, instead are rated as a local call.  Is that a fair summary of Roam Like You're Home?

A    It's one of the features of that service, yes.

Q    Okay.  So when did Roam Like You're Home -- when did you guys come up with that?

A    If I recall well -- and I might need to be corrected on this -- I think it must have been somewhere --

MR. VAUGHAN:  Hold on.  Hold on.  Sorry.

Exhibit 1
Page 16 of 28

I don't know if you all noticed, I lost electricity.  We are in the middle of a rainstorm.

MR. SAVAGE:  Oh, my.

MR. VAUGHAN:  And I think the whole building is on backup.  So I was kicked off in the middle of your question.

MR. SAVAGE:  I was just asking --

MR. VAUGHAN:  We can have Cindy read it back.  So I'm not trying --

MR. SAVAGE:  No, no, it was a simple question.

Q    When did Roam Like You're Home get invented?  When did Digicel Haiti start the availability of that?

A    2012, '13, maybe '14 at the latest, Mr. Savage.

THE COURT REPORTER:  Mr. Vaughan, are you frozen?

MR. VAUGHAN:  I was.  So for --

THE COURT REPORTER:  He's frozen again.

MR. SAVAGE:  Let me ask this: Ms. Valbrun, are you on or are you also frozen?

(No reply.)

MR. SAVAGE:  Not a good sign.

(A recess was taken).

Exhibit 1
Page 18 of 28

BY MR. SAVAGE:

Q    So technically if I am a SIM card owner and I want to enroll in Roam Like You're Home -- again I'm just going off of Interrogatory Answers -- there is some sequence of things I punch into the phone that boils down to enrolling in Roam Like You're Home, and when your network -- when your system received that request, I assume the first thing it does is determine whether there is enough money in the account to cover the Roam Like You're Home charge.  Is that fair?

A    Yes.  So when he enrolls, he needs to have the funds available to buy that plan because he is buying a prepaid plan.

Q    Right.  And assuming they do, assuming there is money to do that, your system then sends back another one of these USSD messages saying we're good, you're enrolled, and then it's enrolled.  Is that right?

A    Correct.

Q    Now, jumping back briefly to the records, putting aside what is and isn't available, in the normal course would your system record and keep a record of, gee, from February 1 to February 12 or whatever this SIM card was enrolled in Roam Like

Exhibit 1
Page 19 of 28

card holder from -- one of your SIM card holders shows up in the United States, authenticates on the network, it is a valid SIM card, there is some money in the account, has not made any calls yet but is simply authenticated.  Does that fact, that the Digicel Haiti SIM card -- and let's use AT&T as the example, not because it is necessary but just to make it easy.

The Digicel Haiti SIM card turns on in America, says hello, AT&T, or hello, world.  AT&T says, yeah, hi, I know you, and it authenticates because there is the communication back to your network saying, hey, this SIM card has shown up, are they for real.

Does that mere authentication have any economic consequences, no calls made, just I have shown up?

A    So if economic means that is the customer charged for that or are we charged for that, the answer is no.  If economic means that both AT&T and Digicel need to reserve capacity on their platform and therefore invest in technology, the answer is yes.

Q    Sure.  And just to understand, I take it that AT&T by virtue of having roaming agreements

Exhibit 1
Page 20 of 28

MR. VAUGHAN:   Thank you.

Q    Have you reviewed the AT&T roaming agreement in preparation for this deposition?

A    I have not, Mr. Savage.

Q    Okay.

MR. SAVAGE:   So for now I will simply note that and, Robert, we can take it offline and with the judge if needed, getting at that specific number.

Q    Let's now shift from making a local call to the phenomenon of -- again, without any special plan, just in general, I'm the Digicel Haiti customer in the United States.  I made that local call.  AT&T charges Digicel Haiti something, we don't know what that is.  Does Digicel Haiti also charge its end user something for making calls in the United States while roaming?

A    Yes, we do.

Q    Do you know how much that would be, again no plan, nothing special, just making a call?

A    Unfortunately, I don't recall the exact number there, Mr. Savage.  I'm hopeful Mr. Laborde will remember, but I don't recall the exact number there.

Q    And just to be clear, I am happy to ask

Exhibit 1
Page 21 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    90

these questions of Mr. Laborde, but I had understood that this was your job.  Maybe I'm wrong.

A    Yes.

MR. VAUGHAN:  Actually, it was Roam Like You're Home.

MR. SAVAGE:  We will get there in a moment, but...

MR. VAUGHAN:  Go ahead.

Q    Okay.  So let's then move onto Roam Like You're Home, just to nail you down on that. Digicel Haiti SIM card in the United States has subscribed to Roam Like You're Home and makes a call back to Haiti, back to a Digicel Haiti customer in Haiti.  You understand that scenario?

A    Yes.

Q    Okay.  First let's look at the economics of that call as between you and AT&T.

Would AT&T charge Digicel Haiti anything for the use of AT&T's network, just for the permanent use on AT&T's network, for that call?

A    They will.  They will.

Q    And do you know how much that is?

A    How much they charge us?

Q    Correct.

Q    No, I -- I'm sorry to interrupt you.  I

understand that you also charge that.  I

understand that that charging occurs.  The

question I'm asking is, is there any other -- did

they also charge you?  If the answer is no, that

is fine.  I don't know.  I'm just trying to figure

it out.

A    I don't know, not that I -- not from my

recollection of what I have read and understand,

no, they would not.

Q    Okay.  So there wouldn't -- so your best

understanding is there would not be -- in the

scenario of Digicel Haiti SIM card, subscribe to

Roam Like You're Home, calling back to Digicel

Haiti, the host carrier, our example AT&T, would

not charge you anything in that scenario?

A    From my recollection there isn't -- we

would charge them a termination fee for that.

Q    Right.  And the termination fee you would

charge them would be the 23 cents?

A    Yes.

MR. VAUGHAN:  Please interpose my same

objections, which are hypothetical, foundation.

Q    So let's further dissect this.  The SIM

card is subscribed to the Roam Like You're Home

Exhibit 1
Page 23 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                94

plan, makes a call back to Digicel Haiti pursuant to that plan.  Digicel Haiti, to be clear, has already charged them the fee to enroll in the plan, but once that first fee has been paid, you would then charge the SIM card making the call whatever the permanent local call termination rate is for Haiti?

A    We would charge them whatever the retail local -- because the whole concept of the thing is you are calling it as if you are at home or Roam Like You're Home, so we would charge them the equivalent pay-as-you-go retail rate for that call, so meaning that it is not coming out of a plan, so pay-as-you-go retail rate for that call.

Q    And just to be clear, if I understand correctly, your operation would be in Haitian gourdes and so what that precise number is expressed in dollars will vary with the exchange rate between dollars and gourdes.  Is that fair?

A    It will, yeah.  That is correct.

Q    As a general range, would you say it is in the range of?

A    About ten gourdes, which would be, you know, depending on the exchange rate, currently about ten U.S. cents.

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    95

Q    And then at whatever time period it was, it is whatever the exchange rate was.

A    Correct.

Q    So the evidence in this case, from our perspective at least, shows we were using this plan in 2014 so whatever the exchange rate would have been in 2014, that is what it would be?

A    Yes.

Q    I'm not asking you to remember it, but --

A    Yes.

Q    Okay, okay.  So I am going to try to summarize where we are and if I get it, we can move on from here.

The user with the SIM card, right, to be in Roam Like You're Home pays an initial fee and then for each minute pays the pay-as-you-go local calling rate?

A    Uh-huh.

Q    Okay.  The host carrier, AT&T, doesn't charge anything but instead, because it is an inbound international call, AT&T pays Digicel Haiti 20 cents a minute for the inbound call?

A    Correct.

Q    And just to be completely clear, the host network, in our example AT&T, they would never

Exhibit 1
Page 25 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    96

charge the Roam Like You're Home subscriber anything directly?

A    They would not.

Q    To your knowledge, in 2014 was there any express limitation in the arrangements between Digicel Haiti and its United States roaming partners on how many minutes roaming SIMs could use the host carrier's network?

A    A limitation was introduced, Mr. Savage, at some stage in the year.

Q    Do you know when?  You said at some stage.  Do you know for sure it was 2014?

A    It was for sure 2014, sometime in 2014, probably more towards the end of it.  What happened is they started -- when this agreement was negotiated, and this was not negotiated by myself nor by Digicel Haiti, it was negotiated by the group carrier services team, they assumed the certain number of minutes on average per user for these type of plans; and, unfortunately, there were -- there was multiple cases of misuser use of this plan.  The numbers were far higher than what was initially -- the imagined.  And, as a result, there was an agreement.  I believe it was initially 400 minutes and then it became 200

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    120

A    Yes.  But putting that aside, the controls that we had in place helped us identify which SIM cards in that moment of time, because we had the data at that moment of time, helped us to identify which SIM cards were doing the bypass activity.  That information led to the investigation and with that investigation was determined that certain people associated to UPM were involved in doing this activity.  So we did know that certain SIM cards were being used for this activity by people associated to UPM, and our internal investigations showed that UPM was involved in these activities.

Q    Right.  And just to be clear, there is no dispute in this case that UPM had SIM cards, put gateway devices, the radio devices, down in Haiti and got calls down by the Internet and sent them onto your network.  That is not in dispute.

My question is not about the fact that it happened.  My question is about how you knew, if you knew, how much of what was happening was attributable to UPM versus to third parties.  And in that context that's why I was asking -- again, to be clear, you could tell from the methods we talked about earlier to I guess a fairly high

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    121

degree of certainty that this particular SIM card was being used for bypass; right?

A    Correct.

Q    And if you had that high degree of certainty, you would cut off that SIM card; correct?

A    Correct.

Q    But at the time you analyzed and said this SIM card is being used for bypass and then you cut it off, you didn't know at that time that that particular SIM card was being used by UPM?

A    Until we did the investigation we didn't know that, that's correct.

Q    Okay.  Did your investigation allow you to identify particular SIM cards that were being used by UPM?

A    The answer is yes.

Q    How did that happen?

A    So once we identified those SIM cards in the controls, we hired Mr. Shields' services to do a more detailed investigation, and through that investigation the location of which UPM server, SIM servers, were being used was identified and a certain number of SIM cards were discovered there and we were able to match them back to obviously

Exhibit 1
Page 27 of 28

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021    122

the SIM cards that we had been blocking off or attempting to block off over a period of time.

Q    So just to be clear, if I understand you, you actually somewhere in Haiti found what you are calling a SIM server, which is a device that has SIM cards in it that then communicate with the radio gateways to connect to your network?

A    If memory is correct, yes, there were cases where a SIM server was found in Haiti, yes.

Q    Okay.

A    I know why -- I mean, I am assuming why you are asking this question is some of the SIM servers were abroad and some of the SIM servers were in Haiti, but we did definitely find remnants of SIM cards in Haiti as well as the location that was identified.

Q    Okay.  And Mr. Vaughan and I will fight over the documentary evidence as to what shows what, but for these purposes do you have any idea at the moment -- well, do you know -- in your role as Digicel Haiti do you know how many SIM cards you found that you attributed to UPM's use?

A    I saw pictures.  I am hoping that Mr. Laborde will be able to answer that question better.  I know it was attributed to me, but it

Exhibit 1
Page 28 of 28

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL

Transcript of Bruce Ngoc Quang Tran, Designated Representative

Conducted on October 25, 2021                    95

A  I would say so, yes.

Q  HR.  You mentioned that was a one-person operation.

A  Yes.

Q  And where was that based?

A  Oregon.

Q  Would all of the HR for UPM be run through Oregon?

A  Only the USA division.

Q  SIM management; where was that based?

A  Every office -- SIM management was -- had people in Oregon, in Guatemala and in Mexico.

Q  Would all of the SIM management for the UPM business, wherever those projects were located, would they all have to run through Oregon, Guatemala or Mexico?

A  The decision you mean?

Q  I'm not sure what SIM management entailed, but would it all have to run through one of those three locations?

A  Yes.

Q  What exactly did the SIM management team do?

A  So they main -- they maintain the SIMs. Basically they activated the SIMs, they recharge

Exhibit 2
Page 1 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative
Conducted on October 25, 2021                    96

the SIMs, they check how many balance is left.  If the balance is empty, they recharge them.  If the SIM is blocked, they remove them and they add new SIMs.

Q  I'm sorry.  After "recharge them," you said something about blocked?

A  No.  After recharge, you have to check if it receive the balance.

Q  Okay.

A  Right.  So you check balance, make sure that you received the balance, and then -- and then if the SIM is blocked, then we have -- they have to remove it.

Q  So the SIM management team would be responsible for activating the SIMs, recharging the SIMs, checking to make sure that the recharged balance was accurate and, if the SIMs were blocked, making sure that they were removed?

A  Uh-huh, yes.

Q  Was that the team responsible for initially installing or -- well, that's part of activating the SIMs.

A  Installing.

Q  The SIMs.

A  Meaning putting in a -- yeah.  Installing

A  Yes.

Q  Have you provided them or any such report in response to our request for production?

A  I think we did.

Q  We talked a bit about SIM cards.  Did UPM register the SIM cards that it acquired out of Haiti?

MR. SAVAGE:  Objection.  Vague.

Q  (By Mr. Vaughan)  You can answer.

A  You have to register SIM card per use as decode so it has a registration process.

Q  I didn't hear you.  You have to --

A  So Digicel has a registration process which is per USSD code on the SIM card itself.  So once you acquire the SIM card, you register the SIM card by sending us a code.

Q  And the question is:  Did you register all of the SIM cards that you acquired out of Haiti?

A  Yes.  They are USSD codes, yes.  Otherwise, they don't work.  SIM cards, we acquire from Digicel inactive when we purchase them.

Q  Did all of the SIM cards that you acquired work upon your attempted registration?

A  Not all of them, but most of them did.

Q  Now, is it your understanding that when

Exhibit 2
Page 3 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                    376

document, but a couple questions.

BY MR. VAUGHAN:

Q.  Mr. Tran, can you confirm for me that UPM
    purchased recharges for certain sims, what
    are called top-ups, from distributors here
    in the US and in Canada?

A.  We didn't purchase in the US.  I didn't know
    they were always in Canada, that is news to
    me, but we did purchase top-ups.

Q.  And you purchased these top-ups from
    companies that are called -- they are called
    distributors of these top-up minutes,
    correct?

A.  Of the air time, that's correct.

Q.  Now these companies are authorized by
    distribution agreements with the carriers,
    for example, Digicel, right?

A.  Yes, I assume so.

Q.  And in order to purchase in bulk from these
    top-up companies, you have to be registered
    with them as a reseller of top-up minutes,
    correct?

A.  We are.

Q.  One such distributor that you used to
    purchase top-ups as a reseller was a company

Exhibit 2
Page 4 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL

Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2

Conducted on October 26, 2021

378

MR. VAUGHAN: Jordan, now may I have 11124, please.

MS. COLLINS: Please stand by.

(Exhibit 31 was marked.)

MS. COLLINS: Exhibit 31 is now on the screen.

MR. VAUGHAN: Thank you.

BY MR. VAUGHAN:

Q. I'm showing you what's being marked as Exhibit 31. This is an email chain between Ben Sanchez, your former president of UPM?

A. That's correct.

Q. And a lady -- or somebody, Dalene Teo, from Ecocarrier, right?

A. That's what it says.

Q. And it's dated May 7, 2014, correct?

A. That's correct.

Q. Now in May 2014, Dalene Teo from Ecocarrier writes to Ben Sanchez from UPM, "Ben, Pennydial had a large increase in Haiti top ups in the last few days. Can you please check and confirm the traffic is legitimate. Thanks."

Do you see that?

A. I do.

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL

Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                    379

Q.  So in 2014, Pennydial is the one purchasing top-up minutes as a reseller from Ecocarrier, right?

A.  That's correct, but Pennydial is owned by UPM.

Q.  I understand that, sir.  So Pennydial purchases as a reseller from Ecocarrier, and Ecocarrier is contacting Ben Sanchez with a concern about increased in Haiti top-ups from Pennydial.

Do you see that?

A.  I do.

Q.  And Ben Sanchez responds "Yes it is. Thanks."

Did I read that correctly?

A.  You did.

Q.  And he is thereby confirming that the traffic causing the large increase in Haiti top-ups is, quote-unquote, "legitimate"; do you see that?

MR. SAVAGE:  Objection: Mischaracterizes testimony.

THE WITNESS:  I do, but this -- the reason why they ask is to make sure we didn't get hacked and we have to pay for the

DS3 if I want to.  We had ATT.

I mean, unlimited bandwidth, basically, with 32,000 square feet of space, which I own, and we could put 50 Gateways there if you wanted to.

And then, besides that, then we had many employees and friends where a location would be unlimited.

I own over 12 properties, which I could have perhaps hosted all these Gateways as well.

And we never had power issues at all, period.  I cannot even imagine when was the last power outage in Portland.

BY MR. VAUGHAN:

Q.  So thank you for all of that.

How many Gateways were actually deployed for a home like your home, actually deployed?

A.  Actually deployed was 20 Gateways actually deployed, with 15 Gateways sitting on the shelf ready to be deployed.

Q.  So 20 Gateways deployed starting when?

A.  I think we started probably -- the one identified was Roam Like You're Home.

Exhibit 2
Page 7 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                                      443

(Court Reporter interruption.)

MR. VAUGHAN:  RLYH.

BY MR. VAUGHAN:

Q.  Go ahead, Mr. Tran.

A.  So I don't remember exactly honestly, but I would -- I would assume it's probably around May 2014, about a month after we were in Haiti that we discovered there was a Roam Like You're Home plan.

Q.  When did Roam Like You're Home begin?

A.  I think in May, I think so, but I have to -- I apologize.  I don't remember exactly.  But if you do have a document, if you could put it up, please.

Q.  So how many sims did you actually deploy doing Roam Like You're Home in your 20 Gateways?

A.  So, if I remember correctly, we had an inventory of about approximately 8,000 sims, and then I think active were about close to 4,000, if I remember correctly.

I don't have the sheet in front of me, but I do remember because I was working on it, and then the rest was ready to be used.

Exhibit 2
Page 8 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                                    444

Q. At any given time, you're saying you had close to 4,000 sims active?

A. We had 4,000 activated. That's what I recall in my report.

Q. What I'm asking you is: At any given time, what was the highest number of sims you had active?

A. Meaning the ones which was not blocked by Digicel when they were activated in Roam Like You're Home?

Q. Sure.

A. I don't know. I have to -- I don't know currently -- I don't know the exact number because Digicel was blocking the Roam Like You're Home plan daily, so I have no way to run the report, but I do know that at any given time we could have thousands of sims active.

Q. Okay. If you can, what was the least number of sims you would have active as far as you remember at any given moment?

A. Let me give you a figure because I don't know, but we had sim server capacity --

Q. I don't want to know the capacity. We've covered that.

Exhibit 2
Page 9 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL

Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                    445

MR. SAVAGE:  Robert, if I can interject, because I think the confusion would be cleared up, are you asking how many were being used to handle calls simultaneously at any one moment?

That's what I'm hearing, but I don't know if that's what you're asking.

MR. VAUGHAN:  That's what I'm asking, which is --

MR. SAVAGE:  That's what you're asking, which sims are active is different from how many calls are being carried at a particular time, I think.

BY MR. VAUGHAN:

Q.  Sure, go ahead.

MR. SAVAGE:  So try to explain, Mr. Tran.

THE WITNESS:  We had the ability to put all 8,000 sims in a sim server.  They could be all active, right?  Because right now Digicel was blocking sims, and I cannot tell you the exact number.

BY MR. VAUGHAN:

Q.  I hate to interrupt, but this is really just an exercise in a waste of time.  That's not

Exhibit 2
Page 10 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                446

what I'm asking, and that's not what your lawyer just explained.

MR. SAVAGE:  How many radios would be active at any one time, I think is what we're really asking.

How many simultaneous calls would have been going out at any one time, if you know?

THE WITNESS:  We have 20 Gateways installed, but that was not the limit.

MR. SAVAGE:  But how many -- not the limit.  How many were actually going at any one time?

THE WITNESS:  20 Gateways, 320 channels.

BY MR. VAUGHAN:

Q.  How many sims were on average assigned to each Gateway?

A.  If Digicel had not blocked those sims, all I need is 320 sims.

Q.  Okay.  Let's take a step back again and try this again.  I understand that your sims being used improperly in a Roam Like You're Home were being intercepted and blocked.  That is not what we're talking about in this

moment.

What we're talking about in this moment is trying to get an idea at any given point in time, on average, how many sims did you have registered and active and ready to transmit calls into Haiti?

A.  I did answer that question earlier because of the actively being blocked --

Q.  The explanation -- the number --

A.  My answer is 4,000 sims, but I don't know how many of those were deactivated.

Q.  So you don't know how many were activated?

A.  No, I know how many were activated, close to 4,000 sims, but your question is:  At any given time, how many were actually active?

I don't know that answer because Digicel was actively blocking sims.  So out of the 4,000, I don't know what the number is today.

Q.  At any point in time, were all 4,000 of those sims inside a server and assigned to a Gateway?

A.  Not all 4,000.  I only had 320 ports.

Q.  That's what I'm trying to get at.

So at any given moment, the most

Exhibit 2
Page 12 of 17

you would have inside a server and assigned to a Gateway ready to transmit a call is 320, correct?

A.  But the question is -- correct, it's not clear.  The way you put the question, on a technical perspective, is not correct.

Q.  I'm a lawyer, work with me.  The question is:  Do you have any idea how many -- how many sims were actually installed in a Gateway ready to transmit a call at any given moment?

MR. SAVAGE:  Objection: Mischaracterizes his testimony.  Sims were not installed in Gateways.  I'm just trying to keep it clean.

BY MR. VAUGHAN:

Q.  I mean in a server.  Go ahead.

A.  I apologize.

Q.  Let me rephrase the question because that was an actual mistake.

At any given moment, do you have any idea how many sims were actually installed in a sim server and assigned to a Gateway ready to deploy or transmit a phone call?

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                          449

A.    8,000 and 320.  You asked two questions, right, installed and assumed to a server, and assigned to a Gateway, so it's two questions.

So 8,000 were installed in a sim unit, put them in, and 320 were assigned in a Gateway.

Q.    What was the capacity of your sim servers?

A.    50,000 sims.

Q.    5-0?

A.    Correct.

Q.    And you had 8,000 sims installed in those servers?

A.    We had more.  We had 8,000, yes.  That's the answer.  I apologize.

Q.    Some of those sims were inactive, they were blocked?

A.    Some of them were ready to use, they were not even activated, which is about 4,000. Because I think the total number was 7,900 and something, and we activated close to 4,000 sims, and then some of them were deactivated.  Most of them, actually, were deactivated.

Q.    Each -- we've discussed the acquisition of

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL
Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2
Conducted on October 26, 2021                          450

the sims.  How was each one of those sims subscribed to Roam Like You're Home?

A.  There was a process.  I have to look at my notes for that, but I remember there was star 1 -- it was a process.

Basically, when you get the sims, there was a process, you have to subscribe for the USSD code.

MR. SAVAGE:  That was USSD?

THE WITNESS:  Correct, USSD.

BY MR. VAUGHAN:

Q.  And who subscribed each one of those sims on behalf of UPM -- maybe that's a bad question.  Let me rephrase the question.

Who held those subscriptions from each one of those sims?

A.  UPM did.

Q.  How did UPM go about subscribing each one of those sims?

A.  USSD code.

Q.  And what process did it engage in to subscribe each one of those sims using the USSD code?

A.  For sims, the USSD code asked, per document, from Digicel what to do, we followed the

Exhibit 2
Page 15 of 17

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL

Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2

Conducted on October 26, 2021                    451

instruction.

Q. So you -- based upon your testimony about 8,000, at what point did you subscribe each of these sims to the Roam Like You're Home program?

You said not 8,000 at once. You said some were not activated.

A. Right.

Q. So at any given time, that was your answer, about 4,000 being active at any point in time?

A. I think -- if I -- if you allow me to just clarify, we had 8,000 sims, and your question was: How many sims were in a sim server? My answer was 8,000.

Q. We got that.

A. Right. And then the second part is: How many sims were actually activated? We activate close to 4,000 sims, right.

And then the other question was: How many sims were actually on the Gateway assigned as 320, and then you asked me how many sims are actually active at any moment, so that is a confusing question because I don't know how many sims were deactivated.

ATTORNEYS' EYES ONLY - SUPER CONFIDENTIAL

Transcript of Bruce Ngoc Quang Tran, Designated Representative, Volume 2

Conducted on October 26, 2021                    452

I don't have the answer to that question.

Q.  I get it.  But you have confirmed for us that you had 4,000 sims that were activated on Roam Like You're Home at the same time?

A.  Yeah, close to it, yeah.  Not exactly the number, but closer.

MR. VAUGHAN:  Okay.  May I have 22475, please.

MS. COLLINS:  Please stand by.

(Exhibit 38 was marked.)

MS. COLLINS:  Exhibit 38 is now on the screen.

BY MR. VAUGHAN:

Q.  Now this is a copy of the Digicel Roam Like You're Home terms -- or some of the terms and conditions that you had access to, correct?

A.  Yes.

Q.  And this is back from this particular print of 2015.

MR. VAUGHAN:  Can you scroll up to the top for me, please, Jordan?  There we go.  You got it.

BY MR. VAUGHAN:

Q.  You did just print out 2/12/15.  Do you see

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Gerard Pierre Laborde, Designated Representative
Conducted on October 22, 2021                                    10

AV TECHNICIAN:  Yes, I see it here.  Is there a specific way you would like it marked.

MR. SAVAGE:  Mark it as Digicel Haiti 1.

(Digicel Haiti Deposition Exhibit 1 marked for identification and is attached to the transcript.)

MR. SAVAGE:  And I will tell you which page to go to in a second.

What I'm getting at is the question and answer to Question No. 12, that starts on Page 8 of the pdf.  If you can go there, that's fine.  So go to Page 8 of that document.

Q    Mr. Laborde, can you see that on the screen?  Because they can zoom in.

A    I can see it, yes.

Q    Okay.  If you can take a minute and read the Question No. 12, which is a question that I posed to Digicel Haiti, and then read the answer that was given I mean literally by Mr. Vaughan and his team, but came from Digicel Haiti.  And it does carry over to the next page so when you are done reading the next page, just ask to move forward and the technical people will do that. And take as long as you need to read it and read the answer and make sure you understand it.

Exhibit 3
Page 1 of 6

HIGHLY CONFIDENTIAL/AEO INFORMATION

Transcript of Gerard Pierre Laborde, Designated Representative

Conducted on October 22, 2021                                11

THE WITNESS:  Yeah, you can go to the other page, please.

A    Yeah, so what is the question, please?

Q    You read the question and you read the answer; yes?

A    Uh-huh.

Q    And you understood them?

A    Yeah.

Q    Is that correct technically?

A    Technically speaking, yes.

Q    Is there any manner in which it is not correct?

A    At this stage I don't see anything that is not correct.

Q    Okay.

MR. SAVAGE:  You can take the document down now.  That's fine.

Q    So do you have an understanding as a technical matter how a gateway works that we were talking about earlier with Mr. Boute?

A    I do have some good idea, yes.

Q    And is it fair to say that a gateway as used in Internet bypass, as we were talking about earlier, effectively tries to emulate the behavior of an individual cell handset?

Exhibit 3
Page 2 of 6

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Gerard Pierre Laborde, Designated Representative
Conducted on October 22, 2021                    12

MR. VAUGHAN:  Objection; incomplete hypothetical and argumentative.

Go ahead.

A    But, yeah, I would say, yes, this is correct.

Q    So if I have an individual handset -- I'm holding up my phone just for illustration -- that functions on Digicel Haiti's network, the data that is sent from my phone to the network in order to authenticate my phone on the network is determined by the GSM standard and the particular things that are sent back and forth as reflected in the Answer 12 that we just looked at; is that right?

A    Correct.

Q    And if I have a normal handset connecting to Digicel Haiti's network using this protocol, I will call it a protocol, using the set of steps, the CLI associated with that device is the CLI that Digicel Haiti has in its systems as associated with the SIM card that you used to authenticate the call; is that correct?

A    Can you rephrase, please?

Q    Okay.  I'm harkening back to some of the conversation I had with Mr. Boute.  But if I can

Exhibit 3
Page 3 of 6

HIGHLY CONFIDENTIAL/AEO INFORMATION

Transcript of Gerard Pierre Laborde, Designated Representative

Conducted on October 22, 2021                     13

recall it, what he told us is that the CLI, the calling line identification, that Digicel Haiti's network sends with the call is based on the SIM card making the call or authenticating the call, combined with the telephone number that Digicel Haiti itself has assigned to that SIM card; is that correct?

MR. VAUGHAN:  That misstates testimony.

Go ahead.

A    I do have some concern here.  When you say the SIM making the call, the SIM -- the SIM itself is not making the call.  This is the handset that has the radio capability specifically.

Q    Ah, thank you.

A    No, no.  The SIM itself has the information about the subscribers.

Q    Okay.  Thank you for that.  I tried to be technically accurate.  As I sometimes say, I am not really a telecom engineer, but sometimes I play like I'm one.  So I apologize if I made a mistake.

So with your clarification, the radio makes the call, the SIM card contains the information that has been used to authenticate the

Exhibit 3
Page 4 of 6

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Gerard Pierre Laborde, Designated Representative
Conducted on October 22, 2021                    14

call; is that fair?

A    Up to.  It's not enough.  It is not enough in the sense that your are talking about maybe the IMSI that is paired with the mobile subscriber and the identification.  I gather this what you are talking about?

Q    I know that there is other information, but I was talking about the IMSI --

MR. SAVAGE:  Cindy, that's I-M-S-I.

Q    -- which stands for international mobile subscriber identification; correct?

A    Correct.  Which we pair -- this is part of the provisioning with the subscriber information which contains the phone number, the code area, et cetera, et cetera.

I just want to make clear that when you talk about -- because I heard you this morning. When you talk about radio, things like that, it seems that there is a confusion between the SIM, the -- whatever it's been used for, terminating traffic, things like that.

So I want just to make clear that this is the handset, technically speaking, that has the radio capability.  The SIM itself will allow to identify a subscriber.  And then definitely

Exhibit 3
Page 5 of 6

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Gerard Pierre Laborde, Designated Representative
Conducted on October 22, 2021                    15

because of the (indecipherable) you have the provision with the phone number, which is like the way that is making that possible, you know, not only to make the call, but also to identify and get the CLI.

Q    So let me see if I can state it with a high degree of precision so we can agree what we are talking about going forward.

Okay.  First, SIM cards do not make any telephone calls.

A    No.  But I do have a SIM card in my office.  I don't think that SIM card itself will make a call.  But go ahead.

Q    The call, the connection to Digicel Haiti's network, is made by the radio?

A    By a device.

Q    By a device that has a radio?

A    Correct.

Q    In the absence of a radio, you can't call anybody.

A    No, no, it's correct.

Q    And what the SIM does, is it contains information that is used to identify the account that the SIM card is associated with.

MR. VAUGHAN:  Objection; misstates

Exhibit 3
Page 6 of 6

Confidential: Contains Highly Confidential - AEO Info

Transcript of Paul Flanagan

Conducted on October 11, 2021                    56

Q    Okay.  Do you have an understand- -- any understanding of whether Digicel Haiti reported that information to the Haitian government?

A    Sorry.  Which information?

Q    The information from the registration cards; that if somebody on the street fills out the registration card to buy a SIM card; the registration card gets to Digicel Haiti; Digicel Haiti enters it into its system.

Do you have any understanding as to whether Digicel Haiti then transmitted that information to the Haitian government?

A    Not as far as I'm aware.

Q    Okay.  So let's now take a different scenario.

The customer comes up to the street vendor, says, I'd like to buy a SIM card.  Here's your 50 gourde.  No registration card.

So how would Digicel Haiti ever know that that particular SIM card had been sold, or would they?  Would Digicel Haiti ever know that that SIM card had been sold?

MR. VAUGHAN:  Objection, foundation, and compound.

You can answer.

Exhibit 4
Page 1 of 2

Confidential: Contains Highly Confidential - AEO Info
Transcript of Paul Flanagan
Conducted on October 11, 2021                    57

A    Okay.  They would know that the SIM card had been used.  Who it had been sold to, they wouldn't know.

Q    Okay.

A    But they would know it was actually active and in use.

Q    So let's talk about that for a second because that's what I -- I honestly don't understand this.

So at the moment that the dealer hands the customer the SIM card in its little package, Digicel Haiti would not know that at that moment, would they, that the package had changed hands?

A    No.

Q    Okay.  So if the customer took the SIM card -- you know, I'm holding up my cell phone. If the customer took the SIM card and put it into the cell phone, would the mere fact of putting it into the cell phone cause any signaling to happen that would alert Digicel Haiti that that SIM card was now active?

MR. VAUGHAN:  Objection, foundation, relevance.

You can answer if you know.

A    I don't remember exactly how the

Exhibit 4
Page 2 of 2

**Richard K. Hansen**
Email: rhansen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone: 954.527.1115
Facsimile: 954.527.1116

Attorney for Plaintiff and Counterclaim Defendants,
Unigestion Holdings, S.A., a Foreign Corporation,
d/b/a Digicel Haiti; and Digicel USA Incorporated

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., <br><br>       Plaintiff & Counterclaim Defendant, <br><br>    v. <br><br> **UPM TECHNOLOGY, INC**., *et al.* <br><br>       Defendants and Counterclaim Plaintiff <br><br> v. <br><br> **UNIGESTION HOLDING, S.A.** and **DIGICEL-USA, INC.,** <br><br>       Counterclaim-Defendants. | Case No. 3:15-CV-00185-SI <br><br><br> **UNIGESTION HOLDING, S.A.'S ANSWERS AND OBJECTIONS TO FIRST (REVISED) INTERROGATORIES TO PLAINTIFF** |

**Page 1 of 31 -**    ANSWERS AND OBJECGTIONS TO FIRST (REVISED) INTERROGATORIES
        TO PLAINTIFF

Exhibit 5
Page 1 of 7

| Block of minutes rates | Daily Quick Pick Plan | 0.8 HTG/mn |
|---|---|---|
| | Mini Daily Quick Pick Plan | 1 HTG/mn |
| | Monthly Quick Pick Plan | 1.2 HTG/mn |
| | Weekly Quick Pick Plan | 1.27 HTG/mn |

(c) 1100HTG for 30 days or 350HTG for 7 days; (d) 75.5HTG/minute; and (e) RLYH subscribers are not charted on a per-minute roaming basis.

**12.**     Please refer to Digicel Answer at ¶¶ 229-240. Please fully describe how SIM cards and/or the information contained on SIM cards interact with your network in connection with validating or authenticating accounts, establishing calls on your network as a technical matter, and/or billing or charging for usage on your network.

Answer:  The handsets need a SIM card in order to identify the owner and communicate with the mobile network. A SIM card contains its unique serial number (ICCID), international mobile subscriber identity (IMSI) number, security authentication and ciphering information, temporary information related to the local network, a list of the services the user has access to, and two passwords: a personal identification number (PIN) for ordinary use, and a personal unblocking code (PUC) for PIN unlocking.

The Authentication Key (Ki) is a 128-bit value used in authenticating the SIMs on a GSM mobile network. Each SIM holds a unique Ki assigned to it by the operator during the personalization process. The Ki is also stored in a database on the carrier's network.

The SIM card is designed to prevent someone from getting the Ki by using the smart-card interface. Instead, the SIM card provides a function that the phone uses to pass data to the SIM card to be signed with the Ki. This, by design, makes using the SIM card mandatory unless the Ki can be extracted from the SIM card, or the carrier is willing to reveal the Ki. In practice, the GSM cryptographic algorithm for computing SRES_2 from the Ki has certain vulnerabilities that can allow the extraction of the Ki from a SIM card and the making of a duplicate SIM card.

Authentication process:

When the mobile equipment starts up, it obtains the IMSI from the SIM card, and passes this to the mobile operator, requesting access and authentication. The mobile equipment may have to pass a PIN to the SIM card before the SIM card reveals this information. The operator network searches its database for the incoming IMSI and its associated Ki.

The operator network then generates a random number (RAND) and signs it with the Ki associated with the IMSI (and stored on the SIM card), computing another number, that is split into the Signed Response 1 (SRES_1, 32 bits) and the encryption key Kc (64 bits).

The operator network then sends the RAND to the mobile equipment, which passes it to the SIM card. The SIM card signs it with its Ki, producing SRES_2 and Kc, which it gives to the mobile equipment. The mobile equipment passes SRES_2 on to the operator network.

The operator network then compares its computed SRES_1 with the computed SRES_2 that the mobile equipment returned. If the two numbers match, the SIM is authenticated, and the mobile equipment is granted access to the operator's network. Kc is used to encrypt all further communications between the mobile equipment and the network.

Digicel Haiti categorically objects to any discovery requesting information prior to 2014 as that is the year UPM states it started bypass operations directed at Haiti. Information between 2010 and 2014 is irrelevant and not intended to lead to the discovery of admissible evidence.

13.    Please refer to Digicel Answer at ¶¶ 128, 280-281. Please describe all terms and conditions (including without limitation pricing terms and any restrictions or limitations on the manner or purpose of usage) you impose and have imposed on the use of your SIM cards, top-ups/recharges, or usage (including RLYH service), and identify all your documents (including without limitation advertisements/ad copy, contracts, and tariffs) concerning such terms and conditions.

Answer:   Digicel Haiti categorically objects to any discovery requesting information prior to 2014 as that is the year UPM states it started bypass operations directed at Haiti. Information between 2010 and 2014 is irrelevant and not intended to lead to the discovery of admissible evidence.

Digicel Website Terms and Conditions state:

Le Client doit utiliser la Carte SIM strictement l'usage auquel elle est destinée et conformément aux Lois et Règlements en vigueur. La Carte SIM ne peut être utilisée à des fins commerciales, ni aux fins de modifier l'acheminement du service de télécommunications. Tout usage frauduleux de la Carte SIM engage la responsabilité personnelle du Client. (https://www.digicelgroup.com/ht/fr/terms-et-conditions/termes-et-conditions)

**Page 9 of 31 -**    ANSWERS AND OBJECGTIONS TO FIRST (REVISED) INTERROGATORIES
TO PLAINTIFF

Exhibit 5
Page 3 of 7

Rough Translation:  The Customer must use the SIM Card strictly for the use for which it is intended and in accordance with the Laws and Regulations in force. The SIM Card cannot be used for commercial purposes or to modify the routing of the telecommunications service. Any fraudulent use of the SIM Card is the Customer's personal responsibility.

14.     Please identify all ads you have run (radio, TV, print, online, etc.) that state terms and conditions (including without limitation pricing terms and any restrictions or limitations on the manner or purpose of usage) for the use of your SIM cards, top-ups/recharges, or usage (including RLYH service) on your wireless network in Haiti.

Answer:   Digicel Haiti categorically objects to any discovery requesting information prior to 2014 as that is the year UPM states it started bypass operations directed at Haiti.  Information between 2010 and 2014 is irrelevant and not intended to lead to the discovery of admissible evidence.

Roaming RLYH Service ads include, but may not be limited to:

Flyers in stores – how to use/activate; billboards near airport regarding price and bundles; and social media ads/

SIM Card top-ups/recharges ads include, but may not be limited to:

Flyers in the store; "how to" general information; SIM activation & price usages.  radio ad; social media ads; and SMS ads.

Other advertising campaigns include, but may not be limited to: D'Music campaign; MDA campaign; Sportmax campaign; Cool45 campaign; OOH campaign; KADO sou KADO campaign; Krezi Kredi' Cool15 campaign; 12Net campaign; Triple Bubbles*; Quadruple bubbles* ; Rechaje pou genyen* ; Diaspora campaign ; SIM Jenes campaign ; SIM replacement campaign for carinval ; Krezi Millions campaign

15.     Please refer to TAC at ¶ 129, where you refer to adding a RLYH plan to an account by entering a code "into the phone at any time."  Please describe in detail the process by which entering the appropriate code into a phone results in the RLYH plan being associated with the account, and identify all your documents concerning that process.

Page 10 of 31 -     ANSWERS AND OBJECGTIONS TO FIRST (REVISED) INTERROGATORIES
                    TO PLAINTIFF

Exhibit 5
Page 4 of 7

Answer:

Please refer to:
https://www.digicelgroup.com/ht/fr/mobile/aidezmoi/services/Roaming.html

Roam Like You're Home: Digicel offers the "Lotbo ak Lakay Menm Pri a" plan to prepaid and postpaid customers when traveling in the United States and Digicel countries. Use your phone on these territories as you would at home in Haiti, with access to preferential rates of use for calls, texts and data with the prepaid and postpaid plans of "Lotbo ak Lakay Menm Pri a"

How it works:

• Customers pay a flat rate of HTG 1100 for 30 days or HTG 350 for 7 days to access local rates for voice, SMS and data while roaming in the United States only on AT&T or T-Mobile networks and on the Digicel network in the Caribbean for 30 days or 7 days.

• "Lotbo ak Lakay Menm Pri a" must be renewed after 30 days or seven days when the plan expires.

• Customers traveling to the Caribbean territories, except Guyana, will benefit from the "Lotbo ak Lakay Menm Pri a" rates as if they were still in Haiti.

• After 30 days or 7 days depending on the duration of the plan, customers will be billed at the standard roaming rate.

To subscribe:

1. Dial * 186 # from a Digicel phone and receive a message from our system with additional instructions.

2. Confirm the subscription by dialing * 186 * 1 # or cancel the request by dialing * 186 * 9 #

3. Once the subscription is confirmed you will receive the activation confirmation message from Digicel

Relevant documents can be found at:
*http://www.digicelhaiti.com/en/help_faqs/products/digicel-roam-like-you-home-faq*

**16.**    Please refer to TAC at ¶¶ 50, 60, 67 & 95.  Do you sell your SIM cards on a "bulk" or wholesale basis to any third parties, including wholesalers or distributors in Haiti?  If so, describe the terms of those sales, and identify all your documents concerning them.

Page 11 of 31 -    ANSWERS AND OBJECGTIONS TO FIRST (REVISED) INTERROGATORIES
                   TO PLAINTIFF

Exhibit 5
Page 5 of 7

Dated: **February 28, 2020.**

Respectfully submitted,

<table>
<tr><td>

SCHWABE, WILLIAMSON & WYATT, P.C.
Richard K. Hansen, OSB #832231
Telephone: 503.796-2958
Facsimile: 503.796.2900

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

</td><td>

By:   /s/ Cherine Smith Valbrun

KIM VAUGHAN LERNER LLP
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:      (954) 527-1115
Facsimile:      (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Plaintiff, Unigestion Holdings, S.A., a Foreign Corporation, d/b/a Digicel Haiti*

</td></tr>
</table>

**Page 30 of 31 -**    ANSWERS AND OBJECGTIONS TO FIRST (REVISED) INTERROGATORIES TO PLAINTIFF

Exhibit 5
Page 6 of 7

## VERIFICATION

I, ___MAARTEN    BOUTE___, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have read the foregoing answers and objections to interrogatories and have personal knowledge of the facts and matters contained therein, and that the facts and matters contained therein are true and correct.

By: _____

Name: ____MAARTEN    BOUTE____

Page 31 of 31 -    ANSWERS AND OBJECGTIONS TO FIRST (REVISED) INTERROGATORIES
TO PLAINTIFF

Exhibit 5
Page 7 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I served the foregoing **DECLARATION OF CHRISTOPHER W. SAVAGE IN SUPPORT OF COUNTERCLAIM PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT – COMMUNICATIONS ACT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Dated: August 16, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
     Kathryn P. Salyer, OSB #883017
     Eleanor A. DuBay, OSB #073755
     Blake Van Zile, OSB #184672
     ksalyer@tomasilegal.com
     edubay@tomasilegal.com
     bvanzile@tomasilegal.com
     Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
     Christopher W. Savage, D.C. Bar #362657
     chrissavage@dwt.com
     *(Admitted Pro Hac Vice)*
     Katherine Sheriff
     katherinesheriff@dwt.com
     Telephone: (202) 973-4200

Of Attorneys for Defendants

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236