**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>Plaintiff & Counterclaim-Defendant,<br><br>v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DECLARATION OF CHRISTOPHER SAVAGE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DIGICEL-HAITI'S MOTION FOR SUMMARY JUDGMENT**<br><br>**HEARING DATE: SEPTEMBER 14, 2022**<br>**HEARING TIME: 1:30 P.M.** |

I, Christopher W. Savage, declare under penalty of perjury:

1.  I am an attorney at Davis Wright Tremaine LLP. I am one of the attorneys representing the defendants in the above-captioned action. I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein. I am competent to testify if called to do so.

2.  I make this declaration in support of UPM's Motion For Summary Judgment and in Opposition to Digicel-Haiti's Motion for Summary Judgment regarding UPM's claims against Digicel-Haiti under the Communications Act.

3.  On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Maarten Boute. Attached hereto as Exhibit 1 is a true and correct copy of the following pages from the transcript of Mr. Boute's deposition: 102-108.

4.  On October 27, 2021, I attended the deposition of UPM Technology, Inc.'s corporate representative Bruce Ngoc Quang Tran. Attached hereto as Exhibit 2 is a true and correct copy of the following pages from the transcript of Mr. Tran: 104, 106-110.

5.  On October 13, 2021, I took the deposition of Kenneth McEwen. Attached hereto as Exhibit 3 is a true and correct copy of the following pages from the transcript of Mr. McEwen's deposition: 148.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: September 9, 2022.

Christopher W. Savage
Bethesda, Maryland

Page 2 of 2 – DECLARATION OF CHRISTOPHER SAVAGE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DIGICEL-HAITI'S MOTION FOR SUMMARY JUDGMENT
UPM-L1\00682265.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I served the foregoing **DECLARATION OF CHRISTOPHER SAVAGE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DIGICEL-HAITI'S MOTION FOR SUMMARY JUDGMENT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Dated: September 9, 2022

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Defendants

CERTIFICATE OF SERVICE
UPM-L1\00682265.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236