**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br>        Plaintiff & Counterclaim-Defendant, <br><br>    v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br>        Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **DECLARATION OF BRUCE TRAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DIGICEL-HAITI'S MOTION FOR SUMMARY JUDGMENT** <br><br> **HEARING DATE: SEPTEMBER 14, 2022 HEARING TIME: 1:30 P.M.** |

Page 1 of 3 – DECLARATION OF BRUCE TRAN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO DIGICEL-HAITI'S MOTION FOR
SUMMARY JUDGMENT
UPM-L1\00682268.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I, Bruce Tran, declare as follows:

1.      I am the owner and Chief Executive Officer ("CEO") of UPM Technology, Inc. ("UPM") the counterclaim plaintiff in this matter. I have been the owner and CEO of UPM since its founding in 2007. I make this declaration based on personal knowledge, including information available to me from UPM's records in my role as CEO of UPM, in support of UPM's Motion For Summary Judgment and in Opposition to Digicel-Haiti's Motion for Summary Judgment regarding UPM's claims against Digicel-Haiti under the Communications Act.

2.      As part of UPM's business, UPM regularly received materials from companies that sold "top ups" for SIM cards that worked on the networks of various foreign wireless providers. This included materials from companies that sold top ups for Digicel-Haiti SIM cards. The purpose of these promotional materials was to alert UPM and similar entities to promotions that were being run by the foreign wireless providers, to encourage people to purchase top-ups on their networks.

3.      As part of UPM's efforts to respond to Digicel-Haiti's discovery in this case, UPM and counsel reviewed the company's electronic files, including email files. As part of that review, we found a number of promotions for Digicel-Haiti's "Diaspora" program. These are advertisements directed to United States members of the Haitian Diaspora, encouraging them to send money to Digicel-Haiti for the accounts of family members and friends in Haiti. This money would purchase airtime on the selected accounts. That is, this money will purchase service on Digicel-Haiti's network that will be used for international calling between the United States and Haiti.

4.      Attached to this Declaration as Exhibit 1 are examples of the advertisements that were distributed by Digicel-Haiti top-up vendors to entities such as UPM. As noted, these advertisements reflect efforts by Digicel-Haiti to encourage members of the Haitian Diaspora in the United States to purchase Digicel-Haiti services (airtime) that will be used by

Page 2 of 3 – DECLARATION OF BRUCE TRAN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO DIGICEL-HAITI'S MOTION FOR
SUMMARY JUDGMENT
UPM-L1\00682268.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

people in Haiti to call people in the United States, and vice versa. In other words, they reflect efforts by Digicel-Haiti to sell its international calling services in the United States.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Executed on September 9, 2022

_____
Bruce Tran

Page 3 of 3 – DECLARATION OF BRUCE TRAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DIGICEL-HAITI'S MOTION FOR SUMMARY JUDGMENT
UPM-L1\00682268.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I served the foregoing **DECLARATION OF BRUCE TRAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DIGICEL-HAITI'S MOTION FOR SUMMARY JUDGMENT** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Dated: September 9, 2022

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
   Christopher W. Savage, D.C. Bar #362657
   chrissavage@dwt.com
   *(Admitted Pro Hac Vice)*
   Katherine Sheriff
   katherinesheriff@dwt.com
   Telephone: (202) 973-4200

   Of Attorneys for Defendants

CERTIFICATE OF SERVICE
UPM-L1\00682268.000

# Exhibit 1
























