**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
**Andrew J. Lee**, OSB #023646
Email: ajlee@schwabe.com
**Sara Kobak**, OSB #023495
Email: skobak@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
**Anisha C. Atchanah** *(Pro Hac Vice)*
E-Mail: aatchanah@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> UPM TECHNOLOGY, INC., *et al.*, <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br> **DECLARATION OF ANNE M. TALCOTT IN SUPPORT OF PLAINTIFF UNIGESTION HOLDINGS, S.A.'S RESPONSE IN OPPOSITION TO UPM TECHNOLOGY, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW – CAUSATION AND DAMAGES** |

Page 1 -    TALCOTT DECL. ISO PLAINTIFF'S OPPOSITION TO
UPM TECHNOLOGY, INC.'S MOTION FOR
JUDGMENT AS A MATTER OF LAW

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

I, Anne M. Talcott, hereby declare as follows:

1. I am one of the attorneys of record for Plaintiff Unigestion Holdings, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2. Attached hereto and marked as Exhibit A are true and correct excerpts of the October 22, 2021, deposition transcript of Maarten Boute. This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

3. Attached hereto and marked as Exhibit B are true and correct excerpts of the October 25, 2021 and October 26, 2021, deposition transcripts of Bruce Ngoc Quang Tran. This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

4. Attached hereto and marked as Exhibit C are true and correct excerpts of the October 27, 2021, deposition transcript of Bruce Ngoc Quang Tran.

5. Attached hereto and marked as Exhibit D are true and correct excerpts of the October 13, 2021, deposition transcript of Kenneth McEwen.

6. Attached hereto and marked as Exhibit E are true and correct excerpts of the October 15, 2021, deposition transcript of Baltazar Ruiz.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 9th day of September, 2022.


_s/ Anne M. Talcott_____
Anne M. Talcott

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900