**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

     Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI,**<br><br>    Plaintiff & Counterclaim-Defendant,<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>    Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**DECLARATION OF CHRISTOPHER SAVAGE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW – CAUSATION AND DAMAGES**<br><br>**FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER**<br><br>**HEARING DATE: SEPTEMBER 14, 2022**<br>**HEARING TIME: 1:30 P.M.** |

Page 1 of 2 – DECLARATION OF CHRISTOPHER SAVAGE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW – CAUSATION AND DAMAGES
UPM-L1\00682462.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

I, Christopher W. Savage, declare under penalty of perjury:

1.    I am an attorney at Davis Wright Tremaine LLP. I am one of the attorneys representing the defendants in the above-captioned action. I make this declaration based on personal knowledge and my review of the records and files in this proceeding and public records referenced herein. I am competent to testify if called to do so.

2.    I make this declaration in support of Defendants' Reply in Support of Motion For Judgment As A Matter Of Law – Causation And Damages.

3.    On October 12, 2021, I took the deposition of Charles Castel. Attached hereto as Exhibit 1 is a true and correct copy of the following pages from the transcript of Mr. Castel's deposition: 75-76, 112, 121.

4.    On October 13, 2021, I took the deposition of Kenneth McEwen. Attached hereto as Exhibit 2 is a true and correct copy of the following pages from the transcript of Mr. McEwen's deposition: 124-127, 135, 146-148.

5.    On October 22, 2021, I took the deposition of Unigestion Holdings, S.A. d/b/a Digicel-Haiti's corporate representative Maarten Boute. Attached hereto as Exhibit 3 is a true and correct copy of the following pages from the transcript of Mr. Boute's deposition: 75-78, 140-141, 144-146, 156-157, 160-161.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: September 12, 2022.

Christopher W. Savage
Bethesda, Maryland

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I served the foregoing **DECLARATION OF CHRISTOPHER SAVAGE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW – CAUSATION AND DAMAGES** on the following individuals by electronic service to said individuals:

| | |
|---|---|
| Robert C.L. Vaughan | Anne M. Talcott |
| Cherine Smith Valbrun | Kathryn E. Kelly |
| Leah Storie | Andrew J. Lee |
| Anisha Carla Atchanah | Schwabe, Williamson & Wyatt, PC |
| Kim Vaughan Lerner LLP | Pacwest Center |
| One Financial Plaza | 1211 SW 5th Ave., Suite 1900 |
| 100 SE Third Avenue • Suite 2001 | Portland, OR 97204 |
| Fort Lauderdale, FL 33394 | Email: atalcott@schwabe.com |
| Email: rvaughan@kvllaw.com | Email: kkelly@schwabe.com |
| Email: cvalbrun@kvllaw.com | Email: ajlee@schwabe.com |
| Email: lstorie@kvllaw.com | |
| Email: aatchanah@kvllaw.com | |

Dated: September 12, 2022

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Defendants

Transcript of Charles Castel
Conducted on October 12, 2021                    75

document that's been marked as Castel No. 2, and it's -- at the bottom it says Exhibit 1, pages -- page 4 all the way up through page 20.

Do you have a copy of that with you, Mr. Castel?

A  Yes.

Q  Okay, good.  That will just make it easier when I refer to a particular page.

A  This is a copy of my opinion.

Q  Correct.  That's exactly what we're going to be talking about.

One, a few lead-up questions to the background of this.  In preparing this opinion, did you receive any specific information from Digicel about their books and records and finances?  Did any of that kind of thing go into forming this opinion?

A  No.  I, I totally relied on publicly available information.

Q  Okay.  So then just to be clear, you did not look at any information at all regarding UPM Technologies, my client?

A  Excuse me?

Q  Did you look at any information specifically relating to my client, UPM

Exhibit 1
Page 1 of 4

Technologies, in putting together this opinion?

A   No.

MR. VAUGHAN:  Objection, vague.

Q   Okay.  Well, let's look at specific things then.  So I'm going to be referring to specific pages; and just so the record is clear, I'm referring to the numbered pages on your expert report that says at the bottom right Exhibit 1, page 1 of 20, page 2 of 20, et cetera.  So when I refer to page 1 or page 3 or what have you, that's what I'm referring to.

So with that in mind, if you could take a look at page 3.  Exhibit 1, page 3 of 20.

Do you have that in front of you?

A   Yes.  It says it is registration of normal cost operations?

Q   No, not the version that I have.  This is the one -- so page 1 is the cover page.

A   Yes.

Q   Page 2 is the table of contents.

A   Yes.

Q   And then page 3, Exhibit 1, page 3, has a heading at the top called telecom legal bypass and bypass fraud context.

If not, we can put it up on the screen

Exhibit 1
Page 2 of 4

saying that we had like X amount of equipment instead of 2X or 3X.

Q   And in addition, we have records showing, assume that we have records showing how many minutes of traffic were actually completed using that equipment.

MR. VAUGHAN:  Objection.  Incomplete hypothetical.  Assumes facts not in evidence.

Go ahead.  He wants you to make those assumptions.

A   That -- I am at a loss here.  I don't see how I would come to that kind of exercise.

Q   Well, let me give you a hypothetical.

A   And, and to begin with, trusting what UPM is saying.

Q   Well, let me give you --

A   Because this is a clear case of information asymmetry, where UPM knows and only UPM can know what it's been busy doing.

Q   Well, let me ask this --

A   So now you are asking me as a number --

Q   No, no.

A   You're asking me whether or not I would, should consider to add faith to what UPM involved in bypass operations in Haiti would come up with

Exhibit 1
Page 3 of 4

Transcript of Charles Castel
Conducted on October 12, 2021                                    121

You're Home service in the United States?

A   No, but I can infer from that that everything that he is saying here in terms of market share is based on his experience, UPM's experience of the Haitian market.

And the only experience UPM have of the Haitian market is the bypass activities they were involved in.

Q   So do you have any understanding with respect to UPM's activities in 2014, what portion of bypass minutes were completed by virtue of equipment down in Haiti versus what portion were completed using equipment entirely in the United States?

MR. VAUGHAN:  Objection.

A   I don't have --

MR. VAUGHAN:  Objection.  Assumes facts not in evidence.

You can answer if you know.

A   No.

Q   So suppose with me that what Mr. Wood was saying was that if Digicel had not prevented UPM from reselling service in the United States, UPM would have had a market share of 15 percent.

Do you understand what I'm asking you to

I'm doing TCP IP, they know how to interpret that. If I'm doing SIP, they know how to interpret that. That's the point of these standards?

A  Yes.

Q  Yes?  Okay.  Now at some point earlier on when we were beginning to talk about the phenomenon of bypass, I believe you stated that when a bypass call comes through the Internet and pops out as a local call, looks like a local call, that there was an international call encapsulated within a local call.  Do you recall saying that?

A  I recall saying there's an international call encapsulated with a local transmission.

Q  Okay.  And when you say encapsulated in this circumstance, you're making an analogy; right?

A  Not necessarily, because the call itself is still from user A, where he is speaking, and therefore is analog, and is encapsulated with TCM to user B who is receiving that where it's decapsulated.

Q  Well, then, describe to me, if you can, the technical sense, if there is one, in which an international call is encapsulated in the sense we've been talking about with protocols, within a

Exhibit 2
Page 1 of 8

local transmission.  What does that mean technically?

A  What this means where you have a call that originates outside a geographical, geopolitical location, then crosses that boundary, that then arrives -- and arrives in another geographical location, where the -- and in the case of bypass, therefore uses the local transmission, is actually using a nonrecognized route to avoid various payments and taxes and, and the landing cost for that international call.

Now, as I mentioned earlier, this would be the human equivalent of us trying to cross a border without going through Immigration.

Q  Right.  I understand you said that earlier.  Does that translate, does that mean anything other than it's an international call, that the call originated -- as a technical matter, as a matter of the signaling protocols and the nature of the communication on the network, if we have a bypass call that pops up somewhere in Haiti that really originated in, you know, the UK, let's say, right, and we have a local call of, you know, someone picks up their Digicel cell phone and calls for a, you know, to make an appointment, the

Exhibit 2
Page 2 of 8

technical characteristics of the signaling of the bypass call and the plain old local call are identical; aren't they?

A  On an individual's individual call in -- between the local transmission of the bypass international call versus the local initiated call, there is no real difference on that individual call basis.  In that sense you're talking from a technical aspect.

Q  Correct.

A  But the actual location from the call is where it will be originating from is the duration of the call, so the call is always from an A to a B.

Q  Right.  But again, I'm just focusing on what you're calling, I believe the local transmission, local transmission path; and now, looking at one individual call.  The technical characteristics of the local transmission path of the bypass call that may have originated in Timbuktu and the local call that's just a guy talking on his phone, those technical characteristics are identical; isn't that right?

A  In the sense of a single -- on a single call-to-call basis, yes, because they're both

Exhibit 2
Page 3 of 8

subscriber lines.

Q  Okay.  So, and when you were alluding to other things like number of calls and blah blah blah, what you were getting at there is a concern that the call distribution may be different, the length of calls may be different, that a large number of bypass calls might have an effect on the network different from an individual making a call?

A  You are correct.  Because of the way bypass operates it does have differentiation of the characteristics based on numbers.

Q  Okay.  So are you familiar with the idea of what's called human behavior software?

A  Yes.

Q  And what is that and what's it supposed to do?

A  It's supposed to be -- oh, it's used by bypass operators to attempt to get their SIMs or their systems to make their SIMs appear to be a human person.

Q  And that entails not using a SIM, you know, for 12 hours straight.  It -- moving it around, making sure the call durations are, are appropriate to a human use, that -- just to make

MR. VAUGHAN:  Got it.

Q  -- from UPM --

MR. VAUGHAN:  That's fine.  With those caveats, go ahead.

A  As I state on the previous question, I don't recall a number of or the amount of traffic that was quoted.

Q  Right, no, I -- and I appreciate that. I'm asking, I'm shifting ground to sort of the meta-question of, were you ever shown by Mr. Vaughan or his team or by anyone documents from UPM that talk about how much traffic UPM may have sent to Haiti?

MR. VAUGHAN:  The same objections, please, Jan.  Vague, ambiguous, and incomplete.

But go ahead.

A  If I was, I don't recall.

Q  Fine, okay.  All right.  So now let's change our focus entirely.  Forget gateways and radios in Haiti.  The record in the case contains discussion of and I think you discuss a different scenario that UPM also used; and in the case, we refer to it as the Roam Like You're Home or RLYH scenario, but let me outline it for you to orient you and then I'll ask you questions.

Exhibit 2
Page 5 of 8

All I know is there is a charge for

cross-connection and that is involved for roaming.

    Q   But you don't know what it is.  Okay.

    A   No.

    Q   All right.  Okay.  If I could have just a

moment, I know we're running short on time.  I

think I've covered everything that I would like to

ask you, but I'm not entirely sure.  So just let

me -- let me block myself off for about a minute

and I'll...

        (A discussion was held off the record.)

    Q   Okay.  Just one little bit more.  When I

was asking you about the scenario of the, using

the roaming route rather than the Internet down to

Haiti route, you said you had some assumption that

UPM would do that as a backup but not as a

primary.  Did you talk to anybody about that

assumption and why that would be logical or is

that just you thinking about it?

    A   That --

        MR. VAUGHAN:  Objection.  Misstates

testimony.  He did not say it was an assumption,

but go ahead.

    A   That's built on my understanding from

conversation -- not with Digicel or with

Exhibit 2
Page 6 of 8

Mr. Vaughan's team. I told about UPM scenario, but with conversations I've had with other players globally. The re -- the usage of that route would be more, potentially more expensive than using the route via the Internet and therefore would not be the preferred route. The preferred route would be the cheaper route.

Q Okay, but just to be clear, which I think you said is, that part of your presentation was not based on any information about UPM or Digicel Haiti whatsoever. It was based on your general assumptions and knowledge?

A It's --

MR. VAUGHAN: Objection. Misstates testimony.

Go ahead.

A It's based on my knowledge of how the bypass operators normally operate.

Q Okay. But it's not based on anything specific you know or think you know about UPM?

MR. VAUGHAN: Third time. Objection. Asked and answered. And my prior objections.

Go ahead and answer, Mr. McEwen.

Q Go ahead.

A As mentioned, it's based on my experience

Exhibit 2
Page 7 of 8

of how bypass operators typically behave rather than anything that's been provided to me.

MR. VAUGHAN: We're going for a fourth?

Q   Perhaps. Is it based in any way on any knowledge you have or believe you have about UPM?

MR. VAUGHAN: Objection. Asked and answered thrice. You want her to just read my objection?

Q   No, I'd like -- if we can get a direct answer to this question, I am done.

MR. VAUGHAN: Say it again, Mr. McEwen.

Q   The question is, is this based in any way on any information specific to UPM?

MR. VAUGHAN: Fifth time, asked and answered. You can give him the answer again, Mr. McEwen.

A   This is based on my knowledge of how these people behave and how bypass operators typically behave rather than anything that's been typically passed to me or been passed to me in reference to the way UPM has particularly behaved during any investigation done by Digicel.

MR. VAUGHAN: Going for a fifth or a sixth?

MR. SAVAGE: No. We're good. That's what

Exhibit 2
Page 8 of 8

money you add minutes to your account.  Do you understand that distinction?

A    There is a distinction.  So it's not only in case of promotions.  Like you say, people can add money and then with that money make calls or with that money on their account buy plans because they can buy certain prepaid plans or you can directly from the online system add this plan to this person's usage.  For example, you have a hundred Digicel-to-Digicel minutes and a thousand SMS, whatever type of promotion we are selling at that time, that is correct.

Q    I have to make a distinction here between calls made on Digicel Haiti's network on the one hand that we will first ask about and then calls made while roaming.  So let's first talk about calls on your network in Haiti.

A    Uh-huh.

Q    If I have just a -- forget the minutes; I just have a money plan.  I have a hundred gourdes in my account and I make a call and that call lasts, let's say, ten minutes.  Do you decrement the money off of that account in real time as that call is going, you know, each minute is whatever it is, or do you wait until the call is done and

Exhibit 3
Page 1 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                76

then take off the appropriate amount?

A    We have to do that in real time, Mr. Savage, because we need to keep track of how much money he has and so every -- it fully happens in real time.  And when the money is about to run out, when things work well, we play a little beep for them and a little bit before so they know it is going to run out.  And when it runs out, the call cuts because he has run out of money.

Q    Now shift to the roaming scenario. Suppose I'm a Digicel Haiti customer roaming -- well, it is usually the United States, that's the one I care about -- roaming in the United States. Same situation.  I have some balance on my account.  I pick up the phone and I just make a call.  So I'm incurring some kind of charge.  A, is that also decremented in real time and, if so, how do you in real time know what the customer is doing in the United States?

A    So the answer is yes, it is also decremented in real time.  Again, just to be precise, we are in a prepaid scenario so the type of roaming agreement and setup we would have implemented for that particular scenario would have been a prepaid scenario.  We would have used

Exhibit 3
Page 2 of 13

the technology called CAMEL.

Q    What is that?

A    CAMEL, all in capital letters.

Q    You were saying like the animal, okay.

A    It is like the animal, yeah.  I do not recall the acronym for it.  It must be an acronym. Which basically when the SIM is connected to the phone's network, when it authenticates, it basically says for this particular SIM I need to be continuously in touch with the updates...

THE COURT REPORTER:  Sorry, that was too fast for me, I lost you.

THE WITNESS:  I'm sorry, I am going to slow down.  I just had a coffee.

A    Okay.  So I was explaining, Cindy, about this -- sorry for going so fast -- that if it is a prepaid SIM card, when that prepaid SIM card authenticates on its host network which in this case, in Mr. Savage's case, is a U.S. network, that U.S. network will identify, it will have certain flags on it to identify it being a prepaid SIM, and it will therefore go to our charging systems to check with our charging systems if that card has a balance; and the same way as we did with the domestic call scenario we discussed with

Exhibit 3
Page 3 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    78

Mr. Savage, it will be checking real time whether it has the authorization to be roaming, first of all, and, secondly, whether it has sufficient balance on its account.  And when that money runs out, very similar to a domestic call scenario, that call will be cut.

Q   Okay.  So moving up a level of generality, what you are describing is a situation where if a prepaid SIM card is roaming in the United States, the technical arrangements that you have with the United States host networks provide for two things I understand:  Number one, an initial check so that when the SIM card contacts the U.S. network there is some communication back to you saying, hey, is this a valid SIM card just at the very beginning.  Is that right?

A   That is correct.

Q   And if the answer comes back yes, that's a valid SIM card and it's allowed to be roaming, when that SIM card then makes a call, there is some relatively real-time communication between the host network in the United States and the home network, which would be Digicel Haiti, keeping track of how much usage is being made so that when the money runs out you can then send a message,

Exhibit 3
Page 4 of 13

relevant -- I know it is relevant to the case, but just between us I really want to know the answer to this.  Like huh?  Given your ability as evidenced by the earlier discussion, some of it very confidential, to identify SIM cards that are being used for Internet bypass, one, and, two, given your ability in real time to decrement money off of a SIM card's account, why, when you have identified a SIM card as generating Internet-based international bypass, at a high level why -- instead of spending $5 million or whatever millions of dollars a year on suppressing bypass, why don't you just charge every subsequent call on that SIM card 23 cents a minute?

MR. VAUGHAN:  Objection.  Incomplete hypothetical.

Go ahead if you can.

Q    I tried to save you some money here, right?

A    It's a good question, Mr. Savage, and I believe that at times we have done what we call SIM depletion, so we have depleted, and if we're like a hundred percent sure that the SIM is actually doing bypass, we have depleted whatever credit is remaining on that SIM card.  So yes,

Exhibit 3
Page 5 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                    141

this has happened, yes.

Q    But let me back up for a second.  What I hear you to have just said is if -- here's a SIM card, let's say it has a balance of $10 and it uses $3 of usage and then you realize this is a SIM card being used for bypass.  What I hear you saying is you cut it off and you keep the money?

A    That's not always the case.

MR. VAUGHAN:  Objection.

Q    Okay.  As I say, that's what I understand.  If that is not the case, explain it to me.

MR. VAUGHAN:  Objection; misstates testimony, incomplete hypothetical.

Go ahead.

A    Yeah; it is not always the case, Mr. Savage, because if you recall, you know, and I don't know if I was able to explain this, but if you recall, I said that what happens is we disconnect the service, after which we determine whether really it was a bypass case or not because the system is only so intelligent that it raises suspicious SIMs and based on the suspicion we discontinue service on that SIM.  And so if it is -- for some reason a normal human has exactly

Exhibit 3
Page 6 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                     144

say why were you charging me 23 cents a minute as compared to why are you cutting me off?

MR. VAUGHAN:  Objection; misstates testimony, incomplete hypothetical.

Go ahead.

A    You know, I think we have taken the -- the pain of being cut off is really hard enough and then to go and to also illegally deplete the rest of his account -- or maybe I'm not using the word "illegally" there properly, but it is going a step too far so so far that approach has not been taken.

Q    But it would work technically; right? You could do it?

A    In theory, once we suspect the card of doing something, we could have a query that would technically also go to the next step and deplete whatever money out of their account, yes.  But the one thing you are maybe missing here, and maybe I'm volunteering an answer that I shouldn't, but the time it takes to cut off a SIM card is not instant.  You know, we need to have a certain number of calls go through for our AI to identify whether that could be something fraudulent or not, so whatever -- however strong the controls are,

Exhibit 3
Page 7 of 13

there is always going to be a certain number of minutes that will go through before a red bell goes off or an orange light goes off saying, oh, this one looks fishy.  We cannot just guess this is going to be fishy.

So whatever controls we put in place, whatever we would do in terms of depletion, there is always a period of number of calls that will go through and that gives also the bypass operator the time to replace SIM cards, put in new SIM cards, and have that operation.

You know, in many cases -- and I don't recall if it is the case in the case of UPM -- they just automatically replace it.  Even if we haven't cut them off, they will replace them regularly or stimulate other behavior to detract or detect.

Q    Once you determine that this SIM has been cut off and I have determined it is being used for bypass, is there anything that would prevent you from looking at the minutes that have already been used on that SIM and decrementing the 23 cents per minute of the already used minutes?

A    In theory we could, but on the flip side, because that SIM card has become useless, it is

Exhibit 3
Page 8 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative
Conducted on October 22, 2021                                    146

almost -- it -- that money has been banked, it's not necessarily any benefit.

Q    Okay.  So we talked about the per-minute damages and again there are more.

MR. SAVAGE:  Cindy, if we are still in super confidential, we can come out.

(This concludes the Highly Confidential/Attorneys' Eyes Only portion.)

BY MR. SAVAGE:

Q    I'm going to ask two questions and know that there are two of them in order because I understand I think what your concern is, but I want to clarify.

Focusing first, first, on one single call, not the universe, one single call, would you agree with me that an Internet bypass call that pops up out of the Internet, originates like a local call, makes a call on your network, that one single call -- and I know we are going to talk about multiple calls later -- that that is just the same as any other local call on your network. Is that fair?

A    Correct.  It is a local terminating call, yes.

Q    Right.  And so to the extent that some of

Exhibit 3
Page 9 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION

Transcript of Maarten Boute, Designated Representative

Conducted on October 22, 2021                                    156

Go ahead.

I withdraw the scope objection; sorry.

A     In theory, yes, Mr. Savage.  The --
absolutely, yes.

Q     Okay.  So I believe you said earlier --
and tell me if I'm wrong -- that your best
ballpark estimate of the amount of this bypass
traffic coming into your network was roughly 10
percent of the total traffic, was this bypass
traffic hitting your network.  Do you recall that?
Have I got that right?  I'm not trying to
mischaracterize it.  I'm just trying to remember.

A     I don't recall -- I don't recall a
hundred percent saying 10 percent.  It has been a
long morning.  I do recall saying tens of millions
of dollars of damages in total annually.  I don't
recall the 10 percent.  But it is possible that I
said that.

Q     Okay.  But whatever the number is in
terms of bypass you have been experiencing, you
have been experiencing it since 2007, 2008, year
after year, although it may have been getting
better in more recent years.  Is that a fair
statement?

A     Yeah.  I believe I said, and I will

Exhibit 3
Page 10 of 13

HIGHLY CONFIDENTIAL/AEO INFORMATION
Transcript of Maarten Boute, Designated Representative

Conducted on October 22, 2021                           157

repeat that, up until 2011 it was at a certain level, and then with the introduction of the 23 cents termination rate it increased because obviously the amounts of money to be made were considerably higher.  So that's why I also alluded to 2012 and '13, because that's when we started having bigger cases and we had multiple local cases with other operators that were doing that also.

    Q    When you have done your capacity planning for your network in your decisions of what to buy and so on over the course of the last decade, you have included in your capacity planning sufficient capacity to cover the minutes your network was handling including the bypass minutes; right?

            MR. VAUGHAN:  Objection; incomplete hypothetical.

            Go ahead.

            MR. SAVAGE:  Robert, this is not a hypothetical at all.  I am asking whether in fact when Digicel Haiti did its capacity planning over the last decade, the minutes of use it used in doing that capacity planning included the bypass minutes.

            MR. VAUGHAN:  Which necessarily is asking

HIGHLY CONFIDENTIAL/AEO INFORMATION

Transcript of Maarten Boute, Designated Representative

Conducted on October 22, 2021                    160

justify, to explain, to -- you know, that this was not our fault, we are doing as much as we can to combat this what is considered fraud in Haiti, but the suspicion stayed and the suspicion is there until today.

If you look at the history of Haiti, there was an operator called TELECO, T-E-L-E-C-O, who at the time -- I believe this was probably 2000 to 2004 period and there was actually a court based in the U.S. around this as well -- were suspected of having -- of bypassing themselves traffic. So there is a long-standing bad vibe or bad reputation linked to bypass activities in Haiti, and at the time it was actually executives of the business that were doing that illegal activity and therefore defrauding the government who is the owner of that operator for millions of dollars of revenue.

So whenever bypass comes up -- and in this particular case they found it very suspicious that after the introduction of their tax that suddenly the expected revenues out of that were being depleted and it did considerably harm our reputation with the CONATEL and the Ministry of Finance and the wider Haitian government.

# Exhibit 3

# Page 161 of Deposition Transcript of Maarten Boute (Excerpts)

# Filed Under Seal

Exhibit 3
Page 13 of 13