**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Kathryn E. Kelly**, OSB #175162
Email: kkelly@schwabe.com
**Andrew J. Lee**, OSB #023646
Email: ajlee@schwabe.com
**Sara Kobak**, OSB #023495
Email: skobak@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
**Anisha C. Atchanah** *(Pro Hac Vice)*
E-Mail: aatchanah@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

> *Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
> *a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
| Plaintiff and Counterclaim Defendant, | **DECLARATION OF ROBERT C.L. VAUGHAN IN SUPPORT OF PLAINTIFF UNIGESTION HOLDINGS, S.A.'S REPLY IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT ON DEFENDANT UPM TECHNOLOGY, INC.'S COMMUNICATIONS ACT COUNTERCLAIMS** |
| v. | |
| **UPM TECHNOLOGY, INC., *et al.***, | |
| Defendants and Counterclaim Plaintiffs. | |

PLAINTIFF'S REPLY ISO CROSS MOTION FOR
SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

I, Robert C.L. Vaughan, hereby declare as follows:

1.    I am one of the attorneys of record for Plaintiff, Unigestion Holding, S.A. d/b/a Digicel Haiti ("Digicel Haiti"), in the above-entitled action.

2.    Attached hereto and marked as Exhibit A is a true and correct copy of Trial Ex. 236, Email dated 9-20-11 Re: Haiti rates.

3.    Attached hereto and marked as Exhibit B are true and correct copies of Trial Exs. 230-232, Email dated 5-15-14 Re: Fwd: DIGICEL HAITI TRIPLE, with attachments Digicel top up Advertisement (Creole), and Digicel top up Advertisement (English).

4.    Attached hereto and marked as Exhibit C is a certified translation of General Terms and Conditions of Phone Service Agreement [ECF 266-1] (Trial Ex. 6).

5.    Attached hereto and marked as Exhibit D is a certified translation of General Terms and Conditions of The Prepaid Service (Trial Ex. 337).

6.    Attached hereto and marked as Exhibit E is a certified translation of Phone Charge Code Agreement (Trial Ex. 391). This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

7.    Attached hereto and marked as Exhibit F is a certified translation of DigiSelect Terms and Conditions (Trial Ex. 392).

8.    Attached hereto and marked as Exhibit G is a certified translation of License between Unigestion Holding and X (Trial Ex. 393). This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

9.    Attached hereto and marked as Exhibit H is a true and correct copy of Digicel Haiti's Prepaid Roaming Service Plans and Terms & Conditions (Trial Ex. 394).

Page 1    DECL. OF ROBERT C.L. VAUGHAN ISO PLAINTIFF'S REPLY ISO CROSS MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

4840-4193-2737, v. 1

10.    Attached hereto and marked as Exhibit I is a true and correct copy of https://online-top-up.digicelgroup.com/en-HT/terms-and-conditions/.

11.    Attached hereto and marked as Exhibit J is a true and correct copy of Digicel Haiti's Roam Like You're Home Terms & Conditions webpage dated February 12, 2015.

12.    Attached hereto and marked as Exhibit K are true and correct excerpts of the October 22, 2021, deposition transcript of Maarten Boute. This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

13.    Attached hereto and marked as Exhibit L are true and correct excerpts of the October 25, 2021 and October 26, 2021, deposition transcripts of Bruce Ngoc Quang Tran. This exhibit is being filed under seal pursuant to the Stipulated Protective Order.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY**.

Dated this 12th day of September, 2022

By:    */s/ Robert C.L. Vaughan*
Robert C.L. Vaughan (*Pro Hac Vice*)

Page 2    DECL. OF ROBERT C.L. VAUGHAN ISO PLAINTIFF'S
REPLY ISO CROSS MOTION FOR SUMMARY
JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

4840-4193-2737, v. 1