**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

       Attorneys for Defendants and
       Counterclaim Plaintiff

**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: (503) 796-2991
Facsimile: (503) 796-2900

       Of Attorneys for Plaintiff and
       Counterclaim Defendants

*A complete list of counsel appears on
the signature page.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., d/b/a **DIGICEL HAITI**, | Case No. 3:15-CV-00185-SI |
|     Plaintiff and Counter-Claim Defendant | |
|     v. | **JOINT MOTION TO MODIFY SCHEDULE REGARDING PRETRIAL BRIEFING AND HEARING DATE** |
| **UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC**., *et al.* | |
|     Defendants and Counter-Claim Plaintiffs | |

PAGE 1 - UPM-L1\00682872.000

## JOINT MOTION TO MODIFY SCHEDULE

Pursuant to a stipulation of the undersigned counsel of record for each of the parties, the parties to this matter hereby jointly move the Court to revise the current briefing schedule as requested herein.

With the Pretrial Conference currently scheduled for October 21, 2022, UPM's Phase 2 trial materials are due September 23, 2022, while UPM's counsel will be unavailable.[1] To accommodate UPM's counsel's long-delayed vacation, and because prior time was used wisely, the parties have agreed on the schedule set out below with respect to the matters identified therein and respectfully request that the Court adopt this schedule:

| Event | Date |
|---|---|
| UPM's Phase 2 Trial Materials, pursuant to the Civil Trial Management Order (ECF #191), ¶ II. | September 30, 2022 |
| Digicel-Haiti's Phase 2 Trial Materials and Objections to UPM's Phase 2 Trial Materials, pursuant to (ECF #191), ¶ III. | October 11, 2022 |
| UPM's Phase 2 Responsive Trial Materials, pursuant to (ECF #191), ¶ IV. | October 17, 2022 |
| Digicel-Haiti's Phase 2 Responsive Trial Materials, Joint Status Report, Joint Neutral Statement of the Case, Stipulations and Impeachment Evidence and Witnesses, pursuant to (ECF #191), ¶ V. | October 21, 2022 |
| Pre-Trial Conference | October 28, 2022 at 10:00 AM[2] |
| Trial | November 14-18, 2022 |

All other deadlines, namely the briefing schedule for Phase 1 and trial date, will not be affected by this change. In addition, each party reserves the right to raise other issues with the Court as they may arise.

/ / /

---

[1] *See* (ECF #383); *see also* (ECF #384 at 19-20); (ECF #191).

[2] UPM has confirmed the Court's availability on October 28, 2022 at 10:00 AM and 1:30 PM PST; Digicel-Haiti's counsel is available from 10:00 AM to 12:30 PM due to prior commitments.

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Dated:  September 13, 2022.

Respectfully submitted,

By:    /s/ Anne Talcott
Anne M. Talcott, OSB # 965325
atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
kkelly@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 SW 5th Ave., Ste. 1900
Portland, OR  97204
Telephone: (503) 796-2991
Facsimile: (503) 796-2900

*Attorneys for Unigestion Holdings, S.A., a*
*Foreign Corporation, d/b/a Digicel Haiti and*
*Digicel USA, Inc.*

By:    /s/ Robert C.L. Vaughan
KIM VAUGHAN LERNER LLP
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:    (954) 527-1115
Facsimile:    (954) 527-1116
E-mail: rvaughan@kvllaw.com

*Attorneys for Unigestion Holdings, S.A., a*
*Foreign Corporation, d/b/a Digicel Haiti and*
*Digicel USA, Inc.*

By:    /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
edubay@tomasilegal.com
Blake Van Zile, OSB #184672
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

*Attorneys for Defendants*

By:    /s/ Christopher W. Savage
Christopher W. Savage, D.C. Bar #362657
chrissavage@dwt.com
*(Admitted Pro Hac Vice)*

Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2022, I served the foregoing **JOINT MOTION TO ESTABLISH SCHEDULE REGARDING BRIEFING AND COUNTERCLAIM PLAINTIFFS' CLAIMS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan  
Cherine Smith Valbrun  
Leah Storie  
Kim Vaughan Lerner LLP  
One Financial Plaza  
100 SE Third Avenue • Suite 2001  
Fort Lauderdale, FL 33394  
Email: rvaughan@kvllaw.com  
Email: cvalbrun@kvllaw.com  
Email: lstorie@kvllaw.com

Anne M. Talcott  
Kathryn E. Kelly  
Schwabe, Williamson & Wyatt, PC  
Pacwest Center  
1211 SW 5th Ave., Suite 1900  
Portland, OR  97204  
Email: atalcott@schwabe.com  
Email: kkelly@schwabe.com

Dated: September 13, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay  
  Kathryn P. Salyer, OSB #883017  
  Eleanor A. DuBay, OSB #073755  
  Blake Van Zile, OSB #184672  
  ksalyer@tomasilegal.com  
  edubay@tomasilegal.com  
  bvanzile@tomasilegal.com  
  Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage  
  Christopher W. Savage, D.C. Bar #362657  
  chrissavage@dwt.com  
  Telephone: (202) 973-4200  
  *(Admitted Pro Hac Vice)*

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE  
UPM-L1\00637647.000

***TOMASI BRAGAR DUBAY***  
121 SW Morrison Street, Suite 1850  
Portland, Oregon 97204  
Telephone: (503) 894-9900  
Facsimile: (971) 544-7236