**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

　　　Attorneys for Counterclaim Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> 　　Plaintiff & Counterclaim-Defendant, <br><br> 　　v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br> 　　Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON COUNTERCLAIM PLAINTIFF'S MOTIONS *IN LIMINE*** <br><br> **EXPEDITED RULING REQUESTED** |

Page 1 – UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON
COUNTERCLAIM PLAINTIFF'S MOTIONS IN *LIMINE*
UPM-L1\00686721.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7.1, the undersigned attorney hereby certifies that counsel for Counterclaim Plaintiff UPM Technology, Inc. ("UPM") conferred with Counterclaim Defendant's counsel regarding this motion.  Counterclaim Defendant does not oppose this motion.

## MOTION

UPM moves the Court for an order allowing UPM to file its Motions *in Limine* in excess of the page limit.  The Civil Trial Management Order, which was entered in September 2019, sets a limit of "15 pages in length (preferably using 13-point font), unless prior court approval has been received."  ECF 191 at 4.  UPM moves this Court to extend the page limit for such motions to 19 pages. Counterclaim Defendant Digicel-Haiti does not oppose this motion.

The voluminous pleadings and evidentiary filings in this proceeding have raised a number of issues that must be addressed by applicable motions *in limine*, each requiring authority and factual support, which simply cannot be put before the Court within the page limit (despite counsels' best efforts to do so).  UPM believes that, with the requested minimal extension to 19 pages, the parties can continue to aid the Court in deciding important issues, ultimately, to the jury's benefit.

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

Page 2 – UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON COUNTERCLAIM PLAINTIFF'S MOTIONS IN *LIMINE*
UPM-L1\00686721.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff

Page 3 – UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON
COUNTERCLAIM PLAINTIFF'S MOTIONS IN *LIMINE*
UPM-L1\00686721.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I served the foregoing **UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON COUNTERCLAIM PLAINTIFF'S MOTIONS IN *LIMINE*** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Kent D. Bressie
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C. 20036
Email: kbressie@hwglaw.com

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
  Kathryn P. Salyer, OSB #883017
  Eleanor A. DuBay, OSB #073755
  Blake Van Zile, OSB #184672
  ksalyer@tomasilegal.com
  edubay@tomasilegal.com
  bvanzile@tomasilegal.com
  Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
  Christopher W. Savage, D.C. Bar #362657
  chrissavage@dwt.com
  *(Admitted Pro Hac Vice)*
  Katherine Sheriff
  katherinesheriff@dwt.com
  Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff