## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**<br>    Plaintiff, | **Case No.: 3:15−cv−00185−SI** |
| **v.** | **SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER REGARDING THE JERS SYSTEM** |
| **UPM TECHNOLOGY, INC., et al.**<br>    Defendant. | |

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than **November 7, 2022**, the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits* document found at ord.uscourts.gov/jers−exhibits.

Counsel shall contact the Courtroom Deputy to arrange for a demonstration of the JERS system, at which time counsel may wish to have present any staff member involved with the preparation or presentation of trial exhibits.

**DATED** this 30th day of September, 2022       /s/Michael H. Simon

Honorable Michael H. Simon
United States District Judge.