**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

        Attorneys for Counterclaim Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**, <br><br> Plaintiff & Counterclaim-Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC**., *et al.,* <br><br> Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI <br><br> **COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST** |

Pursuant to the Court's Civil Trial Management Order [ECF #191], Counterclaim Plaintiff UPM Technology, Inc. submits their trial exhibit list.

| Exh # | Description | Offered | Received |
|---|---|---|---|
| 1. | Email from Jack Kohn to German Alvarez dated 9/27/14 | | |
| 2. | UPM spreadsheet and summary of minutes | | |
| 3. | Haiti traffic report from Mera CDRs (Excel spreadsheet) | | |
| 4. | Summary table of minutes by vendor | | |
| 5. | Email from Sergey Spatar dated 8/19/20 | | |
| 6. | Summary table of minutes by vendor | | |
| 7. | Summary table of amounts paid to Prepay | | |
| 8. | Email from Prepay Nation dated 7/7/14 | | |
| 9. | Summary table of UPM marketing charges | | |
| 10. | Summary table of minutes by vendor | | |
| 11. | Email from XcomIP dated 4/13/12 | | |
| 12. | Email from Ann Drain dated 2/19/18 | | |
| 13. | UPM table of Haiti income and expenses | | |
| 14. | Email from Deiby Martin dated 6/18/14 | | |
| 15. | Excerpt of UPM call records showing SIMs blocked and minutes | | |
| 16. | UPM Invoices | | |
| 17. | UPM Invoices | | |
| 18. | UPM Invoices | | |
| 19. | UPM Invoices | | |
| 20. | UPM Invoices | | |

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| | | | |
|---|---|---|---|
| 21. | UPM Invoices | | |
| 22. | UPM Invoices | | |
| 23. | UPM Invoices | | |
| 24. | Email from Deiby Martin dated 8/3/11 | | |
| 25. | Email from Guillermo Morales dated 9/9/14 | | |
| 26. | UPM SIM Report by Deiby Martin | | |
| 27. | UPM SIM Report by Deiby Martin | | |
| 28. | UPM SIM Report by Deiby Martin | | |
| 29. | UPM SIM Report by Deiby Martin | | |
| 30. | UPM SIM Report by Deiby Martin | | |
| 31. | UPM SIM Report by Deiby Martin | | |
| 32. | UPM SIM Report by Deiby Martin | | |
| 33. | UPM SIM Report by Deiby Martin | | |
| 34. | UPM SIM Report by Deiby Martin | | |
| 35. | Receipt  from TY Consulting Group dated 11/28/11 | | |
| 36. | Purchase Order from TY Consulting Group dated 1/30/12 | | |
| 37. | Purchase Order from TY Consulting Group dated 1/23/12 | | |
| 38. | Open balances dated 6/4/15 | | |
| 39. | Email to Victor Moscoso dated 4/26/14 | | |
| 40. | Email from Ecocarrier Inc. dated 9/28/14 | | |
| 41. | Receipt  from TY Consulting Group dated 11/21/11 | | |
| 42. | Receipt  from TY Consulting Group dated 12/12/111 | | |
| 43. | Invoice  from TY Consulting Group dated 11/23/11 | | |

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| | | | |
|---|---|---|---|
| 44. | Email from Ecocarrier, Inc. dated 11/12/14 | | |
| 45. | Email from Jaspaul Gosal dated 7/10/14 | | |
| 46. | Receipt  from TY Consulting Group dated 10/25/10 | | |
| 47. | Receipt  from TY Consulting Group dated 12/20/11 | | |
| 48. | Invoice  from TY Consulting Group dated 12/15/11 | | |
| 49. | Email from Jason Fong dated 8/14/14 | | |
| 50. | UPM Wire Detail Report dated 10/2/14 | | |
| 51. | UPM Wire Detail Report dated 7/31/14 | | |
| 52. | UPM Wire Detail Report dated 8/21/14 | | |
| 53. | UPM Wire Detail Report dated 7/17/14 | | |
| 54. | UPM Wire Detail Report dated 7/24/14 | | |
| 55. | UPM Wire Detail Report dated 7/10/14 | | |
| 56. | UPM Wire Detail Report dated 7/10/14 | | |
| 57. | UPM Wire Detail Report dated 8/28/14 | | |
| 58. | UPM Wire Detail Report dated 9/11/14 | | |
| 59. | Open balances dated 6/4/15 | | |
| 60. | UPM Wire Detail Report dated 7/10/14 | | |
| 61. | UPM Wire Detail Report dated 11/11/14 | | |
| 62. | Email from CashPro dated 11/20/14 | | |
| 63. | UPM Wire Detail Report dated 8/28/14 | | |
| 64. | Email from Jaspaul Gosal dated 8/4/14 | | |
| 65. | Email from Klemen Herrera dated 5/12/14 | | |
| 66. | Email from Klemen Herrera dated 8/6/14 | | |
| 67. | Purchase Order from GAJTECH dated 2/6/12 | | |

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| 68. | Digicel-Haiti Top-up Promotion | | |
|---|---|---|---|
| 69. | Onestopcorp CDRs dated 2/13/19 | | |
| 70. | Digicel-Haiti Top-up Promotion | | |
| 71. | Digicel-Haiti Top-up Promotion | | |
| 72. | Email from Support@ecocarrier.com dated 10/7/13 | | |
| 73. | Email from Prepay Nation dated 3/6/14 | | |
| 74. | Email from Prepay Nation dated 6/3/14 | | |
| 75. | Email from Support@ecocarrier.com dated 5/16/14 | | |
| 76. | Email from Prepay Nation dated 5/6/14 | | |
| 77. | Email from Prepay Nation dated 11/3/14 | | |
| 78. | Email from Prepay Nation dated 5/28/14 | | |
| 79. | Email from Jason Fong dated 7/7/14 | | |
| 80. | UPM Wire Detail Report dated 9/4/14 | | |
| 81. | UPM Wire Detail Report dated 8/14/14 | | |
| 82. | Email from Prepay Nation dated 5/13/14 | | |
| 83. | Receipt from Thony Net dated 10/18/11 | | |
| 84. | Email from Deiby Martin dated 6/18/14 | | |
| 85. | Email from Deiby Martin dated 9/27/14 | | |
| 86. | Email from Sergey Spartar dated 8/5/14 | | |
| 87. | Digicel-Haiti Top-up Promotion | | |
| 88. | Email from TransferTo Team dated 10/9/13 | | |
| 89. | Digicel-Haiti Top-up Promotion | | |
| 90. | Digicel-Haiti Top-up Promotion | | |
| 91. | Target buy rates dated 7/16/15 (Excel spreadsheet) | | |

Page 5 – COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST
UPM-L1\00682793.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| 92. | Summary table of vendor logs | | |
|---|---|---|---|
| 93. | AVETEL Prepaid A-Z rate list dated 4/9/12 | | |
| 94. | Email re Digicel-Haiti Top-up Promotion dated 2/24/14 | | |
| 95. | Digicel-Haiti Top-up Promotion | | |
| 96. | Top Up API Prices dated 11/21/14 | | |
| 97. | Vendor Logs | | |
| 98. | Digicel-Haiti Top-up Promotion | | |
| 99. | Digicel-Haiti Top-up Promotion | | |
| 100. | Email re Digicel-Haiti Top-up Promotion dated 7/10/14 | | |
| 101. | Vendor logs for August 2014 (Excel spreadsheet) | | |
| 102. | Vendor Logs | | |
| 103. | Email re Digicel-Haiti Top-up Promotion dated 4/1/14 | | |
| 104. | Email re Digicel-Haiti Top-up Promotion dated 4/17/14 | | |
| 105. | Vendor logs for July 2014 (Excel spreadsheet) | | |
| 106. | Email re Digicel-Haiti Top-up Promotion dated 10/30/13 | | |
| 107. | Email re Digicel-Haiti Top-up Promotion dated 3/3/14 | | |
| 108. | Email re Digicel-Haiti Top-up Promotion dated 3/19/14 | | |
| 109. | Email re Digicel-Haiti Top-up Promotion dated 3/24/14 | | |
| 110. | Email re Digicel-Haiti Top-up Promotion dated 3/26/14 | | |

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| 111. | Digicel-Haiti Top-up Promotion | | |
|---|---|---|---|
| 112. | Email re Digicel-Haiti Top-up Promotion dated 5/12/14 | | |
| 113. | Email re Digicel-Haiti Top-up Promotion dated 5/19/14 | | |
| 114. | Email re Digicel-Haiti Top-up Promotion dated 5/28/14 | | |
| 115. | Digicel-Haiti Top-up Promotion | | |
| 116. | Email re Digicel-Haiti Top-up Promotion dated 9/17/14 | | |
| 117. | Email from Duy Tran dated 8/14/11 | | |
| 118. | Email re Digicel-Haiti Top-up Promotion dated 7/14/14 | | |
| 119. | Digicel-Haiti Top-up Promotion | | |
| 120. | Email re Digicel-Haiti Top-up Promotion dated 8/18/14 | | |
| 121. | Email from Jaspaul Gosal dated 10/7/11 | | |
| 122. | Digicel-Haiti Top-up Promotion | | |
| 123. | Email from Kerry Rohner dated 5/21/14 re Digicel-Haiti Top-up Promotion | | |
| 124. | Digicel-Haiti Top-up Promotion | | |
| 125. | Email re Digicel-Haiti Top-up Promotion dated 1/26/12 | | |
| 126. | Email from Kerry Rohner dated 2/2/12 re Digicel-Haiti Top-up Promotion | | |
| 127. | Email from Kerry Rohner dated 1/5/12 re Digicel-Haiti Top-up Promotion | | |
| 128. | UPM Purchased Digicel-Haiti SIM Cards | | |
| 129. | April 2014 Ecocarrier Recharges (Excel | | |

Page 7 – COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST
UPM-L1\00682793.000

| | | | |
|---|---|---|---|
| | spreadsheet) | | |
| 130. | May 2014 Ecocarrier Recharges (Excel spreadsheet) | | |
| 131. | July 2014 Ecocarrier Recharges (Excel spreadsheet) | | |
| 132. | August 2014 Ecocarrier Recharges (Excel spreadsheet) | | |
| 133. | Haiti Recharges 2014 | | |
| 134. | Haiti Recharges 2014 | | |
| 135. | Haiti Recharges 2014 | | |
| 136. | UPM Carrier Services Agreement | | |
| 137. | Email from Victor Moscoso dated 5/5/14 | | |
| 138. | Pending orders | | |
| 139. | Email from Klemen Herrera dated 5/28/14 | | |
| 140. | Email from Klemen Herrera dated 7/3/14 | | |
| 141. | Email from Klemen Herrera dated 7/16/14 | | |
| 142. | Email from Klemen Herrera dated 7/9/14 | | |
| 143. | Email from Klemen Herrera dated 7/24/14 | | |
| 144. | Email from Expense Watch dated 7/16/14 | | |
| 145. | Email from Jason Fong dated 8/14/14 | | |
| 146. | Vendor report dated 2/22/12 | | |
| 147. | UPM Invoice dated 6/30/14 | | |
| 148. | Email from Ben Sanchez dated 2/17/12 | | |
| 149. | UPM SIM Card Purchase Order Invoices 2014 | | |
| 150. | UPM SIM Card Purchase Order Invoices 2014 | | |
| 151. | Email from Klemen Herrera dated 5/1/14 | | |

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| 152. | Email from Klemen Herrera dated 5/14/14 | | |
|---|---|---|---|
| 153. | Email from Klemen Herrera dated 5/28/14 | | |
| 154. | Email from Klemen Herrera dated 7/9/14 | | |
| 155. | Email from Klemen Herrera dated 7/16/14 | | |
| 156. | Email from Klemen Herrera dated 7/24/14 | | |
| 157. | Email from Klemen Herrera dated 7/3/14 | | |
| 158. | P&L GT Projects dated 3/5/12 (Excel spreadsheet) | | |
| 159. | Email from Klemen Herrera dated 7/14/14 | | |
| 160. | Compilation of Emails from Tyler Allen for month of August 2011 | | |
| 161. | Compilation of Emails from Tyler Allen for month of September 2011 | | |
| 162. | Compilation of Emails from Tyler Allen for month of October 2011 | | |
| 163. | Compilation of Emails from Tyler Allen for month of November 2011 | | |
| 164. | Compilation of Emails from Tyler Allen for month of December 2011 | | |
| 165. | Compilation of Emails from Tyler Allen for month of January 2012 | | |
| 166. | Compilation of Emails from Tyler Allen for month of February 2012 | | |
| 167. | Compilation of Emails from Tyler Allen for month of March 2012 | | |
| 168. | Summary Chart: Minutes Completed by UPM and UPM Payments for Them | | |
| 169. | Summary Chart: Average Length of First Call Made by SIMs on Digicel-Haiti's Network | | |
| 170. | Summary Chart: 2011, 2014 Minutes and Recharges | | |

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

| 171. | 2011 to 2014 Minutes and Recharges by Month (Excel Spreadsheet) | | |
|------|----|---|---|
| 172. | Composite: UPM Invoices for Recharges (2014) | | |
| 173. | Illustrative Excerpt from UPM's CDR Database | | |

UPM reserves the right to offer any exhibits by counterclaim defendant, the right not to offer any exhibits listed above, and the right to add to, revise, or delete from this list as issues are identified or in response to court orders during pretrial proceedings.

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff

Page 10 – COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST
UPM-L1\00682793.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I served the foregoing **COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Kent D. Bressie
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C. 20036
Email: kbressie@hwglaw.com

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff

Page 1 – CERTIFICATE OF SERVICE
UPM-L1\00682793.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236