**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

   Attorneys for Counterclaim Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A**., a foreign corporation, d/b/a **DIGICEL HAITI**,<br><br>  Plaintiff & Counterclaim-Defendant,<br><br>  v.<br><br>**UPM TECHNOLOGY, INC**., *et al.,*<br><br>  Defendants & Counterclaim-Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**COUNTERCLAIM PLAINTIFF'S LAY WITNESS LIST** |

Pursuant to the Court's Civil Trial Management Order [ECF #191], Counterclaim Plaintiff UPM Technology, Inc., ("UPM") submits this lay witness list.

**1.    Bruce Tran**
**Occupation: President/CEO of UPM Technology, Inc.**
**Address: 3000 NE Stucki Avenue, Suite 100, Hillsboro, Oregon 97124**
**Estimated Length of Direct Examination: 8 hours**

Contemporaneously herewith UPM has filed a Lay Witness Statement setting forth a detailed description of Mr. Tran's proposed testimony.

**2.    Tyler Allen**
**Occupation: SQC Specialist for UPM**
**Address: c/o Tomasi Bragar DuBay, 121 Morrison St., Suite 1850, Portland, Oregon 97204**
**Estimated Length of Direct Examination: 2 hours**

Contemporaneously herewith UPM has filed a Lay Witness Statement setting forth a detailed description of Mr. Ruiz's proposed testimony.

**3.    Daniel Romero**
**Occupation: SIM Manager for UPM**
**Address:  Av. José Maria Martinez #1458,**
**         Tamazula de Gordiano, Jalisco Mexico,  49650**
**Estimated Length of Direct Examination: 2 hour**

Contemporaneously herewith UPM has filed a Lay Witness Statement setting forth a detailed description of Mr. Romero's proposed testimony.

**4.    Maarten Boute**
**Occupation: CEO and Chairman of Digicel-Haiti**
**Address: c/o Schwabe, Williamson & Wyatt, P.C., Pacwest Center, 1211 SW 5th Ave., Suite 1900, Portland, Oregon 97204**
**Estimated Length of Direct Examination: 2 hours**

Contemporaneously herewith UPM has filed a Lay Witness Statement setting forth a detailed description of Mr. Boute's proposed testimony.

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I served the foregoing **COUNTERCLAIM PLAINTIFF'S LAY WITNESS LIST** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Kent D. Bressie
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C. 20036
Email: kbressie@hwglaw.com

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

DAVIS WRIGHT TREMAINE LLP

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236