**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile,** OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**Christopher W. Savage**, D.C. Bar #362657
chrissavage@dwt.com
(Admitted *Pro Hac Vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

      Attorneys for Counterclaim Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, a foreign corporation, d/b/a **DIGICEL HAITI**, | Case No. 3:15-CV-00185-SI |
| Plaintiff & Counterclaim-Defendant, | **COUNTERCLAIM PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |
| v. | |
| **UPM TECHNOLOGY, INC.**, *et al.,* | |
| Defendants & Counterclaim-Plaintiffs | |

Pursuant to the Court's Civil Trial Management Order [Doc 191], Counterclaim Plaintiff UPM Technology, Inc. submits the following questions they request the Court ask during jury selection.

## I.       LAWSUITS

1.   Have any of you served on a jury before?

    a.      Did you serve as the presiding juror or the foreperson of the jury?

    b.      Did the jury reach a verdict?

    c.      Is there anything about your jury service that has affected your view of the courts or jury trials?

2.   Have any of you been a party in a lawsuit?

    a.      What was the nature of the dispute?

    b.      Are you satisfied with the outcome?

    c.      How has that experience left you feeling about the legal system?

    d.      Is there anything about that experience that would affect your ability to be fair and impartial in this case?

## II.      BUSINESS / CORPORATION

1.   This case involves two business. Do any of you have strong opinions about two businesses filing a lawsuit to resolve their disputes?

2.   Does anyone have any strong opinions about large companies, corporations in general, or "Corporate America"?

3.   The parties in this case are both telecommunications companies.  Does anyone have any experience with or strong opinions about telecommunications companies?

## III.     PARTIES AND COUNSEL

1.   Are any of the following people known to you?

    a.  Robert Vaughan

Page 2 – COUNTERCLAIM PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
UPM-L1\00682847.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

    b.   Cherine Valbrun

    c.   Anne Talcott

    d.   Kent Bressie

    e.   Christopher Savage

    f.   Eleanor DuBay

    g.   Blake Van Zile

    h.   Bruce Tran aka Duy Tran

    i.   [… list all identified witnesses]

2. Do any of you know of, or have any of you had any dealings with, any of the following entities:

    a.   Unigestion Holding, S.A. d/b/a Digicel-Haiti

    b.   The Digicel Group

    c.   UPM Technology, Inc.

    d.   Schwabe, Williamson & Wyatt, PC

    e.   Kim Vaughn Lerner LLP

    f.   Tomasi Bragar DuBay PC

    g.   Davis Wright Tremaine LLP

    h.   HWG LLP

## IV.    TRAVEL AND CONNECTIONS TO HAITI

1. Have any of you ever traveled to the Caribbean?

2. Have any of you ever traveled to Haiti?

3. Do any of you have any family members in Haiti?

4. Have any of you ever done business with a company in Haiti?

## V.    TELECOMMUNICATIONS, TECHNOLOGY, AND THE INTERNET

1. Do all of you have Internet access at your home?

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

2. Do all of you have a personal email?

3. Have all of you used to Internet to buy things?

4. Do all of you have wireless phones?

5. Have any of you watched video (YouTube, Facebook, TikTok, Instagram, etc.) on your wireless phone?

6. Have any of you used your phone to make or receive video calls (using Facetime, Skype, WhatsApp, or similar apps)?

7. Have any of you made calls using the Internet with an app like Zoom, Skype, Microsoft Teams, etc.?

8. Do you or does anyone in your family work for a technology, telecommunications, or Internet company?

9. Have you ever traveled to a foreign country and still been able to use your wireless phone?

10. Have you ever used your wireless phone to call someone in another country?

   a. Do you have any positive or negative feelings about making calls to other countries?

11. Do you have any positive or negative opinions about the Internet?

12. Have you, or has anyone you know, lost a job because of competition from the Internet?

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
   Kathryn P. Salyer, OSB #883017
   Eleanor A. DuBay, OSB #073755
   Blake Van Zile, OSB #184672
   ksalyer@tomasilegal.com
   edubay@tomasilegal.com
   bvanzile@tomasilegal.com
   Telephone: (503) 894-9900

Page 4 – COUNTERCLAIM PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
UPM-L1\00682847.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I served the foregoing **COUNTERCLAIM PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Kent D. Bressie
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C. 20036
Email: kbressie@hwglaw.com

Dated: September 30, 2022.

TOMASI BRAGAR DUBAY

DAVIS WRIGHT TREMAINE LLP

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    *(Admitted Pro Hac Vice)*
    Katherine Sheriff
    katherinesheriff@dwt.com
    Telephone: (202) 973-4200

Of Attorneys for Counterclaim Plaintiff