**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

**Kent D. Bressie** (*Pro Hac Vice*)
Email: kbressie@hwglaw.com
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C.  20036
Telephone:  202.730.1337
Facsimile:  202.730.1303

(Additional counsel shown on signature page.)

*Attorney for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> **UPM TECHNOLOGY, INC., *et al.***, <br><br> Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI <br><br><br> **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I PROPOSED VERDICT FORM** |

PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
AMENDED PHASE I PROPOSED VERDICT FORM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

1. Did Digicel Haiti prove by clear and convincing evidence that either UPM or Mr. Tran engaged in fraud by active concealment using in-country bypass?

   **A.** UPM          YES _____          NO _____

   **B.** Mr. Tran     YES _____          NO _____

*Answer both part (a) and part (b) of Question 1. Continue to Question 2.*

2. Did Digicel Haiti prove by clear and convincing evidence that either UPM or Mr. Tran engaged in fraud by active concealment using Digicel-Haiti's RLYH program?

   **A.** UPM          YES _____          NO _____

   **B.** Mr. Tran     YES _____          NO _____

*Answer both part (a) and part (b) of Question 2.*

*If you answered "YES" to <u>any</u> part of Questions 1 or 2, continue to Question 3.  If you answered "NO" to all parts of both Question 1 and Question 2, your verdict is for UPM and Mr. Tran: do not answer any more questions; have the presiding juror sign and date this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

3. Did Digicel Haiti prove by a preponderance of the evidence that it suffered damages caused by UPM's and/or Mr. Tran's fraud by active concealment?

   **A.** Traditional Bypass     YES _____          NO _____

   **B.** RLYH Bypass            YES _____          NO _____

*If you answered "YES" to <u>any</u> part of Question 3 continue to Question 4.  If you answered "NO" to both parts of Question 3, your verdict is for UPM and Mr. Tran: do not answer any more questions; have the presiding juror sign and date this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

4. What sum of money do you find to be the total amount of Digicel Haiti's compensatory damages caused by UPM's and/or Mr. Tran's fraud by active concealment?

   $_____

*Continue to Question 5.*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

**5.** Of the amount, if any, specified, in your answer to Question 4, what percentage is:

    **A.** The joint responsibility of UPM and Mr. Tran: _____%

    **B.** The sole responsibility of UPM: _____%

    **C.** The sole responsibility of Mr. Tran: _____%

*The listed percentages must total 100 percent. Continue to Question 6.*

**6.** Did Digicel Haiti prove by clear and convincing evidence that it should recover punitive damages against UPM and/or Mr. Tran?

    YES _____      NO _____

*Answer both part (a) and part (b) of Question 6.*

*If you answered "YES" to any part of Question 6 continue to Question 7.  If you answered "NO" to Question 6, do not answer any more questions; have the presiding juror sign and date this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

**7.** What is the total amount of punitive damages that Digicel Haiti should recover against UPM and/or Mr. Tran?

    $_____

*Your deliberations are now complete. Please have the presiding juror date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

DATED:_____

PRESIDING JUROR_____ _____

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 4th day of October, 2022.

Respectfully submitted,

By: *s/ Robert C.L. Vaughan*
  Anne M. Talcott, OSB #965325
  Email:  atalcott@schwabe.com
  Kathryn E. Kelly, OSB #175162
  Email:  kkelly@schwabe.com
  Andrew J. Lee, OSB #023646
  Email: ajlee@schwabe.com
  Sarah Kobak, OSB #043495
  Email: skobak@schwabe.com
  SCHWABE, WILLIAMSON & WYATT, P.C.
  Telephone:  503.222.9981
  Facsimile:  503.796.2900

  Robert C. L. Vaughan (*Pro Hac Vice*)
  Email:  rvaughan@kvllaw.com
  Cherine Smith Valbrun *(Pro Hac Vice)*
  Email:  cvalbrun@kvllaw.com
  Leah B. Storie *(Pro Hac Vice)*
  Email:  lstorie@kvllaw.com
  Anisha Carla Atchanah
  Email: Aatchanah@kvllaw.com
  KIM VAUGHAN LERNER LLP
  312 SE 17th Street, Suite 300
  Fort Lauderdale, FL  33316
  Telephone:  954.527.1115
  Facsimile:  954.527.1116

  Kent D. Bressie (*Pro Hac Vice*)
  E-Mail: kbressie@hwglaw.com
  HWG LLP
  1919 M Street N.W., Suite 800
  Washington, D.C.  20036
  Telephone:  202.730.1337
  Facsimile:  202.730.1303

  *Attorneys for Plaintiff*

Page 3 - PLAINTIFF UNIGESTION HOLDINGS, S.A.'S
   AMENDED PHASE I PROPOSED VERDICT FORM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900