**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

**Kent D. Bressie** (*Pro Hac Vice*)
Email: kbressie@hwglaw.com
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C.  20036
Telephone:  202.730.1337
Facsimile:  202.730.1303

(Additional counsel shown on signature page.)


*Attorneys for Plaintiff, Unigestion Holdings, S.A.,
a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A.,** d/b/a **DIGICEL HAITI**,<br><br>      Plaintiff and Counterclaim<br>      Defendant,<br>   v.<br><br>**UPM TECHNOLOGY, INC., et al.**,<br><br>      Defendants and Counterclaim<br>      Plaintiffs. | No. 3:15-cv-00185-SI<br><br><br><br>**PLAINTIFF UNIGESTION HOLDINGS', S.A., D/B/A DIGICEL HAITI'S AMENDED PHASE I TRIAL EXHIBIT LIST** |


UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Pursuant to the Court's Civil Trial Management Order (ECF 191), Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") hereby submits its Phase I amended trial exhibit list.

Digicel Haiti reserves the right to offer any exhibits listed by Defendants UPM Technology, Inc. ("UPM") and Duy Tran ("Tran") (collectively "Defendants"), the right not to offer any exhibits listed below, and the right to add to, revise, or delete from this list as issues are identified or in response to court orders during pretrial proceedings.  Demonstrative, rebuttal, and impeachment exhibits are not listed, pursuant to court orders for local practice.

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 1. | INTENTIONALLY LEFT BLANK | | | |
| 2. | INTENTIONALLY LEFT BLANK | | | |
| 3. | INTENTIONALLY LEFT BLANK | | | |
| 4. | INTENTIONALLY LEFT BLANK | | | |
| 5. | INTENTIONALLY LEFT BLANK | | | |
| 6. | Declaration of G. Laborde ISO Plaintiff's Motion for Summary Judgment Re: Counterclaims (with exhibits) [DE 265] | | | |
| 7. | UPM's Shipping Standard Operating Procedure (Baltazar Ruiz Depo Exhibit 1 - UPM 30(b)(6) Exhibit 25) | | | |
| 8. | Email dated 11-1-12 from B. Ruiz to D. Johnson & D. Tran re Shipping SOP (Baltazar Ruiz Exhibit 2; UPM 30(b)(6) Exhibit 24) | | | |
| 9. | Email dated 11-1-12 from B. Ruiz to M. Toro re SOP | | | |
| 10. | Email dated 1-10-15 from B. Chase to B. Ruiz re Haiti Natcom Redials | | | |
| 11. | Email dated 12-17-14 from B. Ruiz to A. Konstantinov re. Gateway configuration for incoming calls termination re. Development list | | | |
| 12. | Email dated 11-28-14 from S. Spatar to J. Gosal re: Development list | | | |
| 13. | Email dated 9-27-14 from J. Kohn to G. Alvarez re: Haiti Inband – Update | | | |
| 14. | Email dated 9-15-14 from G. Alvarez to Jack and Sales Re: UPM-HT Digicel ABR 0-1 % | | | |

Page 1 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
            TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 15. | Email dated 9-14-14 from B. Ruiz to Jack | | | |
| 16. | Email dated 9-3-14 from B. Ruiz to M. Doan | | | |
| 17. | Email dated 8-26-14 from M. Doan to B. Ruiz (Baltazar Ruiz Exhibit 11 - UPM 30(b)(6) Exhibit 36) | | | |
| 18. | Video Vizion Card | | | |
| 19. | Email dated 8-15-14 from K. Rohner to NOC & UPM.Shipments | | | |
| 20. | Shipping Documents incl. DHL Shipping Label from B. Ruiz to J. Louis dated 8-13-14 with Certificate of Origin, and Commercial Invoice (Baltazar Ruiz Exhibit 14 - UPM 30(b)(6) Exhibit 29) | | | |
| 21. | Email dated 4-28-14 from J. Gutierrez to J. Kohn | | | |
| 22. | Email dated 4-26-14 from V. Kapustin to B. Ruiz | | | |
| 23. | Email dated 10-17-13 from B. Ruiz to B. Sanchez | | | |
| 24. | –UPM's Excel Spreadsheet (Exhibit 1) | | | |
| 25. | UPM's Organizational Chart | | | |
| 26. | Email dated 9-25-11 from D. Yannoucos to E. Machuca | | | |
| 27. | Email dated 9-27-11 from T. Giang to J. Flores re SIM Reports | | | |
| 28. | Email dated 12-6-11 from J. Gosal to E. Machuca | | | |
| 29. | Email dated 12-20-11 from E. Machuca to E. Illescas | | | |
| 30. | Email dated 1-17-12 from V. Moscoso to E. Machuca | | | |
| 31. | Email dated 2-15-12 from E. Machuca to E. Illescas | | | |
| 32. | Email dated 2-29-12 from E. Machuca to J. Gosal | | | |
| 33. | Email dated 3-16-12 from E. Machuca to G. Rubio (Esther Machuca depo Exhibit 10 - UPM 30(b)(6) Exhibit 16) | | | |
| 34. | INTENTIONALLY LEFT BLANK | | | |
| 35. | Email dated 7-21-11 from J. Gosal to J. Kohn | | | |
| 36. | Email dated 8-4-11 from J. Gosal to J. Johnson | | | |
| 37. | Email dated 8-4-11 from J. Kohn to J. Gosal | | | |
| 38. | Email dated 8-11-11 from J. Gosal to Edgar | | | |
| 39. | Email dated 8-19-11 from D. Tran to J. Gospal | | | |

Page 2 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
            TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 40. | Email dated 8-26-11 from D. Tran to J. Gospal | | | |
| 41. | Email dated 9-10-11 from D. Yannoucos to J. Gosal | | | |
| 42. | Email dated 9-21-11 from J. Gospal to K. Rohner | | | |
| 43. | Email dated 9-21-11 from K. Rohner to D. Tran | | | |
| 44. | Email dated 9-23-11 from D. Tran to S. Del Toro | | | |
| 45. | Email dated 10-28-11 from J. Gosal to V. Moscoso | | | |
| 46. | Email dated 11-2-11 from S. Spatar to J. Gosal | | | |
| 47. | Email dated 11-29-11 from J. Gosal to V. Moscoso | | | |
| 48. | Email dated 6-10-14 from M. Baker to D. Tran | | | |
| 49. | Email dated 5-14-12 from G. Morales to K. Rohner | | | |
| 50. | Email dated 8-7-12 from J. Gosal to G. Morales | | | |
| 51. | Email dated 12-2-11 from J. Gosal to T. Allen | | | |
| 52. | Email dated 12-22-11 from D. Tran to L. Lhernitte | | | |
| 53. | Email dated 2-13-12 from D. Kunilov to J. Gosal | | | |
| 54. | Email dated 3-21-12 from D. Floeckinger to D. Tran | | | |
| 55. | Email dated 5-9-12 from J. Gosal to D. Tran | | | |
| 56. | UPM's Write-off Authorization Form | | | |
| 57. | Email dated 4-15-14 from B. Tran to J. Gosal | | | |
| 58. | Email dated 8-13-14 from T. Allen to M. Doan re GW shipment | | | |
| 59. | Email dated 4-26-14 from Wrangler1480 to V. Moscoso | | | |
| 60. | Email dated 5-7-14 from B. Sanchez to D. Teo | | | |
| 61. | Email dated 7-10-14 from J. Gosal to D. Johnson | | | |
| 62. | Email dated 7-20-14 from V. Moscoso to D. Tran | | | |
| 63. | Email dated 7-20-14 from G. Alvarez to D. Tran | | | |
| 64. | Email dated 8-10-14 from D. Tran to D. Floeckinger | | | |
| 65. | Email dated 12-10-14 from D. Johnson to B. Ruiz | | | |
| 66. | Digicel Haiti - Roam Like You're Home T&C Webpage dated 2-12-15 | | | |
| 67. | Email dated 4-5-15 from A. Xela to D. Tran | | | |

Page 3 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
            TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 68. | Email dated 4-13-15 from A. Smith to D. Tran | | | |
| 69. | INTENTIONALLY LEFT BLANK | | | |
| 70. | Email dated 4-13-15 from A. Smith to D. Tran | | | |
| 71. | Letter dated 4-29-2016 from C. Hogan to K. Salyer | | | |
| 72. | CONFIDENTIAL - UPM Marketing Inc. /ADC Carrier Services Agreement | | | |
| 73. | CONFIDENTIAL – Vodacode Telecommunications Services Agreement | | | |
| 74. | FCC Consumer Guide - Cell Phone Fraud (last reviewed 4-21-20) | | | |
| 75. | Declaration of T. Allen ISO Individual Defendant's Motion for Summary Judgment [DE 263] | | | |
| 76. | Email dated 4-14-14 from T. Allen to O. Jimenez re GW shipment | | | |
| 77. | Email dated 5-26-14 from G. Morales to J. Gosal | | | |
| 78. | Email dated 7-18-14 from T. Allen to NOC@UPMtelecom & B. Ruiz | | | |
| 79. | Email dated 8-4-14 from P. Claassen to B. Ruiz | | | |
| 80. | Email dated 8-18-14 from T. Allen to UPM.Shipments | | | |
| 81. | Email dated 9-9-14 from G. Morales to B. Ruiz | | | |
| 82. | Digicel Haiti Client Registration Form (DE 104-1-Exhibit A to 2nd Complaint) | | | |
| 83. | Digicel Bulletin and Attached Conatel Circular (DE 104-2-Exhibit B to 2nd Complaint) | | | |
| 84. | Proof of Wire Transfers to Moscoso (DE 104-3-Exhibit C to 2nd Complaint) | | | |
| 85. | DHL Shipping Slip to Sanchez (DE 104-4-Exhibit D to 2nd Complaint) | | | |
| 86. | DHL Shipping Slip to Sanchez (DE 104-5-Exhibit E to 2nd Complaint) | | | |
| 87. | DHL Shipping Slip to Sanchez (DE 104-6-Exhibit F to 2nd Complaint) | | | |
| 88. | DHL Shipping Slip to Outger from Ruiz (DE 104-7-Exhibit G to 2nd Complaint) | | | |
| 89. | DHL Shipping Slip to Sanchez from Outger (DE 104-8-Exhibit H to 2nd Complaint) | | | |
| 90. | DHL Shipping Slip From Outger to Allen (DE 104-9-Exhibit I to 2nd Complaint) | | | |

Page 4 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 91. | Shipping Certificate of Origin to Outger from Ruiz (DE 104-10-Exhibit J to 2nd Complaint) | | | |
| 92. | DHL Shipping Slip from Outger to Allen (DE 104-11-Exhibit K to 2nd Complaint) | | | |
| 93. | DHL Shipping Slip from Outger to Allen (DE 104-12-Exhibit L to 2nd Complaint) | | | |
| 94. | (DHL Shipping Slip from Outger to Allen) DE 104-13-Exhibit M to 2nd Complaint | | | |
| 95. | Email dated 8-25-14 Re: Invoice that was sent with Haiti GWs | | | |
| 96. | Video Vizion Invoice 8/15/2014 | | | |
| 97. | Email dated 8-6-14 Re: Haiti recharges wrong amount | | | |
| 98. | Email dated 8-6-14 Re: Haiti recharges wrong amount | | | |
| 99. | Email dated 9-15-14 Re: UPM-HT Digicel ABR 0-1 % | | | |
| 100. | Shipping SOP | | | |
| 101. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | | | |
| 102. | Email dated 8-15-14 Re: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | | | |
| 103. | Video Vizion Photo | | | |
| 104. | Email dated 8-15-14 Re: Fwd: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | | | |
| 105. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | | | |
| 106. | Email dated 8-29-11 Re: IMPORTANT: EMIDA 5 DIDNT GO THROUGH Re: 8 DIGICEL HAITI EMIDA-Recharge with $10.00 Aug 29th by dEIBY | | | |
| 107. | Email dated 12-17-14 Re: Gateway configuration for incoming calls termination | | | |
| 108. | Email dated 8-5-14 Re: [Prepay Nation] Re: Haiti Mobile Digicel - Receiving 937.00 HTG instead of 1000 HTG | | | |
| 109. | Email dated 7-21-14 Re: Haiti sims | | | |
| 110. | Email dated 12-17-14 Re: Gateway configuration for incoming calls termination | | | |
| 111. | Email dated 8-12-11 Re: Haiti Digicel tarifas | | | |

Page 5 -     UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 112. | Email dated 4-19-11 Re: [iQsim] T#27857< WEB>Sim Array and DB Problem | | | |
| 113. | Email dated 2-21-12 Re: Discrepancies SIM REPORT HAITI. | | | |
| 114. | Sim Report | | | |
| 115. | Email dated 2-28-12 Re: Discrepancies HAITI Report | | | |
| 116. | SIM Report | | | |
| 117. | Email dated 11-16-11 Re: puertos digicel haiti | | | |
| 118. | Email dated 9-12-14 RE: Haiti Natcom-Digicel/ UPDATE | | | |
| 119. | Email dated 5-9-14 Re: Sim batches -vendor add | | | |
| 120. | Email dated 12-11-11 Re: HAITI DIGICEL | | | |
| 121. | Email dated 12-12-11 Re: Sim Report Haiti Digicel. | | | |
| 122. | SIM Report | | | |
| 123. | Email dated 3-5-12 Re: Digicel Haiti - | | | |
| 124. | Email dated 4-15-14 Re: New Vendor - Haiti | | | |
| 125. | Email dated 12-30-14 Re: Top up rates - December 30 2014 - Haiti reseller discount | | | |
| 126. | Email dated 7-9-14 Re: Purchase Order Voided | | | |
| 127. | Email dated 9-28-14 Re: Top up rates - September 28  2014 - Haiti | | | |
| 128. | Email dated 4-15-14 Re: New Vendor - Haiti | | | |
| 129. | Email dated 4-15-14 Re: New Vendor - Haiti | | | |
| 130. | Email dated 6-3-14 Re: Tracking  Shipment 2 Gw's 8 ports to Haiti Outger | | | |
| 131. | Email dated 7-10-14 Fwd: -Haitian escapade | | | |
| 132. | Email dated 5-29-14 Re: Documenting Outger Maceus Sim status | | | |
| 133. | Email dated 3-11-15 Re: Haiti digicel | | | |
| 134. | Email dated 8-5-14 Re: [Prepay Nation] Haiti Mobile Digicel - Receiving 937.00 HTG instead of 1000 HTG | | | |
| 135. | Email dated 7-21-11 Re[4]: Project POs paid in Guatemala | | | |
| 136. | Email dated 7-7-15 Re: Jean Louis Samuel 2014 Balance - Write off | | | |
| 137. | Attachment to Exhibit 136 - UPM Telecom Inc. Write Off Authorization Form dated 6-1-15 | | | |

Page 6 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 138. | Email dated 8-25-14 Re: [#UPM-000-10047]: shipment to Haiti Gw's 8 ports Andrew Smith | | | |
| 139. | Email dated 4-14-14 Re: Recharge Haiti | | | |
| 140. | Email dated 4-15-14 Re: New Vendor - Haiti | | | |
| 141. | Email dated 8-13-14 Fwd: Wire Transfer Request for Haiti | | | |
| 142. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | | | |
| 143. | Email dated 8-13-14 FW: Wire Transfer Request for Haiti | | | |
| 144. | Email dated 10-19-11 Re HAITI DIGICEL | | | |
| 145. | Attachment to Exhibit 144 - Documenting SIM Card Blocking (Spanish) | | | |
| 146. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | | | |
| 147. | Email dated 9-12-14 Re: Haiti Natcom-Digicel/ UPDATE | | | |
| 148. | Email dated 4-26-14 Re: Haiti Digicel new setup | | | |
| 149. | Email dated 4-25-14 Re: Haiti Digicel new setup | | | |
| 150. | Email dated 8-13-14 Re: Wire Transfer Request for Haiti | | | |
| 151. | Email dated 9-12-14 Fwd: Haiti Natcom-Digicel/ UPDATE | | | |
| 152. | Email dated 8-11-11 Re: SIM Cards (Digicel) | | | |
| 153. | Email dated 10-4-16 Fwd: Digicel FX Rates - October | | | |
| 154. | Email dated 11-16-11 Re: 40  HAITI DIGICEL UPM Scratch Pins x 2.5 Nov  16 by DEIBY | | | |
| 155. | Email dated 11-9-11 RE: shipment GT to Haiti 1 teles IGate 13-oct-2011 | | | |
| 156. | Attachment to Exhibit 65 – UPM's NOC Organizational chart 2015 | | | |
| 157. | Email dated 12-6-14 from B. Ruiz to D Kunilov, D. Johnson, M. del Toro, and J. Gosel re: NOC Org chart 2015 | | | |
| 158. | Attachment to Exhibit 157 - NOC Organizational chart 2015 | | | |
| 159. | Email dated 11-8-11 RE: shipment GT to Haiti 1 teles IGate 13-oct-2011 | | | |
| 160. | Email dated 9-21-11 Re: 300 pins Digicel Haiti $2.50 entered 5-sep-2011 | | | |

Page 7 -     UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 161. | Email dated 7-21-14 from B. Ruiz to GW Support re: Add HT-US-02-#T00344 to production | | | |
| 162. | Email dated 11-7-11 Re: shipment GT to Haiti 1 teles IGate 13-oct-2011 | | | |
| 163. | Email dated 8-25-14 Re: Invoice that was sent with Haiti GWs | | | |
| 164. | Document Placeholder - Haiti Traffic Report from Mera CDRs – v3 | | | |
| 165. | Haiti Traffic Report from Aug-2011 through Nov-2014 | | | |
| 166. | Email dated 8-19-20 Re: Haiti - Voice traffic reports | | | |
| 167. | Email dated 12-17-14 Fwd: Re: Gateway configuration for incoming calls termination | | | |
| 168. | Haiti Traffic Report from Aug 2011 through Nov-2014 | | | |
| 169. | Email dated 8-26-14 Fwd: 1st gw installed in Haiti | | | |
| 170. | NOC Organizational Chart | | | |
| 171. | Email dated 9-19-11 RE: Sims/Pins Haiti | | | |
| 172. | Email dated 9-19-11 RE: Sims/Pins Haiti | | | |
| 173. | Email dated 7-3-14 RE: Prepaynation Debit advice; Sales Invoice # 72942 - Invoice Dispute | | | |
| 174. | Attachment to Exhibit 13 – Recharge/Usage report | | | |
| 175. | Email dated 12-8-14 Fwd: NOC Org chart 2015 | | | |
| 176. | Email dated 7-7-14 RE: Prepaynation Debit advice; Sales Invoice # 72942 - Invoice Dispute | | | |
| 177. | Attachment to Exhibit 176 – Transaction Detail/Usage report | | | |
| 178. | Email dated 5-29-15 Re: Haiti:  Senator Steven Benoit | | | |
| 179. | Email dated 4-14-14 Re: Recharge Haiti | | | |
| 180. | Usage report | | | |
| 181. | Email dated 10-25-12 Re: Project Manager Vendor & Country List | | | |
| 182. | Email dated 8-10-11 Re: Install GW Haiti | | | |
| 183. | Email dated 7-21-14 Re: Haiti - Status | | | |
| 184. | Email dated 5-4-15 Re: mistakes in Haiti | | | |
| 185. | Email dated 7-20-14 Re: Haiti - Status | | | |
| 186. | Email dated 8-10-11 Re: Install GW Haiti | | | |

Page 8 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 187. | Email dated 8-31-11 Re: New Loc Haiti 3 - Install/config | | | |
| 188. | Email dated 7-20-14 re: Haiti - Status | | | |
| 189. | Shipment Details and Charges regarding PINS dated 9-12-11 through 9-18-11 | | | |
| 190. | Email dated 4-13-12 Re: GWs in Haiti | | | |
| 191. | Email from D. Johnson to D. Tran dated 2-13-15 Re: Haiti | | | |
| 192. | Email dated 11-16-11 Re: UPS purchase for test Haiti | | | |
| 193. | Email dated 11-28-14 Re: Development list | | | |
| 194. | Email dated 8-10-11 Re: Install GW Haiti | | | |
| 195. | Email dated 7-21-14 Re: Haiti - Status | | | |
| 196. | Email dated 2-19-16 Re: Haiti 2014 | | | |
| 197. | Attachment to Exhibit 196 - Profits and Loss Report for Digicel Haiti 2014 | | | |
| 198. | Email dated 1-14-16 Re: Article "How to find Termination providers | | | |
| 199. | Email dated 6-18-14 Re: Haiti low capacity | | | |
| 200. | Email dated 5-28-14 Re: Haiti low cap | | | |
| 201. | Email dated 8-3-11 Re: 1 HAITI -DIGICEL-EMIDA-Recharge-with $7.00 Aug 3 By Deiby | | | |
| 202. | Email dated 5-28-14 Re: Haiti low cap | | | |
| 203. | Email dated 5-28-14 Re: Haiti low cap | | | |
| 204. | Email dated 9-8-14 Re: Haiti message | | | |
| 205. | Email dated 11-18-11 Re: Fwd: Voila Haiti outage | | | |
| 206. | Email dated 9-27-14 Re: Haiti Digicel Mobile | | | |
| 207. | Email dated 8-5-14 Re: Haiti recharges wrong amount | | | |
| 208. | Email dated 12-16-11 Re: 2 DIGICEL HAITI - TEST-Recharge with$8.00 Dec 16 by dEIBY | | | |
| 209. | Email dated 10-9-13 Re: TransferTo - Digicel - Haiti - Quintuple (5x) Bubble - October 11-13 2013 | | | |
| 210. | Destination Chart with Rate Included and Effective date of 5-9-11 | | | |
| 211. | Chart - API Top up prices dated 2012-11-13 | | | |
| 212. | Email dated 9-30-13 Re: TransferTo - Digicel - Haiti - Monday - Thursday Promotion | | | |

Page 9 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 213. | Email dated 12-17-15 Re: Top up rates - December 17 2015 - Digicel prices and reseller discount | | | |
| 214. | Chart - Top Up API Prices dated 2014-11-21 | | | |
| 215. | EZEtop Phone card with Digicel as a provider (front) | | | |
| 216. | EZEtop Phone card with Digicel as a provider (back) | | | |
| 217. | Email dated 8-14-11 Re: Haiti first LOC install experience… | | | |
| 218. | Detail Product/Carrier Chart - 08-2014 – 11-2014 | | | |
| 219. | Email dated 5-9-12 Re: Haiti fiasco update. | | | |
| 220. | Email dated 9-13-11 Re: shipment Teles GWs haiti | | | |
| 221. | Email dated 11-16-11 Re: Haiti weekly snapshot since Oct 1st | | | |
| 222. | Email dated 8-14-11 Re: Haiti first LOC install experience… | | | |
| 223. | Email dated 8-18-11 Re: Haiti Install Experience.. Part II | | | |
| 224. | Email dated 8-9-11 Re: I have shared an Evernote notebook with you | | | |
| 225. | Email dated 9-20-11 Re: Haiti rates | | | |
| 226. | Email dated 11-20-11 Re: Hait Digicell route not working - all 34s | | | |
| 227. | Email dated 2-28-12 Re: updated | | | |
| 228. | Attachment to Exhibit 227 - Haiti Comcel Call Report | | | |
| 229. | Email dated 4-29-14 Re: Fwd: Haití | | | |
| 230. | Email dated 5-15-14 Re: Fwd: DIGICEL HAITI TRIPLE BUBBLE weekend + Free Intl calls to USA/Canada | | | |
| 231. | Attachment to Exhibit 230 –Digicel top up Advertisement (Creole) | | | |
| 232. | Attachment to Exhibit 230 - Digicel top up Advertisement (English) | | | |
| 233. | Email from K. Rohner to J. Gosal dated 8-19-11 Re: Haiti | | | |
| 234. | Email dated 11-20-11 Re: Hait Digicell route not working - all 34s | | | |
| 235. | Email dated 8-11-11 Re: internet Service | | | |

Page 10 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
              TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 236. | Email dated 9-20-11 Re: Haiti rates | | | |
| 237. | Table - IMSI Call Log Report- 4-30-14 - 6-20-14 | | | |
| 238. | Composite Exhibit - UPM Technology Inc. Batch Invoices for April 2014 | | | |
| 239. | Composite Exhibit - UPM Technology Inc. Batch Invoices for May 2014 | | | |
| 240. | Composite Exhibit – UPM Technology Inc. Invoices for June 2014 | | | |
| 241. | Composite Exhibit – UPM Technology Inc. Invoices for July 2014 | | | |
| 242. | Composite Exhibit – UPM Technology Inc. Invoices for August 2014 | | | |
| 243. | Composite Exhibit – UPM Technology Inc. Invoices for October 2014 | | | |
| 244. | Composite Exhibit – UPM Technology Inc. Invoices for November 2014 | | | |
| 245. | Composite Exhibit – UPM Technology Inc. Invoices for December 2014 | | | |
| 246. | Tata Communications  - USF Exemption/Reseller Certification - Calendar Year 2015 | | | |
| 247. | Tata Communications - Clarification of Supplier Rate Contact Information Form – Executed by J. Kohn 4-5-17 | | | |
| 248. | Letter from R. Miller re: Exemption Certificate details for Customer: UPM Marketing Inc. | | | |
| 249. | Tata Communications - Clarification of Supplier Rate Contact Information Form – Executed by B. Tran 1-13-15 | | | |
| 250. | Tata Communications - Telecommunication Services Agreement dated 2-4-11 – Executed by B. Sanchez 2-14-11 | | | |
| 251. | Letter from R. Miller re: Exemption Certificate details for Customer: UPM Marketing Inc. dated 7-1-14 | | | |
| 252. | Email dated 1-18-12 from D. Martin to NOC GT re: HAITI RUTAS | | | |
| 253. | Email dated 12-30-11 from D. Martin to V. Moscoso | | | |
| 254. | Email dated 1-16-12 from D. Martin to NOC GT | | | |
| 255. | Small tools: Caller ("Human Behavior Simulation") – Project Details (2013) (bates no.: UPM014802-UPM014803) | | | |

Page 11 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 256. | List of new tools and significant features implemented in 2015 – HBS (Human Behavior Simulation), also known as "Caller" (bates no.: UPM14822-UPM14823) | | | |
| 257. | Caller ("HBS – Human Behavior Simulation") – Project Details (2013) (bates no.: UPM014833-UPM014834) | | | |
| 258. | Update on Pending Projects Re: Haiti- 9-26-11 | | | |
| 259. | Email dated 7-1-14 from V. Moscoso to admin gt | | | |
| 260. | Vendor: Outger Maceus: Dated – Account Statement for May & June 2014 | | | |
| 261. | Vendor: Wakenson Louis: - Account Statement for April & May 2014 | | | |
| 262. | Vendor: Outger Maceus: Account Statement for May, June, & July 2014 | | | |
| 263. | Vendor: Andrew Smith: Account Statement for April, May, June & July 2014 | | | |
| 264. | Email dated 6-4-14 Re: Jesse and Victor May 2014 Pending Sims & Pins | | | |
| 265. | Email dated 7-24-14 from B. Sanchez to D. Bijlsma Re: Cross border top-ups/recharges (PrepaidUnion.com) | | | |
| 266. | Email dated 5-29-14 Re: Thursday Case Wells Fargo Project payments | | | |
| 267. | Email dated 8-14-14 Re: Lema Mamo & Jean Louis Samuel Confirmation 08/14/14 | | | |
| 268. | Vendor: Jean Louis Samuel Account Statement for August 2017 | | | |
| 269. | Email from B. Sanchez to D. Bijlsma dated 7-24-14 Re: Cross border top-ups/recharges (PrepaidUnion.com) | | | |
| 270. | Email from D. Tran to K. Rohnerdated 9-20-11 Re: update on all pending projects | | | |
| 271. | Email from A. Drain to B. Sanchez dated 11-10-14 Re: FW: On Hold Projects | | | |
| 272. | Notes - October 12, 2011 | | | |
| 273. | Notes - December 16, 2011 | | | |
| 274. | Notes - November 21, 2011 | | | |
| 275. | Notes - October 31, 2011 | | | |
| 276. | Notes - August 17, 2011 | | | |
| 277. | Notes - November 2, 2011 | | | |

Page 12 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 278. | Notes - December 28, 2011 | | | |
| 279. | Notes - December 7, 2011 | | | |
| 280. | Notes - November 16, 2011 | | | |
| 281. | Notes - December 9, 2011 | | | |
| 282. | Notes - August 31, 2011 | | | |
| 283. | Notes - September 21, 2011 | | | |
| 284. | Notes - September 23, 2011 | | | |
| 285. | Notes - December 21, 2011 | | | |
| 286. | Notes - October 24, 2011 | | | |
| 287. | Notes - November 4, 2011 | | | |
| 288. | Notes - December 19, 2011 | | | |
| 289. | Notes - August 29, 2011 | | | |
| 290. | Notes - August 24, 2011 | | | |
| 291. | Notes - October 17, 2011 | | | |
| 292. | Notes - October 5, 2011 | | | |
| 293. | Notes - November 18, 2011 | | | |
| 294. | Notes - October 3, 2011 | | | |
| 295. | Notes - September 19, 2011 | | | |
| 296. | Notes - September 16, 2011 | | | |
| 297. | Notes - November 30, 2011 | | | |
| 298. | Notes - October 10, 2011 | | | |
| 299. | Notes - August 22, 2011 | | | |
| 300. | Notes - October 26, 2011 | | | |
| 301. | Notes - November 23, 2011 | | | |
| 302. | Notes - December 5, 2011 | | | |
| 303. | Notes - December 2, 2011 | | | |
| 304. | Notes - November 28, 2011 | | | |
| 305. | Notes - September 12, 2011 | | | |
| 306. | Notes - September 26, 2011 | | | |
| 307. | Email from D. Tran to A. Xela dated 3-31-15 Re: It's me….the guy in Gmala | | | |
| 308. | Email from D. Tran to J. Kohn dated 8-4-11 Re: Haiti - Auth | | | |

Page 13 -   UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
            TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 309. | Email from D Tran to J. Kohn and J. Del Toro dated 3-29-15 Re: Fwd: Time to answer your questions | | | |
| 310. | Email from D. Tran to A. Xela dated 3-30-15 Re: It's me….the guy in Gmala | | | |
| 311. | Email from D. Tran to A. Xela dated 3-31-15 Re: It's me….the guy in Gmala | | | |
| 312. | Email from M. Del Toro to M. Prince, A. Drain, and E. Machuca dated 11-10-14 Re: On Hold Projects | | | |
| 313. | Email from D. Floeckinger to D. Tran dated 8-22-14 Re: Agreement. | | | |
| 314. | Email dated 1-27-15 from J. Kohn to D. Tran Re: Fwd. Liberia MTN new test | | | |
| 315. | Email from M. Del Toro to S. Del Toro, J. Gosal, V. Moscoso, and D. Yannoucos dated 11-10-14 Re: On Hold Projects | | | |
| 316. | CONFIDENTIAL - Communication from D. Flockinger to D. Tran | | | |
| 317. | Email from K. Herrera to J. Gosal dated 5-28-14 Re: POs details - week: 26/5 to 1/6 | | | |
| 318. | Email from K. Herrera to J. Gosal dated 7-9-14 Re: POs details - week: 07 to 13/06 | | | |
| 319. | Email from K. Herrera to J. Gosal dated 7-16-14 Re: POs details - week: 14 to 20/07 | | | |
| 320. | Email from K. Herrera to J. Gosal dated 7-24-14 Re: POs details - week: 1 to 27/07 | | | |
| 321. | Email dated 2-6-12 from K. Herrera to J. Gosal | | | |
| 322. | Attachment to Exhibit 321 - 01/2012 - 04/2012 Haiti Digicel Gross Profit & Weekly Gross | | | |
| 323. | Email from S. Del Toro to J. Gosal dated 8-15-11 Re: Haiti first LOC install experience… | | | |
| 324. | Email dated 10-24-11 Re: Summary Pnm, Haiti | | | |
| 325. | Document Placeholder - [20161202010417583][GBR_VZB-USA_UPM][PL][USD][UK UPM PRM USD][1]FinalPL.xIsx | | | |
| 326. | Email dated 11-16-11 Re: Digicel ports Haiti | | | |
| 327. | Certificate and translated Email dated 11-16-11 Re: Digicel ports Haiti (translation of Exhibit 117) | | | |

Page 14 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 328. | Certificate and translated Email dated 12-11-11 Re: HAITI DIGICEL (translation of Exhibit 120) | | | |
| 329. | Certificate and translated Email dated 11-16-11 Re: Digicel ports Haiti (translation of Exhibit 326) | | | |
| 330. | Certificate and translated Email dated 10-19-11 Re: Digicel ports Haiti (translation of Exhibit 144) | | | |
| 331. | Certificate and translated document to Email dated 10-19-11 Re: Digicel ports Haiti (translation of Exhibit 145) | | | |
| 332. | termes et conditions -service prepaye Digicel-sept 2015 | | | |
| 333. | CONTRAT PapPadap | | | |
| 334. | Contract de Cabanet Cyber Cafe | | | |
| 335. | Contrat Digikiosk | | | |
| 336. | Lettre Conatel à Mark Shield - 5 Fev. 2015 | | | |
| 337. | Certificate of Translation - Terms and Conditions (translation of Exhibit 332) | | | |
| 338. | Certificate of Translation - Distribution Contract for Electronic Recharge (translation of Exhibit 333) | | | |
| 339. | Certificate of Translation - Contract Validation Form (translation of Exhibit 334) | | | |
| 340. | Certificate of Translation - Contract - Unigestion Holdings S.A. and Digicel (translation of Exhibit 335) | | | |
| 341. | Certificate of Translation - Conatel Letter to Mark Shield (translation of Exhibit 336) | | | |
| 342. | Declaration of D. Tran In Support of Motion for Leave to Add Affirmative Defenses (DE 240) | | | |
| 343. | Declaration of B. Tran as CEO of UPM In Support of UPM's Motion for Summary Judgment (DE 256) | | | |
| 344. | Declaration of B. Ruiz In Support of Defendant UPM's Motion for Summary Judgment (DE 260) | | | |
| 345. | Declaration of B. Sanchez In Support of Defendant's Motion for Summary Judgment (DE 261) | | | |
| 346. | Declaration of Duy-Bruce-Tran In Support of Individual Defendant's Motion for Summary Judgment (DE 262) | | | |
| 347. | Composite Exhibit - Example of Suspected UPM Deployment by Kenneth McEwen (Figure 4 of Kenneth McEwen Expert Report) | | | |

Page 15 -   UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
            TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 348. | Composite Exhibit - Traditional LCR SIMBank solution by Kenneth McEwen (Figure 1 of Kenneth McEwen Expert Report) | | | |
| 349. | Composite Exhibit - Distributed SIMBank Solution by Kenneth McEwen (Figure 2 Kenneth McEwen of Expert Report) | | | |
| 350. | Composite Exhibit - Distributed SIMBank Call Process by Kenneth McEwen (Figure 3 of Kenneth McEwen Expert Report) | | | |
| 351. | Composite Exhibit - Illustration of GSM Bypass Fraud by Charles Castel (Figure 2 of Charles Castel Expert Report) | | | |
| 352. | Composite Exhibit - Illustration of SIMBOX by Charles Castel (Figure 7 of Charles Castel Expert Report) | | | |
| 353. | Composite Exhibit - Illustration of Normal course of operations vs VOIP and GSM Bypass fraud by Charles Castel (Figure 1 Expert Report) | | | |
| 354. | Composite Exhibit - Illustration of Bypass SIMBOX Fraud by Charles Castel (Figure 3 of Charles Castel Expert Report) | | | |
| 355. | Composite Exhibit - Risks exposure to telecom fraud by Charles Castel (Table 1 of Charles Castel Expert Report) | | | |
| 356. | Composite Exhibit - Digicel Bypass Damages Scenarios by Charles Castel (Table 2 of Charles Castel Expert Report) | | | |
| 357. | Composite Exhibit - Digicel financial losses due to Bypass by Charles Castel (Graph 1 of Charles Castel Expert Report) | | | |
| 358. | Composite Exhibit - Digicel Bypass losses Table by Charles Castel (Table 3 of Charles Castel Expert Report) | | | |
| 359. | Composite Exhibit – Digicel Financial Info Table by Charles Castel (Table 4 of Charles Castel Expert Report) | | | |
| 360. | INTENTIONALLY LEFT BLANK | | | |
| 361. | iQsim – IRON SIM Server One Technical Manual | | | |
| 362. | iQsim – IRON SIM Server One Technical Manual | | | |
| 363. | iQsim – IRON SIM Server One Technical Manual | | | |

Page 16 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 364. | iQSim – IRON Management Interface Administration Guide | | | |
| 365. | Email dated 9-19-14 Re: Haiti Inband – Update | | | |
| 366. | Email dated 8-9-11 re: vGATE Routing Manager (vRM). (with attachement) | | | |
| 367. | Teles Informationstechnologien – vGATE Reference Manual (Software version 17.0) | | | |
| 368. | Email dated 12-17-14 Re: Fwd: Re: Gateway configuration for incoming calls termination | | | |
| 369. | Teles Informationstechnologien – vGATE Reference Manual (Software version 16.2) | | | |
| 370. | Email dated 12-17-14 Re. Gateway configuration for incoming calls termination | | | |
| 371. | Teles Informationstechnologien – vGATE Reference Manual (Software version 17.0) | | | |
| 372. | Teles Informationstechnologien – vGATE Reference Manual (Software version 17.0) | | | |
| 373. | iQsim – IRON SIM Server One Technical Manual | | | |
| 374. | Teles Informationstechnologien – vGATE Reference Manual (Software version 17.0) | | | |
| 375. | Email dated 4-19-12 Re: Hypermedia Q2, 2012 News & Offers | | | |
| 376. | SIM Server Memo | | | |
| 377. | Email dated 11-17-11 Re: Bulk SMS Hardware – The New Opportunity for Termination Business | | | |
| 378. | Email dated 11-17-11 Re: Bulk SMS Hardware – The New Opportunity for Termination Business | | | |
| 379. | Email dated 10-6-11 Re: Fwd: iQsim offer – 32 ports and 64 ports with 128 SIMs (with attachments) | | | |
| 380. | Email dated 2-23-12 Re: New Opportunity from Hypermedia – Bulk SMS Hardware platform | | | |
| 381. | Teles Manuals vGATE – Software 16.0 | | | |
| 382. | Teles Informationstechnologien – vGATE Reference Manual (Software version 16.2) | | | |
| 383. | Teles Manuals vGATE – Software 16.1 | | | |
| 384. | Teles Manuals vGATE – Software 16.1 | | | |
| 385. | Teles Manuals vGATE – Software 16.1 | | | |
| 386. | Teles Manuals vGATE – Software 16.1 | | | |
| 387. | Teles Manuals vGATE – Software 16.0 | | | |
| 388. | Teles Manuals vGATE – Software 16.1 | | | |

Page 17 -  UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED | REC'D |
|---|---|---|---|---|
| 389. | Email dated 6-3-10 Re: EMIDA API | | | |
| 390. | Distributor Agreement – Contract Validation Form from August 2013 through August 2015 | | | |
| 391. | Distribution Agreement – Electronic Recharge Code Distribution Contract | | | |
| 392. | digiSelect Terms & Conditions – Version 1.0 Post Paid Contract | | | |
| 393. | Unigestion Holdings License - Unexecuted | | | |
| 394. | Digicel Haiti's Prepaid Roaming Service Plans, and Terms & Conditions | | | |
| 395. | Certificate of Translation with Translation – Phone Recharge Code Agreement (translation of Exhibit 391) | | | |
| 396. | Certificate of Translation with Translation – Terms and Conditions of Phone Service Agreement | | | |
| 397. | Certificate of Translation with Translation – General Terms and Conditions of the Prepaid Service | | | |
| 398. | General Terms and Conditions of Digicel Haiti Online Top-Up for Haiti | | | |
| 399. | Digicel Group Flyers | | | |
| 400. | Police Report – July 2014 | | | |
| 401. | Police Report Photographs – July 2014 | | | |
| 402. | Composite Exhibit – Lettre(s) Conatel – Conseil National Des Telecommunications to Monsieur Maarten Boute with Invoices | | | |
| 403. | Order from the Port-au-Prince Court of Appeals with Record on Appeal dated 2015-04-24 | | | |
| 404. | Prepaid Digicel SIM Card | | | |
| 405. | CONATEL Article – Dismantling of Networks Specialized in the Circumvention of International Telephone Traffic | | | |
| 406. | Article – Haiti Libre – Haiti-Justice: Dismantling of International Traffic Bypass Networks dated 23-08-2014 | | | |

Page 18 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 4th day of October, 2022.

Respectfully submitted,


By:    *s/ Robert C.L. Vaughan*
       Anne M. Talcott, OSB #965325
       Email:  atalcott@schwabe.com
       Kathryn E. Kelly, OSB #175162
       Email:  kkelly@schwabe.com
       Andrew J. Lee, OSB #023646
       Email: ajlee@schwabe.com
       Sarah Kobak, OSB #043495
       Email: skobak@schwabe.com
       SCHWABE, WILLIAMSON & WYATT,
       P.C.
       Telephone:  503.222.9981
       Facsimile:  503.796.2900

       Robert C. L. Vaughan (*Pro Hac Vice*)
       Email:  rvaughan@kvllaw.com
       Cherine Smith Valbrun *(Pro Hac Vice)*
       Email:  cvalbrun@kvllaw.com
       Leah B. Storie *(Pro Hac Vice)*
       Email:  lstorie@kvllaw.com
       Anisha Carla Atchanah
       Email: Aatchanah@kvllaw.com
       KIM VAUGHAN LERNER LLP
       312 SE 17th Street, Suite 300
       Fort Lauderdale, FL  33316
       Telephone:  (954) 527-1115
       Facsimile:  (954) 527-1116

       Kent D. Bressie (*Pro Hac Vice*)
       E-Mail: kbressie@hwglaw.com
       HWG LLP
       1919 M Street N.W., Suite 800
       Washington, D.C.  20036
       Telephone:  202.730.1337
       Facsimile:  202.730.1303

       *Attorneys for Plaintiff*


Page 19 -    UNIGESTION HOLDINGS, S.A.'S AMENDED PHASE I
             TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900