**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
E-mail: emailservice@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

**Kent D. Bressie** (*Pro Hac Vice*)
Email: kbressie@hwglaw.com
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C.  20036
Telephone:  202.730.1337
Facsimile:  202.730.1303

(Additional counsel shown on signature page.)

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
*a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**, | No. 3:15-cv-00185-SI |
|      Plaintiff and Counterclaim Defendant, | |
|   v. | **PLAINTIFF UNIGESTION HOLDINGS, S.A.'S, AMENDED PHASE I DEPOSITION DESIGNATIONS FOR TYLER ALLEN** |
| **UPM TECHNOLOGY, INC., *et al.*,** | |
|      Defendants and Counterclaim Plaintiffs. | |

UNIGESTION HOLDINGS' AMENDED PHASE I
DEPOSITION DESIGNATIONS FOR TYLER ALLEN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti") submits deposition designations for trial of the testimony of Tyler Allen. Exhibit A, filed under seal consecutively herewith, contains the full deposition transcript. Pursuant to the Court's Civil Trial Management Order, Digicel Haiti's designations are highlighted in yellow. Digicel Haiti reserves the right to call any witness listed in this notice for live testimony at trial.  Digicel Haiti further reserves the right to designate testimony of any of those witnesses who, for whatever reason, do not appear for live testimony at trial consistent with the Federal Rules of Civil Procedure.

Dated this 4th day of October, 2022.

Respectfully submitted,

By:      *s/ Robert C.L. Vaughan*
Anne M. Talcott, OSB #965325
Email:  atalcott@schwabe.com
Kathryn E. Kelly, OSB #175162
Email:  kkelly@schwabe.com
Andrew J. Lee, OSB #023646
Email: ajlee@schwabe.com
Sarah Kobak, OSB #043495
Email: skobak@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone:  503.222.9981
Facsimile:  503.796.2900

Robert C. L. Vaughan (*Pro Hac Vice*)
Email:  rvaughan@kvllaw.com
Cherine Smith Valbrun *(Pro Hac Vice)*
Email:  cvalbrun@kvllaw.com
Leah B. Storie *(Pro Hac Vice)*
Email:  lstorie@kvllaw.com
Anisha Carla Atchanah
Email: Aatchanah@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone:  954.527.1115

Page 1      UNIGESTION HOLDINGS' AMENDED PHASE I
DEPOSITION DESIGNATIONS FOR TYLER ALLEN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Kent D. Bressie (*Pro Hac Vice*)
E-Mail: kbressie@hwglaw.com
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C.  20036
Telephone:  202.730.1337
Facsimile:  202.730.1303

*Attorneys for Plaintiff*

Page 2    UNIGESTION HOLDINGS' AMENDED PHASE I
DEPOSITION DESIGNATIONS FOR TYLER ALLEN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900