**Kathryn P. Salyer**, OSB #883017
**Eleanor A. DuBay**, OSB #073755
**Blake Van Zile**, OSB #184672
ksalyer@tomasilegal.com
edubay@tomasilegal.com
bvanzile@tomasilegal.com
Tomasi Bragar DuBay
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

    Of Attorneys for Defendants and
    Counterclaim Plaintiff

**Anne Talcott**
Email:  atalcott@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.796.2958
Facsimile: 503.796.2900

    Of Attorneys for Plaintiff and
    Counterclaim Defendants

*A complete list of counsel appears on the signature page.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNIGESTION HOLDING, S.A.**, d/b/a **DIGICEL HAITI**,<br><br>    Plaintiff and Counter-Claim Defendant<br><br>    v.<br><br>**UPM TECHNOLOGY, INC**. d/b/a **UPM TELECOM, INC.**, *et al.*<br><br>    Defendants and Counter-Claim Plaintiffs | Case No. 3:15-CV-00185-SI<br><br>**AMENDED JOINT STIPULATIONS (GLOSSARY)** |

PAGE 1 – AMENDED JOINT STIPULATIONS (GLOSSARY)
UPM-L1\00702190.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Pursuant to the Trial Management Order (ECF #191), Unigestion Holdings, S.A., dba Digicel-Haiti ("Digicel-Haiti") and UPM Technology, Inc. and Bruce Tran (collectively, "UPM") stipulate that the attached terms may be considered to have the definitions stated for purposes of the trial in this case. The attached joint stipulated glossary substitutes and replaces any prior filed joint stipulated glossary.

Dated: November 13, 2022.                     Respectfully submitted,

By: /s/ Anne Talcott
Anne Talcott, OSB # 965325
Kathryn E. Kelly, OSB #175162
Andrew J. Lee, OSB #023646
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Ste. 1900
Portland, OR  97204
Telephone: 503.796-2958
Facsimile: 503.796.2900
Email: atalcott@schwabe.com
       kkelly@schwabe.com
       ajlee@schwabe.com

*Attorneys for Plaintiff*

By: /s/ Robert C. L. Vaughn
Robert C. L. Vaughan (*Pro Hac Vice*)
Cherine Smith Valbrun (*Pro Hac Vice*)
Leah B. Storie (*Pro Hac Vice*)
Anisha Carla Atchanah (*Pro Hac Vice*)
KIM VAUGHAN LERNER LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, FL  33394
Telephone:   (954) 527-1115
Facsimile:   (954) 527-1116
E-mail: rvaughan@kvllaw.com
        cvalbrun@kvllaw.com
        lstorie@kvllaw.com
        aatchanah@kvllaw.com

*Attorneys for Plaintiff*

By: /s/ Kent D. Bressie
Kent D. Bressie (*Pro Hac Vice*)
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C. 20036
Telephone: 202-730-1337
Facsimile: 202-730-1303
Email: kbressie@hwglaw.com

*Attorneys for Plaintiff*

PAGE 2 – AMENDED JOINT STIPULATIONS (GLOSSARY)
UPM-L1\00702190.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
Blake Van Zile, OSB #184672
TOMASI BRAGAR DUBAY
121 SW Morrison Street, Suite 1850
Portland, OR 97204-3136
Telephone: (503) 894-9900
Facsimile: (971) 544-7236
Email: edubay@tomasilegal.com
       bvanzile@tomasilegal.com

*Attorneys for Defendants*

By: /s/ Christopher W. Savage
Christopher W. Savage, D.C. Bar #362657
Katherine Sheriff, D.C. Bar #1632141
*(Admitted Pro Hac Vice)*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005-3317
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: chrissavage@dwt.com
       katherinesheriff@dwt.com

*Attorneys for Defendants*

PAGE 3 – AMENDED JOINT STIPULATIONS (GLOSSARY)
UPM-L1\00702190.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

# GLOSSARY OF TERMS

**SIM or SIM Card**

"SIM" stands for "subscriber identity module". A SIM card is a computer chip that contains a range of identifying information.

The operator of a wireless network has SIM cards manufactured that contain information specific to that network.

Every wireless phone has a SIM card. A valid SIM card is needed to allow the phone to make calls.

**Call Detail Record or CDR**

Telephone calls (wireless or landline) go through devices called switches that are owned and operated by telephone companies. Telephone company switches are typically configured to record and store, in electronic form, a range of information about every call that goes through the switch. This information includes:

- The date and time the call starts (measured to the second)
- The date and time the call ends (measured to the second)
- The telephone number of the device making the call (sometimes called "Calling Line Identification" or "CLI")
- The telephone number of the device being called
- For wireless networks, the specific cell site handling the call
- Other information relating to the routing of the call

The data for a given call is referred to as a "Call Detail Record", or "CDR.

**Gateway**

In the context of this case, a "Gateway" refers to a device with multiple radio antennas that can communicate with a wireless network. Each of these antennas is called a "port" on the Gateway.

**Ports or Channels**

A "port" or a "channel" refers to a radio on a Gateway.

**GSM or Global Standard for Mobility**

Different wireless networks use different technical standards and protocols for the communications between the network and the wireless devices that send calls to, or receive calls from, the network. A very common standard for wireless networks around the world is the "GSM" or "Global Standard for Mobility." Digicel-Haiti's network in Haiti is a GSM system, as are major wireless networks in the United States.

**IP**

In this case, "IP" means "Internet Protocol." It refers to the technical standards for formatting data communications so that they can travel over the Internet.

**Roam Like You're Home or RLYH**

"Roam Like You're Home" or "RLYH" refers to a specific service that Digicel Haiti offered to its subscribers roaming in the United States. With RLYH, a Digicel Haiti subscriber would pay Digicel-Haiti a flat fee and Digicel Haiti would then charge calls using the associated SIM card made from the United States back to another Digicel Haiti subscriber at the same rate that a subscriber would pay for a local wireless call in Haiti. (That is, the rate while roaming would be "like you're home".)

**SIM Management Software**

SIM Management Software is a computer program (software) that runs on a SIM Server (see below). It manages the inventory of SIMs in a SIM Box (also called a SIM Array or SIM Unit), and manages the assignment of SIMs to ports on Gateways and how those SIMs are used.

**SIM Server**

A "SIM Server" is a physical or virtual device that runs SIM Management Software (see above).

**SIM Array // SIM Box // SIM Unit**

The terms "SIM Unit," "SIM Array," or "SIM Box" all refer to the same device. The device is essentially a large SIM card reader that can hold many hundreds of SIM cards at the same time.

**Softswitch**

A "softswitch" is a computer program running on a server connected to the Internet that can receive calls in "Voice over Internet Protocol," or "VoIP" format, and then transmit those calls by converting them to GSM and then transmitting them via the Internet to a UPM Gateway device in another location.

**"Terminate" a call**

In the telecommunications industry, a call is said to be "terminated" when it is delivered to the network serving the subscriber being called, and that subscriber accepts the call.

**Tower**

In this case, references to a "tower" refer to a cell site, that is, a location where there is an antenna used by a wireless network to send and receive calls from wireless devices. The antenna may literally be on a tower, but may also be, for example, on the roof of a building.

**VoIP**

"VoIP" means "Voice over Internet Protocol". It refers to sending voice telephone calls from one place to another using the Internet rather than a traditional wired or wireless telephone network.

**VPN / VPN Router**

VPN means "virtual private network." It refers to software that establishes a secure, encrypted connection between two or more points on the Internet and that to the extent possible maintains a stable connection between those points. A "VPN Router" is a device that switches or routes data communications traffic among different points on a VPN.

**WiMAX**

WiMAX is a wireless protocol that is designed to provide a wireless connection between a provider of Internet access service and a WiMAX wireless modem.

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2022, I served the foregoing **AMENDED JOINT STIPULATIONS (GLOSSARY)** on the following individuals by electronic service to said individuals:

Robert C.L. Vaughan
Cherine Smith Valbrun
Leah Storie
Anisha Carla Atchanah
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue • Suite 2001
Fort Lauderdale, FL 33394
Email: rvaughan@kvllaw.com
Email: cvalbrun@kvllaw.com
Email: lstorie@kvllaw.com
Email: aatchanah@kvllaw.com

Anne M. Talcott
Kathryn E. Kelly
Andrew J. Lee
Schwabe, Williamson & Wyatt, PC
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Email: atalcott@schwabe.com
Email: kkelly@schwabe.com
Email: ajlee@schwabe.com

Kent D. Bressie
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C. 20036
Email: kbressie@hwglaw.com

Dated: November 13, 2022.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Kathryn P. Salyer, OSB #883017
    Eleanor A. DuBay, OSB #073755
    Blake Van Zile, OSB #184672
    ksalyer@tomasilegal.com
    edubay@tomasilegal.com
    bvanzile@tomasilegal.com
    Telephone: (503) 894-9900

DAVIS WRIGHT TREMAINE LLP

By: /s/ Christopher W. Savage
    Christopher W. Savage, D.C. Bar #362657
    chrissavage@dwt.com
    Katherine Sheriff, D.C. Bar #1632141
    katherinesheriff@dwt.com
    (*Admitted Pro Hac Vice*)
    Telephone: (202) 973-4200

Of Attorneys for Defendants

PAGE 1 – CERTIFICATE OF SERVICE
UPM-L1\00702190.000

*TOMASI BRAGAR DUBAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236