**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Robert C. L. Vaughan** (*Pro Hac Vice*)
E-mail: rvaughan@kvllaw.com
**Cherine Smith Valbrun** *(Pro Hac Vice)*
E-mail: cvalbrun@kvllaw.com
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL  33316
Telephone: 954.527.1115
Facsimile: 954.527.1116

**Kent D. Bressie** (*Pro Hac Vice*)
Email: kbressie@hwglaw.com
HWG LLP
1919 M Street N.W., Suite 800
Washington, D.C.  20036
Telephone:  202.730.1337
Facsimile:  202.730.1303

(Additional counsel shown on signature page.)

*Attorneys for Plaintiff, Unigestion Holdings, S.A.,*
*a foreign corporation, d/b/a Digicel Haiti*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNIGESTION HOLDINGS, S.A., d/b/a DIGICEL HAITI**,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br>　v.<br><br>**UPM TECHNOLOGY, INC.,** *et al.*,<br><br>　　　　Defendants and Counterclaim Plaintiffs. | No. 3:15-cv-00185-SI<br><br><br><br>**PLAINTIFF UNIGESTION HOLDINGS, S.A.'S PROFFER OF EVIDENCE** |

Page 1 -   PLAINTIFF UNIGESTION HOLDINGS, S.A.'S PROFFER OF EVIDENCE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Plaintiff Unigestion Holdings, S.A., d/b/a Digicel Haiti ("Digicel Haiti"), submits its proffer of the following trial evidence and testimony related to the following exhibits,[1] including testimony related to the terms and conditions of SIM cards, roaming services, and the RLYH program as well as Digicel Haiti's distribution and distributor agreements[2]:

| Exhibit No. | Exhibit Title | Witness |
| --- | --- | --- |
| Plaintiff's Ex. 66 | RLYH Flyer and Website | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 68 | Email dated 4-13-15 from A. Smith to D. Tran | Duy Tran |
| Plaintiff's Ex. 390 | Distributor Agreement – Contract Validation Form from August 2013 through August 2015 | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 391 | Distribution Agreement – Electronic Recharge Code Distribution Contract | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 392 | digiSelect Terms & Conditions – Version 1.0 Post Paid Contract | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 394 | Digicel Haiti's Prepaid Roaming Service Plans, and Terms & Conditions | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 396 | Certificate of Translation with Translation – Terms and Conditions of Phone Service Agreement | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 397 | Certificate of Translation with Translation – General Terms and Conditions of the Prepaid Service | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 398 | General Terms and Conditions of Digicel Haiti Online Top-Up for Haiti | Maarten Boute; Gerard Laborde |
| Plaintiff's Ex. 400 | Police Report – July 2014 (Justice of the Peace Report) | Gerard Laborde |

---

[1] In light of confidentiality concerns regarding the nature and substance of the exhibits, the exhibits have not been attached to this filing.

[2] The proffers of evidence listed herein were reserved during the course of trial and are in addition to the proffers of evidence made on the record at trial.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

Dated this 21st day of November, 2022.

Respectfully submitted,

By: *s/ Robert C.L. Vaughan*
    Anne Talcott, OSB #965325
    Email: atalcott@schwabe.com
    Kathryn E. Kelly, OSB #175162
    Email: kkelly@schwabe.com
    Andrew J. Lee, OSB #023646
    Email: ajlee@schwabe.com
    Sarah Kobak, OSB #043495
    Email: skobak@schwabe.com
    SCHWABE, WILLIAMSON & WYATT, P.C.
    Telephone: 503.796-2958

    Robert C. L. Vaughan (*Pro Hac Vice*)
    E-mail: rvaughan@kvllaw.com
    Cherine Smith Valbrun (*Pro Hac Vice*)
    Email: cvalbrun@kvllaw.com
    Anisha C. Atchanah *(Pro Hac Vice)*
    Email: aatchanah@kvllaw.com
    Leah B. Storie (*Pro Hac Vice*)
    Email: lstorie@kvllaw.com

    KIM VAUGHAN LERNER LLP
    312 SE 17th Street, Suite 300
    Fort Lauderdale, FL 33316
    Telephone:    (954) 527-1115

    Kent D. Bressie (*Pro Hac Vice*)
    E-Mail: kbressie@hwglaw.com
    HWG LLP
    1919 M Street N.W., Suite 800
    Washington, D.C. 20036
    Telephone: 202.730.1337
    Facsimile: 202.730.1303

    *Attorneys for Plaintiff*

Page 3 -    PLAINTIFF UNIGESTION HOLDINGS, S.A.'S PROFFER OF EVIDENCE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900